**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

December 29, 2009

**LETTER ORDER**

Re:  **Chaya Grossbaum, et al. v. Genesis Genetics Institute LLC, et al.
      Civil Action No. 07-1359 (HAA)**

Dear Counsel:

There will be a telephone conference in this matter on **January 6, 2010 at 1:30 p.m.** Defendant New York University School of Medicine's Counsel shall initiate the call. Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

SO ORDERED.

*s/ Esther Salas*
**Esther Salas**
**UNITED STATES MAGISTRATE JUDGE**