UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, individually and as guardians ad litem of ROSIE GROSSBAUM, <br><br> Plaintiffs, <br><br> v. <br><br> GENESIS GENETICS INSTITUTE, LLC, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, ABC CORPS. 1-10, JOHN DOES 1-10, <br><br> Defendants. | Hon. Garrett E. Brown, Jr. <br><br> Civil Action No. 07-1359 (GEB) <br><br> **ORDER** |

**BROWN**, Chief Judge:

This matter having come before the Court on the appeal (Doc. No. 34) filed by Plaintiffs Chaya Grossbaum and Menachem Grossbaum; and the Court having reviewed the parties' submissions; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 9th day of February, 2010,

ORDERED that Magistrate Judge Salas's September 21, 2009 and November 23, 2009 Orders are AFFIRMED.

Dated: February 9, 2010

                                                                                          S/Garrett E. Brown, Jr.
                                                                                         Garrett E. Brown, Jr., Chief Judge
                                                                                         United States District Court