UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAYA GROSSBAUM and MENACHEM )
GROSSBAUM, individually and as )
guardians ad litem of ROSIE GROSSBAUM, )
                                                           ) Hon. Garrett E. Brown, Jr.
          Plaintiffs, )
                                                           ) Civil Action No. 07-1359 (GEB)
          v. )
                                                           ) **ORDER**
GENESIS GENETICS INSTITUTE, LLC, MARK )
R. HUGHES, NEW YORK UNIVERSITY )
SCHOOL OF MEDICINE and NEW YORK )
UNIVERSITY HOSPITALS CENTER, )
ABC CORPS. 1-10, JOHN DOES 1-10, )
                                                           )
          Defendants. )

**BROWN**, Chief Judge:

       This matter having come before the Court on the appeal (Doc. No. 34) filed by Plaintiffs Chaya Grossbaum and Menachem Grossbaum; and the Court having reviewed the parties' submissions; and for the reasons set forth in the accompanying Memorandum Opinion;

       IT IS THIS 9th day of February, 2010,

       ORDERED that Magistrate Judge Salas's September 21, 2009 and November 23, 2009 Orders are AFFIRMED.

Dated: February 9, 2010

                                                               S/Garrett E. Brown, Jr.
                                                               Garrett E. Brown, Jr., Chief Judge
                                                               United States District Court