UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, individually and as guardians ad litem of ROSIE GROSSBAUM,<br><br>Plaintiffs,<br><br>v.<br><br>GENESIS GENETICS INSTITUTE, LLC, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, ABC CORPS. 1-10, JOHN DOES 1-10,<br><br>Defendants. | Hon. Garrett E. Brown, Jr.<br><br>Civil Action No. 07-1359 (GEB)<br><br>RECEIVED<br><br>FEB 16 2010<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

**BROWN, Chief Judge:**

This matter having come before the Court on the appeal (Doc. No. 34) filed by Plaintiffs Chaya Grossbaum and Menachem Grossbaum; and the Court having reviewed the parties' submissions; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 9th day of February, 2010,

ORDERED that Magistrate Judge Salas's September 21, 2009 and November 23, 2009 Orders are AFFIRMED.

Dated: February 9, 2010

S/Garrett E. Brown, Jr.<br>
Garrett E. Brown, Jr., Chief Judge<br>
United States District Court

1