Case 2:07-cv-01359-GEB-ES Document 58-1 Filed 03/10/10 Page 1 of 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as guardians *ad litem* of the infant ROSIE GROSSBAUM, <br><br> Plaintiffs, <br><br> -against- <br><br> GENESIS GENETICS INSTITUTE, LLC, of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of New York, ABC CORPS. 1-10, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 07-cv-1359 (GEB)(ES) <br><br> **CASE MANAGEMENT ORDER** |

**THIS MATTER** having been opened to the Court on March 10, 2010 at the conclusion of the in-person settlement conference, and for good cause shown;

**IT IS HEREBY ORDERED** on this 11th day of March, 2010, as follows:

1. *[handwritten: (ES) all discovery]* ~~Expert depositions~~ shall be completed no later than May 10, 2010.

2. There is to be a telephone status conference on May 4, 2010 at 2 P.M. Defendant NYU is to initiate the call.

3. Dispositive motions shall be filed no later than June 11, 2010.

4. Opposition to dispositive motions shall be filed no later than June 25, 2010.

5. Replies in support of dispositive motions shall be filed no later than July 2, 2010.

_____
Honorable Esther Salas, U.S.M.J.