Lewis Stein, Esq.
NUSBAUM, STEIN, GOLDSTEIN,
 BRONSTEIN & KRON, P.A.
20 Commerce Boulevard, Suite E
Succasunna, NJ  07876
nsgbk.office@verizon.net
(973) 584-1400
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as *guardians ad litem* of the infant ROSIE GROSSBAUM, <br><br>Plaintiffs, <br><br>vs. <br><br>GENESIS GENETICS INSTITUTE, LLC, of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of NEW YORK, ABC CORPS. 1-10, JOHN DOES 1-10, <br><br>Defendants. | CIVIL ACTION NO. 07-CV-1359 (GEB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    :
                       ss:
COUNTY OF MORRIS       :

Susan V. Donohue, of full age, being duly sworn

according to law upon her oath, deposes and says:

1. I am a secretary in the State of New Jersey and am associated with the firm of Nusbaum, Stein, Goldstein, Bronstein & Kron, P.A., attorneys for the Plaintiffs in the above captioned mater.

2. On July 27, 2010, I personally electronically filed Plaintiffs' Motion returnable September 7, 2010 before the Hon. Garrett E. Brown, Jr., Chief Judge, United State District Court, District of New Jersey, and supporting documents thereby completing service on registered counsel in this matter of:

>   Sarah Lynn Blaine, Esq.
>   E- mail sblaine@lowenstein.com
>   Counsel for Defendants
>   Genesis Genetics Institute, LLC,
>   and Mark R. Hughes

3. On July 27, 2010, I personally faxed and mailed a hardcopy of Plaintiffs' Motion returnable September 7, 2010 before the Hon. Garrett E. Brown, Jr., Chief Judge, United State District Court, District of New Jersey, and supporting documents to:

>   R. Scott Eichhorn, Esq.
>   MARSHALL DENNEHEY WARNER
>   COLEMAN & GOGGIN
>   425 Eagle Rock Avenue, Suite 302
>   Roseland, NJ 07068
>   Fax 973-618-0685
>   Counsel for Defendants
>   New York University School of Medicine and
>   New York University Hospitals Center

4. On July 27, 2010, I personally faxed and e-mailed a

2

copy of Plaintiffs' Motion returnable September 7, 2010 before the Hon. Garrett E. Brown, Jr., Chief Judge, United State District Court, District of New Jersey, and supporting documents to:

>Stephen Leuchtman, Esq.
>TROWBRIDGE LAW FIRM, P.C.
>1380 East Jefferson Avenue
>Detroit, MI  48207
>Fax 313-259-3474
>E-mail leuchlaw@gmail.com
>Michigan Counsel for Defendants
>Genesis Genetics Institute, LLC,
>and Mark R. Hughes

*Susan V. Donohue (signature)*
Signature of Secretary

Susan V. Donohue
Printed name

20 Commerce Blvd., Suite E
Succasunna, NJ  07876
Address

nsgbk.office@verizon.net
E-mail address

(973) 584-1400
Telephone number

Sworn and Subscribed to
before me this 27th day
of July, 2010.

*(signature)*

EVA M. MACARICO
A Notary Public of New Jersey
My Commission Expires April 25, 2011

3