# EXHIBIT 2

# NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON

A Professional Corporation
Counsellors At Law

LEWIS STEIN*
ALAN D. GOLDSTEIN
RONALD W. BRONSTEIN
PATRICIA E. ROCHE•
LARRY I. KRON
ROBERT D. KOBIN¤
SHARON L. FREEMAN+ ^
SUSAN B. REED
STEVEN J. LOEWENTHAL ◊

20 Commerce Boulevard, Suite E
Succasunna, New Jersey 07876
973-584-1400
Fax: 973-584-8747
Email: nsgbk.office@verizon.net

February 21, 2008

- Of Counsel -
PAUL R. NUSBAUM

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A
*Civil Trial Attorney
•Matrimonial Attorney
^Workers' Compensation Attorney
¤Member Florida Bar
◊Member New York Bar
+Member Pennsylvania Bar

U.S. Magistrate Judge Esther Salas
United States District Court
50 Walnut Street
PO Box 999
Newark, NJ 07101

  RE:   Grossbaum v. Genesis Genetics, et al.
        Civil Case No.: 07-CV-1359 (HAA)

Dear Judge Salas:

On December 17, 2007 you entered a Pretrial Scheduling Order with respect to this matter based on plaintiffs' expectation that a report would be forthcoming from our consultant in time to enable us to determine the viability of the plaintiffs' claims in this litigation. As per our confidential letter of January 17, 2008 we advised the Court of the status of our investigation.

We finally received this day an oral report from Garry R. Cutting, M.D. of the John Hopkins University of Medicine Institute of Genetic Medicine indicating that the records that were provided by Genesis Genetics did not contain certain studies which, if they existed, would be necessary for his opinions and would enable him to respond to the pertinent legal questions in this case.

To provide him with a response to his request for further records, we have this day forwarded said request to counsel for defendant Genesis Genetics. See letter enclosed herewith.

On the basis of his advice, and the obvious indication that plaintiff is consulting with the highest level of academic professionals that could be imagined, we ask that a revised Pretrial Scheduling Order be entered to allow all of the dates set forth therein to

Page Two
February 21, 2008

be advanced 45 days. This anticipates a 15 day response from counsel for Genesis Genetics and a 30 day opportunity for Dr. Cutting to advise plaintiff of his final impressions.

                              Respectfully yours,

                              Lewis Stein

LS:lh
Cc:  R. Scott Eichhorn, Esq.
      Stephen N. Leuchtman, Esq.
      Thomas E. Redburn Jr., Esq. and Sarah Blaine, Esq.