# EXHIBIT 3

# NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON

A Professional Corporation
Counsellors At Law

LEWIS STEIN*
ALAN D. GOLDSTEIN
RONALD W. BRONSTEIN
PATRICIA E. ROCHE°
LARRY I. KRON
ROBERT D. KOBIN¤
SHARON L. FREEMAN+ ^
SUSAN B. REED
STEVEN J. LOEWENTHAL ◊

20 Commerce Boulevard, Suite E
Succasunna, New Jersey 07876
973-584-1400
Fax: 973-584-8747
Email: nsgbk.office@verizon.net

- Of Counsel -
PAUL R. NUSBAUM

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A
*Civil Trial Attorney
°Matrimonial Attorney
^Workers' Compensation Attorney
¤Member Florida Bar
◊Member New York Bar
+Member Pennsylvania Bar

May 11, 2009
Via Facsimile (973) 645-2469

Hon. Esther Salas, U.S.M.J.
US District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:   Grossbaum v. Genesis Genetics Institute, et al.
           Civil Action No. 07-1359 (HAA)

Dear Judge Salas:

    As a follow-up to our letter of May 6, 2009 in the above referenced matter, please be advised that on Friday, May 8th, we received from Genesis Genetics' defense counsel the color coded copies of the records we requested.

    We have what we now believe to be a copy of the complete chart of Defendant, Genesis Genetics.

                                         Respectfully yours,

                                         Lewis Stein

LS:svd
cc:   Stephen N. Leuchtman, Esq.- fax 248-948-5055
       John F. Basiak, Jr., Esq. - fax 973-597-2400
       R. Scott Eichhorn, Esq.- fax 973-618-0685