# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

NUSBAUM, STEIN, GOLDSTEIN,
 BRONSTEIN & KRON, P.A.
20 Commerce Blvd., Suite E
Succasunna, NJ  07876
(973) 584-1400
Attorneys for Plaintiffs

---

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as guardians *ad litem* of the infant ROSIE GROSSBAUM, | CASE NO.:  07-CV-1359 (HAA) |
| Plaintiffs, | CIVIL ACTION |
| vs. | |
| GENESIS GENETICS INSTITUTE, LLC, of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of New York, ABC CORPS. 1-10, and JOHN DOES 1-10, | PRETRIAL SCHEDULING ORDER |
| Defendants. | |

---

THIS MATTER having come before the Honorable Esther Salas, U.S. Magistrate

Judge, on Wednesday, June 3, 2009 for a telephonic Status Conference;

IT IS on this 10ᵗʰ day of _June_, 2009,

ORDERED as follows:

1.    All fact discovery, including depositions, is to be concluded no later than August 3, 2009;

2.    Plaintiff is to provide all liability and damage expert reports no later than August 14, 2009;

3.    Defense expert reports are to be served on later than October 1, 2009;

4.    A telephonic conference is to be held on Wednesday, October 7, 2009 at 10:30 a.m. before the Honorable Esther Salas, to be initiated by defense counsel for Defendants, Mark Hughes and Genesis Genetics Institute, to confirm status of the matter and to setup a Settlement Conference;

5.    All discovery is to be concluded no later than December 11, 2009; and

IT IS FURTHER ORDERED, that a copy of this Order shall be served upon all parties within ___10___ days from the entry of this Order.

_____
Honorable Esther Salas, J.S.C.
USMJ

-2-