**EXHIBIT 6**

Aug. 24. 2009   4:01PM    Nusbaum Stein Goldstein Bronstei    •        No. 2054   P. 1/1

# NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON

A Professional Corporation
Counsellors At Law

LEWIS STEIN*
ALAN D. GOLDSTEIN
RONALD W. BRONSTEIN
PATRICIA E. ROCHE•
LARRY I. KRON
ROBERT D. KOBIN¤
SHARON L. FREEMAN+ ^
SUSAN B. REED
STEVEN J. LOEWENTHAL ◊

20 Commerce Boulevard, Suite B
Succasunna, New Jersey 07876
973-584-1400
Fax: 973-584-8747
Email: nsgbk.office@verizon.net

- Of Counsel -
PAUL R. NUSBAUM

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A
*Civil Trial Attorney
•Matrimonial Attorney
^Workers' Compensation Attorney
¤Member Florida Bar
◊Member New York Bar
+Member Pennsylvania Bar

August 24, 2009
Sent Via Fax 313-259-3474

Stephen N. Leuchtman, PC
1380 East Jefferson Avenue
Detroit, MI 48207

Re:   Grossbaum v. Genesis Genetics Institute, etal

Dear Mr. Leuchtman:

Thank you for your letter of August 19th. You are correct that we have been acutely aware of the calendar dates in the current Court Management Order. However it being August, we are on vacation two-thirds of every week during this month.

More significantly, we have been awaiting, almost daily, receipt of our expert's report. I am sure I need not remind you that plaintiff was not provided with the full and complete records of the studies performed at Genesis Genetics until approximately three months ago - after pursuing the records for a year and a half. Frankly we were only moments away from advising the US Magistrate of the circumstances concerning the delay in providing this expert report.

In addition, we have determined to seek the deposition of the Laboratory Director at Genesis Genetics which by this letter I now ask that you arrange, via a discussion with my office staff, a convenient date for this to occur.

Under separate cover we will forward a copy of our letter to the Magistrate advising of the delay in submitting the expert's report.

Very truly yours,

Lewis Stein

LS:lh
Cc:   R. Scott Eichhorn, Esq. via Fax 973-618-0685
      Sarah Blaine, Esq. via Fax 973-597-2400