# EXHIBIT 8

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as guardians *ad litem* of the infant ROSIE GROSSBAUM, | |
| Plaintiffs, | Civil Action No. 07-cv-1359 (GEB)(ES) |
| -against- | |
| | CASE MANAGEMENT ORDER |
| GENESIS GENETICS INSTITUTE, LLC, of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of New York, ABC CORPS. 1-10, and JOHN DOES 1-10, | |
| Defendants. | |

THIS MATTER having been opened to the Court during the September 21, 2009 in-person status conference, and for good cause shown;

IT IS HEREBY ORDERED on this 23 day of _____, 2009, as follows:

1.   Plaintiffs shall identify all of their proposed experts no later than the close of business on September 25, 2009.  Plaintiffs may not rely upon testimony from any experts other than those identified at that time pursuant to this Order.

2.   Plaintiffs shall serve the expert report of Dr. Garry R. Cutting no later than October 16, 2009.

3.   Plaintiffs shall serve all other expert reports, including, but not limited to, the reports of any damages experts, no later than November 20, 2009.

4.   Defendants shall serve their expert reports no later than January 20, 2010.

21121/2
09/22/2009 12595990.1

5.      Counsel for Defendants New York University School of Medicine and New York University Hospitals Center shall initiate a telephone status conference on Monday, January 25, 2010 at 11 A.M.

6.      Depositions of Plaintiffs' experts shall be completed no later than February 19, 2010.

7.      Depositions of Defendants' experts shall be completed no later than March 19, 2010.

8.      Dispositive motions shall be filed no later than April 19, 2010.

9.      Opposition to dispositive motions shall be filed no later than May 3, 2010.

10.      Reply briefs in support of summary judgment motions shall be filed no later than May 10, 2010.

Honorable Esther Salas, U.S.M.J.

-2-