# EXHIBIT 14

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as guardians *ad litem* of the infant ROSIE GROSSBAUM,<br><br>Plaintiffs,<br><br>-against-<br><br>GENESIS GENETICS INSTITUTE, LLC, of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of New York, ABC CORPS. 1-10, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 07-cv-1359 (GEB)(ES)<br><br>**ORDER** |

       **THIS MATTER** having been opened to the Court by Plaintiffs Chaya Grossbaum and Menachem Grossbaum by letter dated May 3, 2010, and Defendants Genesis Genetics Institute, LLC and Dr. Mark R. Hughes having responded by letter dated May 3, 2010, and the Court having heard argument of counsel at a May 4, 2010 telephone status conference, and for good cause shown;

       **IT IS HEREBY ORDERED** on this 11th day of May, 2010, as follows:

    1.    No additional fact discovery may be taken in this matter; and

    2.    Plaintiffs' request to take the fact depositions of two additional Genesis Genetics Institute, LLC employees on May 14, 2010 is hereby DENIED.

_____
Honorable Esther Salas, U.S.M.J.
