UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, individually and as guardians ad litem of ROSIE GROSSBAUM,<br><br>        Plaintiffs,<br><br>        v.<br><br>GENESIS GENETICS INSTITUTE, LLC, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, ABC CORPS. 1-10, JOHN DOES 1-10,<br><br>        Defendants. | Hon. Garrett E. Brown, Jr.<br><br>Civil Action No. 07-1359 (GEB)<br><br>**ORDER** |

This matter having come before the Court upon Plaintiffs' motion (Doc. No. 100) for reconsideration of this Court's Order of October 5, 2010 and Defendants' cross-motion for sanctions (Doc. No. 101); and the Court having reviewed the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and the Court finding that Plaintiff has not presented a change in controlling law, new evidence that was previously unavailable, or clear error in this Court's judgment that would result in manifest injustice;

    IT IS THIS 23rd day of November, 2010,

    ORDERED that Plaintiffs' motion (Doc. No. 100) for reconsideration is DENIED.

    The court in its discretion does not grant Defendants' motion for sanctions (Doc. No. 101) and assumes that all counsel will work together to avoid further delay.

                                              /s/ Garrett E. Brown, Jr.
                                              GARRETT E. BROWN, JR., U.S.D.J.