02981.00101-RSE

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
ATTORNEYS FOR DEFENDANTS-
New York University School of Medicine and New York University Hospitals Center

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as guardians ad litem of the infant, ROSIE GROSSBAUM, | Hon. Garrett E. Brown, Jr. |
| | Civil Action No. 07-1359 (GEB) |
| Plaintiffs, | **NOTICE OF MOTION** |
| v. | |
| GENESIS GENETICS INSTITUTE, LLC of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of New York, ABC CORPS. 1-10, and JOHN DOES 1-10, | |
| Defendants. | |

## NOTICE OF MOTION

TO:

Counsel for Plaintiffs:

**LEWIS STEIN, ESQUIRE**
NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & COMPEAU, PA
20 COMMERCE BOULEVARD
SUCCASUNNA, NJ 07876
(973) 584-1400

1

Email: nsgbk.office@verizon.net

Counsel for Defendants Genesis Genetics Institute, LLC and MARK R. HUGHES:

**SARAH LYNN BLAINE, ESQUIRE**
LOWENSTEIN SANDLER, PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
(973) 422-6728
Email: sblaine@lowenstein.com

**THOMAS E. REDBURN , JR. , ESQUIRE**
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
(973) 597-2500
Email: tredburn@lowenstein.com

**STEPHEN N. LEUCHTMAN, ESQUIRE**

Stephen N. Leuchtman, P.C.
1380 East Jefferson Ave
Detroit, MI 48207
(313) 295-6900
leuchlaw@gmail.com

    PLEASE TAKE NOTICE that Defendants New York University School of Medicine and New York University Hospitals Center, by their attorney R. Scott Eichhorn, Esquire of Marshall, Dennehey, Warner, Coleman & Goggin, are moving this Court for an Order granting summary judgment pursuant to F.R.Civ.P. 56 and making that judgment final pursuant to F.R.Civ.P. 54(b) in their favor in this case.

    PLEASE TAKE FURTHER NOTICE that in support of their Motion, the said Defendants rely upon the accompanying Statement of Undisputed Material Facts, Brief, and Certification of Counsel.

A proposed form of Order is submitted herewith.

          MARSHALL, DENNEHEY, WARNER,
            COLEMAN & GOGGIN

         By:  *R. Scott Eichhorn, Esquire*
         425 EAGLE ROCK AVENUE, SUITE 302
         ROSELAND, NJ  07068
         DIRECT DIAL TELEPHONE:  (973) 618-4154
         FAX:  (973) 618-0685
         EMAIL:  rseichhorn@mdwcg.com
         ATTORNEY FOR DEFENDANTS,
         NEW YORK UNIVERSITY SCHOOL OF MEDICINE and
         NEW YORK UNIVERSITY HOSPITALS CENTER

DATED:  January 20, 2011