02981.00101-RSE

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
ATTORNEYS FOR DEFENDANTS-
New York University School of Medicine and New York University Hospitals Center

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as guardians ad litem of the infant, ROSIE GROSSBAUM, | Hon. Garrett E. Brown, Jr. Civil Action No. 07-1359 (GEB) |
| Plaintiffs, | **CERTIFICATION OF COUNSEL RE:** |
| v. | **DECLARATION OF EXHIBITS** |
| GENESIS GENETICS INSTITUTE, LLC of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of New York, ABC CORPS. 1-10, and JOHN DOES 1-10, | |
| Defendants. | |

**CERTIFICATION OF COUNSEL**

I, R. Scott Eichhorn, Esquire certify that:

    1.    I am an attorney-shareholder in law firm of Marshall, Dennehey, Warner, Coleman & Goggin, a member in good standing of the bar of this Court, and counsel of record for Defendants New York University School of Medicine and New York University Hospitals Center. In this capacity, I am familiar with the facts of this matter.

1

  2. This certification is being submitted in support of Defendants' Motion for Summary Judgment and for Finality of Judgment.

  3. The Exhibits cited in and submitted with the Statement of Undisputed Material Facts in Support of the Motion of Defendants New York University School Of Medicine and New York University Hospitals Center for Summary Judgment and for Finality of Judgment are true and correct copies which are relied upon by the Defendants in support of the Motion for Summary Judgment.

  These Exhibits are as follows:

A. Plaintiffs' Complaint;

B. Excerpts from Deposition transcript of Chaya Grossbaum (12/17/08 and 3/12/09);

C. Excerpts from Deposition transcript of Menachem Grossbaum (3/12/09);

D. Excerpts from Deposition transcript of Frederick Licciardi, M.D. (3/11/09);

E. Excerpts from Deposition transcript of Mark Hughes, M.D. (2/19/09);

F. Excerpts from Deposition transcript of Mark Hughes, M.D. - Day 2 (5/14/10);

G. Genesis 1-page PGD report to NYU (7/19/04);

H. Excerpts from Deposition transcript of James Grifo, M.D. (6/24/09);

I. Excerpts from Deposition transcript of Charles Strom, M.D. (6/24/09);

J. Excerpts from Deposition transcript of Samuel Pang, M.D. (11/23/10);

K. 9/29/09 Expert Report of Garry Cutting, M.D.;

L. Excerpts from Deposition transcripts of Garry Cutting, M.D. (4/24/10 and 11/8/10);

M. C.V. of Frederick Licciardi, M.D.;

N. C.V. of Garry Cutting, M.D.

I hereby certify that the foregoing factual statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

                                      MARSHALL, DENNEHEY, WARNER,
                                          COLEMAN & GOGGIN

By: *R. Scott Eichhorn, Esquire*
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ  07068
DIRECT DIAL TELEPHONE:  (973) 618-4154
FAX:  (973) 618-0685
EMAIL:  rseichhorn@mdwcg.com
ATTORNEY FOR DEFENDANTS,
NEW YORK UNIVERSITY SCHOOL OF MEDICINE and
NEW YORK UNIVERSITY HOSPITALS CENTER

DATED:  January 20, 2011