# EXHIBIT A

JUN. 5.2007   3:05PM   NUSBAUM STEIN                              NO.555   P.3/9   8397

Case 1:33-av-00(   )ocument 776   Filed 03/23/200   `age 1 of 7      I

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

NUSBAUM, STEIN, GOLDSTEIN,
   BRONSTEIN & KRON, P.A.
20 Commerce Blvd., Suite E
Succasunna, NJ 07876
(973) 584-1400
Attorneys for Plaintiffs

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as guardians *ad litem* of the infant ROSIE GROSSBAUM, | DOCKET NO.: |
| Plaintiffs, | CIVIL ACTION |
| vs. | |
| GENESIS GENETICS INSTITUTE, LLC, of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of New York, ABC CORPS. 1-10, and JOHN DOES 1-10, | COMPLAINT AND JURY DEMAND |
| Defendants. | |

Plaintiffs, Chaya Grossbaum and Menachem Grossbaum, her spouse,

individually and as guardians *ad litem* of the infant Rosie Grossbaum, complaining of

the Defendants, Genesis Genetics Institute, LLC, a limited liability corporation in the

State of Michigan, New York University School of Medicine and New York University

Hospitals Center, both corporations in the State of New York, ABC Corps. 1-10, and John Does 1-10, allege and say:

JURISDICTION

1.      The Plaintiffs, Chaya Grossbaum and Menachem Grossbaum, her spouse (hereafter "Plaintiffs"), are citizens of the State of New Jersey, residing at 122 Lake Valley Road, Morristown, New Jersey.

2.      At all relevant times, Defendants, New York University School of Medicine and New York University Hospitals Center, were corporations of the State of New York situated at 540 First Avenue, New York, New York.

3.      At all relevant times herein, Defendant Genesis Genetics Institute was a limited liability corporation in the State of Michigan with offices at 1380 East Jefferson Avenue, Detroit, Michigan, and the Defendant, Mark R. Hughes, a physician and resident of the State of Michigan, was its director.

4.      Jurisdiction is proper within this United States District Court for the District of New Jersey, the venue within which the Plaintiffs presently reside, pursuant to 28 U.S.C. §1332 as there is diversity of citizenship among the parties and the amount in controversy exceeds $75,000.00, exclusive of costs, interest and punitive damages.

COUNT ONE

1.      Plaintiffs repeat and make a part hereof the Jurisdictional paragraphs of this Complaint as if set forth fully at length herein.

2.      Prior to March 2004, the Plaintiffs, in contemplation of parenthood, were tested for genetic mutations that would predispose any infant which they produced to disability and impairment.  Said testing resulted in identifying both of the Plaintiffs,

2

Chaya Grossbaum and Menachem Grossbaum, as carriers of the cystic fibrosis gene mutation.

3.      On or about March 30, 2004, the Plaintiff, Chaya Grossbaum, came under the care of the New York University School of Medicine, Department of Obstetrics and Gynecology, in their program for *in vitro* fertilization and pre-implantation genetic diagnosis.

4.      The aforesaid physicians at Defendant, NYU School of Medicine, advised the Plaintiffs to undergo pre-implantation genetic diagnosis (PGD) of their embryos to eliminate the potential for a cystic fibrosis baby, and were recommended for PGD studies to be undertaken by Defendant, Genesis Genetics Institute, LLC (hereinafter "Genesis Genetics"), and its director, Defendant, Dr. Mark R. Hughes, in Detroit Michigan.

5.      Thereafter, the Plaintiffs consulted with Defendants, Genesis Genetics and Dr. Mark R. Hughes, and were advised that Genesis Genetics would be able to identify the presence of the cystic fibrosis gene mutations in the embryos pre-implantation so they would avoid parenting a baby with such disability.

6.      On or about July 14, 2004 the Plaintiffs underwent retrieval and insemination procedures at Defendant, NYU Hospitals Center, for the creation of embryos that were forwarded to Defendant, Genesis Genetics, in Detroit, Michigan, for pre-implantation genetic diagnosis.

7.      On or about July 19, 2004 the Defendant, Genesis Genetics, reported the results of their diagnostic studies to the physicians at Defendant, NYU School of Medicine, advising that 2 of 10 embryos were free of the genetic mutations that were

3

suitable for a cystic fibrosis free infant, and those were the embryos that were said to be implanted.

8.     On March 25, 2005, the Plaintiffs gave birth to a baby girl, Infant Plaintiff Rosie Grossbaum, at Saint Clare's Hospital, Denville, New Jersey, who was disabled with cystic fibrosis.

9.     On information and belief, the physicians of Defendants, NYU School of Medicine and NYU Hospitals Center, failed to meet the required standards of care in selecting and confirming the appropriate diagnostic tests that were performed by Defendant Genesis Genetics, and thereafter, implanted a defective embryo resulting in the birth of a cystic fibrosis infant.

10.     As a further result of the negligence of the Defendants, NYU School of Medicine and NYU Hospitals Center, the Plaintiff Chaya Menachem has suffered and will continue to suffer considerable emotional distress with respect to the delivery and upbringing of the infant Plaintiff Rosie Grossbaum due to the special needs for care and treatment of a cystic fibrosis baby and the attendant risks to the child.

11.     As a further result of the negligence of the Defendants, NYU School of Medicine and NYU Hospitals Center, the Plaintiffs will suffer considerable costs and expenses for the care and treatment of their cystic fibrosis baby, infant Plaintiff Rosie Grossbaum.

12.     As a further result of the negligence of the Defendants, NYU School of Medicine and NYU Hospitals Center, the infant Plaintiff, Rosie Grossbaum, upon reaching the age of maturity, will be required to expend considerable sums of money in an effort to treat and manage her disabilities arising from cystic fibrosis.

WHEREFORE, the Plaintiffs, Chaya, Menachem, and infant Rosie Grossbaum, demand judgment against the Defendants, NYU School of Medicine and NYU Hospitals Center, for damages, interest, and cost of suit.

## COUNT TWO

1.  Plaintiffs repeat and make a part hereof the Jurisdictional and Count One paragraphs of this Complaint as if set forth fully at length herein,

2.  At all times herein, the Defendant Genesis Genetics held itself as an expert in performing pre-implantation diagnosis of embryos that are at risk for the birth of a cystic fibrosis infant.

3.  At the relevant times herein, the Defendants, Genesis Genetics and Mark R. Hughes, assured the Plaintiffs that they had nothing to worry about in connection with the process of pre-implantation diagnosis, and they could be assured of a cystic fibrosis free baby on subsequent *in vitro* fertilization.

4.  The Defendant Genesis Genetics performed diagnostic procedures in such a manner as to depart from accepted standards of care resulting in the delivery of a cystic fibrosis baby, the infant Plaintiff Rosie Grossbaum, by the Plaintiffs, Chaya and Menachem Grossbaum.

5.  As a further result of the negligence of the Defendants, Genesis Genetics and Mark R. Hughes, the Plaintiff Chaya Menachem has suffered and will continue to suffer considerable emotional distress with respect to the delivery and upbringing of the infant Plaintiff Rosie Grossbaum due to the special needs for care and treatment of a cystic fibrosis baby and the attendant risks to the child.

5

6.     As a further result of the negligence of the Defendants, Genesis Genetics and Mark R. Hughes, the Plaintiffs will suffer considerable costs and expenses for the care and treatment of their cystic fibrosis baby, infant Plaintiff Rosie Grossbaum.

7.     As a further result of the negligence of the Defendants, Genesis Genetics and Mark R. Hughes, the infant Plaintiff, Rosie Grossbaum, upon reaching the age of maturity, will be required to expend considerable sums of money in an effort to treat and manage her disabilities arising from cystic fibrosis.

WHEREFORE, the Plaintiffs, Chaya Grossbaum, Menachem Grossbaum, and infant Rosie Grossbaum, demand judgment against the Defendants, Genesis Genetics and Mark R. Hughes, for damages, interest, and cost of suit.

<u>COUNT THREE</u>

1.     Plaintiffs repeat and make a part hereof the Jurisdictional and Counts One through Two paragraphs of this Complaint as if set forth fully at length herein.

2.     Defendants ABC Corps. 1-10 are fictitious entities whose identities are currently unknown and who shall be impleaded as soon as they are identified.

3.     Defendants ABC Corps. 1-10 are entities presently unknown who through further discovery may be identified as being negligently involved in either the pre-implantation diagnosis or the implantation of the cystic fibrosis carrying embryos that resulted in the delivery of the cystic fibrosis infant Plaintiff Rosie Grossbaum.

WHEREFORE, the Plaintiffs, Chaya, Menachem, and infant Rosie Grossbaum, demand judgment against the Defendants, ABC Corps. 1-10, Genesis Genetics, Mark R. Hughes, NYU School of Medicine and NYU Hospitals Center, John Does 1-10, for damages, interest, and cost of suit.

6

## COUNT FOUR

1.     Plaintiffs repeat and make a part hereof the Jurisdictional and Counts One through Three paragraphs of this Complaint as if set forth fully at length herein.

2.     Defendants John Does 1-10 are fictitious individuals whose identities are currently unknown and who shall be impleaded as soon as they are identified.

3.     Defendants John Does 1-10 are persons presently unknown who through further discovery may be identified as being negligently involved in either the pre-implantation diagnosis or the implantation of the cystic fibrosis carrying embryos that resulted in the delivery of the cystic fibrosis infant Plaintiff Rosie Grossbaum.

WHEREFORE, the Plaintiffs, Chaya, Menachem, and infant Rosie Grossbaum, demand judgment against the Defendants, John Does 1-10, Genesis Genetics, Mark R. Hughes, NYU School of Medicine and NYU Hospitals Center, ABC Corps. 1-10, for damages, interest, and cost of suit.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all issues.

NUSBAUM, STEIN, GOLDSTEIN
BRONSTEIN & KRON, P.A.
Attorney for Plaintiffs

Dated: March 23, 2007               By:_____Lewis Stein /s/_____
                                            Lewis Stein

7

JUN. 5.2007   3:05PM   NUSBAUM STEIN

NO.555   P.2/9

9044 8397 I

## CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Chaya Grossbaum and Menachem Grossbaum, her spouse, individually and as guardians ad litem of the infant Rosie Grossbaum

**(b)** County of Residence of First Listed Plaintiff   MORRIS
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)   973-584-1400
Lewis Stein, Esq., NUSBAUM, STEIN, ET AL.
20 Commerce Blvd., Succasunna, NJ  07876

### DEFENDANTS
Genesis Genetics Institute, LLC, of the State of Michigan, Mark R. Hughes, NYU School of Medicine and NYU Hospitals Center, et al.
County of Residence of First Listed Defendant   WAYNE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question (U.S. Government Not a Party)

☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☒ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Div.
Brief description of cause: Plaintiffs sue Defendants involved in providing pre-implant. genetic diagnosis which was faulty and resulted in cystic fibrosis baby.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE   March 23, 2007

SIGNATURE OF ATTORNEY OF RECORD   Lewis Stein /s/

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

# EXHIBIT B

*2981./01*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
DOCKET NO. 07-CV-1359

CHAYA GROSSBAUM and MENACHEM
GROSSBAUM, her spouse, individually
,as guardians ad litem of the
infant, ROSIE GROSSBAUM,

DEPOSITION OF:

          Plaintiffs,

CHAYA GROSSBAUM
(Volume 1)

     vs.

GENESIS GENETICS INSTITUTE,
L.L.C., of the State of Michigan,
MARK R. HUGHES, M.D., NEW YORK
UNIVERSITY SCHOOL OF MEDICINE and
NEW YORK UNIVERSITY HOSPITALS
CENTER, both corporations in the
State of New York, ABC
CORPORATIONS 1-10 and JOHN DOE
1-10,

ORIGINAL

          Defendants.
----------------------------------

          BEFORE:  ESTHER J. HODGE, a Certified

Court Reporter and Notary Public of the State of

New Jersey, at the offices of NUSBAUM, STEIN,

GOLDSTEIN, BRONSTEIN & KRON, ESQS., 20 Commerce

Boulevard, Succasunna, New Jersey, on Wednesday,

December 17, 2008, commencing at 10:15 a.m.,

Pursuant to Notice.

GILMARTIN COURT REPORTING SERVICE

Certified Shorthand Reporters
28 Peterson Road
P.O. Box 5879
Hillsborough, New Jersey 08844
(908) 369-0080
FAX  (908) 369-0081

C. Grossbaum - Direct                                    15

1        Q       Do you remember the last question?

2        A       Could you repeat it?

3        Q       I believe the question was do you

4    have a plan in your mind at the present time as to

5    how many children you think you would like to

6    have?

7        A       No.

8        Q       How many siblings do you have?

9        A       Four besides for me.

10        Q       There's five children in your

11    family?

12        A       Yes.

13        Q       How about your husband's family?

14        A       He has 11 in his family.

15        Q       Plus him or including him?

16        A       Including him.

17        Q       When you got pregnant which gave

18    rise to Rosie's birth, was that your first

19    pregnancy?

20        A       Yes.

21        Q       I understand that you had had

22    testing done on you a number of years -- a few

23    years earlier at UMDNJ that let you realize that

24    you were a CF carrier.  Is that right?

25                MR. STEIN:  Let me help you out.  I

C. Grossbaum - Direct                                    16

1    think the testing was done -- if you look at that

2    form, the specimens were taken at Morristown, and

3    they may have been sent to UMDNJ for analysis.

4                    MR. EICHHORN:  I'll rephrase it

5    then.

6                    MR. STEIN:  I think I'm helping you

7    out there.

8                    MR. EICHHORN:  I don't mind it.

9         Q       You had some testing done on you a

10   couple of years before you ended up getting

11   pregnant with Rosie that led you to know that you

12   were a CF carrier.  Correct?

13        A       Yes, but that's not -- I knew

14   before that point.

15        Q       You knew even before those tests?

16        A       Yes.

17        Q       When did you first learn that you

18   were a carrier of cystic fibrosis?

19        A       In 2000 about.

20        Q       How did you learn that?

21        A       When I was -- when we were both in

22   high school and college, we got tested by an

23   organization called Dor Yeshorim.

24        Q       What is Dor Yeshorim?

25        A       It's an organization that goes to

1    high schools and yeshivas and tests the students

2    for genetic conditions that are common amongst

3    Eastern European people.

4           Q      So you were in high school at that

5    time?

6           A      Yes.

7           Q      Did you graduate from high school?

8           A      Yes.

9           Q      What year was that?

10          A      2008.  Sorry, 1998.

11          Q      And did you go for any formal

12   education after graduating high school?

13          A      No.

14          Q      So in 2000 when you had this

15   testing done through Dor Yeshorim, you were two

16   years graduated from high school at that point?

17          A      Yes.

18          Q      Now, by the way, you are not

19   yourself afflicted with cystic fibrosis.  Am I

20   correct?

21          A      Yes.

22          Q      And your husband also is not.

23   Correct?

24          A      Correct.

25          Q      When you learned the results from

C. Grossbaum - Direct                                          18

1    the testing in 2000, did you learn, take efforts

2    to learn about CF at that time?

3           A      Yes.

4           Q      And what did you specifically learn

5    about the results of your testing vis-a-vis CF?

6           A      I don't understand.

7           Q      In other words -- I'll ask it this

8    way.  Did this testing reveal that you were a

9    carrier of CF?

10          A      Yes.

11          Q      After you learned that, what did

12   you then learn on your own about CF?

13          A      I learned about what the disease is

14   and how it works and what happens, you know -- the

15   disease.

16          Q      And did you learn about if two

17   people are carriers --

18                 MR. EICHHORN:  Strike that.

19          Q      Did you learn what is required for

20   a baby to be born with CF as opposed to just being

21   a carrier of CF?

22          A      Yes.

23          Q      What did you learn in that regard?

24          A      That if both parents are carriers,

25   then the chances of a child being born with CF are

C. Grossbaum - Direct                                    19

1    about one in four.

2          Q      And how did you learn this

3    information that you just explained to me?

4          A      Several different ways.  Through a

5    genetic counselor, through reading about it.

6          Q      When did you see the genetic

7    counselor?

8          A      2001 I believe.

9          Q      When you were growing up -- are you

10   still thinking on that one?

11         A      I'm just trying to remember if it

12   was 2000 or 2001.

13         Q      Let's say when you were growing up,

14   up until the time you graduated high school, did

15   you know anyone, have any friends -- did you have

16   any friends who had CF?

17         A      No.

18         Q      Did you know anyone who had CF?

19         A      No.

20         Q      After you graduated high school up

21   until the time that you met Dr. Hughes and the

22   people at the NYU IVF clinic, in that window of

23   time, did you know anyone with CF?

24         A      I don't know what you mean by

25   "know."  Personally have a relationship or know?

C. Grossbaum - Direct                                    30

1    mentioned?

2              MR. STEIN:  That's besides the time

3    that she spends in school.  You've got to

4    establish that first.

5         Q    Obviously you need to be in school

6    to teach, but other than that, how much time is

7    required of you in order to be prepared to teach

8    these courses that you've mentioned?

9         A    Usually I prepare over the course

10   of a week a few hours.  I generally try to do it

11   one day of the week for the whole week.

12        Q    Do you do that at night?

13        A    Yes.

14        Q    And I'm sorry.  You said science,

15   language arts and what was the third?

16        A    History.

17        Q    Can you tell me, which came first?

18   Did you go to the NYU IVF clinic before or after

19   you had already talked with Dr. Hughes?

20        A    Before.

21        Q    Tell me how was it that you found

22   your way to the NYU clinic.

23        A    We were referred to them.

24        Q    By?

25        A    Rabbi Jacobowitz.

C. Grossbaum - Direct                                              31

1          Q       What is his first name?

2          A       I don't remember.

3          Q       Can you tell me when you were

4   referred by Rabbi Jacobowitz to the NYU clinic?

5          A       I would say it was some time in the

6   winter of 2004, probably late winter, early

7   spring.

8          Q       So February, March, somewhere in

9   there?

10         A       Yeah.

11         Q       Who is Rabbi Jacobowitz?

12         A       What do you mean?

13         Q       How do you know him?

14         A       We were referred to him by his

15  brother-in-law who knew he worked in this area.

16         Q       So Rabbi Jacobowitz was not the

17  rabbi of your synagogue?

18         A       No.

19         Q       Am I using the right word?  Do you

20  and your husband attend a synagogue?

21         A       Yes.

22         Q       And you have probably a main rabbi

23  there and others?

24         A       It doesn't really work that way,

25  but there is a rabbi of a synagogue.

C. Grossbaum - Direct                                          37

1          A        Brooklyn.  I believe Brooklyn.

2          Q        And you said you were referred to

3    him by I think you said his brother-in-law?

4          A        Yes.

5          Q        Who is that?

6          A        Rabbi Zalman Leib Markowitz.

7          Q        Where does Rabbi Markowitz live?

8          A        He lives in Munsey, New York.

9          Q        How did you come in contact with

10   Rabbi Markowitz?

11         A        He was involved in the community of

12   Morristown.  He was the principal of the school,

13   and we were close with him, and we were discussing

14   the situation with him.

15         Q        Was he the principal of Cheder

16   Lubavitch where you worked?

17         A        One of them.

18         Q        And what's his -- I have Markowitz.

19   What's his first name?

20         A        Zalman Leib.

21         Q        So you knew him from Cheder

22   Lubavitch?

23         A        Yes.

24         Q        Did you have discussions with Rabbi

25   Markowitz about the issue of you wanting to start

C. Grossbaum - Direct                                    38

1    a family?

2            A      Yes.

3            Q      Was he the first person whose

4    counsel you sought out on that issue, you and your

5    husband?

6            A      Yeah.

7            Q      Is he still one of the principals

8    at Cheder Lubavitch?

9            A      No.

10           Q      Did you say he lives in Munsey, New

11   York?

12           A      Yes.  It's like Rockland County

13   area.

14                  MR. STEIN:  It's up near Suffern.

15                  THE WITNESS:  Technically it might

16   even be Suffern.  It's in one mushed area.

17           Q      Are you still in contact with Rabbi

18   Markowitz?

19           A      Not on a regular basis.

20           Q      Do you speak to him once a year or

21   more?

22           A      I would say maybe once a year.

23           Q      Can you tell me -- first of all,

24   can you tell me approximately when it was that you

25   first consulted him on the issue of you and your

C. Grossbaum - Direct                                    39

1    husband wanting to start a family?

2          A      I don't remember the exact time.

3          Q      Can you tell me what information

4    did you seek to gain from him about that issue?

5          A      I guess just advice.  Yeah, advice.

6          Q      Was it advice specifically because

7    of your prior test results, or was it just general

8    advice?

9          A      I don't understand what you're

10   saying.

11         Q      In other words, did you seek out

12   Rabbi Markowitz and talk to him about wanting to

13   start a family because you knew you were a CF

14   carrier, or just generally because you wanted to

15   talk to him about the idea of starting a family?

16         A      Specifically because we were a CF

17   carrier.

18         Q      At the time that you first spoke to

19   Rabbi Markowitz about these issues, did you

20   already know that your husband also was a CF

21   carrier?

22         A      Yes.

23         Q      How had you learned that?

24         A      When we were ready to get engaged

25   we called the organization Dor Yeshorim, and what

C. Grossbaum - Direct                                    40

1  they do is they take your blood work.

2       Q       Do you want some water?

3       A       That would be good, yes, please.

4               MR. EICHHORN:  We'll take a break

5  and get you some water.

6               (Whereupon, a break is taken.)

7       Q       You were in the middle of

8  answering.

9       A       I said before I was in high school,

10 and he was in Yeshiva.  They take your blood work,

11 but they don't tell you your results until they're

12 ready to get married, and when you're ready to go

13 get engaged -- after the couple gets engaged --

14 before you're engaged they tell you whether you

15 are compatible or not.  They told us that we were

16 carriers for cystic fibrosis, so it was several

17 years after we were in high school.

18      Q       I'm afraid you lost me on that.

19 Maybe I misunderstood earlier.  I thought that you

20 had that testing done by Dor Yeshorim in 2000 and

21 that you learned at that time.

22      A       I didn't get tested by Dor Yeshorim

23 in 2000.  In 2000 it was Morristown Memorial.  In

24 1998 I got tested by Dor Yeshorim.

25      Q       In 1998 when Dor Yeshorim tested

C. Grossbaum - Direct                                    41

1    you, you did not learn the results then?

2           A       No.

3           Q       In 2000 were you and Menachem

4    considering getting married at that time?

5           A       Yes.

6           Q       Were you engaged yet?

7           A       No.

8           Q       At that point in your relationship

9    is that the point when couples would generally

10   find out the results of their testing?  Is that

11   what you just told me?

12          A       People find out before they go out

13   or get engaged.

14          Q       By "go out" you mean date?

15          A       Uh-huh, yes.

16          Q       Some people will find out before

17   they even date.  Other people may date and find

18   out before they get engaged?

19          A       Right.

20          Q       In your situation you had dated

21   already.  You were serious.  You were thinking of

22   getting engaged, and then you found out?

23          A       Right.

24          Q       From whom did you learn the results

25   of both your tests?  From what organization?

C. Grossbaum - Direct                                    42

1          A          Dor Yeshorim said we were not

2     compatible.

3          Q          Tell me what "not compatible" means

4     in the way Dor Yeshorim uses it.

5          A          When they take your blood, they

6     give you a card with an I.D. number, and before

7     you're ready to get engaged, you give them the two

8     numbers, and they tell you whether it's a match or

9     not.

10         Q          When you say "match," according to

11    what criteria are you talking match?

12         A          If you're both carriers I guess for

13    the same genetic condition.

14         Q          Maybe you told me.  Did you tell me

15    when it was you learned this information about you

16    and your husband, when you learned the results of

17    the test in which they told you you were not

18    compatible?

19         A          That was in 2000.

20         Q          And did you or your husband test

21    positive for any other disease or abnormality

22    other than being carriers for CF?

23         A          They don't tell you if you're a

24    carrier for something.  They just tell you if you

25    both are the carrier for the same condition.

C. Grossbaum - Direct                                    43

1          Q      So the sum and substance of the

2     results of your testing that you learned was both

3     of you were carriers for CF, and therefore, you

4     were characterized as not compatible?

5          A      That we were both -- we found out

6     that we were both carriers.

7          Q      For cystic fibrosis?

8          A      Yes.

9          Q      Did Dor Yeshorim make any

10    recommendations to you as a result of that

11    testing?

12         A      No, they don't do that.

13         Q      They don't say anything from a

14    religious authority perspective of whether you

15    should or should not get married?

16         A      No, they just -- that's not what

17    they do.  They just -- it's like a database.

18         Q      When you learned this information,

19    were you given any additional information as to

20    the significance of the fact that you were both CF

21    carriers, or just simply you're both carriers for

22    cystic fibrosis, and you're not compatible and

23    that's it?

24         A      Can you explain what you're asking?

25         Q      How did you find out these results?

C. Grossbaum - Direct                                      44

1    Did you call up Dor Yeshorim to find out?

2           A      Yes.

3           Q      Did you learn the results over the

4    phone?

5           A      Yes.

6           Q      When you learned the results over

7    the phone, were you simply told that you and your

8    husband were both carriers for CF, and you were

9    not compatible, or were you also told additional

10   information about the significance of those test

11   results?

12          A      We were not really given much more

13   information about cystic fibrosis or anything

14   else.

15          Q      When you were saying "not really

16   given much more," to me that means you were given

17   some more.  My question is, what else were you

18   told?

19          A      We were told that we were both

20   carriers of cystic fibrosis, and we had to do

21   research to find out what cystic fibrosis was.

22          Q      Was it after that that you went to

23   Morristown and had testing redone?

24          A      Yes.

25          Q      Why did you do that?

C. Grossbaum - Direct                                    45

1          A       Because they recommend that you do

2     that just to confirm the results.

3          Q       Were the results confirmed?

4          A       Yes.

5          Q       Did you go to Morristown, just you

6     or your husband also?

7          A       In 2000, just I went, and he got

8     retested by the organization.  They took his blood

9     again.

10         Q       Were the results confirmed?

11         A       Yes.

12         Q       Did you know all of that

13    information before you first spoke to Rabbi

14    Markowitz?

15         A       Yes.

16         Q       Is that why you spoke to Rabbi

17    Markowitz?

18         A       Yes.

19         Q       What is Rabbi Markowitz's role that

20    he would be a person that you would go to for

21    consultation in this field?

22         A       He was just somebody that we were

23    close to and is connected to a lot of different

24    people and has a lot of different resources.

25         Q       Does he himself get involved in

C. Grossbaum - Direct                                    46

1    issues of fertility for couples?

2         A     I don't know if it's like a general

3    thing that he does.  I don't know.

4         Q     I assume you told Rabbi Markowitz

5    that you were both CF carriers?

6         A     Yes.

7         Q     What did he tell you?

8         A     I don't know -- I can't really --

9    how much do you want me to -- I don't understand

10   what you want me to . . .

11        Q     I'm trying to get a feeling for

12   what the discussion was, what he told you.  I

13   believe you did tell me that he ended up referring

14   you to Rabbi Jacobowitz?

15        A     Right, so we were just basically

16   discussing with him what our options could be,

17   what options we had, how we can go about finding

18   out what our options were, advice on what his

19   opinion on -- how we should go about finding out

20   different options.  He was kind of like -- I don't

21   know the word, but someone that we were close to

22   that was an open ear that we could talk to and

23   confide in.

24        Q     He told you that the person that

25   would be in the best position to possibly help you

C. Grossbaum - Direct                                   47

1   would be Rabbi Jacobowitz?

2          A      Yes.

3          Q      Did Rabbi Markowitz say anything to

4   you about the issue of becoming pregnant given

5   that you were both CF carriers, or did he just

6   defer on that issue completely?

7          A      We spoke about -- can you explain?

8          Q      Did he give you any advice?

9          A      He didn't tell me what to do one

10  way or the other.  He wasn't like, Do this or

11  don't do that.  He was trying to help guide us to

12  make the right decision for ourselves.

13         Q      I'm trying to get a little bit of

14  what that discussion was.  If he tried to help

15  guide you and what decision was best for you, what

16  were you talking about?  What was the issue that

17  you were concerned about?

18         A      About having children obviously and

19  getting married -- you know, getting married and

20  having children and having a family and what our

21  future would be.

22         Q      Did you ask him whether he knew any

23  couples similarly situated to you?

24         A      Yes.

25         Q      What did he tell you?

C. Grossbaum - Direct                                    49

1    don't know how long before that.

2                    MR. STEIN:  You can focus on it

3    right like that, how long before.

4          Q      I'm not trying to trip you up.  You

5    told me already that you were referred by Rabbi

6    Jacobowitz in NYU in around February or March of

7    2004, so with that date in mind, can you tell me

8    in relation to that how much before that you did

9    first meet Rabbi Jacobowitz?

10         A      I don't remember exactly, but it

11   was probably two to three months before.

12         Q      Did you first encounter him in

13   person or on the telephone?

14         A      We spoke to him on the phone.

15         Q      Did you arrange a personal meeting?

16         A      Not at that time.

17         Q      When you first spoke to him, I

18   would imagine you told him that you were referred

19   to him by Rabbi Markowitz.  Right?

20         A      Yes.

21         Q      What was the rest of the

22   discussion?

23         A      He basically explained what the

24   general options were, and he referred us to Dr.

25   Liccardi at NYU.

C. Grossbaum - Direct                                    50

1        Q       Tell me what he told you the
2   general options were.
3        A       The PGD and IVF.
4        Q       Did he discuss anything else?
5        A       No.  We went to him basically
6   because we knew he did that work.  He was involved
7   in that at NYU.
8        Q       Had you learned that from Rabbi
9   Markowitz?
10       A       Yes.
11       Q       That's something that Rabbi
12  Markowitz told you?
13       A       Yes.
14       Q       When you spoke to Rabbi Jacobowitz,
15  he then talked to you about the possibility of
16  using PGD and IVF, and he referred you to Dr.
17  Liccardi?
18       A       Yes.  He said he works with Dr.
19  Liccardi at NYU, and they do that.
20       Q       How many times had you met or spoke
21  to Rabbi Jacobowitz before you went to the NYU IVF
22  clinic?
23       A       Two or three times.
24       Q       In that period of time, can you
25  tell me what involvement he had with PGD and IVF?

C. Grossbaum - Direct                          56

1              THE WITNESS:  That was the only

2    reason he was there, to make sure it was mine and

3    no one else's.

4              MR. LEUCHTMAN:  So he didn't

5    purport to have any quality control?

6              THE WITNESS:  No.

7              MR. LEUCHTMAN:  Nor was he trained

8    for that?

9              THE WITNESS:  Right, he's not

10   trained for that.

11        Q      In February or March of 2004 when

12   Rabbi Jacobowitz referred you to the NYU IVF

13   clinic, was that to Dr. Liccardi specifically?

14        A      Yes.

15        Q      What was your first contact with

16   either Dr. Liccardi or the clinic?

17        A      We called to schedule an

18   appointment.

19        Q      The first day you went to the

20   clinic was it to see Dr. Liccardi for an

21   appointment?

22        A      Yes, it was a consultation before

23   we went.

24        Q      I think according to the record it

25   was the end of March.  Does that sound right to

C. Grossbaum - Direct                                        57

1    you?

2           A      Yes.

3           Q      Did you and your husband both go?

4           A      Yes.

5           Q      Do you remember that visit?

6           A      Yes.

7           Q      Tell me first of all roughly what

8    time of day was it.

9           A      I don't remember.

10          Q      And about how long did that visit

11   last?

12          A      Probably about 45 minutes to an

13   hour.

14          Q      Did you speak to anyone at that

15   visit other than Dr. Liccardi, other than to a

16   nurse to say that you were there?

17          A      We spoke to -- I don't know if it

18   was that day or on a subsequent visit that we

19   spoke to nurses or whatever.

20          Q      On that first visit tell me what

21   was discussed.

22          A      He basically discussed the IVF

23   process.

24          Q      About how long did that discussion

25   of the procedure last?

C. Grossbaum - Direct                                    58

1        A     I just remember that the whole

2   meeting was an hour, 45 minutes.  I don't remember

3   the length of that part of the discussion.

4        Q     When you say he was discussing the

5   IVF process, are you talking about the detail of

6   how it works, what the steps are, what you do,

7   what they do?

8        A     Yes.

9        Q     Was your husband with you and

10  taking part in that?

11       A     Yes.

12       Q     Did either of the two of you have

13  any questions for him?

14       A     Yeah.

15       Q     A lot of questions?  A few

16  questions?

17             MR. STEIN:  What's your idea of

18  those very specific terms, "a lot" and "a few"?

19       Q     Did you ask a few questions or did

20  you have more than ten?

21       A     I don't remember the exact number,

22  but there were several -- a lot of questions.  We

23  wanted to know all about it.

24       Q     I can't expect you to be able to

25  tell me now exactly what he told you, but I would

C. Grossbaum - Direct                                          59

1    like you to tell me to the best of your memory

2    what he told you when he described this whole

3    process for you and your husband.

4            A       He spoke about what IVF was.  He

5    spoke about what I would have to do before, the

6    different hormones and different injections that I

7    would have to take and what was involved in the

8    egg retrieval, what was involved in making the

9    embryo, what was involved in implanting the embryo

10   back into me, so all the details of what was

11   involved in doing in vitro fertilization, the

12   chances of it being a success and all of that.

13           Q       Do you remember any of the

14   questions that you had?

15           A       No.

16           Q       Was there any other discussion?

17           A       I don't understand.

18           Q       Any other information that he

19   conveyed to you or any subjects that were

20   discussed other than what you just told me?

21           A       We spoke about what he said, that

22   we would have a meeting -- a phone meeting with

23   Dr. Hughes, and he was just explaining to us how

24   the PGD worked, and it could be we discussed

25   things totally unrelated, but I don't specifically

C. Grossbaum - Direct                                    60

1   remember those conversations.  Like it could be
2   there was some small talk.  I just don't remember.
3           Q       What did he tell you about Dr.
4   Hughes' role?
5           A       That Dr. Hughes did the PGD.
6           Q       Did he explain what PGD was?
7           A       He explained it very briefly, but
8   he said we would speak to Dr. Hughes, and he would
9   explain more in detail what was the PGD.
10          Q       Did he tell you anything about Dr.
11  Hughes?
12          A       Not really.  Explain what you mean
13  by "about Dr. Hughes."
14          Q       You were referred to the NYU IVF to
15  Dr. Liccardi, and now you're sitting down with Dr.
16  Liccardi.
17          A       Right.
18          Q       He's describing this process, and
19  he's saying that part of it involved PGD testing
20  to be done by some other person, by some other
21  place, Dr. Hughes.  I'm asking you did he tell you
22  anything about him other than just a name and a
23  location?
24          A       He said that Dr. Hughes was the
25  doctor that they used for their PGD, and he was in

C. Grossbaum - Direct                                    61

1    Michigan, and they overnighted the embryo to him,

2    and he did whatever -- all the stuff that he did,

3    and he overnighted it back to him, and that's who

4    they worked with.

5           Q      What you just talked to me about

6    for these couple of minutes, what was discussed at

7    this meeting with Dr. Liccardi, that lasted about

8    an hour?

9           A      The meeting lasted probably about

10   an hour.  I don't remember how long the part of

11   the conversation about Dr. Hughes was.

12          Q      I'm not just talking about Dr.

13   Hughes, but the meeting with him in which he

14   described the IVF process, answered your

15   questions, had mentioned Dr. Hughes' role, that

16   meeting took about an hour?

17          A      Yes.

18          Q      And we have just talked about those

19   issues now for a couple of minutes?

20          A      Right.

21          Q      And it's accurate to say, isn't it,

22   that there was a lot of detail provided to you in

23   that meeting that you and I have not gone over

24   just now?

25          A      Right.

C. Grossbaum - Direct                                    64

1    would make it okay?

2           A      If there's danger to the mother's

3    life.  I'm not -- I'm not really an expert on it,

4    but I know some cases if they know that the child

5    won't survive past -- for a while and it will be

6    in a lot of pain, they might say it's okay.  I'm

7    not like an expert in the allowances of having an

8    abortion, but I think those are the two main

9    factors.

10          Q      Did you seek information and

11   guidance on that issue from anyone during this

12   process?

13          A      Yes.

14          Q      Who?

15          A      Rabbi Tendler.

16          Q      Where is Tendler from?

17          A      He's also from the Munsey area.

18          Q      How did you get his name?

19          A      I believe also from Rabbi

20   Markowitz.

21          Q      And what issues did you discuss

22   with Rabbi Tendler?

23          A      What he thought our best options

24   according to Jewish law were to get pregnant.

25          Q      Out of what choices?

C. Grossbaum - Direct                                    65

1        A       Getting pregnant naturally, getting

2    pregnant and having an abortion, and doing the

3    PGD.

4        Q       So those three choices were

5    discussed with Dr. Tendler?

6        A       Yes.

7        Q       What advice did he give you?

8        A       His advice was that the best option

9    according to Jewish law would be the PGD.

10       Q       If you and your husband were to

11   decide to get pregnant naturally, it was your

12   understanding that you would have a one-in-four

13   chance that your child would have CF.  Correct?

14       A       Yes.

15       Q       So if you decided to get pregnant

16   naturally and learned during your pregnancy that

17   your child was going to have CF, Jewish law

18   wouldn't prevent you from giving birth to that

19   child, would it?

20       A       No.

21       Q       So you're certainly free under

22   Jewish law to have that baby and raise that baby

23   with CF.  Correct?

24       A       Yes.

25       Q       On the other hand, if you learned

C. Grossbaum - Direct                                          66

1   during the pregnancy that your child was going to

2   have CF, are you saying that Jewish law would not

3   permit you to have an abortion?

4          A      It depends on the circumstances.

5          Q      And in these circumstances, the

6   circumstance of you and your husband and knowledge

7   that your child was going to be afflicted with CF,

8   is it your testimony that Jewish law would prevent

9   you from having an abortion?

10         A      Yes.

11         Q      And who told you that?

12         A      Rabbi Tendler.

13         Q      Did you seek counsel from anyone

14  else on that issue?

15         A      No.

16         Q      Is he the only person you discussed

17  that issue with ever before giving birth to Rosie?

18         A      Probably not the only person I

19  discussed the issue with.

20         Q      Well, did you discuss it with any

21  other rabbis for their expertise and guidance on

22  that issue?

23         A      No.

24         Q      Am I correct that you never spoke

25  to your own rabbi about that issue, the rabbi at

C. Grossbaum - Direct                                     69

1    and what happened next?

2           A       He had us set up a phone meeting

3    with Dr. Hughes.

4           Q       Phone meeting with him also or just

5    Dr. Hughes?

6           A       No, just Dr. Hughes.

7           Q       How long after your consultation

8    with Dr. Liccardi did the phone conference with

9    Dr. Hughes take place?

10          A       It was within a few weeks.

11          Q       Tell me what the discussion was.

12          A       What exactly do you want to know?

13          Q       I'd like to know what was said.

14          A       He told us about what the PGD was

15   and what he did and how -- just how he did the

16   PGD, you know, the scientific things behind it.

17          Q       Do you remember -- I assume you and

18   your husband were both involved in this?

19          A       Yes.

20          Q       Do you remember whether either of

21   you had any questions for him?

22          A       Yes.

23          Q       Yes --

24          A       We had questions for him.

25          Q       And did he answer them to your

C. Grossbaum - Direct                                          70

1    satisfaction?

2           A       Yes.

3           Q       Can you tell me about how long that

4    conversation lasted?

5           A       About 45 minutes.

6           Q       And would it be accurate to say

7    that most of that 45 minutes was spent with him

8    talking and you listening, rather than you and

9    your husband talking and him listening?

10          A       It was a mixture of him talking, us

11   asking questions, him answering the questions.

12          Q       Do you remember any of the

13   questions that you had for him?

14          A       Some of them.

15          Q       Why don't you tell us what you

16   recall asking?

17          A       I recall asking about what the cost

18   of this PGD was.  I remember some questions about

19   the actual process of doing the actual PGD, about

20   the chances of it being a success and just in

21   general what was involved in doing the PGD.

22          Q       Had you written down any questions

23   in advance to ask so you wouldn't forget to ask

24   them when you were on the phone?

25          A       I think so.

C. Grossbaum - Direct                                    71

1      Q      Do you happen to have those

2  questions that you wrote down?

3      A      No.

4      Q      Do you have any, you or your

5  husband, have any notes, papers that you compiled

6  during the course of these events?

7      A      Not anymore.  I mean, no.  As soon

8  as I got pregnant, I just got rid of everything.

9      Q      Can you tell me any more

10  specifically what Dr. Hughes told you about the

11  PGD, the type of technology it is, its success

12  rate, those kinds of things?

13      A      I'm not so clear on the technology,

14  but he explained how they create this DNA.  They

15  take -- remove specific things from the embryo to

16  check the DNA to see if it was -- if it had the CF

17  gene, and that they did this -- they created it

18  specifically to look for our mutations.  In

19  reference to the success rate, he said that he had

20  been doing it for about 14 years, and in hundreds

21  of cases he only had 10 or 11 errors and that the

22  success rate was very high.  He mentioned that

23  it's a very quick process, that they get it and

24  they send it back overnight because it's back at

25  NYU in time to be implanted, so different things

C. Grossbaum - Direct                                    72

1   like that.

2          Q      And so he told you in that first

3   conversation with him that there had been errors

4   made in the past?

5          A      He said there had been errors, but

6   it was -- he had a very high success rate.

7          Q      And on the subject of errors, do

8   you remember what else he told you about that?  If

9   an error does occur what has been done in the

10  past?

11         A      He said that some people aborted

12  and some people had the baby.

13         Q      Did he tell you any procedures that

14  were in place to help find any errors?

15         A      Yes.

16         Q      What did he tell you?

17         A      The CVS and amniocentesis.

18         Q      What did he tell you about those?

19         A      That people do it to see if the

20  baby had whatever it was that they were doing the

21  PGD for.

22         Q      He told you that those two

23  procedures are used to check to see whether or not

24  the baby is okay, or whether there is a problem

25  after the PGD has been done?

C. Grossbaum - Direct                                    82

1    stamina.  We're going to be here a long time.

2              A      Okay.

3              Q      So after that first telephone

4    conversation with Dr. Hughes, how was it left with

5    him?

6              A      That we should make a decision

7    about what we wanted to do, if we wanted to go

8    ahead with the IVF and PGD, and I believe at that

9    conversation we told him we did want to go ahead

10   with it.

11             Q      You told him that you did?

12             A      Yes.

13             Q      So then what happened next?

14             A      Then we contacted NYU, and they

15   scheduled like an orientation-type meeting.

16             Q      And about how long later was that

17   after the conversation with Dr. Hughes?

18             A      I believe that was in May.

19             Q      Was this an orientation meeting

20   just for you and your husband or were you part of

21   a bigger group?

22             A      It was supposed to be a bigger

23   group, but I think in the end there was only one

24   or two other couples there.

25             Q      Who from NYU was there?

C. Grossbaum - Direct                                    84

1       Q       Do you remember signing various

2  consent forms?

3       A       Yes.

4       Q       Do you remember reading those

5  consent forms before you signed them?

6       A       Yes.

7       Q       Do you remember reading them at

8  home in addition to reading them at the clinic?

9       A       No.  I mean, I don't remember for

10 sure.

11      Q       I'll represent to you that the

12 records indicate that the consent forms were given

13 to you on that visit of the 31st to take home.

14 Would you have any reason to dispute that?

15      A       No.

16      Q       Tell me about the orientation

17 meeting.

18      A       The orientation -- they had like a

19 PowerPoint presentation with different information

20 about IVF and your age and what your chances were

21 of successfully getting pregnant and how to inject

22 yourself with the needles and different hormones

23 you have to take, and at what point you would have

24 to come in for blood work and what time for egg

25 retrieval, what work you would have to do to come

C. Grossbaum - Direct                                    85

1   in for implantation, after that how you would come

2   in to test your hormonal levels and different

3   things like that.  It just went through the

4   step-by-step process of what IVF was.

5        Q      Was this a more in-depth discussion

6   of the same things that Dr. Liccardi had told you

7   about at the first meeting?

8        A      Yes.

9        Q      Did this meeting address at all the

10  PGD aspect of things or just IVF if you remember?

11       A      It was just IFV, if I recall.

12       Q      Did you speak to that other couple

13  that was there at all?

14       A      No.

15       Q      You don't remember if they were

16  just IVF or they were PGD also?

17       A      I think we spoke briefly but not

18  like intense conversations.  She was an older

19  woman.

20       Q      Do you remember how long that

21  orientation meeting lasted?

22       A      I don't remember the exact time,

23  but it was a while.  It was definitely a few hours

24  I think.  I think.  I don't remember exactly.

25       Q      Did you say it was a PowerPoint

C. Grossbaum - Direct                                           86

1   presentation?

2          A      I don't remember the exact computer

3   program that they used, but it was --

4          Q      On a screen?

5          A      On a screen, yeah.

6          Q      Do you remember whether you and

7   your husband had any questions?

8          A      Yes, we definitely had questions.

9          Q      Do you remember any of the

10  questions that you had?

11         A      Not specifically, but at that time

12  they showed us how to give ourselves the

13  injections, and we had to try it on different --

14  we had to try it on these squishy things, so there

15  were questions related to that.  It was questions

16  related to -- you know, just to the whole meeting.

17  I don't remember.

18         Q      You had to give yourself injections

19  of what?

20         A      Hormones so that you can get your

21  body ready to do the in vitro fertilization.

22         Q      Did this nurse give the whole

23  presentation?

24         A      I don't remember.  Vaguely I

25  remember someone coming in to show us how to use

C. Grossbaum - Direct                                    87

1   the needles and showing us how to use the

2   hormones, and I remember there were like two

3   sessions, but I don't remember the details of

4   that.

5          Q      At that point in time you had

6   spoken to Dr. Liccardi, and you had spoken to Dr.

7   Hughes.  Did you have any -- I'm going to use the

8   phrase any burning questions in your mind,

9   anything that you were specifically concerned

10  about and finding out the answers to at that time?

11         A      At that time?

12         Q      Yes.

13         A      No.  At that point most of my

14  questions were answered.

15         Q      What I mean is right before that

16  meeting, when you knew that you were going to the

17  orientation meeting, did you and your husband have

18  in your mind, "We really want to find out the

19  answer to this or we want to ask about that"?

20         A      No, sir, all those questions were

21  answered either on the phone with Dr. Hughes or in

22  the meeting with Dr. Liccardi.

23         Q      The questions that you asked at the

24  orientation meeting, they were questions that came

25  up at that time based upon what was being

C. Grossbaum - Direct                                      88

1   presented to you?

2        A     Yes.

3        Q     Did you have any questions or

4   concerns in your mind, you or your husband, at

5   that time as to whether you wanted to go through

6   with this?

7        A     No.

8        Q     You knew you wanted to?

9        A     Yes.

10       Q     And what happened after that?

11       A     Once we decided to go ahead with

12  that and we learned how to use the needles, they

13  gave you a starting point as to when you were

14  supposed to start giving yourselves the specific

15  hormone.  I don't remember if it was Lupron or

16  progesterone, something like that, and then you

17  started the injections, and they told you exactly

18  what date and -- they were very specific with the

19  instructions about when you're supposed to start

20  and when you're supposed to stop one thing and go

21  to the next hormone.

22       Q     Is there any problem in your

23  religion with injecting yourself with hormones?

24       A     No.  I mean, no.

25       Q     Not that you know of?

C. Grossbaum - Direct                                    107

1    four, Section D now, it says, "I and my partner

2    understand that there is no guarantee that this

3    procedure will result in a successful pregnancy,

4    although the members of the PIVF team hope that a

5    pregnancy will result from this procedure."

6            So you knew very clearly after speaking to

7    Dr. Liccardi and reading this document before you

8    signed it that the IVF procedure may not work and

9    you might not get pregnant?

10           A     Yes.

11           Q     Two paragraphs down from that, it

12   says, "However, should a pregnancy result from

13   this procedure, I and my partner understand that

14   the pregnancy may need to be monitored by weekly

15   hormone determinations of the maternal blood and

16   by ultrasound examination.  We understand that

17   even if pregnancy is successfully established, the

18   pregnancy will be subject to all the risks and

19   complications of a natural-occurring pregnancy,"

20   and then it goes on to list several risks.

21   Correct?

22           A     Yes.

23           Q     Then it says, "The risk of the

24   development of an abnormal fetus is at this time

25   unknown.  From animal experimentation and from

C. Grossbaum - Direct                                    108

1    observations of the abortion of abnormal fetuses

2    in the human, although it is not known, it is now

3    believed that the IVF-ET procedures, including

4    ICSI and assisted hatching, do not have any

5    greater risk of abnormal fetal development than

6    occurs in nature.  Thus, although IVF births to

7    date have not demonstrated an increased incidence

8    of fetal abnormalities compared to non-IVF babies,

9    we understand that the IVF team cannot guarantee

10   the normalcy of any infant resulting from this

11   procedure."

12            You read that.  Correct?

13       A      Yes.

14       Q      You understood that basically what

15   it was saying was while there's been some testing,

16   they can't guarantee that your baby will come out

17   okay?

18       A      Yes.

19       Q      And you accepted that?

20       A      Yes.

21       Q      So you understood when you agreed

22   to go forward with this that your baby may end up

23   with a problem in spite of all the technological

24   tests that were being used.  Right?

25       A      Yes.

C. Grossbaum - Direct                                111

1   okay -- if it had been okay to do an amnio and
2   CVS, we wouldn't do this or make the determination
3   to do the IVF pregnancy.  I was doing the IVF
4   specifically because we would have a much greater
5   chance of not having CF.
6          Q      In fact, you were doing the PGD to
7   reduce the chances of having a baby with CF?
8          A      Yes.
9          Q      You knew that PGD wouldn't insure
10  that you wouldn't have a baby with CF?
11         A      It wouldn't ensure, but we believed
12  that the risks were very minimal.
13         Q      The chances of it happening were
14  much less.  That was the plan?
15         A      Significantly less.
16         Q      But it could happen?
17         A      Possibly, yes.
18         Q      Well, Dr. Hughes specifically told
19  you that in 10 or 11 cases over the years there
20  had been errors made in the PGD testing because
21  it's not perfect.  Correct?
22         A      Right.  He said in 14 years in
23  hundreds of cases.
24         Q      Stick with me.
25         A      But he also stressed that it was

C. Grossbaum - Direct                                    112

1    very little risk.

2            Q        In hundreds of cases, 10 or 11

3    times the technology made an error.  That's what

4    he told you?

5            A        Yes.

6            Q        Did you appreciate at that time

7    when he was saying it to you that those 10 or 11

8    times were 10 or 11 families?

9            A        Yes.

10           Q        That they were people who had made

11   the same decision you had made to undergo this

12   testing to reduce their chances, but that it could

13   still happen, and while many hundreds or some

14   hundreds of people were happy, this 10 or 11

15   families had it happen to them and that it didn't

16   work.  You understood that?

17           A        I understood that.

18           Q        You knew that while the chances

19   were it wouldn't happen to you, it could happen to

20   you?

21           A        Yes.

22           Q        In your mind are you saying that

23   just getting pregnant, given that you're both CF

24   carriers, just getting pregnant and then going for

25   amnio is the same as having PGD testing done to

C. Grossbaum - Direct                                          '114

1          A       The last page?

2          Q       Subsection G, I'm sorry.  It says,

3    "I and my partner confirm the nature of in vitro

4    fertilization and embryotransfer with ICSI and/or

5    assisted hatching has been explained to us

6    together with the known risks."

7          That was true.  You had that discussion.

8    Correct?

9          A       Yes.

10         Q       "We understand the explanations

11   that has been given.  We've had the opportunity to

12   ask any questions we might have, and those

13   questions have been answered to our satisfaction."

14         That was also true.  Correct?

15         A       Yes.

16         Q       It says at the end, "We understand

17   that we may elect not to continue with this

18   procedure at any time and that this decision would

19   not affect present or future medical care and

20   treatment."

21         That is correct?

22         A       Correct.

23         Q       In other words, if you wanted to

24   change your mind and not go forward with it, you

25   could do it.  No one was making you continue with

C. Grossbaum - Direct                                    118

1   any detail.  One thing -- basically one thing the

2   consent form says is that you agree to have the

3   fertilized embryos frozen, and there's no

4   guarantee that they'll survive the freezing

5   process.

6          A     Yes.

7          Q     You understood that?

8          A     Yes.

9

10              (Addendum to IVF-ET Transfer Consent,

11          Embryo Biopsy and Preimplantation Genetic

12          Diagnosis dated 6/4/04, marked as Exhibit

13          Grossbaum-3 for Identification.)

14

15          Q     This is a consent form that we've

16   marked as Grossbaum-3, and it's entitled,

17   "Addendum to IVF-ET Transfer Consent, Embryo

18   Biopsy and Preimplantation Genetic Diagnosis."  If

19   you look, is that your signature and again after

20   that your printed name and the date that you

21   signed it?

22          A     Yes.

23          Q     And that's June 4, 2004?

24          A     Yes.

25          Q     I'm going to go through a couple of

C. Grossbaum - Direct                                    119

1    things on this consent, maybe a few more than a

2    couple.  On the first page, the first main

3    paragraph talks about that PGD can detect numerous

4    genetic disorders, and when successful it reduces

5    the chance of giving birth to a child afflicted

6    with a hereditary disease.  Is that right?

7            A       Yes.

8            Q       You read this document before you

9    signed it.  Correct?

10           A       Yes.

11           Q       And it also -- as with the other

12   consent forms, each page has a line at the bottom

13   where it appears that you initialed it and you

14   dated it.  Is that correct?

15           A       Correct.

16           Q       And was that initialed at the end

17   of each page by you, an indication that you had

18   read that page?

19           A       Yes.

20           Q       If you look at page three,

21   paragraph two, it says, "We understand that

22   because PGD is a new procedure, a major risk is

23   that the procedure may not be successful."

24           You read that and you understood that.

25   Correct?

C. Grossbaum - Direct                                    120

1           A      Yes.

2           Q      It then says, "The genetic analysis

3    may fail or be incorrect, although in PIVF's

4    experience with 60-plus patients to date, the

5    accuracy has been greater than 90 percent."

6           You read that?

7           A      Yes.

8           Q      You understood that?

9           A      Yes.

10          Q      Did you have any questions for

11   anyone or comments about that when you read it?

12          A      Our questions and comments were

13   addressed by Dr. Hughes when we had the

14   conversation with him.

15          Q      So you had your conversation with

16   Dr. Hughes before you read and signed this

17   document.  Correct?

18          A      Yes.

19          Q      So was your -- are you saying it

20   was you understanding from Dr. Hughes that there

21   was a success rate better than 90 percent?

22          A      Yes.

23          Q      And can you be any more specific

24   about what you said before, that there had been

25   hundreds of people and 10 or 11 errors?

C. Grossbaum - Direct                                    121

1       A       Yes.  He said that although he

2  can't guarantee it because nothing is guaranteed,

3  that it was very unlikely that it would be a

4  mistake, and he also specified within cystic

5  fibrosis, because we had more common mutations,

6  that it should be even less difficult to do it

7  properly because it was a more common condition,

8  more common mutation, and that he wasn't going to

9  guarantee anything because nothing is guaranteed,

10  but that the risks of it not being a success were

11  very slim, and it was a very high chance of it

12  being successful.

13      Q       So your testimony is that Dr.

14  Hughes essentially said to you that you had common

15  mutations so that there was a better chance of

16  success than other cases?

17      A       I didn't say he said because of the

18  mutations it was going to be less of a risk.  He

19  was just saying that it shouldn't be a difficult

20  thing to do because we had a common mutation, and

21  I guess what he felt was that there was a very

22  slim chance of him being incorrect, and that he

23  felt very optimistic that it would be successful.

24      Q       Did Dr. Hughes say to you and your

25  husband that yours was a complicated case for him?

C. Grossbaum - Direct                                    122

1          A      No.  He was very optimistic about

2     the procedure.

3          Q      And then looking back, picking up

4     where we were on this consent form, it says, "It

5     is possible that a normal embryo may be

6     incorrectly identified as affected and not

7     transferred as a result.  Conversely, we

8     understand that an affected embryo may be

9     incorrectly identified as normal, leading to the

10    possibility of an affected fetus and child."

11         You read that and understood it.  Correct?

12         A      Yes.

13         Q      And you said Dr. Hughes was

14    optimistic that there would not be an error, but

15    you clearly understood that there was a

16    possibility of an error, and it was possible that

17    your child could be afflicted with CF?

18         A      We understood that it was a very

19    small possibility.

20         Q      And you accepted that risk?

21         A      Yes, based on believing that it was

22    a very small possibility.

23         Q      And if it turned out that it

24    happened with you that you were the one in however

25    many where the error was made, what was your plan?

C. Grossbaum - Direct                                    141

1          Q       It says in number three, "There's a

2     risk of a multiple gestation, miscarriage, ectopic

3     pregnancy, abnormalities in the fetus/child such

4     as but not limited to congenital anomalies,

5     embryonic fetal death or stillbirth."

6          You understood that those risks were all

7     possible from this?

8          A       Yes.

9          Q       It also said that fertilization may

10    not occur?

11         A       Yes.

12         Q       Or the embryo may for some reason

13    not develop?

14         A       Yes.

15         Q       Or it may grow, but the growth may

16    be abnormal?

17         A       Yes.

18         Q       You knew those were risks, and you

19    accepted them?

20         A       Yes.  Do you want me to say

21    anything else or just yes or no?

22         Q       Is there anything else to say on

23    that?

24         A       No, just that whenever -- whenever

25    the topic of risk was discussed, I was always like

C. Grossbaum - Direct                                    142

1    reassured this is a risk, but it's just a very

2    slight possibility.  It's a risk, but it's a

3    slight possibility.  It was never like there is a

4    really big chance of this happening.

5          Q       Right.

6          A       There was a lot of reassurance that

7    it's very unlikely, a small chance of it

8    happening, but we just -- it's a possibility that

9    you need to be aware of, but it's very unlikely.

10         Q       Then it says in number six, "There

11   is a possibility that a misdiagnosis may be made

12   on any one of the embryos prior to intrauterine

13   transfer or that the actual process of testing may

14   adversely affect the development of the fetus."

15         A       Yes.

16         Q       You read and understood that?

17         A       Yes.

18         Q       So you knew that although Dr.

19   Hughes was optimistic and had good experience, you

20   knew they were telling you that a misdiagnosis

21   could be made?

22         A       Yes.

23         Q       And it says here, "There is an

24   unknown risk for congenital abnormalities or other

25   problems with the newborn."

C. Grossbaum - Direct                                154

1   you would have the implantation of the most viable

2   embryos.   Correct?

3        A      Right.   That's what we were told to

4   do basically.

5        Q      After a few days did a phone call

6   come?

7        A      Yes.

8        Q      Tell me what happened.

9        A      They said -- they told us what day

10  to come in for implantation.

11       Q      Do you remember what day that was?

12       A      No.

13       Q      According to the records, it was

14  July 19th, which would have been five days after

15  the egg retrieval.   Does that sound right?

16       A      Yes.

17       Q      Tell me what happened.

18       A      They told us to come for the

19  implantation.  They said some of the embryos that

20  he tested that were good embryos had cystic

21  fibrosis, and there were some good ones that did

22  not have cystic fibrosis but they were carriers

23  for CF.  Did we want to use them?  We said yes,

24  and they implanted me with two I believe, two

25  embryos, and they said both of them were carriers

C. Grossbaum - Direct                                          155

1    for CF.

2                    MR. EICHHORN:  Can you read her

3    answer back slowly?

4                    (Whereupon, the previous answer is

5         read by the Reporter.)

6         Q       Who had the discussion that you

7    related to us?

8         A       Dr. Liccardi.

9         Q       Was anyone else present for that

10   discussion other than Dr. Liccardi and you?  Was

11   your husband there?

12        A       Yes, I believe he was.

13        Q       Anybody else present?

14        A       I don't remember.

15        Q       And when Dr. Liccardi said that

16   there were some good embryos that were CF carriers

17   and asked whether you wanted to go ahead with

18   those, did you have an understanding of what a CF

19   carrier was?

20        A       Yes.  I'm a CF carrier.  It just

21   means that you carry the gene for CF.

22        Q       So in other words, it was your

23   understanding that Rosie could be a CF carrier

24   such as you or your husband?

25        A       Correct.

C. Grossbaum - Direct                                    156

1      Q      And was there any further

2  discussion about that issue, other than what you

3  just relayed to me now?  Did you have any

4  questions?

5      A      I don't think I had any specific

6  questions.  I knew what it meant to be a CF

7  carrier.

8      Q      So it was your understanding that

9  according to the testing that Dr. Hughes' lab had

10  done, that the two embryos that they were going to

11  implant in you were both CF carriers?

12      A      Yes, and I said as long as it's

13  just a carrier for CF, then that's fine for me.  I

14  don't care if she's a carrier for the gene.

15  Everybody is a carrier for something.

16      Q      Anything else to that discussion

17  that you haven't told us?

18      A      I mean, I think he just spoke

19  specifically about what he was going to do, what

20  the procedure was, how long it would take, but

21  that's it.  That's pretty much it.

22      Q      Was the implantation done that day?

23      A      Yes.

24      Q      Did you ever see any written report

25  from Dr. Hughes' laboratory about his genetic

1   a document that she prepared, so I would object to

2   questions which contain within them substance of

3   facts that are not within her knowledge.

4        Q     You reviewed this, and I assume it

5   refreshed your memory about your discussion with

6   Mark Hughes.   Correct?

7        A     Correct.

8        Q     I described this as a checklist.

9   Do you understand that has the same function?  Do

10  you agree that that's what it is, whether or not

11  you agree with all the things Dr. Hughes checked

12  off?

13       A     Yes.

14       Q     Did he tell you that he and his lab

15  were not your physicians?

16       A     Yes.

17       Q     Did he tell you that they're

18  scientists who try to develop a complicated

19  single-cell test so the preimplantation genetic

20  diagnosis can be used?

21       A     Yes.

22       Q     Did he say it involved designing

23  new DNA probes?

24       A     Yes.

25       Q     Did he tell you this it was not a

1    perfect technology?

2         A     Yes.

3         Q     Did he tell you it was an

4    experimental process, that there have been errors

5    by virtually all groups performing this technology

6    including his group, and that the objective is to

7    lower your risk from 25 percent, but lowering it

8    to zero is not realistic or possible?

9         A     Yes.

10        Q     Did he tell you it's important that

11   you understand technology like this can fail, that

12   zero risk is expected, not promised, not possible

13   in one cell, one gene, one to two type, overnight

14   testing?

15        A     Yes.

16        Q     Did he tell you it would not be

17   truthful to suggest that his clinic or he are

18   perfect and that the technology has not produced

19   errors because neither of those would be a true

20   statement?

21        A     Yes.

22        Q     Did he tell you you didn't

23   necessarily need preimplantation diagnosis, that

24   you could get pregnant and assume the risk for the

25   disease, being cystic fibrosis?

C. Grossbaum - Cross by Mr. Leuchtman                173

1          A      Yes.

2          Q      Did he tell you because single-cell

3    testing overnight, pushing diagnostic technology

4    to its limits theoretical and practical, it's

5    imperative that should a pregnancy ensue

6    conventional prenatal testing, CVS at around ten

7    weeks or amniocentesis at around 15 or 16 weeks is

8    necessary?  I'm asking did he tell you that.  I'm

9    not asking for your reaction.

10         A      I don't know if he said that

11   necessarily, but I remember discussing this.

12         Q      Did he say it was imperative to do

13   this, that CVS or amniocentesis be done?

14         A      I don't remember him saying it was

15   imperative.  He said that this is what people do

16   to ensure that the baby does not have that genetic

17   condition.

18         Q      Did he tell you that this was an

19   experimental technology, that there is some risk,

20   no matter how well it's done, of just failure of

21   the technology?

22         A      Yes.

23         Q      Did he ask you as it says on this

24   form, "Are all your questions answered," and was

25   the answer, "Yes, thank you," from apparently your

C. Grossbaum - Cross by Mr. Leuchtman                    175

1   because I don't know what the odds are.  I don't

2   know what that has to do with.

3        Q      Hughes says, "Remember you can get

4   pregnant and have a test like CVS or amnio."

5        A      I think he said getting pregnant

6   naturally and just winging it.

7        Q      And your husband said he doesn't

8   like those odds?

9        A      Of just getting pregnant naturally

10  and winging it, the 25-percent chance.

11       Q      At that point in the conversation,

12  nobody voiced any objection to the amnio?

13       A      I don't know at what point in the

14  conversation we mentioned it, but we did mention

15  that CVS and amnio is not an option.

16       Q      He says on the third page, "There

17  have been errors in PGD in the past, even in CF

18  testing, cystic fibrosis.  We've had 11 errors in

19  14 years and hundreds of families.  It's awful

20  when it does"?

21       A      Yes.

22       Q      Did he describe medicine as an art

23  and not a perfect science?

24       A      Yes.

25       Q      There's a line right under that

C. Grossbaum - Cross by Mr. Leuchtman                    177

1    "Evans," question mark, means.

2                    MR. LEUCHTMAN:  He wouldn't

3    document it -- that's correct.  I'm helping her to

4    help herself.

5         Q      Where?  Is there anything that even

6    suggests an opposition to an amnio in this

7    document?

8         A      No.

9         Q      Did he tell you there could be a

10   failure of the technology that can just happen

11   despite everybody's best efforts and without

12   anybody doing anything wrong?

13        A      Yes.

14        Q      On page four, Embryo Donation, it

15   says, "They want to think about this more."

16        Do you know why you and your husband opted

17   to ruminate on whether any embryos were going to

18   be donated?

19        A      I guess what he was asking was if

20   we wanted to donate the embryos that we weren't

21   using to research, and we didn't know at that time

22   what we wanted to do about that.  I think that we

23   signed that we did not want them to go to

24   research.

25        Q      Was that for reasons having to do

C. Grossbaum - Direct                                                  211

1  concrete the facts of our case as it relates to
2  the law in a wrongful birth/life case. That's
3  what I intend to ask her.
4              MR. STEIN:  Can you show me the
5  law?
6              MR. EICHHORN:  Can I show you the
7  law?
8              MR. STEIN:  That you want to ask
9  her about.
10             MR. EICHHORN:  Well, the law is --
11             MR. STEIN:  Which questions that
12 you're --
13             MR. EICHHORN:  Well, I don't know
14 that I need to tell you exactly the question, but
15 the law is 5.50(f).
16             MR. LEUCHTMAN:  Was that a jury
17 instruction?
18             MR. EICHHORN:  The model jury
19 charge, New Jersey model jury charge.
20             MR. LEUCHTMAN:  5.50(f)?
21             MR. EICHHORN:  5.50(f).
22             MR. STEIN:  I think that this will
23 be answered by her questions that she's already
24 answered, but that's fine.
25             MR. EICHHORN:  Okay.  It probably

C. Grossbaum - Direct                                                  212

1  will take two minutes but certainly less than
2  five.
3       Q       Okay.  Are you ready?
4       A       I'm ready.
5       Q       In your Interrogatory answers, and
6  we did touch on this last time, you mentioned you
7  allege that the people at NYU failed to advise
8  you that you were at an increased risk for having
9  a CF baby.  Do you recall that being in your
10 Interrogatory answers?
11      A       Yes.
12      Q       Here's my question:  The day of the
13 implantation your discussion was with Dr.
14 Liccardi, correct?
15      A       Correct.
16      Q       And this was after the PGD results
17 came back from Dr. Hughes' lab, right?
18      A       Right.
19      Q       On that day, you had a discussion
20 with Dr. Liccardi and you told us about that last
21 time.  Do you remember that?
22      A       Yes.
23      Q       Here's my question:  If Dr.
24 Liccardi had said to you that, based upon the
25 interpretation of your particular embryos, that

C. Grossbaum - Direct                                                  213

1  you and your husband had a higher risk of having
2  a CF baby than most PGD patients in your
3  situation, what would you have done?
4       A       I probably wouldn't have implanted
5  the embryo.
6       Q       And could I ask you --
7       A       But, I, you know, it's really hard
8  to answer that question now because I don't know
9  that can happen.
10      Q       I understand.  You're trying to go
11 back and figure out what you would have done.
12      A       Right.  So I would -- I can only
13 tell you on what I would think.  You know, I
14 don't know.
15      Q       Well, you knew that if you and your
16 husband had a baby naturally your chances of
17 having your child be a CF child were 25 percent,
18 right?
19      A       Right.
20      Q       You knew that undergoing this PGD
21 testing, the purpose of it was to greatly reduce
22 that figure below 25 percent?
23      A       Right.
24      Q       And your information from
25 Dr. Hughes, that you received from Dr. Hughes,

C. Grossbaum - Direct                                                  214

1  indicated that the risk of them making a mistake
2  was about how much?
3       A       It was in the high 90s, 97, 98,
4  like that that would be successful.
5       Q       So the chances of an error were
6  what, 2 or 3 percent?  Is that what you're
7  saying?
8       A       Right.
9       Q       So my question is, if you knew that
10 your chances were not as good as 97 or
11 98 percent --
12      A       Right.
13      Q       -- but far better than the
14 25 percent if you did it naturally, what would
15 you have done?
16      A       If I was told that there was a
17 chance, a greater chance than what we had
18 originally understood, I would probably not have
19 implanted the embryo.
20      Q       So would you have decided, you and
21 your husband, not to have any children?
22             MR. STEIN:  Well, that's
23 objectionable.  That question now asks her to
24 speculate about the entire future after that and
25 that's what the question asked.  So I object to

1  the question.
2       Q       Well, okay.  You can answer it.  He
3  objected, made a legal objection, which he has a
4  right to do.  Do you want the question read back?
5       A       Yeah, because I don't understand
6  exactly what you're asking.
7       Q       Let's read it back and if you don't
8  understand it after you hear it again, let me
9  know.
10               (Last question is read back by the
11  Reporter as follows:
12               "QUESTION: So would you have
13  decided, you and your husband, not to have any
14  children?")
15       A       Ever, not to have ever just because
16  of that one embryo?
17       Q       Well, my question is if you're
18  saying that, because of the result, that you had
19  a higher chance of an unsuccessful -- that was a
20  bad start.
21               My question is you just said you think you
22  probably would not have implanted the embryo.
23               MR. STEIN:  After.
24       A       If they told us that the embryo had
25  a problem?

1       Q       No.
2               MR. STEIN:  That question has been
3  asked and answered.
4       A       I'm not understanding the question.
5               MR. EICHHORN:  You're right.  It's
6  been asked and answered.
7       Q       So my question is if you're saying
8  that you think you likely would have decided not
9  to implant the embryo, does that mean that, in
10  making that decision, you would have decided you
11  would rather not have children than face a
12  somewhat increased risk of having a CF baby?
13               MR. STEIN:  I object to that
14  because that presumes, as a part of the question,
15  that she can never have a future study done in
16  which her risk was not increased.
17               MR. EICHHORN:  Well, but I'm
18  asking.  I'm entitled to ask.  That's what I'm
19  asking.
20               MR. STEIN:  But that question is a
21  how-do-you-stop-beating-your-wife question.
22               MR. EICHHORN:  No, it's not.
23               MR. STEIN:  Because it presumes
24  that she never would on any other occasion be
25  afforded the opportunity of having a baby without

1  the increased risk that was described here.
2               MR. EICHHORN:  Okay.  That's your
3  objection.
4               MR. STEIN:  That's my objection.
5               MR. EICHHORN:  And you made it.
6       Q       Now you can answer.
7       A       I need clarification on the
8  question.  Are you asking that question based on
9  that specific occasion or in general?  That's why
10  I'm not clear.
11       Q       What I'm asking you is --
12       A       What I'm answering is, based on
13  that time, if they told me we're not so sure of
14  your success rate, then I would have made a
15  decision based on that experience.  I'm not
16  answering forever.  I'm just saying I'm answering
17  that occasion, that time.
18       Q       And this is the last part I have
19  and I'm finished with this, you said that the
20  success rate was 97 or 98 percent, to your
21  recollection, right?
22       A       Right.
23       Q       If, because of your embryos, if
24  your success rate, instead of being 97 or
25  98 percent, was more like 90 percent, what would

1  you have done?
2       A       I don't know.  Hindsight.  I don't
3  know the answer to that.
4       Q       Okay.  Fair enough.  All right.
5  That's all I needed to ask.  I appreciate being
6  able to go back and do that.
7               Now, we're here today to find out about
8  Rosie and her condition, the treatment she's had,
9  that kind of thing.  Okay?  So first tell us
10  Rosie was born on what day?
11       A       March 25, 2005.
12       Q       And let me just ask you, after you
13  had the implantation done by Dr. Liccardi did you
14  have any further contact with the NYU IVF Center
15  or did you then go to Midwives of Denville at
16  that point to handle the pregnancy?
17       A       I was with NYU up until about six
18  weeks, until they confirmed that it was a viable
19  pregnancy.
20       Q       And during that time that you were
21  still following with them, were you also seeing
22  Midwives of Denville?
23       A       No, because generally you don't --
24  it's too early to go to a regular -- people
25  who -- it's too early to start regular prenatal

# EXHIBIT C

2981.101

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
DOCKET NO. 07-CV-1359

CHAYA GROSSBAUM and MENACHEM
GROSSBAUM, her spouse, individually
and as guardians ad litem of the
infant, ROSIE GROSSBAUM,

                                DEPOSITION OF:

        Plaintiffs,

                MENACHEM MENDEL GROSSBAUM

        vs.

GENESIS GENETICS INSTITUTE,
L.L.C., of the State of Michigan,
MARK R. HUGHES, M.D., NEW YORK
UNIVERSITY SCHOOL OF MEDICINE and
NEW YORK UNIVERSITY HOSPITALS
CENTER, both corporations in the
State of New York, ABC
CORPORATIONS 1-10 and JOHN DOE
1-10,



        Defendants.
----------------------------------

        B E F O R E:  NANCY J. GILMARTIN, a
Certified Shorthand Reporter and Notary Public of
the State of New Jersey at the office of
NUSSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON,
ESQS., 20 Commerce Boulevard, Succasunna, New
Jersey, on Thursday, March 12, 2009, commencing
at 2:45 p.m., Pursuant to Notice.

        GILMARTIN COURT REPORTING SERVICE
        Certified Shorthand Reporters
             28 Peterson Road
             P.O. Box 5879
        Hillsborough, New Jersey 08844
           (908) 369-0080
         FAX (908) 369-0081

M. Grossbaum - Direct                    10

1      A    Do I have another one on the side?
2      Q    No, whether or not you could have
3  been married before this.
4      A    No.
5      MR. LEUCHTMAN:   Either way, before
6  or during.
7      Q    At the present time, do you and
8  your wife have any plans or any decision made as
9  to whether you do or do not want to have more
10 children in your family?
11     A    We want to have more children.  We
12 don't have any plans yet.
13     Q    Okay.  So is it fair to say is that
14 something you've discussed since Rosie was born?
15     A    We discussed it, but that's pretty
16 much about as far as it goes.
17     Q    So the two of you are on the same
18 page that you'd like to have more children, but
19 there's nothing specific yet?
20     A    Yes.
21     Q    And I gather you're both young so
22 you figure you have plenty of time to get
23 specific at some point.  Is that fair to say?
24     MR. STEIN:  I take it your
25 question, by getting specific, means making

M. Grossbaum - Direct                    11

1  concrete plans.
2      MR. EICHHORN:   Exactly.
3      MR. STEIN:   To have a child.
4      A    We would like to.
5      Q    And have you decided when you do
6  endeavor to do that how you will go about doing
7  it?
8      A    No.  That's what we haven't thought
9  about yet.
10     Q    So is that you haven't decided what
11 method to use yet to get pregnant again?
12     A    We haven't even researched much of
13 what our options are.  We haven't put them on the
14 table to make a decision.
15     Q    So have you and Chaya had any
16 discussions about the different methods for you
17 to get pregnant and the pros and cons now that
18 you've already had Rosie?
19     A    Not in that state of having pros
20 and cons and weighing each one out.  Just more of
21 we'd like to have it and we have to come up with
22 something, some way or something that we can do.
23     Q    So then would it be fair to say you
24 haven't really focused on the details of it yet?
25     A    Correct.

M. Grossbaum - Direct                    12

1      Q    Okay.  As we know, you and your
2  wife are both CF carriers.  As a result of that
3  knowledge, when you decided to get pregnant, tell
4  us what discussion you and Chaya had about what
5  method you would choose to get pregnant and have
6  a child.
7      A    Well, we met with the rabbis and we
8  were directed or suggested to do the whole IVF
9  and so on, and that was pretty much what we did.
10     Q    When you say you met with the
11 rabbis, now, if I remember correctly, and I do
12 have notes from when I deposed your wife, she
13 said that this was not an issue that you
14 discussed with the rabbi at the synagogue a mile
15 away from your home.
16     A    No.
17     Q    Because she said you don't have a
18 personal relationship with him.  Is that right?
19     A    No.  Correct.
20     Q    So is it correct that you got in
21 touch with Rabbi Zalman Markowitz and he put you
22 in touch with Rabbi Aaron Jacobowitz?
23     A    Correct.
24     Q    And when you say you spoke to the
25 rabbis and IVF was suggested, was it Rabbi

M. Grossbaum - Direct                    13

1  Jacobowitz who suggested the IVF?
2      A    No, it wasn't Jacobowitz.  First we
3  met with Tendler.
4      Q    Before you met with Jacobowitz, you
5  met with Rabbi Tendler?
6      A    Correct.
7      Q    How did you learn about him?
8      Q    About who?
9      Q    Rabbi Tendler.  How did you learn
10 about him?
11     A    Through Rabbi Markowitz.
12     Q    And did you meet with Rabbi Tendler
13 in person or talk to him over the phone?
14     A    Spoke to him in person.
15     Q    Where did you see him?
16     A    Either in his office or in his
17 home.
18     Q    You don't recall where?
19     A    No.
20     Q    Do you know where he works?
21     A    In Monsey.
22     Q    At a synagogue?
23     A    I believe so.
24     Q    Is he the head rabbi of the
25 synagogue?

M. Grossbaum - Direct 14

```
1       A    I don't know.
2       Q    What had you learned about him from
3   Rabbi Markowitz that led you to go to see him?
4       A    That he's familiar with these types
5   of things.
6       Q    When you say "these types of
7   things --"
8       A    Meaning genetic type of stuff.
9       Q    And when you spoke to Rabbi Tendler
10  was it he, Rabbi Tendler, you and your wife?
11      A    It was Rabbi Markowitz was there
12  and then another rabbi, Rabbi Solomon was there
13  as well.
14      Q    Who is Rabbi Zalman?
15      A    Solomon.
16      Q    Solomon.  Sorry.
17      A    He's a basically a friend of ours.
18      Q    And you said Rabbi Jacobowitz was
19  there?
20      A    No.
21      Q    No.  So Rabbi Tendler, Rabbi
22  Solomon, you and your wife?
23      MR. STEIN:  And Markowitz.
24      A    Correct.
25      Q    Oh, Markowitz.  I'm sorry.
```

M. Grossbaum - Direct 15

```
1       A    Right.
2       Q    So what was the discussion?  Did
3   you go to Rabbit Tendler to ask him for advice?
4       A    Pretty much.
5       Q    And what was the substance of the
6   discussion?
7       A    What our options were that
8   basically I believe that Markowitz or Rabbi
9   Solomon pretty much gave the -- what the story
10  was and that was pretty much where it went.
11      Q    And what was Rabbi Tendler's advice
12  to you?
13      A    Basically that abortion was brought
14  up and he put that down.  And it was pretty much
15  I believe the IVF.
16      Q    Did you and your wife ask Rabbi
17  Tendler for permission for her to use birth
18  control?
19      A    I don't remember.
20      Q    Now, you and your wife are
21  Lubavitch, correct?
22      A    Correct.
23      Q    Rabbi Tendler, he's not Lubavitch,
24  correct?
25      A    Correct.
```

M. Grossbaum - Direct 16

```
1       Q    Is Lubavitch a very conservative
2   orthodox sect?
3       A    What do you mean?
4       Q    Well, as opposed to -- well, let me
5   ask you.
6       A    Long coats, long pants, everything?
7       Q    No.  But I mean, is there a
8   difference to you between calling someone a
9   conservative orthodox and a moderate or centrist
10  orthodox?  Do those terms have meaning to you?
11      A    No.
12      Q    Let me ask you this then:  If you
13  are Lubavitch, why did you not go to a Lubavitch
14  rabbi to get advice on these issues?
15      A    Because when it comes to certain
16  things, you go to professionals that know about
17  the stuff instead of going to somebody you know.
18  Also we went to Rabbi Solomon and Rabbi Markowitz
19  are both Lubavitch and they both recommended to
20  us to go to Rabbi Tendler because he's informed
21  on the stuff.
22      Q    Who brought up the issue of
23  abortion at that meeting?
24      A    I don't remember.
25      Q    Do you remember any other
```

M. Grossbaum - Direct 17

```
1   information that Rabbi Tendler conveyed to you
2   and your wife other than that abortion was out
3   and that he recommended IVF?  Do you remember
4   anything else?
5       A    No.
6       Q    Do you recall about how long that
7   meeting was?
8       A    No.
9       Q    Was this before or after you were
10  married?
11      A    Before.
12      Q    Can you tell me -- you were married
13  in 2002, correct?
14      A    Correct.
15      Q    So can you tell me the approximate
16  year that you met Rabbi Tendler?
17      A    I can guess before that.  I don't
18  know when.
19      Q    You know it was before that, but
20  you can't say when?
21      A    Right.
22      Q    Did you ever meet with Rabbi
23  Tendler again?
24      A    No.
25      Q    Ever speak with him again?
```

M. Grossbaum - Direct                    18

1       A    I don't think so.
2       Q    And did your wife ever meet with or
3  speak with him again, to your knowledge?
4       A    I don't think so.
5       Q    Did you have any more specific
6  discussion with Rabbi Tendler such as, other than
7  the fact that abortion was out and recommending
8  IVF, did you ask him about other testing, whether
9  he would or would not allow her to have it?
10      A    I don't remember.
11      Q    So after that meeting, did you and
12 your wife decide that when you would try to
13 become pregnant you would use the IVF method?
14      A    Correct.
15      Q    And did you have an understanding
16 back then as to what your chances were of having
17 a CF baby if you and your wife were to get
18 pregnant naturally?
19      A    Yes.
20      Q    What was your understanding?
21      A    One in 25.
22      Q    You mean 25 percent?
23      A    Twenty-five percent.
24      Q    One in four?
25      A    One in four, right.

M. Grossbaum - Direct                    19

1       Q    When you spoke to Rabbi Tendler,
2  did he give you any names of particular either
3  doctors or centers where you could go for either
4  IVF or PGD testing?
5       A    I don't think so. I don't know.
6       Q    When Rabbi Tendler recommended IVF,
7  was the issue of PGD testing part of that
8  recommendation?
9       A    Yes.
10      Q    So what was your understanding as
11 to the potential benefit of using IVF and PGD
12 based upon your discussion with Rabbi Tendler?
13      A    That it would bring down the risk
14 of having a child with CF.
15      Q    Now, did there come a time when you
16 and Chaya decided to start trying to have a
17 child?
18      A    What do you mean by that?
19      Q    Well, in other words, she told me
20 that she was on the pill. So do you remember her
21 saying that?
22      A    Okay.
23      Q    Well, okay, let me do it this way.
24 Do you remember whether or not your wife was on
25 the pill?

M. Grossbaum - Direct                    20

1       A    Yes, she was.
2       Q    So was she on the pill in order to
3  not get pregnant?
4       A    Yes.
5       Q    Did there come a time when the two
6  of you decided to have her stop using the pill?
7       A    Yes.
8       Q    Was that because the two of you
9  decided that you wanted to start a family?
10      A    Yes.
11      Q    So did you and your wife ask about
12 places that you could get IVF and PGD from
13 anyone?
14      A    No. We were referred.
15      Q    Who referred you?
16      A    Between Rabbi Markowitz and Rabbi
17 Jacobowitz, that's where we got our referrals
18 from.
19      Q    So you and your wife had
20 discussions with these two rabbis in which they
21 gave you names of somewhere or some places you
22 could go to to get IVF and PGD?
23      A    Place, yes.
24      Q    Place. What were you told?
25      A    That NYU did it. And that's where

M. Grossbaum - Direct                    21

1  Rabbi Jacobowitz was the masgiach.
2       Q    So these rabbis gave you the name
3  of NYU?
4       A    Yes.
5       Q    And you had an understanding that
6  Rabbi Jacobowitz had been involved with NYU
7  before?
8       A    Correct.
9       Q    In cases in infertility cases for
10 orthodox people?
11      A    Yes.
12      Q    Orthodox Jewish people?
13      A    Yes.
14      Q    Now, how did you learn of Dr. Mark
15 Hughes' name?
16      A    Dr. Liccardi at NYU.
17      Q    So did you and your wife contact
18 NYU at any time before she learned she was
19 pregnant or after?
20      A    NYU?
21      Q    You're right. I'm sorry. That
22 was -- I had a mind freeze.
23      Tell me when you and your wife first got
24 in touch with NYU.
25      Q    Date wise?

M. Grossbaum - Direct                22

1  Q    Approximately, if you can.
2  A    I don't know.
3  Q    Do you remember the first contact
4  with NYU?
5  A    Basically we had a conversation
6  with Dr. Liccardi.
7  Q    According to his records, that was
8  late March of 2004.
9       MR. STEIN:   March 30th, to be
10 exact.
11 Q    Exactly.  Does that sound right to
12 you?
13 A    Okay.
14 Q    Could be right; could be wrong.
15 You don't know?
16 A    I don't know.
17 Q    The day you met Dr. Liccardi, was
18 that the first time you had ever been to the NYU
19 IVF center?
20 A    Yes.
21 Q    And is the same true for your wife,
22 if you know?
23 A    Yes.  I believe so.
24 Q    Did either of the rabbis go with
25 you?

M. Grossbaum - Direct                23

1  A    No.
2  Q    Do you remember that initial
3  meeting?
4  A    To some extent.
5  Q    Tell me, first of all, can you tell
6  me about how long that meeting was?
7  A    No.
8  Q    Tell me what you remember about it.
9  A    We basically just went through the
10 process of what it was and that was pretty much
11 what it was.  He spoke a little bit about his
12 family.
13 Q    So when you say the process and
14 what it was, do you mean that he talked about the
15 IVF process and how they would do it, those types
16 of things?
17 A    Right.
18 Q    Do you remember any of the details?
19 A    No.
20 Q    Did you and your wife have any
21 questions?
22 A    We probably did.
23 Q    Do you remember whether you did?
24 A    I remember we had questions.  I
25 don't know what they were.

M. Grossbaum - Direct                24

1  Q    And do you remember was it your
2  wife asking questions or you or both?
3  A    Probably mainly my wife.  I
4  probably had a few in there.
5  Q    And as a result of that meeting
6  with Dr. Liccardi, did that alter in any way your
7  understanding about IVF and PGD and what its
8  potential benefit was in your situation, or was
9  it the same as what you already had understood?
10 A    Well, he basically explained to us
11 what the process was and how we had to go through
12 it.  That was it.
13 Q    And did the PGD aspect come up
14 during that consultation?
15 A    I don't remember.
16 Q    Was there any discussion at that
17 first meeting about the percentage success rate
18 of achieving a pregnancy, if you recall?
19 A    There was, but -- in general
20 getting pregnant or --
21 Q    Yes.  My question is do you
22 remember whether there was a discussion about the
23 chances that you and your wife would
24 successfully get pregnant, putting aside PGD?
25 A    He mentioned it.  I don't remember

M. Grossbaum - Direct                25

1  what it was.
2  Q    Was there any discussion about the
3  chances of PGD testing being accurate and
4  successful at that meeting?
5  A    I don't remember.
6  Q    Was there anything else at that
7  first meeting that you can recall?
8  A    That's pretty much it.  I don't
9  remember the details in specifics.
10 Q    When you and your wife left after
11 that meeting, what was your understanding as to
12 what was going to happen next?
13 A    I think we had to go meet with the
14 nurse and get started on some of the stuff.
15 Q    Do you remember what the next step
16 in the process was?
17 A    No.
18 Q    Do you remember who you met with
19 next?
20 A    No.
21 Q    Do you remember how long after
22 that -- approximately how long after that first
23 meeting it was that you went back to the center
24 and met with anyone else?
25 A    I mean, I'm guessing it wouldn't be

M. Grossbaum - Direct                26

1   too long after.  I don't remember though.
2         Q        Do you remember attending an
3   orientation program?
4         A        No.  I don't think I was there.
5         Q        Your wife mentioned an orientation
6   program.  Do you recall her saying that?
7         A        Yes.
8         Q        So that orientation program that
9   she described you don't think you were present
10  for?
11        A        I don't remember.
12        Q        So you don't remember whether or
13  not you were present for the program?
14        A        Right.  There was a number of
15  different things going on.  Some of them I was
16  there; some of them I wasn't.  So I don't
17  remember which one is what.
18        Q        Do you remember signing various
19  consent forms?
20        A        Yeah.
21        Q        Do you remember there being a
22  consent form at that first meeting with Dr.
23  Liccardi?  Do you remember?
24        A        Specifically, I don't remember.
25        Q        I'm going to show you a copy of a

---

M. Grossbaum - Direct                27

1   consent form which we marked Grossbaum-1 at your
2   wife's deposition.  It's five pages long.  And if
3   you look, can you tell me is that middle line, is
4   that your name and your signature?
5         A        Yes.
6         Q        And the date next to it of April
7   what's --
8         A        19th.
9         Q        19, 2004, did you write in that
10  date?
11        A        Yes.
12        Q        So that's all your handwriting?
13        A        Yeah.
14        Q        And the line above it, that's your
15  wife's handwriting?
16        A        Yes.
17        Q        And she dated it March 31, 2004?
18        A        Correct.
19        Q        Do you recall there being a consent
20  form that she executed almost immediately on
21  March 31st and that you executed about three
22  weeks later?  Do you remember that happening?
23        A        No.
24        Q        Do you remember having any
25  reluctance in executing any of the consent forms?

---

M. Grossbaum - Direct                28

1         A        All the forms in general were
2   shoved in our face, let's do it, move on.
3         Q        Well, what did you mean shoved in
4   your face?
5         A        Meaning we had forms that we had to
6   sign constantly.
7         Q        So there were a lot of forms?
8         A        There were a lot of forms.  I don't
9   remember which ones at what times and what each
10  one was for.
11        Q        But I just want to be clear on
12  this.  I understand that there were a fair number
13  of forms.  Are you saying that people shoved them
14  in your face and didn't give you the opportunity
15  to read them or are you just saying there were a
16  lot of forms?
17        A        I remember one specific time where
18  we basically -- she had to do some testing.  The
19  only way to do it, we had to do the forms.  We
20  had to do it and move on it.  That was pretty
21  much it.  So I don't recall if every single one
22  of them was like that or if I was there every
23  single one or if my wife brought it home and we
24  signed it later.  I don't remember each one.
25        Q        Well, by looking at this one we can

---

M. Grossbaum - Direct                29

1   see, do you agree, that you signed this three
2   weeks after your wife did?
3         A        Probably, yes.
4         Q        And I went through in painful
5   detail with your wife the details of these forms,
6   and I don't plan to do that with you, but let me
7   ask you, was it your understanding that, first of
8   all, there was a chance that you may not become
9   pregnant, that the IVF procedure may not succeed?
10        A        Yes.
11        Q        Was it also your understanding that
12  there was a chance that the PGD testing may not
13  be accurate and that a mistake could be made?
14        A        Being told that it's not a hundred
15  percent, then there's a yes to that.
16        Q        Who told you about the PGD not
17  being a hundred percent?
18        A        Dr. Hughes.
19        Q        How many times have you spoken with
20  Dr. Hughes in total?
21        A        I believe once.
22        Q        Was that in person or by the phone?
23        A        Phone.
24        Q        And when you spoke with him, was
25  your wife with you?

M. Grossbaum - Direct                    30

1     A     Yes.
2     Q     So and was Dr. Hughes presumably,
3  to your understanding, at his office in Michigan?
4     A     I don't know.
5     Q     So did you and your wife have a
6  speaker phone that you could both hear at the
7  same time or was it a regular phone?
8     A     Maybe two different hand sets.
9     Q     Do you remember where you were when
10 you spoke with Dr. Hughes?
11    A     In our apartment.
12    Q     And do you have more than one hand
13 set to your phone there?
14    A     I guess so.
15    Q     I don't mean to be --
16    A     I don't remember -- I believe we
17 did.  I don't remember.  I think we were on two
18 different hand sets.  I can't say for sure.
19    Q     Is it your recollection that you
20 and your wife were both involved in that
21 conversation with Dr. Hughes?
22    A     Yes.
23    Q     And did both of you participate and
24 say something during that discussion?
25    A     Yes.

M. Grossbaum - Direct                    31

1     Q     And did both of you listen to what
2  Dr. Hughes was saying?
3     A     Yes.
4     Q     Other than him saying that PGD is
5  not 100 percent in terms of its ability to be
6  correct, do you remember him saying anything in
7  any more specifics about that other than it's not
8  100 percent?
9     A     That he had a very high success
10 rate and that it pretty much was a regular thing.
11 I believe that he said that our mutations were
12 good to work with, and that he's very confident
13 in the procedure.
14    Q     Do you remember whether you or your
15 wife, when she was in your presence, ever had any
16 discussion with anyone at NYU about the success
17 rates of PGD testing?
18    A     I don't know.
19    Q     Did you have an understanding that
20 the various things that needed to be done as part
21 of the IVF procedure created a potential risk to
22 the fetus, hopefully to become child?
23    A     What do you mean?
24    Q     In other words, did you have an
25 understanding that they needed to manipulate

M. Grossbaum - Direct                    32

1  certain things that they were dealing with, eggs
2  and cells and with your wife's body, and did you
3  have an understanding that those manipulations
4  did carry a risk of damage to the fetus?
5     A     Yes.
6     Q     And you accepted that risk?
7     A     That was the only way we could get
8  pregnant.
9     Q     So you accepted the risk?
10    A     Yes.
11    Q     And you accepted the IVF procedure
12 understanding that it could fail?
13    A     Yes.
14    Q     And you accepted the PGD testing
15 understanding that it could make an error?
16    A     Yes.
17    Q     Did you also have an understanding
18 that the things required in order to achieve an
19 IVF pregnancy could result in injury to your wife
20 as well?
21    A     Repeat it.
22    Q     Did you have an understanding that
23 the procedures and the medications necessary in
24 order to achieve a pregnancy through IVF did
25 create a risk of injury to your wife as well?

M. Grossbaum - Direct                    33

1     A     I don't know.  I mean, I don't
2  recall.
3     Q     Let me just show you this document
4  we just referred to, Grossbaum-1, and do you see
5  in addition to the signature on the last page
6  that there are a set of initials at the bottom
7  right of each page?  Could you just confirm for
8  me that those are your and your wife's initials
9  at the bottom of each page?
10    A     Yes.
11    Q     And I'll just show you page 2 --
12 actually page 3.  And, again, I'm not going to go
13 through all of these, but the bottom where it
14 says No. 3, from the corticosteroids, this is
15 under the portion dealing with potential risks
16 that could happen, you see it says vaginal
17 infection, impaired wound healing, increases in
18 blood pressure, hypersensitivity reactions
19 resulting in shock, blood diseases, mood swings,
20 vertigo, insomnia, psychotic manifestations and
21 depression, loss of muscle mass, osteoporosis?
22 You see all those things listed there as
23 potential, although highly unlikely?
24    A     Yes.
25    Q     So does this refresh your memory

M. Grossbaum - Direct                                    34

1    about the fact that you understood back at the
2    time, and I understand it was a number of years
3    ago, that some of these treatments did create a
4    potential risk of injury to your wife?
5         A    Yes.
6         Q    And you accepted that and your wife
7    accepted that?
8         A    Well, she signed for it.
9         Q    Okay. Fair point.
10        You understood that there was no guarantee
11   that you would either become pregnant or that if
12   you became pregnant your child would not have CF,
13   correct?
14        A    Yes.
15        Q    And did you have an understanding
16   at the beginning of this that your wife would
17   need to undergo a series of tests including
18   ultrasounds?
19        A    I guess so.
20        Q    And did you have any problem with
21   your wife undergoing ultrasound?
22        A    Whatever is necessary.
23        Q    Had ultrasounds been specifically
24   discussed with either Rabbi Tendler or the other
25   rabbis?

M. Grossbaum - Direct                                    35

1         A    I don't recall.
2         Q    Did you also understand that your
3    wife was going to need to receive hormone
4    injections?
5         A    That was all part of the in vitro.
6         Q    So you knew that that was part of
7    it?
8         A    Yeah.
9         Q    Did you have a problem with that?
10        A    No.
11        Q    You knew that if you wanted to get
12   pregnant you needed to do that?
13        A    That was part of the process.
14        Q    So would it be fair to say that you
15   and your wife had decided you wanted to do this
16   and you agreed to whatever was part of the
17   process in order to do it?
18             MR. STEIN:   I object to the form of
19   the question.
20        A    Most of the things that were
21   necessary to become pregnant.
22        Q    I'm going to show you a document
23   that was marked Grossbaum-2 at your wife's dep
24   and ask you the same questions. Is it your name
25   and signature and date and your writing and did

M. Grossbaum - Direct                                    36

1    you initial all three pages of that document?
2         A    Yes.
3         Q    Now, these consent documents that
4    you initialed page by page and signed, I assume
5    you read them?
6         A    I don't remember.
7         Q    Are you saying it's possible that
8    you didn't read them?
9         A    Everything is possible.
10        Q    Well, okay, but, you know, you're
11   you; I'm me.
12        A    I don't remember. A lot of this
13   stuff I relied on my wife. And throughout the
14   whole process and procedure I relied on a lot of
15   the stuff. Some of the information I knew about.
16   Some stuff I didn't know about. And I relied on
17   her information that it's good enough for me.
18        Q    She told us that she read them all
19   and she understood them all. Do you remember
20   that? Do you remember her saying that?
21        A    No, but if you say so, then it's
22   fine.
23        Q    Let me ask you this: Back at the
24   time when you were going through this was it
25   your understanding that your wife was reading

M. Grossbaum - Direct                                    37

1    everything and learning everything?
2         A    Probably. She did most of the
3    research on all this stuff.
4         Q    And you're saying that you
5    basically were relying on her knowledge and her
6    judgment?
7         A    Yes. Most probably we discussed it
8    a little bit, but all the technical terms and all
9    the woman facts, that was above my head.
10        Q    So is it accurate to say then that
11   you were involved and you had discussions with
12   her, but you were largely relying on her
13   knowledge --
14        A    Yes.
15        Q    -- and her judgment?
16        A    Yes.
17        Q    And if she was willing to sign
18   something, it was okay with you?
19        A    Yes.
20        Q    Okay. So you yourself may not have
21   actually read all these forms?
22        A    Yes.
23        Q    But now asking you in terms of
24   specific memory, do you remember reading any
25   forms?

M. Grossbaum - Direct 38

1    A    I don't know. I can't tell you. I
2 don't know.
3    Q    So you might have read all of them
4 or you might have read none of them?
5    A    I don't remember. It was a lot of
6 things were going on then, so.
7    Q    What else was going on then?
8    A    Meaning all these different details
9 of where we had to be somewhere, going somewhere,
10 coming, doing, so.
11    Q    Was this the biggest thing in your
12 life at that time?
13    A    Yes.
14    Q    And the two of you, were you both
15 behind it together 100 percent?
16    A    Yes.
17    Q    So was there any disagreement over
18 whether to do it?
19    A    No, but she would be the one going
20 through it. I'm just the one standing next to
21 her. So just as much as I may be going through
22 it, I may be standing there next to her, she's
23 going through it. So it's a lot different, you
24 know, much more different for her than it is for
25 me.

M. Grossbaum - Direct 39

1    Q    Okay. But there wasn't anything
2 else going on in your life that would distract
3 you from paying attention to this, was there?
4    A    I don't think so.
5    Q    And I'm going to ask you the same
6 question about another consent form we marked
7 Grossbaum-3. It's four pages. If you could
8 again look at the signatures at the end and the
9 initials on each page and tell me if you
10 initialed each page and if you signed and dated
11 it at the end?
12    A    Yes.
13    Q    Now, on this page, this document
14 which is called Addendum to IVF/ET Transfer
15 Consent-Embryo Biopsy and Preimplantation Genetic
16 Diagnosis, on page 3 paragraph 2 has a paragraph
17 and I'm going -- you can look at it while I read
18 it. It says, "We understand that because PGD is
19 a new procedure, a major risk is that the
20 procedure may not be successful, the genetic
21 analysis may fail or be incorrect, although in
22 PIVF experience with 60 plus patients to date,
23 the accuracy has been greater than 90 percent.
24 It is possible that a normal embryo may be
25 incorrectly identified as affected and not

M. Grossbaum - Direct 40

1 transferred as a result. Conversely, we
2 understand that an affected embryo may be
3 incorrectly identified as normal leading to the
4 possibility of an affected fetus and child."
5    Okay. Did I read that correctly?
6    A    Yes.
7    Q    Do you recall this language, as I
8 read it to you, do you recall reading this
9 before?
10    A    I don't remember.
11    Q    But whether you recall reading it,
12 was that consistent with your understanding?
13    A    Yes.
14    Q    And then it goes on. It says, "The
15 other risks include genetic and developmental
16 damage introduced during the procedure. However,
17 we understand that to detect such anomalies of
18 the fetus PIVF recommends that any PGD pregnancy
19 be monitored very carefully by serial ultrasound
20 examinations."
21    You knew that, am I right, that she was
22 going to need serial ultrasounds, multiple?
23    A    I don't know what that is. Oh,
24 serial ultrasounds?
25    Q    Serial means a group of them.

M. Grossbaum - Direct 41

1    A    Yes.
2    Q    Am I correct you had an
3 understanding that your wife was going to need a
4 bunch of ultrasounds as part of this?
5    A    Yes.
6    Q    And then the next sentence says,
7 "In addition, requires that at 10 weeks, or 12 to
8 16 weeks respectively, chorionic villus sampling
9 or amniocentesis (a collection of the fluid that
10 surrounds the fetus) be performed to obtain for a
11 comprehensive genetic analysis of amniotic fluid
12 and cells."
13    My question is, did you have an
14 understanding that, as part of the IVF process,
15 they were going to require that your wife undergo
16 amniocentesis or chorionic villus sampling?
17    A    We discussed with them constantly
18 throughout the thing, throughout the whole
19 process, that we did not want to do that and
20 that's why we were going through this. Had we
21 wanted to go through that, we could have gotten
22 pregnant regularly and paid just to go get that
23 checked out and done accordingly. So we threw
24 out every single document you showed my wife
25 and through all these things we went through

M. Grossbaum - Direct                46

1    voiced an opinion.
2        Q      Okay. My question though right now
3    is are you aware of your wife telling any
4    particular people at the center, other than Dr.
5    Liccardi, that she wouldn't go for either of
6    these?
7        A      Yes. There were other people that
8    she said to it.
9        Q      Do you know who any of those
10   people were?
11       A      No. There were many different
12   people around the office.
13       Q      Can you tell me if you know whether
14   any of them were physicians like Dr. Liccardi?
15       A      No. They didn't have any stripes
16   on their shoulders.
17       Q      Did you have an understanding as to
18   what the roles were of any of these people, you
19   know --
20       A      No.
21       Q      -- in other words, what doctor,
22   nurse --
23       A      No.
24       Q      -- lab person?
25       A      No.

M. Grossbaum - Direct                47

1        Q      And although you may not have been
2    the one who said it, assuming it was your wife
3    that said it, what was the reason for not
4    agreeing to undergo either amnio or CVS?
5        A      That we were recommended.
6        Q      I don't know what you mean.
7        A      Basically anything that would --
8    because it wouldn't make a difference. What
9    would be the point of doing if you weren't going
10   to have an abortion?
11       Q      So your reason was there's no
12   reason for it because if I'm not going to choose
13   to have an abortion, it doesn't serve any
14   purpose?
15       A      Right, partially.
16       Q      Partially to me means there's
17   something else.
18       A      Basically anything that's not
19   necessary for -- since we wouldn't be having an
20   abortion, so that's why we wouldn't be doing it.
21   If we wouldn't be having an abortion, then it's
22   not necessary.
23       Q      You told me that. Was that the
24   only reason?
25       A      Right.

M. Grossbaum - Direct                48

1        Q      Now, so you're saying that -- okay.
2    I want to explore for a second your rationale
3    that it wouldn't serve any purpose. Okay? Just
4    so you know where I'm going. You understood that
5    if you got pregnant naturally you had a
6    25 percent chance that your baby would have CF?
7        A      Correct.
8        Q      And you understood that by going
9    for IVF and PGD testing the chances of you having
10   a baby with CF were 2 or 3 percent, certainly
11   less than 10 percent, correct?
12       A      Correct.
13       Q      So would you agree with me that in
14   going for the IVF and the PGD you were reducing
15   the chance of a CF baby from 25 percent down to 2
16   or 3 or 4 percent?
17       A      Yes.
18       Q      Now, was there any religious
19   aspects to that decision or was it just the
20   reason you gave me?
21       A      What do you mean?
22       Q      In other words, your decision that
23   your wife wouldn't undergo either of these tests,
24   was that at all religiously based or was it just
25   for the reason you told me?

M. Grossbaum - Direct                49

1        A      In general pregnancy, anything
2    that's not necessary to go through, religiously
3    we don't do any of that stuff.
4        Q      So my question is did religion play
5    any role in your decision here or was it just the
6    reason you gave me before?
7        A      Well, of course, it has religion.
8    If we're not going to have an abortion, then
9    that -- we wouldn't have an abortion because of
10   religious purposes. So that's where it all stems
11   from.
12       Q      Now, what about the fact that --
13   what about the idea that by going for testing you
14   could learn whether or not there had been an
15   error and you could know in advance that you were
16   going to have a CF baby? Although you wouldn't
17   be aborting that baby, do you agree that that
18   would give you and your wife time to become
19   emotionally prepared for that?
20       A      That would be a living hell.
21       Q      A living hell to know in advance?
22       A      A hundred percent. If you knew you
23   had a child that had an issue and that basically
24   you're waiting for your life to merge into a hell
25   and like a time bomb, would you await that

M. Grossbaum - Direct                    58

1  approximately how many times a week you were
2  having normal sexual relations during that time?
3      A     I have no idea.
4            MR. STEIN:   During what time?  I
5  object to the form.
6      Q     During this time frame other than
7  when you were told not to.
8      A     I don't know.
9      Q     Well, can you estimate for me?
10     A     No.
11     Q     You don't remember?
12     A     I don't remember.
13     Q     When your wife had the embryos
14 implanted, were you there?
15     A     Yes.
16     Q     Who else was there?
17     A     Dr. -- Rabbi Jacobowitz.
18     Q     Who implanted them?
19     A     I don't know.  I think Dr.
20 Liccardi.
21     Q     Did you and your wife have any
22 discussion with Dr. Liccardi that day before he
23 implanted the embryos?
24     A     Yes.
25     Q     And what did that discussion

---

M. Grossbaum - Direct                    59

1  consist of?
2      A     He went through the different
3  styles of the embryos that he had or that were
4  available, which were good and stuff like that.
5      Q     Can you tell me with any more
6  specificity than that what he said?
7      A     He said that one of them was not
8  affected, you know, was no carrier, and he said
9  that one of them was a carrier.
10     Q     Okay.  Well, you've mentioned two.
11 Did you have an understanding as to how many
12 embryos there were that they had tested?
13     A     I don't remember, eight, nine, 10.
14 I don't remember, 14, 13.  I don't remember.
15     Q     So what did he say about the group
16 of embryos?
17     A     Some of them were good or a couple
18 of them were good, and the rest of them were not
19 developed enough to implant.
20     Q     So putting aside the ones that were
21 not developed enough, do you remember anything
22 specific he told you about the ones that were
23 developed enough?
24     A     Basically I remember about two of
25 them, the two that we were implanting.  One of

---

M. Grossbaum - Direct                    60

1  them was not a carrier, and the other, second
2  one, was a carrier but did not carry the disease.
3  It was not a double carrier, if you want to call
4  it that.
5      Q     You said that one of them was not a
6  carrier?
7      A     Meaning one of them was plain,
8  regular.
9      Q     What do you mean by regular?
10     A     Was not a carrier for cystic
11 fibrosis.
12     Q     So that it had -- it was completely
13 devoid of CF.  It didn't have it and it didn't
14 carry it either.  There was none?
15     A     Correct.
16     Q     And the other one?
17     A     Was just a carrier.
18     Q     So after telling you that, what was
19 the rest of the discussion?
20     A     That was pretty much it.  Let's do
21 it.
22     Q     Well, your wife testified that she
23 said -- this is what she said -- they said some
24 of the embryos that he tested that were good
25 embryos had CF and there were some good ones that

---

M. Grossbaum - Direct                    61

1  did not have CF but they were carriers for CF.
2  Did we want to use them and she said yes.
3      A     They were carriers, correct.
4      Q     So I'm just trying to make it -- to
5  clarify it because you said your recollection is
6  that one of them was completely clean, not even a
7  carrier.
8      A     I believe so.
9      Q     Do you remember once Dr. Liccardi
10 told you about the results, do you remember him
11 asking you if you wanted to have these two
12 implanted?
13     A     Yes.
14     Q     And you and your wife said what?
15     A     Yes.  If they were not affected,
16 then that's what we were basing it on, yes.
17     Q     So you and your wife, your position
18 was as long as they're not CF, meaning that our
19 child will have CF, then it's okay?
20     A     Yes.
21     Q     So the implantation was done that
22 day?
23     A     Yes.
24     Q     And Rabbi Jacobowitz was there?
25     A     Yes.

M. Grossbaum - Direct                                     62

1      Q      He was there as the -- I'll butcher
2  the pronunciation.
3             MR. STEIN:  Masgiach.
4      Q      Masgiach.  He was there in that
5  role, to make sure that the embryos that were
6  implanted into your wife were hers?
7      A      Yes.
8      Q      After that day, did you go back to
9  NYU at all?
10     A      Couple times.  Sometimes I would
11 drop her off and then wait in the car because
12 there's no parking or lack of parking.
13     Q      Did you ever speak to any of the
14 doctors at NYU again after that day?
15     A      I don't recall.  I mean, possibly.
16 I don't remember.
17     Q      And once your wife started her
18 prenatal care at Midwives of Denville, from that
19 time on did you ever speak to anyone at NYU
20 again?
21     A      I don't think so.
22     Q      Were you involved in going to your
23 wife's prenatal visits at Midwives of Denville?
24     A      I think I had to go once.  I think
25 that just for childbirthing thing.

M. Grossbaum - Direct                                     63

1      Q      Was it your understanding that your
2  wife was -- had one or more ultrasounds done
3  while she was at Midwives?
4      A      I don't know how many she had over
5  there.
6      Q      But did you know that she had at
7  least -- she had them done, some number of them?
8      A      I guess so.
9      Q      I don't want to tell you.
10     A      I don't know.  I don't know how
11 many she had.
12            MR. STEIN:  Then say it.  If you
13 don't know, you don't know.
14     Q      So back at the time you were not
15 aware -- you don't remember whether you were
16 aware she was undergoing ultrasounds?
17     A      Yes.
18            MR. EICHHORN:  Steve, do you have
19 any questions on liability before I must have on?
20            MR. LEUCHTMAN:  Yes, I do.
21            MR. EICHHORN:  We might as well do
22 it that way, right?
23            MR. STEIN:  No objection.
24
25

M. Grossbaum - Cross                                      64

1  CROSS-EXAMINATION BY MR. LEUCHTMAN:
2      Q      You may not remember the date
3  exactly, do you recall having the telephone
4  conversation that you spoke of earlier with your
5  wife and Dr. Hughes?
6      A      Yes.
7      Q      And does March 25, 2004 sound right
8  to you?
9      A      Okay.
10     Q      Okay.  I guess that means yes.  You
11 wouldn't disagree it was March 24th?
12     A      I don't remember the date, so I
13 can't say for sure.
14     Q      Now, I want to go through a list
15 of things that are mentioned in a form called
16 precase phone review of PGD informed consent
17 which was Exhibit 5 in your wife's deposition.
18 Before I do that though, I'll ask you have you
19 ever seen this form?
20     A      Yes.
21     Q      When did you first see it?
22     A      When we got started with Mr. Stein.
23     Q      Do you recall being told by Mark
24 Hughes that he was not your physician, that there
25 wasn't a physician/patient relationship between

M. Grossbaum - Cross                                      65

1  him and either you or your wife?
2      A      Yes.
3      Q      Do you recall being told that the
4  technology involved was not perfect?
5      A      Yes.
6      Q      Do you recall being told that what
7  was being done was, at least to some degree, an
8  experimental process?
9      A      To some extent.  He said it was an
10 experimental process and in the same breath
11 saying that he's very confident in the procedure.
12     Q      Do you recall being told that the
13 objective of the procedure was to lower the risk
14 from a risk of 25 percent?
15     A      Yes.
16     Q      Do you recall being told that zero
17 risk was, and I'm quoting, "not realistic or
18 possible"?
19     A      Yes.
20     Q      Do you recall being told that the
21 technology could fail?
22     A      I don't recall.
23     Q      Do you recall being told that
24 Dr. Hughes did not regard himself or his lab as
25 perfect?

M. Grossbaum - Cross                                             66

1     A     I don't recall.
2     Q     Do you recall being told that the
3  technology to determine whether genes carried
4  cystic fibrosis had produced errors?
5     A     Yes, eleven or something, 11 in a
6  number of years, hundreds of cases.
7     Q     Do you recall being told that, and
8  again I'm quoting, "Conventional prenatal
9  testing, chorionic villus sampling at around 10
10 weeks or amniocentesis at around 15 to 16 weeks,
11 is necessary"?
12    A     I don't recall.
13    Q     Do you recall representing to
14 Dr. Hughes, you and your wife representing to
15 him, that all of your questions had been answered
16 in the telephone conversation?
17    A     I believe so.
18    Q     Do you recall that your response to
19 the statement that you could just get pregnant
20 and have CVS or amnio being, and I'm quoting, "We
21 do not like those odds"?
22    A     Yes.
23    Q     Do you recall being told that the
24 testing was complicated?
25    A     No.

M. Grossbaum - Cross                                             67

1     Q     Do you recall being told that there
2  were 11 errors in 14 years?
3     A     Yes.
4     Q     Do you recall being told that there
5  was a need to follow up with CVS or
6  amniocentesis?
7     A     No.
8     Q     Do you recall any mention of a New
9  York physician named Evans?
10    A     I don't recall.
11    Q     And finally, do you recall being
12 told -- I'm sorry, do you recall telling
13 Dr. Hughes that you wanted to give some thought
14 to embryo donation before consenting to it?
15    A     Yes.
16    Q     And did you ultimately not consent
17 to embryo donation?
18    A     Yes.
19    Q     And I know Mr. Eichhorn showed you
20 what was Exhibit 4 to your wife's deposition, and
21 I think you told us you don't remember signing or
22 initialing it, but are those your signature and
23 initials?
24    A     Yes.
25    Q     Just so I'm sure, did you ever have

M. Grossbaum - Redirect                                          68

1  any conversation with Dr. Hughes other than the
2  one that the record reflects as having been in
3  March of 2004?
4     A     I don't think so.
5           MR. LEUCHTMAN:  Thanks.  That's all
6  I have.
7           (Pause)
8
9  REDIRECT EXAMINATION BY MR. EICHHORN:
10    Q     Before we get on to the starting
11 about Rosie a little bit, I just want to go over
12 this.  So the odds of a 25 percent chance of you
13 having a CF baby were unacceptable to you and
14 your wife, correct?
15    A     Correct.
16    Q     And you told that to Dr. Hughes and
17 that's the reason why you decided to not get
18 pregnant naturally?
19    A     Right.
20    Q     And then after learning about PGD
21 and learning that its success rate was not a
22 hundred percent, was not guaranteed, but it was
23 much higher than -- much better than a 25 percent
24 chance, that was acceptable to you and that's why
25 you did it, correct?

M. Grossbaum - Redirect                                          69

1     A     Right.
2     Q     What percentage chance of your
3  having a CF baby would have become unacceptable?
4  In other words, if a 2 or 3 percent chance of it
5  was okay, and we know 25 percent was not okay, at
6  what number did it become not okay for you?
7           MR. STEIN:  I object to that.
8  You're asking him now what is his position now in
9  terms of how he thought then.  And also I object
10 to it because it calls for him to speculate.
11          MR. EICHHORN:  Okay.  I don't agree
12 with you, but you can answer it.
13          MR. LEUCHTMAN:  Well, which are you
14 asking, then or now?
15    A     I don't know.  We were --
16 basically, we were dealing -- we were making a
17 decision on the 98 percent and that's what we
18 made a decision on.  So any -- earlier we didn't
19 have that information to make the decision.  We
20 were making the decision on 98 or better.  So
21 anything less, I don't know.
22    Q     Well, okay, if you had learned that
23 the chances were not 98 percent but 90 percent,
24 would that have been acceptable to you?
25    A     I don't know.  It's a decision we

M. Grossbaum - Redirect                     70

1  would have to make then.
2        Q     And are you saying that you're not
3  capable now of fairly figuring out what your
4  answer would have been back then?
5        A     Correct.
6        Q     So the only thing you can say is
7  that what you were told was acceptable, and since
8  you didn't consider anything else, having not
9  been told anything else, you can't answer about
10 anything else?
11       A     Correct.
12       Q     We asked your wife quite a few
13 questions, as you know, this morning about Rosie,
14 and I'm going to try it the easy way and see if
15 maybe it works.  Did you listen to the answers
16 that she gave?
17       A     Yes.
18       Q     And the first thing I'll ask you is
19 did any of her answers strike you as being wrong?
20       A     No.
21       Q     Is Chaya more involved in giving
22 Rosie her treatments and whatever she requires
23 than you are?
24       A     Yes.
25       Q     Your job as a locksmith, do you

M. Grossbaum - Redirect                     71

1  work hours?  Are they set?  Are they flexible?
2  How does that work?
3        A     Flexible.
4        Q     Can you tell us roughly how many
5  hours you're out away from Rosie and your wife
6  during the week as a result of your employment?
7        A     I try to leave at about 9:00 in the
8  morning and get back about 8, depending on the
9  day, whatever that calculates to be.
10       Q     It calculates to be a lot actually.
11       A     Well, I leave -- basically leave
12 New York at 7, get back about 8, so.
13       Q     So you leave your home in the
14 morning around 9 to get to work I guess around
15 10?
16       A     Yeah.
17       Q     And then leave work at around 7 at
18 night to get home around 8 at night?
19       A     Right.
20       Q     How many days a week?
21       A     Monday through Thursday.
22       Q     Friday, is that a religious day?
23       A     No.  Friday, just Friday night is
24 the sabbath.  So if I was to leave into New York,
25 you know, when the sabbath comes in early, I run

M. Grossbaum - Redirect                     72

1  into trouble with getting back and then how much
2  work do I actually get done while I'm there?  And
3  if I get stuck by the Holland Tunnel because of
4  whatever, it's a long walk from the Holland
5  Tunnel to Morristown.  So I just --
6        Q     What do you mean a long walk?
7        A     Meaning once sabbath comes in, we
8  don't drive, turn on lights, any of that stuff.
9        Q     So if you were in the Holland
10 Tunnel when sabbath came, you'd have to ditch
11 your car there and walk home?
12       A     Yes, unless, there are -- anything
13 but an emergency, if you want to call it that and
14 if you need to save a life.  But regular Friday,
15 once the sabbath comes in, a person's driving,
16 they pull over and continue the journey on foot
17 or find a local guy that can go --
18       MR. STEIN:   How many hours do you
19 work on Friday?
20       THE WITNESS:   Well, Friday, I try
21 to get a little paperwork in and help out for --
22 help my wife with sabbath.
23       Q     So the work that you do, do you do
24 it from home on Friday?
25       A     Yes.  I mean, unless it's local.  I

M. Grossbaum - Redirect                     73

1  mean, if I have a job in Jersey or something like
2  that, then I'll do that.
3        Q     And then do you work on weekends?
4        A     Depending on the weekend, you know,
5  what needs to be done.  And meaning Sunday on the
6  weekends.  Saturday is out.
7        Q     Is Saturday a religious -- Saturday
8  is the sabbath, right?
9        A     Saturday is out.  Sunday, depending
10 on what's going on, if I need to, then sometimes
11 I'll go in.  If not, I'll spend it at home.
12       Q     And on the sabbath is Rosie
13 involved yet in any -- does she go to temple?
14       A     She went once.
15       Q     I know last time we were here, of
16 course, you lived in a different place then and
17 your wife said that she didn't go to temple, she,
18 your wife, didn't go to temple on Saturday
19 because it was too far for Rosie to walk.
20       A     Right.
21       Q     And so now that you've moved, do
22 you go to the same temple?
23       A     Yeah.
24       Q     And do you walk to temple?
25       A     Yes.