# EXHIBIT L

1

1      IN THE UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF NEW JERSEY

3

4   CHAYA GROSSBAUM and MENCHEN

5   GROSSBAUM, Her Spouse,

6   Individually, and as

7   Guardians ad litem of the

8   Infant, ROSIE GROSSBAUM

9            Plaintiffs

10  vs.                          Docket No. 07-CV-359

11  GENESIS GENETICS INSTITUTE,

12  LLC, OF THE STATE OF MICHIGAN,

13  MARK R. HUGHES, M.D., NEW        GARRY CUTTING, M.D.

14  YORK UNIVERSITY SCHOOL OF

15  MEDICINE and NEW YORK            April 24, 2010

16  UNIVERSITY HOSPITALS CENTER,

17  Both Corporations of the

18  State of New York, ABC

19  CORPORATIONS: 1-10 and

20  John Doe

21            Defendants

22  _____/

-23

24  (TITLE PAGE Continued on the Next Page)

25  Reported by:  Linda Lindsey, CSR

**10**

1    A.   Training to take care of patients,
2 particularly pediatric patients with a variety of
3 different conditions.
4    Q.   Can you define pediatrics for me?
5    A.   Pediatrics is children from neonatal to
6 18 years of age.
7    Q.   Okay.
8    A.   Sometimes a little longer, in the twenties,
9 depending on exactly the case and condition.
10    Q.   Okay. Um, now is it fair to say your CV,
11 and -- which I have a copy of here and I believe is to
12 the tune of 31 pages?
13    A.   Yes.
14    Q.   Which you produced to -- to -- to counsel?
15    A.   It's the one I sent to Mr. Lewis.
16    Q.   Is that an accurate -- is that -- let's strike
17 that.
18    Is your CV an accurate -- an accurate
19 description of your medical experience?
20    A.   Yes.
21    Q.   So if there is anything worthwhile in that you
22 did in the medical -- in the medical field it's in
23 here?
24    A.   Sure.
25    Q.   Okay. Now, after your -- your residency in

**11**

1 pediatrics you completed a fellowship, correct?
2    A.   Correct.
3    Q.   Okay. We'll -- what did that -- strike that.
4    What was the concentration of that fellowship?
5    A.   Genetics, medical genetics.
6    Q.   Okay. What does that mean, medical genetics.
7    A.   It's training in the care, diagnosis -- let's
8 start, care and treatments of patients with a variety
9 of genetic disorders.
10    Q.   Can you be -- be more specific?  Tell me
11 exactly sort of what that entails?
12    A.   Well, patients whose disease is primarily
13 caused by abnormalities in specific genes.
14    Q.   Okay. Yeah, I'm just trying to get an idea
15 sort of what kind of things did you do? I mean, did
16 you --
17    A.   I would be consulted on patients who were,
18 where the physicians felt that there would be a genetic
19 case because a familial recurrence of children of the
20 same family. So, like CF, two children same family
21 have the disease, so we get consulted for that. We get
22 Sickle Cell Disease. We get consulted for skeletal
23 abnormalities --
24    Q.   Fine.
25    A.   -- a whole variety conditions. And they

**12**

1 included both children and adults.
2    Q.   I see.  So it's -- it was people already born,
3 obviously, that's what I was trying to focus to.
4 People who are already born --
5    A.   Oh, no, not just that.
6    Q.   Okay.
7    A.   No, we also did consult on prenatal cases as
8 well.
9    Q.   Okay.
10    A.   So we included prenatal counseling. The --
11 the discussion of things such as teratogens that may
12 affect a pregnancy, genetic conditions that may affect
13 a pregnancy.
14    In addition to my training, I also trained in
15 clinical laboratory genetics, as well as this is called
16 molecular genetics, which I'm board certified in, and
17 as in biochemical genetics. So that was undertaken
18 during the time that I was training in medical
19 genetics.
20    Q.   So biochemical genetics and clinical genetics?
21    A.   And, well, clinical genetics, biochemical
22 genetics and molecular genetics. The molecular is in
23 the diagnosis of disorders by examination of DNA
24 directly.
25    Q.   Okay. Now -- okay.  So, what specific

**13**

1 function did you do during your fellowship as it
2 pertains to, um, prenatal involvement with patients?
3    A.   So we would counsel patients who had prenatal
4 conditions. We would see patients who had undiagnosed
5 prenatal conditions where there was concern. We would
6 see women who had advance maternal age, which I'm sorry
7 to say, is beyond 35 years of age who have were at
8 higher risk for children with abnormalities, such as
9 Down Syndrome.
10    If I'm going too fast, please tell me to slow
11 down.
12    It would be working with families to tell them
13 about the results of test, such as sider genetics tests
14 or -- or DNA based tests and the results and counseling
15 them on those results.  With working with them to make
16 decisions about whether to continue the pregnancy or
17 not to continue the pregnancy, particularly if the
18 pregnancy was affected.
19    Q.   And that was during your fellowship?
20    A.   That was during my fellowship and I continue
21 to do that.  That's why I'm carrying the beeper today,
22 if this condition came up today at Johns Hopkins, I
23 would be called for it and I would go in and talk to
24 them.
25    Q.   Okay. Now, as part of your fellowship --

4 (Pages 10 to 13)

**14**

1  well, we'll take it step by step. Did you, um, extract
2  eggs from patients?
3      A.  No.
4      Q.  Did you implant embryos?
5      A.  No.
6      Q.  Okay.  You mentioned that you're board
7  certified, you became board certified after your
8  fellowship?
9      A.  Correct.
10     Q.  What boards are you certified?
11     A.  American Board of Medical Genetics for the two
12 laboratory specialities I told you about.
13     Q.  Um-hum?
14     A.  And then in clinical genetics as well which is
15 done through ABMG and now through the -- the AMA,
16 basically.
17     Q.  Okay.
18     A.  It's a recognized -- it's a recognized
19 speciality now by the AMA.
20     Q.  Okay.  Now, in looking at your CV, I see here
21 that you have few positions that you currently hold
22 that you've held for a substantial period of time.  Um,
23 and those, specifically, are, we'll go through them one
24 by one.
25     A.  Sure.

**15**

1      Q.  You have the Director of Post-Doctoral
2  Training Programs in Medical Genetics at Johns Hopkins
3  University.  1992 to present?
4      A.  (Witness moves head up and down.)
5      Q.  Okay.  Well, what's the medical genetics
6  program at Johns Hopkins, what is -- what -- what does
7  that do?
8      A.  It entails the -- again, the medical genetics
9  training program, you're saying, or the entire medical
10 genetics program, I just want to be clear.
11     Q.  Well, the medical genetics program?
12     A.  Program, okay.  So the program involves both
13 the care of patients, which is clinical arm, research
14 and disorders that are both genetics, and education.
15 So, the -- this is specific to the education arm, which
16 is teaching new trainees, which it intends to be M.D.,
17 M.D. Ph.Ds and Ph.Ds, in the diagnosis, management and
18 treatment of patients with genetic disorders.
19     Q.  Now, when you -- when you, ah, said diagnosis
20 of patients with genetic disorders, what is -- what --
21 what's -- what's done at this center?  I mean, I'm
22 trying to understand some of this program.  What kind
23 of patients come to this program?  Couples who want to
24 have kids?
25     A.  Yes.

**16**

1      Q.  People who are already pregnant?
2      A.  Yes.
3      Q.  I mean, what -- what --
4      A.  Yes, the entire range.
5      Q.  Okay.
6      A.  Prenatal cases all the way through adults.
7      Q.  All right.  So, prenatal cases.  Explain to me
8  what kind of patients do you get, prenatal patients?
9      A.  Prenatal cases can range to, again, woman who
10 have an advance maternal age, and so we know they have
11 an increased risk with having children with chromosomal
12 disorders.  Women who might have or be concerned that
13 they've been exposed because they take certain drugs or
14 have been exposed to alcohol and other things and are
15 concerned about the affect on the fetus.
16         It could be individuals who are risk for
17 having a monogenic disorder, a single gene disorder,
18 that is could be sickle cell disease, could be beta
19 thalassemia, it could be cystic fibrosis, polycystic
20 kidney disease, Marfan's syndrome; does that give you a
21 general idea or should I continue.
22     Q.  Okay.  Are these -- these patients already
23 pregnant when they come to see you?
24     A.  Yes, some are already pregnant and are some
25 considering pregnancy.

**17**

1      Q.  Okay.  So for the ones that are considering
2  pregnancy, what's your intro -- what's is the role of
3  your -- what's the role of this medical genetics
4  program?
5         COURT REPORTER:  I'm sorry, I didn't
6  understand you.
7      Q.  What's the role of the medical genetics
8  program vis-a-vis their diagnosis and treatment?
9      A.  To advise them, using nondirective counseling
10 about the options that they have.
11     Q.  Well --
12     A.  The options for diagnosis of the disorder,
13 should they be at risk.
14     Q.  Um-hum?
15     A.  Because genetics involves risks.  As far as if
16 it's a recessive disorder where it takes a gene from
17 the father and a gene from the mother to get a
18 disorder, the risk one in four.  And while that may
19 seem pretty straight forward to a couple considering a
20 pregnancy and having a child with a condition, that
21 takes sometimes some going over to explain really what
22 one in four means.
23     Q.  But besides one in four --
24     A.  Or it could be one in two, it could be --
25 there -- I don't mean to define recessive, I was --

5 (Pages 14 to 17)

18

1    Q.  Okay.
2    A.  -- just giving you examples --
3    Q.  No, I understand.
4    A.  -- that leads me what else you would like to
5  know.
6    Q.  What I'm trying to figure out is -- is, sort
7  of what services do you provide tell besides telling
8  these patients, okay, this is what you are -- this is
9  the category of risk in which -- in which you fall
10  into --
11    A.  Um-hum.
12    Q.  -- and here are your options, what else do you
13  do?
14    A.  Are you asking what else does the program do?
15    Q.  The program.
16    A.  The program, obviously, offers diagnostics
17  during the during the pregnancy to evaluate whether or
18  not the pregnancy is affected.  That would include CVS,
19  chorionic villus sampling, which is 12 to 16 weeks, or
20  amniocentesis which is done infrequently these days,
21  and those are done through the program in general, and
22  primarily by our obstetrics gynecology perinatology
23  group, so --
24    Q.  Okay.
25    A.  Or maternal fetal medicine, actually.  But our

19

1  trainees are trained in that area as well.
2    Q.  Okay.
3    A.  We get exposed to that.
4    Q.  Now, is IVF something that your program
5  offers?
6    A.  We do not -- no -- IVF, invitro fertilization
7  is a program of obstetrics and gynecology.  It is not
8  under the institute of genetic medicine.
9    MR. HAMAD:  Okay.
10    (Knock at door.)
11    THE WITNESS:  Sorry, where were we, 1
12  apologize?
13    MR. HAMAD:  Can you read that back?
14    (WHEREUPON, the requested testimony was read
15  back.
16
17    A.  Invitro is not a part of the genetics program
18  here.  Just like surgery is not under genetics.
19    Q.  So just so we're clear, I think you said
20  something, make sure the record is clear.
21    Invitro fertilization is under the umbrella of
22  gynecology and under medical --
23    A.  Obstetrics.
24    Q.  -- genetics?  Obstetrical, of course.
25    A.  Yeah, right.  You're in the same ballpark.

20

1    Q.  Same area.  All right.  So now -- okay.  So
2  the service you offer would be to counsel the patients
3  about their -- the level of risk that they have, the
4  options that they have available to them, and then to
5  conduct amniocentesis testing or CVS testing after the
6  pregnancy has occurred, fair?
7    A.  Yes.
8    Q.  Okay.  All right.  Now, you're also the
9  director of DNA laboratory I see here?
10    A.  DNA Diagnostic Laboratory.
11    Q.  Yeah.
12    A.  Correct.
13    Q.  What does that mean DNA -- DNA Diagnostic
14  Laboratory?
15    A.  So we receive samples on patients who are at
16  risk for genetic disorders and we type the DNA to
17  determine whether or not they indeed have the disorder
18  for which the physician is concerned about.
19    Q.  What kind of physicians refer -- refer DNA
20  information to you?
21    A.  Refer samples to us?
22    Q.  Samples, yeah.
23    A.  Okay.  So it could be a variety of different
24  physicians.  Could be internists, pediatricians,
25  geneticists, basically, the whole gamut.

21

1    Q.  Ob/gyn's?
2    A.  Ob/gyn.
3    Q.  Reproductive endocrinologists?
4    A.  It could be, yes.
5    Q.  Okay.  And what -- what kind of thing -- they
6  send you a sample, what do you do with it?
7    A.  Well, we extract the DNA, and type the DNA.
8    Q.  Okay.
9    A.  That is the simplest answer I can give you,
10  but please I would be happy --
11    Q.  No, that's fine.
12    A.  -- to add more than that.  I don't mean to be
13  simplistic more than necessary, so I wasn't sure what
14  you're asking me.
15    Q.  Please as simplistic as you can.
16    A.  Okay.
17    Q.  I'm only a lawyer.
18    A.  Okay.  No, no.
19    Q.  Which doesn't mean very much these days.
20    All right.  So, you receive genetic samples,
21  you type out the DNA and then you send something to the
22  physicians?
23    A.  Yes.
24    Q.  Okay.  What kind of genetic disorders do you
25  test for?

6 (Pages 18 to 21)

22

1   A. There's about 40 genetic disorders we test for
2   currently in the laboratory, ranges all the way from
3   disorders involving abnormalities in the blood, sickle
4   cell disease, the globin disease that I was mentioning,
5   thalassemia, certainly includes cystic fibrosis. A
6   variety of what we call skeletal dysplasias,
7   abnormalities of bone growth.
8       I'm just trying to think of all the
9   categories. Abnormalities of the genes that contribute
10  to the growth of the aorta, Marfan's syndrome, TTGF
11  beta receptors -- I won't need get more specific. I'd
12  be happy to give you the Web site of the lab and you
13  can take a look at the range of disorders for which we
14  provide diagnostic.
15      If I could simplify, it's basically, primarily
16  conditions in which one gene causes the disease, when
17  there's a defect in the gene. That's pretty much what
18  we do.
19  Q. But just so I understand your role in the
20  overall, I guess, continuum of care for patients --
21  A. Um-hum.
22  Q. -- is it fair to say that patient goes
23  reproductive endocrinologist office, they're counseled
24  that they might be at risk for something, a sample is
25  taken, they send it to your laboratory, you do the

23

1   testing, you send the result back to the reproductive
2   endocrinologist, is that where your laboratory fits in?
3   A. Yes, yes, that's where our lab could fit in.
4   Q. Okay. That makes sense to me?
5   A. Okay.
6   Q. That's how simple you have to be. It's --
7   it's sad.
8   A. All right.
9   Q. And you've -- you've been doing that since
10  1994 and still currently do that?
11  A. Yes.
12  Q. Okay. There's a lots things that I see in
13  your -- in your that say 1992 or 1994, whatever the
14  year may be to the present. What I would like you to
15  do -- do as we move, are continuing along, position by
16  position, tell me how much of your time is spent doing
17  each of these various or holding down all these various
18  positions.
19  A. Sure.
20  Q. So, the first position that we covered was
21  Director of the Post-Doctoral Training Programs in
22  Medical Genetics?
23  A. Ten percent.
24  Q. Ten percent?
25  A. These are all documented by the way, I can

24

1   give you the documentary reporting that's required by
2   the NIH and required by my hospital.
3   Q. I was hoping for estimates. That's good.
4   A. That's why I can give you specific answers.
5   Q. Awesome.
6       All right. The director of the DNA Diagnostic
7   Laboratory?
8   A. Fifteen percent.
9   Q. Okay. Professor of Pediatrics and Medicine?
10  A. That's primarily my research that would take
11  about 70 percent.
12  Q. And Director of Genetic Residency Programs?
13  A. Well, that's actually folded into that ten
14  percent, it's the same kind of thing, it's all my
15  education component.
16  Q. That actually, it concluded in 2008.
17  A. Yes, that's right, I did turn that over to one
18  of my junior trainees, who's now the director of the
19  residency program.
20  Q. Okay.
21  A. So, that was folded initially, but became a
22  second responsibility so I turned it over to somebody
23  else.
24  Q. You know what, I'm going to throw a little
25  wrench here, because I think I -- I should have asked

25

1   you these questions a little give way.
2   A. Okay.
3   Q. Between 2003 and 2005 --
4   A. Yes.
5   Q. -- with the numbers that you already gave me,
6   the percentage breakdowns stay the same?
7   A. Yes.
8   Q. Okay. And for the remainder of this
9   deposition when I ask about, sort of what it is that
10  you do or whether your functions, your laboratory
11  functions throughout your various positions, I'm
12  referring to that period of time, 2003 and 2005?
13  A. Fair enough.
14  Q. Okay. Now, we also have, you said in 2003 the
15  genetic residency program would have been folded into
16  the ten percent the post-doctoral training program?
17  A. Yes.
18  Q. Okay. Then we have the Director of Cystic
19  Fibrosis Genotyping Center?
20  A. That is part of my research activities, it
21  would folded into the 70 percent.
22  Q. Okay. All right. You have five percent left?
23  A. Yes.
24  Q. What's that for?
25  A. That's primarily to account for the times

7 (Pages 22 to 25)

26

1  right now that I take off.
2     Q.  Okay.  Make senses.
3     A.  We won't -- we won't go into exactly how this
4  is allocated, but there is a -- it's not clearly --
5  it's a long five percent the best I can tell you.
6     Q.  That's all right.
7     A.  But if you want to get down to specific hours,
8  I would happy to give them to you.
9     Q.  No, no that's fine -- that's fine.  So, now
10  let's discuss the, I guess what takes the bulk of your
11  time which is being Professor of Pediatrics and
12  Medicine.  You indicate -- you indicated to me that
13  that's primarily your research position?
14     A.  Um-hum.  Right.
15     Q.  Or function?
16     A.  That's correct.  Based on my functions.
17     Q.  What is it exactly that this, being a
18  professor of pediatrics and medicine, and doing all --
19  what -- what do you do exactly?  What do you research?
20     A.  I run a laboratory of about 15 people.
21     Q.  Okay.
22     A.  Investigate the various molecular genetics of
23  cystic fibrosis.  Make it even simpler genetics and
24  cystic fibrosis.
25     Q.  Um-hum.  When you say investigates the

27

1  genetic -- mole -- molecular component of genetics of
2  cystic fibrosis, what does that mean exactly?
3     A.  Well, the different changes in the gene that
4  contributes to the disease, how it changes the
5  functions of the protein, how the function of the
6  protein changes the properties of the cells, and how
7  that changes the way that the lungs work, for example,
8  and why patients get disease.  And that is all aimed to
9  increasing our understanding of this condition so that
10  we develop therapist therapies.
11     Q.  Again, I'm just trying to understand sort
12  of -- sort of to see where you fit in the continuum of
13  care, where your laboratory fits in the continuum of
14  care for patients.
15         Who would -- how would it be that you get, I
16  guess, samples for this laboratory?
17     A.  Which one?
18     Q.  The -- well, you mention here that the
19  pediatrics and medicine, I mean, that's -- or that is
20  all folded into one?
21     A.  No.  So for the research laboratory, I -- I
22  conduct a series of research projects that are approved
23  by internal review board of John Hopkins.
24         (Knock at door.)
25         THE WITNESS:  So, you were asking?

28

1         MR. HAMAD:  So, where were we?
2         THE WITNESS:  Yeah, where were we?
3         (WHEREUPON, the last answer was read back.)
4         THE WITNESS:  So these are all studies that
5  involve research in which we recruit patients from,
6  actually, all over the United States with cystic
7  fibrosis and diseases related to cystic fibrosis, and
8  we have been studying their genetics causes, and I have
9  been doing that for a good 25 years.
10     Q.  So is it fair to say you don't -- and this is
11  in 2003 and 2005 and even now, you don't refer sample
12  from patients to laboratories and get results from
13  laboratories, it's actually the opposite.  People send
14  you samples and you send them out results, fair?
15     A.  But I do both.
16     Q.  Well --
17     A.  So, let me explain.
18     Q.  Yeah.
19     A.  So, when I'm on service or I see patients in
20  the clinic, I send samples to other places as well.
21     Q.  Okay.
22     A.  Because my laboratory does not do -- the DNA
23  Diagnostic Laboratory does not do every test available.
24  So I'm involved in sending samples to other commercial
25  and academic laboratories for genetic testing.

29

1     Q.  What percentage of your time do you spend in
2  the clinical portion where you would actually see
3  patients and send samples to other places?
4     A.  It's -- it's registered as five percent of my
5  time.
6     Q.  Okay.
7     A.  And that's the figure I will give you.
8     Q.  All right.  So, and that's true -- so, in that
9  five percent of your time between 2003 and 2005, you
10  would sometimes see patients that required testing of
11  some sort that your laboratory didn't do?
12     A.  That's correct.
13     Q.  And that you -- in those situations you would
14  send those ah, ah, tests out to someone?
15     A.  That's correct.
16     Q.  But your laboratory does the CF testing, fair?
17     A.  For CF our own laboratory would be, generally,
18  the place, yes.
19     Q.  Okay.  Now, um, this clinical experience, five
20  percent, that you spend five percent of your time
21  doing, um -- well, strike that.
22         Your clinical experience, I mean, what exactly
23  do you do?  What kind of patients do you see?
24     A.  Sure.  So I have a clinic once a month.  I
25  have on one Monday coming up, so I'll see eight to ten

**34**

1 mutations, fair?
2   A.  Yeah, disorders and -- yes, correct.
3   Q.  Is it fair to say that a substantial number of
4 the articles that you've -- articles slash book
5 chapters that you've published deal with the issue of
6 the various types of genetic mutations that cause CF?
7   A.  Yes.
8   Q.  Would you consider yourself an expert in the
9 area of the, specific area of the genetic mutations
10 that cause CF?
11   A.  Yes.
12   Q.  Okay.  How much of your time, Doctor, would
13 you say out of, I mean, again, you have the 70 percent,
14 the 15 percent for diagnostic laboratory the, um, the
15 post-doctoral training program, medical genetics, how
16 much of all that effort and time is spent working and
17 concentrating on testing and researching and, um, I
18 guess, well, testing and researching the issue of the
19 specific gene mutations that cause CF?
20   A.  Out of all the activities?
21   Q.  Yeah.
22   A.  Probably 20 or 30 percent.
23   Q.  Okay.  Now, you mentioned you had four
24 depositions before today as an expert witness?
25   A.  I think it's four.

**35**

1   Q.  You think it's four.  No, problem.
2   A.  I think it's four.
3   Q.  Let's -- let's take them one -- let's just
4 start with this.  How many were on behalf plaintiffs?
5   A.  Um, I think three, one on defendant.
6   Q.  Okay.  All right.  Step back --
7   A.  Obviously, the other way around.
8   Q.  Let's step back for a second.  I know you said
9 you sat for four depositions?
10   A.  Yeah.
11   Q.  Estimated four?
12   A.  I estimate.
13   Q.  How many times have you asked to review a case
14 for lawyer and render an opinion?
15   A.  Maybe ten times.
16   Q.  Ten times.  How many reports have you
17 authored?
18   A.  Um, maybe eight reports.
19   Q.  Okay.  Out of those ten times you were asked
20 to review a case how many plaintiffs asked -- how many
21 were for plaintiff's attorneys?
22   A.  I'm going -- this is an estimate.
23   Q.  Um-hum.
24   A.  I'm guessing, might be just a little more than
25 half.

**36**

1   Q.  Okay.  Estimating, fair.
2   A.  Yeah, I'm estimating.
3   Q.  The word guessing legally is -- is --
4   A.  Well, I said -- estimating is a little bit --
5 so guessing, no idea what it really --
6   Q.  Yeah -- estimate --
7   A.  I think --
8      COURT REPORTER:  Please stop.  One at a time.
9      MR. HAMAD:  That was my fault.
10      THE WITNESS:  Equally my fault.  I'm going to
11 say maybe five or something must have been for the
12 plaintiff.
13   Q.  All right.
14   A.  It might have been six I, you know, I don't
15 keep a record of this.
16   Q.  No problem.  And out of the reports you
17 authored, how many were for the plaintiff, if you
18 remember?  If you can estimate for me?
19   A.  No, didn't we say eight for --
20   Q.  Of the reports?
21   A.  -- of the reports, I believe.
22   Q.  Okay.  All right.
23   A.  That's what I thinking.  Yeah, you asked me of
24 the reports.
25   Q.  All right.

**37**

1   A.  But I think that's what it was.
2   Q.  Now, what percentage of your time is spent
3 providing expert opinion to attorneys?
4   A.  One percent or less.
5   Q.  Do you charge a fee, obviously?
6   A.  Yes.
7   Q.  For service?
8   A.  I do.
9   Q.  What is your fee?
10   A.  Four hundred dollars an hour.
11   Q.  For what?
12   A.  For providing expert evaluation of a case.
13   Q.  Does that include review, drafting the report,
14 depositions, trials?
15   A.  Deposition personal appearance are $800 an
16 hour.
17   Q.  Okay.  And trial testimony?
18   A.  Same price.  Any personal appearance I charge
19 $800.  I do not charge for the travel time, that's the
20 fairest way I think I can do it and keep it close.
21   Q.  Okay.  Now, if we can -- what states -- strike
22 that.
23      The cases in which you authored reports what
24 states have those cases been venued?
25   A.  One was in New Jersey.  I can't recall what --

10 (Pages 34 to 37)

**38**

1  I don't remember -- one was in New Jersey. The other
2  was in a northern midwest state, I can't recall
3  exactly.
4    Q. They all blend together.
5    A. Well --
6    Q. Michigan, Minnesota, who cares?
7    A. I have to say that -- I dispose of the records
8  afterwards, I don't keep the records.
9    Q. Yes.
10   A. And I don't actually keep a memory. And so
11  much, so little of my time is spent doing this.
12   Q. Okay.
13   A. I apologize.
14   Q. That's --
15   A. It should be a matter of public record if you
16  want to look it up.
17   Q. That's fine.
18   A. But I do -- I do remember New Jersey where the
19  defendant -- for the defendant in that case. And there
20  was a case, I know in midwest, I recall. I'm sorry, I
21  can't recall the others right now.
22   Q. No problem. Okay. Now the case in New
23  Jersey, um, who were the -- which attorney retained
24  your services?
25   A. I don't remember.

**39**

1      MR. STEIN: You might try to find out how long
2  ago we're talking about here.
3      MR. HAMAD: Well, we're going do get there,
4  Lou.
5      MR. LEUCHTMAN: While we're all chiming in,
6  the ten cases that you reviewed were over what period
7  of time?
8      THE WITNESS: A good ten years or so.
9      MR. LEUCHTMAN: Thank you.
10   Q. I was going to ask him.
11   A. Well, now you know.
12   Q. See that. Per year how many reports or cases
13  do you review?
14   A. Let's see, ten by ten, about one a year, I
15  guess.
16   Q. So one a year. Okay.
17   A. Or so. Sometimes they get clustered might be
18  two and then a couple I'll go a years with none.
19   Q. Have you ever provided trial testimony?
20   A. No.
21   Q. Okay. Now, I know you don't remember the
22  venue of these cases or maybe even the lawyers that
23  hired you but, um, I'd like you to tell me about the
24  facts of each case?
25   A. Okay.

**40**

1    Q. Um, would any -- were any of the dealing with
2  -- were any of the cases that you provided expert
3  reports did they deal with the issue of PGD, IVF.
4    A. A couple, yes.
5    Q. A couple. Okay. And what were the facts of
6  those cases?
7      MR. LEUCHTMAN: And why don't you do them
8  separate PGD and IVF.
9    Q. Were they -- okay.
10   A. They were PGD.
11   Q. PGD?
12   A. Yeah.
13   Q. Okay.
14   A. One was a case involving, actually, RGI in
15  Chicago, with a misdiagnosis. I don't actually recall
16  the -- I don't recall the -- the actual condition they
17  were doing. Um, another, um, PGD, there was -- there's
18  been two other CF cases where they were misdiagnoses
19  on, well, one for sure I can recall is a misdiagnoses
20  based on a prenatal diagnosis, not a -- not a PGD,
21  sorry. And then one other one involves a PGD case, for
22  CF, I believe.
23   Q. When you say prenatal misdiagnoses versus PGD,
24  what -- what do you mean?
25   A. Well, I mean, I think it was a contention of

**41**

1  an error done, actually, after the child -- it was in
2  utero test that -- it was a on the fetus done at 12
3  weeks, CVS based test by the laboratory and the
4  laboratory had not properly reported the information.
5      And there's one, yeah, the other one Florida I
6  remember. You see now you get me to think for a second
7  I can remember the other case. The another one is in
8  Florida, again a very straight forward case with CF
9  where the couple came for counseling and the doctor,
10  well, erroneously counselled the family.
11   Q. Okay. And that involved --
12   A. No.
13   Q. -- PGD?
14   A. That -- well, it involved -- no, it didn't
15  involve PGD. No, it involved, two of those cases the
16  birth of the child with CF, those cases.
17   Q. Okay. So we have a Florida, one CF case, no
18  PGD?
19   A. Yes. That one I recall.
20   Q. We have one prenatal CVS test regarding CF;
21  where was that case, do you recall?
22   A. Which one?
23   Q. The one with prenatal for CVS testing that --
24   A. Well, that might have been the state of
25  Maryland.

11 (Pages 38 to 41)

62

1  the first sentence here of your -- of your -- of your
2  second paragraph -- I'll -- I'll restate it. I'll
3  pause afterwards and hear your judgment.
4        I have formed opinions that there are two
5  areas where Genesis Genetics and the NYU IVF Clinic
6  failed to offer reasonable level of care?
7     A.  Yeah.
8     Q.  Is it fair to say that in the -- in this
9  second paragraph you talk about the -- the -- the first
10 alleged failure, and in the third paragraph of your
11 report you talk about the second alleged failure, which
12 is for Genesis Genetics, fair?
13    A.  Yes.
14    Q.  Okay.  All right.  Now, offer a reasonable
15 level of care, what does that mean, Doctor, what did
16 you mean by that?
17    A.  What I would expect a group or any other
18 organization offering the same care to -- to offer as
19 if they were offering the same service somewhere else
20 in the United States.
21    Q.  Can you be a little more specific?  Explain to
22 me what's -- what's a reasonable level of care?
23 What -- what is reasonable level?
24    A.  Reasonable level of care, well, I will say it
25 again.  What I would expect another similar clinic or

63

1  similar operation or similar university or commercial
2  outfit to offer if this was a service they were
3  providing.  It's an equivalency concept.
4     Q.  Equivalency --
5     A.  As in equal to.
6     Q.  Equal --
7     A.  Is the care provided New York University up to
8  the levels I would expect of care to be provided at
9  some other institution.
10    Q.  Okay.  And you're basing that upon your own
11 institution?
12    A.  More than that.
13    Q.  Okay.  What?
14    A.  Well, my understanding from reading the
15 literature, from going to meetings, to talking with
16 colleagues, to traveling extensively --
17    Q.  Okay.
18    A.  -- to talking with -- there is a certain level
19 of care when it comes down to these areas that would be
20 reasonable to expect.
21    Q.  Okay.  I'm just trying -- so is -- is what
22 you're telling me is, if I understand you correctly,
23 that from your experience this is what you do, this is
24 the kind of level -- strike that.
25        From your experience, I guess, in the field of

64

1  CF and genetic testing, that this is what Johns Hopkins
2  does, and that you would expect other institutions to
3  do what Johns Hopkins does?
4        MR. STEIN:  That's not an accurate
5  restatement.
6        MR. HAMAD:  I'm -- I'm asking him, Lew, with
7  all due respect if that's fair.  If it's not fair he
8  will tell me.
9     A.  I'm not holding them to Johns Hopkins.  I'm
10 holding it to what I think is a reasonable level of
11 care at other institutions.  And I base that on, not
12 only my experience here at Johns Hopkins, but my
13 interaction with other colleagues in the field, with
14 what's in the literature and what I see at meetings.
15    Q.  Okay.  Now, um, you have here a criticism --
16 strike that.
17        You say the first referencing to the criticism
18 you have of NYU or you opinion against NYU in this case
19 is, quotation mark here.  "The first is in the
20 counseling of the Grossbaums regarding alternatives for
21 embryo transfer after it was discovered that the
22 embryos recommended by Genesis Genetics were not
23 suitable for transfer."  Did I read that accurately?
24    A.  Oh, sorry, it's the second sentence.
25    Q.  Yeah.

65

1     A.  Couldn't find it.
2     Q.  Okay.  Now, discovered that the embryos or the
3  recommended embryos were not suitable for transfer,
4  what do you mean by that?
5     A.  One of the two embryos was not suitable for
6  transfer.
7     Q.  Okay.  What -- what do you mean?  Can you
8  explain to me what not suitable for transfer means?
9     A.  This is what was described in the records, not
10 suitable for transfer.
11    Q.  Okay.
12    A.  However deemed by them, it was not suitable
13 for transfer.
14    Q.  Okay.  So, you have the records in front of
15 you to show me what you're talking about.  One second.
16 You don't need that thing.  What you're saying is,
17 avoid the hassle.
18        If I understand you correctly, you're saying
19 your -- your understanding is that NYU determined that
20 one of the embryos Dr. Hughes recommended was not
21 suitable for transfer for some reason?
22    A.  Precisely what I said.
23    Q.  Okay.  Now, who discovered that?
24    A.  From what I understand the IVF lab at NYU.
25    Q.  Okay.  And what did they base their -- this

17 (Pages 62 to 65)

66

1 judgment that this embryo is not a suitable one?
2    A. Based on the -- a predicted viability or
3 morphology of the embryo itself.
4    Q. Okay.
5    A. So whatever it is, it didn't pass their
6 grading scale.
7    Q. Do you know what their grading scale is?
8    A. No.
9    Q. Do you know what look for, what they test for?
10    A. No. I'm not an embryologist. Not my area of
11 expertise.
12    Q. Okay. Only -- only embryologist test embryos
13 to see their progress?
14    A. It is the area of the embryologist to be an
15 expert in that area.
16    Q. Can reproductive endocrinologists do that as
17 well?
18    A. Yes, I believe they're also, reproductive
19 endocrinologists are involved in IVF, yes.
20    Q. Okay. Is that part of the IVF umbrella,
21 reproductive endocrinologists and -- and embryologists,
22 OB/GYNs, is that --
23    A. Yes.
24    Q. -- generally who kind of --
25    A. Yeah, that's the way I view it. If you're

67

1 describing as such.
2    Q. Yeah.
3    A. And IVF unit would be within OB/GYN and
4 reproductive medicine that would be the area of
5 expertise.
6    Q. Okay. It would include what specialities
7 exactly, as far as your understanding?
8    A. Specialities?
9    Q. Yeah, what specialities --
10    A. OB/GYN, maternal/fetal medicine, reproductive
11 endocrinology.
12    Q. Embryology?
13    A. Embryology, thank you.
14    Q. Do those all have certifications, those
15 specialists?
16    A. I believe they do.
17    Q. Okay. They got to pass boards?
18    A. I believe they do.
19    Q. Okay. Can you tell me anything about the
20 process of tracking the embryos after -- in the
21 laboratory by the embryologist?
22    A. No.
23    Q. Okay. All right. Now, you reference an
24 allele dropout --
25    COURT REPORTER: A what dropout?

68

1    MR. HAMAD: Allele, A L L E L E dropout, is a
2 well established source of error in preimplantation
3 genetic diagnosis.
4    A. Um-hum.
5    Q. And then you go on to indicate from the
6 deposition of Dr. Licciardi it was apparent that he was
7 not aware of this potential cause for error?
8    A. Um-hum.
9    Q. Is that a yes?
10    A. Yes. Sorry.
11    Q. That's fine. She just has to write it down.
12    Um, can you show me where -- strike that.
13    Do you have doctor -- you do have Dr.
14 Licciardi's deposition in front of you?
15    A. Yes. Sure.
16    Q. In your -- in your -- can you show me where
17 he -- what portion of deposition he indicates that he
18 does not -- he is not aware of the allele dropout?
19    A. Fully Aware the consequences.
20    Q. Sorry.
21    A. Fully aware of so maybe that -- I think I know
22 where you're going.
23    Q. I think you -- I think what your sentence
24 says here it's--
25    A. Yes.

69

1    Q. Deposition of Dr. Licciardi, it was apparent
2 that he was not aware of this potential cause of error,
3 what does that mean, Doctor?
4    A. Give me a second.
5    Q. Sure. Sorry.
6    A. You asked me to look at records. Hang on.
7    Q. Yes. The deposition is what he referenced,
8 Doctor, sorry.
9    MR. LEUCHTMAN: Since I have something of an
10 outline if you could provide us with a page and line
11 I'd appreciate it.
12    THE WITNESS: Yeah, I'm trying to find it.
13 Okay. All right. So, we're on page 50.
14    Q. Okay.
15    A. I think this must have been your examination
16 of him. And it says, line seven: We see as with
17 regard to sample two, T only mean. What does T only
18 mean? Answer from Dr. Licciardi, I don't know.
19    Regarding 3 there is no amplification, he
20 corrects himself, no regarding 4 and 7 the letter G
21 appears, what does G mean? I don't know.
22    In regard to 8 there is a G/T, what does that
23 mean? I don't know. And regarding now, we move over
24 to Call, what's the meaning of Call? And then we go
25 through this, so here's indicating.

18 (Pages 66 to 69)

70

1     Now, he says, page 51, at the top, page of
2  one. Okay. So, sample 2 is possibly affected, and it
3  says ADO paternal. And I assume allele -- ADO means
4  allele dropout. And yes. What is the mechanism of allele
5  dropout? When the test is performed and you don't get
6  your answer, the feeling is you're unable to test one
7  of the alleles.
8     And then we go, no molecular signal, I take it
9  that that's not an embryo that can be successfully used
10 for fertilization; is that correct? Oh sorry, that's
11 going on beyond the ADO part.
12 Q.   Okay. So what I'm asking, Doctor, is that --
13 have you read for me the only basis that's the basis
14 for your statement that Dr. Licciardi does not know
15 that allele dropout is a potential cause of error?
16 A.   I don't believe -- well, he's -- my opinion he
17 doesn't understand the principal of allele dropout nor
18 does he understand the results of this genetic test.
19 Q.   All right. Is it fair to say, based upon what
20 you just read now, I mean, if we could reason together
21 you and I for a second, that while he may not
22 understand the -- strike that.
23    It is fair to say in your -- in your report
24 what you're trying to say is, if I understand you
25 correctly, that Dr. Licciardi is aware that allele

71

1  dropout is a risk, but he may not understand the exact
2  mechanisms of how -- of how allele dropout occur, fair?
3     MR. STEIN: I object to the form --
4     MR. HAMAD: Fair enough. Well, if he
5  understands it.
6     MR. STEIN: -- of what he's trying to say.
7     MR. HAMAD: Noted.
8  Q.   Now, Doctor, you can answer it? Is that a
9  fair understanding?
10 A.   Say it again, please? Could you repeat --
11 Q.   I'll rephrase it.
12 A.   I don't mean to be cute.
13 Q.   No, it's fine.
14 A.   To see what you're asking me.
15 Q.   It's fine. It's fine. My job is to make the
16 questions as fathomable, somewhat at least, and Lew's
17 job to teach me how to be letter lawyer?
18 A.   Is he getting there?
19    MR. STEIN: Here's learning.
20    THE WITNESS: I'm sorry. We're an
21 hour-and-a-half in.
22    MR. LEUCHTMAN: The rest of us are just
23 spectators to this dynamic process.
24    THE WITNESS: Okay. Go ahead, please, I'm
25 sorry.

72

1  Q.   Is it a fair reading of the sentence in your
2  report which reads as follows, "From deposition of Dr.
3  Licciardi, it was apparent that he was not aware of the
4  potential cause error." To say that -- what you're
5  saying is Dr. Licciardi does not know the specific
6  mechanism by which allele dropout occurs, fair?
7  A.   It is more than that.
8  Q.   It's more than that?
9  A.   Not only does he not understand the
10 mechanism, he doesn't understand the implications, and
11 how it may apply to much more than just that one
12 sample.
13 Q.   Okay. And your base -- and have you shown me
14 in -- in the deposition your basis -- strike that.
15    Have you -- have you pointed out to me in Dr.
16 Licciardi's deposition the basis for your conclusion
17 that he does not full -- he is not fully aware of the
18 potential cause of error?
19 A.   Well, he -- I just indicated, he doesn't
20 understand the basis of nucleic acid Calls here. If he
21 doesn't understand that then he will not understand not
22 only the mechanism, but the implications of ADO for
23 each of those embryos that were tested, not just number
24 two.
25 Q.   I understand. But my point being, Doctor, you

73

1  showed me the base -- strike that.
2     You have -- you have an opinion here in this
3  sentence in your report that says, Dr. Licciardi
4  apparently doesn't understand ADO, right? You have
5  that opinion here?
6  A.   He does not understand --
7  Q.   You have the -- the basis --
8  A.   -- beyond the mechanism.
9  Q.   Yeah.
10 A.   His action, also, he made a decision as well
11 and that's transfer that other embryo.
12 Q.   I understand. But --
13 A.   And had he don't -- okay. I'm not going to say
14 anything more.
15 Q.   But, Doctor, your sentence says this: From
16 the deposition of Dr. Licciardi --
17 A.   I understand that sentence.
18 Q.   -- it was apparent he was not aware of this
19 cause of error. I'm just asking you, have you
20 pointed -- pointed to me the areas of the deposition
21 where you believe -- where -- where you're referencing
22 in your report in that sentence you pointed those out
23 to me, right?
24 A.   Um-hum.
25 Q.   Yes?

19 (Pages 70 to 73)

Veritext/NJ Reporting Company

**74**

1    A.  Yes.  This is one source of my opinion.
2    Q.  Fair enough.  In the deposition?
3    A.  One source is in the deposition.
4    Q.  Okay.
5    A.  Yeah.
6    Q.  All right.  And you can -- those -- those two
7    sources, do you have page 50 and page 51 includes
8    those -- the basis for that conclusion?
9    A.  That's correct, from the deposition.
10   Q.  All right.  Fair.  What's the other source,
11   Doctor?
12   A.  Um, the choice of transferring embryo number
13   seven.
14   Q.  Okay.  Now, you indicated there was no -- no
15   documentation of what was said during the counseling
16   session between Dr. Licciardi and the Grossbaums
17   regarding the risk of potential sources of error; do
18   you see that in your report?
19   A.  Yes.
20   Q.  Okay.  Um, what documentation would you --
21   would there be?  Strike that.
22      What documentation would you be looking for?
23   A.  Documentation of a conversation or whatever
24   counseling session took place that would be in writing,
25   would be part of the medical record that would indicate

**75**

1    that there was a presentation of the information and
2    the risks involved in switching an embryo.
3       And let me be specific with what I mean by
4    switching.  If I can find now.  This is what we got, so
5    this is his report.  This is his report.
6    Q.  Okay.
7    A.  So, this was recommended okay for transfer.
8    This was recommended okay for transfer.  (Indicating.)
9    Where does it say that embryo number 7 is okay for
10   transfer here?
11      Does Dr. Licciardi, did they contact Dr.
12   Hughes?  Did he document the context to find out if
13   that was okay for transfer if he didn't understand the
14   results of this test?
15      Did he -- did he put any documentation that he
16   had discussed that this was not said to be okay for
17   transfer with the family?
18      It's like changing an operation in the middle
19   and saying, well, I did but I -- I by word of mouth we
20   talked, but I'm not going to document this.
21      In this day and age a physician knows that any
22   change in the protocol, when information is provided
23   here, and he's relying on this he says completely,
24   which is what says in his deposition, then where has he
25   documented that he made a change of plans?

**76**

1    Q.  Now, is there conclusion that's reached by
2    Genesis Genetics as it pertains to embryo number 7 in
3    that -- in that --
4    A.  Yeah, carrier -- carrier at worst.
5    Q.  What does that mean?  What does carrier at
6    worst mean?
7    A.  The opinion of Genesis Genetics --
8    Q.  Doctor, I'm just asking what does carrier at
9    worst mean?
10   A.  What is meant by this?
11   Q.  Yes.  Carrier at worst, just by itself?
12   A.  The -- the idea -- yeah, yeah, I'm getting --
13   Q.  No, I understand.
14   A.  Give me a second here.
15   Q.  Just want to see your notes, actually.
16   A.  Go ahead.  Go ahead, please take a look.
17      Carrier at worst, at least it's written by the
18   thing would mean, the worse thing this could be is
19   carrier.
20   Q.  Okay.
21   A.  I think it is obvious.
22   Q.  Doctor -- okay.  I'm going to ask you about
23   this note, Call here, do you see where it says Call,
24   this column here?  (Indicating.)
25   A.  Yes.

**77**

1    Q.  Column that says Call, is that fair to say
2    that that's the conclusion?
3    A.  Yes.
4    Q.  Okay.  And they're conclusions for each of the
5    embryos and the control that were tested?
6    A.  Say, I'm sorry?  I'm -- I'm after an
7    hour-and-a-half drifting in and out.
8    Q.  Sorry.  Now, those samples that were tested,
9    correct?
10   A.  Yes.
11   Q.  We have here 15 samples some of which are not
12   actually embryos?
13   A.  Actually, there were ten embryos tested --
14   Q.  I understand.
15   A.  -- and the parental samples.
16   Q.  I understand, but that's my point.  There is
17   15 samples or at least 15 -- we see --
18   A.  Well, they're numbered up to 15 --
19   Q.  Exactly.
20   A.  -- there's actually ten samples?
21   Q.  I understand.  Now, if you looking at them
22   right here you see that there's, look in the Call
23   column, conclusions regarding the status of these ten
24   various samples, right?
25   A.  Um-hum.

20 (Pages 74 to 77)

102

1 the tests available these families would go without the
2 tests.
3      So in order to ensure the lab is accurate they
4 undergo proficiency testing for every single test,
5 clinical test in the laboratory.  That involves taking
6 samples that are provided by the College of American
7 Pathology, that's standardized tests or doing an inter
8 lab exchange, so if nobody else is -- if that test not
9 included in the CAP proficiency test you actually share
10 sample with another laboratory doing the same test.
11      If there's no other laboratory in the world,
12 and we have couple of tests are our own, that are not
13 doing the same tests, then what we do is we take a
14 sample that we had previously tested, we mask it and we
15 run it through laboratory again, so the technician,
16 staff and the interpreters don't know that it's
17 actually a previously tested sample.
18      This is done for every single test we have
19 every six months.  It is required, not only by Johns
20 Hopkins but by CAP.
21   Q.  And what is CAP?
22   A.  That's the College of American Pathologist who
23 oversee a number of laboratories, not just genetic
24 testing laboratories, pathology testing laboratories,
25 hematology, metabolics and so forth.

103

1      All the -- whenever your blood sample is sent
2 out, most often in a hospital laboratory it's overseen
3 by regulation -- CAP, and -- and there are some others,
4 CAP is one of the most common regulatory bodies.
5   Q.  Do you agree that as a general proposition in
6 the healing arts, whether it be the aspect of healing
7 arts that you are or the practice of medicine or any
8 other such endeavor, that generally speaking one
9 significant index for the proficiency of the
10 practitioner or lab or the institution is the frequency
11 with which it performs a given procedure?
12   A.  No.  I don't agree.  There are people that
13 perform procedures over and over again and do it
14 poorly.  They don't have in place proper QA, QC
15 programs, these have been detected.  A hospital here is
16 doing thousands of blood samples, all of them wrong.
17      There's forensic laboratories found to be
18 doing thousands of samples, same type, over and over
19 again, errors were made, individuals were incarcerated
20 because of errors.
21      So just because you do something over and over
22 again doesn't mean you're doing it accurately.  You
23 might actually do it over and over again and get the
24 same result, that's precision, it doesn't mean it's
25 accurate.

104

1   Q.  Well, all other things being equal, is the
2 quantity of procedure being done a hallmark, not the
3 the only hallmark of proficiency at doing a procedure?
4   A.  I will say, again, I -- it doesn't matter if
5 you do something 100 times or a thousand times wrong,
6 it's not any different than doing it once right.
7   Q.  If an IVF clinic performs 25 IVF cycles in one
8 year, is it less likely to be qualified at preferring
9 cutting edge care than one that does many, many more?
10   A.  I can't say, I'm not --
11   Q.  All right.
12   A.  -- expert in IVF laboratories.  So, I've --
13 I've already indicated I'm not -- I will talk about DNA
14 labs but not -- I could cite to the areas where I have
15 expertise and be more careful.
16   Q.  Now, have you -- strike that.
17      There are some newer technologies coming along
18 that are purported to be exceptionally good for looking
19 at -- seeing defects in one cell and also looking at
20 chromosomes, such as SNP, chips and microbead
21 technologies, are you using those in your lab?
22   A.  No.
23   Q.  Why not?
24   A.  We don't have applications.
25   Q.  Is that something that a PGD lab would do that

105

1 you would not?  When that's what you mean by not having
2 application for?
3   A.  No, my -- the DNA diagnostic clinical
4 laboratory doesn't currently have applications where we
5 use those kinds of apps, currently.
6   Q.  Well, what applications would cause you to use
7 them?
8   A.  If we chose to test for a variety of common
9 variance that contribute to Type II diabetes in the
10 population, for example.  We test for, primarily single
11 gene disorders with just one or few variance contribute
12 to the disease.  The technologies are available for
13 those, the highly robust and there are -- there's no
14 reason to change them at the current time.
15   Q.  Over the years of complex testing have there
16 been diagnostic mistakes in your laboratory?
17   A.  That I'm aware of from our internal
18 proficiency testing and follow-up testing, because we
19 do that to see if we make errors, we contact clients
20 and so forth, I'm not aware of any errors that we
21 have -- there's only one I can think of which actually
22 did not -- was picked up before it actually went out as
23 a final report.  There were a a couple of others we
24 picked up in process because we have QC programs,
25 quality control programs.

27 (Pages 102 to 105)

Veritext/NJ Reporting Company

800-227-8440                                    973-410-4040

114

1    A.  We -- we attempt to work always through the
2    physician because the physician and/or genetic
3    counselor are the one who contacts us.
4        Q.  Yeah?
5        A.  No, I'm done.
6        Q.  How is PGD different from what you routinely
7    do in your lab?
8        A.  If we're talking about blastomere biopsy which
9    the removal of one cell or two, depending on which lab
10   you do and how you do it, it involves a much smaller
11   amount of DNA and it requires exquisite levels of, um,
12   testing ahead of time to assure that you get an
13   accurate diagnosis, because unlike in the case, as you
14   have been indicating, that when you get a large amount
15   of DNA from a CVS sample or from a blood sample of a
16   patient we're getting six picograms of DNA on average
17   from one cell.
18       Q.  This is in PGD?
19       A.  PGD, sorry.
20       Q.  All right.
21       A.  So the test and the importance of being
22   accurate and having plenty of additional assays there
23   to be sure you achieve accuracy is absolutely paramount
24   in PGD because it is the more challenging area of
25   genetic diagnosis currently available.

115

1        Q.  PGD is?
2        A.  Yes, by fair.
3        Q.  Now, is the sample use in PGD, if you know,
4    different from the samples you use in your lab?
5        A.  Yes, because they're based on blastomere,
6    which is single cell from an embryo.  CVS is actually a
7    sample of the fetal portion of the placenta.
8    Amniocentesis is actually cells shed by the embryo that
9    is present in the amnionic fluid that is drawn when a
10   needle is placed into the --
11       Q.  Now, if a cultured sample from a cytogenics
12   lab or other patient tissue samples has one or
13   two milligrams in it, and the PGD sample has two
14   picograms, then would you agree that there's one
15   billion times less DNA in the PGD sample?
16       A.  Has six picograms but, yes, it has quite a bit
17   less.
18       Q.  On the order of of a billion times less in
19   PGD?
20       A.  Well, what's important is the genome
21   equivalence not the amount of DNA.
22       Q.  But I'm -- I'm just asking you as to DNA?
23       A.  Okay.  Fine.
24       Q.  Are we agreed?
25       A.  We're agreed.

116

1        Q.  Okay.  Would it be correct to say that PGD
2    pushes molecular DNA testing to the limit because it
3    tests, first of all, one cell, which is the smallest
4    unit of life?
5        A.  Yes.
6        Q.  And for one gene which is smallest unit of
7    inheritance?
8        A.  That's not correct, but anyway, yes, we'll
9    say --
10       Q.  For one gene?
11       A.  We'll stick with it.
12       Q.  All right.
13       A.  I'm being a scientist type, let me shut up,
14   yes.
15       Q.  And more often times a change on one A or T or
16   G or C, character in 3.3 billion DNA letters of the
17   human genome?
18       A.  Yes.
19       Q.  Is there any lab testing you're aware of
20   that's anymore complicated than PGD?
21       A.  Yes.
22       Q.  And what would that be?
23       A.  There's lots assays that involve protein
24   biology which involve use of antibodies which have
25   actually quite tricky characteristics in order to

117

1    properly identify the proteins, and these proteins can
2    actually predict whether you're going to get cancer,
3    you're going to get -- you're actually have metastasis
4    of cancer.
5        In fact, there's a whole range of these assays
6    available, and they're quite complex to carry out and
7    do, and they acquire exquisite levels of controls and
8    inter assay controls and so forth.  So, yes, there are
9    more complicated ones than this.
10       DNA is a very simple thing to work with, the
11   simplest chemical we probably work with.
12       Q.  Now, your laboratory does not at present do
13   PGD?
14       MR. STEIN:  He said that.
15       MR. LEUCHTMAN:  Yes, I know, it's
16   foundational.
17       A.  Yeah, at present.
18       Q.  Was there a time when you did that?
19       A.  Yes, yes.
20       Q.  When?
21       A.  Over the past couple of years we've done two
22   cases for CF.
23       Q.  Other than that have you ever been involved in
24   PGD?
25       A.  No.

30 (Pages 114 to 117)

**118**

1 Q. Specifically, you're not involved in PGD
2 directly in the year 2004?
3 A. 2004, no, I don't think we – no, no.
4 Q. Okay. Well, then let's clarify when you say
5 you have done two --
6 A. Two cases were done after 2004 and before
7 today.
8 Q. All right. Well, you said the last couple of
9 years?
10 A. No, no, you're right. You're absolutely
11 right.
12 Q. Okay.
13 A. I don't mean --
14 Q. Well, let's narrow that down because it's
15 important, I think, in this case.
16 A. Yes.
17 Q. When were these two cases --
18 A. I would say --
19 Q. -- PGD cases for CF in the past couple of
20 years?
21 A. -- in the past probably couple of years, I'm
22 doing it again, sorry. Probably more than 12 months
23 ago, but not more than three years ago.
24 Q. Okay.
25 A. Is about when I recall them. They were about

**119**

1 one and a half to two years apart, if I recall
2 correctly.
3 Q. So, as -- as best you can recall as we sit
4 here today, the first one you did was in perhaps 2007?
5 A. Yes. Something like that.
6 Q. And no earlier than that?
7 A. Yes, about that.
8 Q. All right. And you were not involved in any
9 form or fashion directly in PGD in 2004?
10 A. In delivering the test. We certainly were
11 spending time doing assays to develop the tests, yes.
12 Q. But you weren't doing PGD testing?
13 A. No.
14 Q. No, you were not?
15 A. No, you're correct.
16 Q. The two -- the two PGD cases you've done in
17 last three year were for cystic fibrosis?
18 A. Correct.
19 Q. And what means did you do to do those tests?
20 A. A single cell from a cleavage embryo, so it
21 was eight cells, we took out one cell, in the same way
22 this method was done and did a diagnostic to see it.
23 Q. When you say the same way this method was
24 done --
25 A. Okay.

**120**

1 Q. -- the same thing that Hughes did in this
2 case?
3 A. Yes, well, as was done by both NYU and Hughes.
4 Q. Okay.
5 MR. HAMAD: I'm sorry. I may have missed
6 something. The last couple of years? What -- when was
7 the timing of these tests?
8 MR. STEIN: Between 12 months and three, he
9 said. Twelve months and years?
10 THE WITNESS: Yeah.
11 MR. LEUCHTMAN: Yeah.
12 MR. HAMAD: Go ahead. I'm sorry.
13 MR. LEUCHTMAN: And no earlier than 2007.
14 THE WITNESS: Yeah.
15 Q. Well, did -- did the two tests that you did
16 three years or less ago involve genomic markers?
17 A. Yes.
18 Q. Did they involve polar body biopsy?
19 A. No.
20 Q. Do you agree there are many safeguards that
21 need to be put into place in PGD testing over and
22 above, for labs that do not do it?
23 MR. STEIN: Over and above what?
24 MR. LEUCHTMAN: Well, for labs that do
25 testing, such as -- as Dr. Cutting does. There are

**121**

1 safeguards that exist for PGD that do not exist in --
2 in the diagnostic labs -- in diagnostic labs such as
3 the one that Dr. Cutting operates.
4 MR. STEIN: I object to form of the question,
5 but he can answer it.
6 A. Um, we did offer PGD within our lab using the
7 same safeguards that we use for the other tests. It's
8 just as important to develop the right assays for a CVS
9 test to make sure it's not contaminated with maternal
10 cells, which is a maternal cell test we do using linked
11 marker, and we've being doing for a decade to be sure
12 that we don't have contamination that leads to a
13 misdiagnosis. So we take the same level of care with
14 every test we do.
15 There are different technical challenges in
16 executing the test which require additional or other
17 approaches and so forth, PGD is one that requires some
18 additional tests, and there are other ones that we do
19 in our labs that do require, also, additional marker
20 tests, but I give you the example, we've been using
21 linked markers, genomic markers for over ten years for
22 maternal contamination CVS. To prevent --
23 Q. For maternal contamination?
24 A. Yes. That's finding mother's cells in with
25 the baby's cells when you do the sampling of the

31 (Pages 118 to 121)

Veritext/NJ Reporting Company

**182**

1  mentioned it myself.
2  Q.  Now, I don't know if I asked you for this, it
3  is getting late in day.  Does your lab at any time do
4  polar body --
5  A.  No, no, no, we don't.
6  Q.  You do you agree that even today polar body
7  biopsy is not a mainstream approach?
8  MR. STEIN:  Mainstream, objection to form.
9  Q.  In the United States, granted that you're not
10  going to be all that familiar with the PGD community --
11  MR. STEIN:  Approach to -- objection.
12  A.  Certain conditions people would argue that
13  it's a good application.  I -- I -- it's a difficult
14  question to answer.  It -- it his comments aside.
15  Could you ask that again and give it to me precisely.
16  Q.  Okay.
17  A.  See if I ask answer it as best I can.
18  Q.  Yes.  And I'll add -- well, first of all do
19  you agree that even today polar body biopsy is not a
20  mainstream approach in the PGD community in the United
21  States?
22  MR. STEIN:  Same objection.
23  Q.  Okay.  Noted.  Go ahead and answer the
24  question.
25  A.  So, the single cell analysis it is an option

**183**

1  but it is the major one, no, it is an option so it is
2  there.
3  Q.  Okay.  Do you expect to offer any opinions in
4  this case as to the existence of a causal relationship
5  between the action or failure to act by any of the
6  defendants and the misdiagnosis or failure that
7  occurred?
8  A.  Yes.
9  Q.  All right.  Do you expect to offer such
10  opinion as to Dr. Hughes, just yes or no?
11  A.  Yes.
12  Q.  Do you agree that because of the many
13  variables involved in PGD, the cause or causes of PGD
14  misdiagnosis are always difficult to pin down?
15  A.  Say that again.
16  Q.  Do you agree because of the many variables
17  involved in PGD, and we've discussed some of them,
18  potential mislabeling or --
19  A.  Right.
20  Q.  -- transaction position of things --
21  A.  Yes.
22  Q.  -- et cetera, et cetera?  The cause or causes
23  of PGD misdiagnoses are always difficult to pin down?
24  A.  Always difficult to pin down.  I don't agree
25  with that.

**184**

1  Q.  Generally difficult?
2  A.  No, I don't agree.
3  Q.  Can each of the following things be possible
4  causes of failure or misdiagnosis of PGD mosaicism?
5  MR. STEIN:  Are you talking in this case or
6  abstractly?
7  A.  In any case?
8  Q.  Can they be possible causes of failure or
9  misdiagnosis in PGD, generally?
10  A.  Can they be?
11  Q.  Yes.
12  A.  Yes, mosaicism can be which leads to ADO which
13  you need to detect.
14  Q.  All right.  What is mosaicism?
15  A.  Mosaicism is the fact that the embryo -- the
16  cells of the embryo contain different numbers of
17  chromosomes or difficult portions of the chromosomes.
18  Instead of them having an entire compliment of
19  46 chromosomes they my make additional amounts or
20  subset and some of the cells have it and some of them
21  don't, so it's mosaic.  So ...
22  Q.  As of 2004 was it possible to predict
23  mosaicism with any degree of medical probability?
24  A.  Mosaicism had been recognized as a condition
25  seen in egg cell embryos and in animals decades ago,

**185**

1  and humans also.
2  Q.  Okay.
3  A.  It was known --
4  Q.  It was know that it occurs --
5  A.  Okay.
6  Q.  -- in any given case --
7  A.  Yes.
8  Q.  -- was it possibly to predict mosaicism?
9  A.  Predict whether mosaicism was there or
10  appreciate that it could be there?
11  Q.  Predict in a given case that it could --
12  A.  Well, sure if you aggregated the entire embryo
13  and test each one of them, yeah, you could show --
14  Q.  But that isn't done?
15  A.  Well, you could take two of the cells and that
16  was shown when you take two cells that there was
17  mosaicism.  So this I was known by 2004.
18  Q.  As PGD was practiced was it -- was it possible
19  to predict mosaicism more likely than not?
20  A.  It was reasonable to expect that it would --
21  it could potentially complicate the case, yes.  That's
22  about as far as I can go.  I don't know where you're
23  going with this question.
24  Q.  Was mosaicism possible, not necessarily a
25  probable or the probable but --

47 (Pages 182 to 185)

| | 186 |
|---|---|
| 1 | A. A possible, yes. |
| 2 | Q. -- the cause of the failure of misdiagnosis in |
| 3 | this case? |
| 4 | A. The failure to detect a mosaicism or to |
| 5 | exclude a mosaicism was a problem in this case. |
| 6 | Q. Was there a mosaicism in this case? |
| 7 | A. Don't know, he didn't run the linked markers, |
| 8 | did he, so we won't know. Had he run them we would |
| 9 | have had a better idea if there was mosaicism here. |
| 10 | Q. Well, I asked you before was it possible in |
| 11 | 2004 to predict mosaicism with any degree of medical |
| 12 | probability? |
| 13 | A. I see your question now, I apologize, you're |
| 14 | correct. If you were using linked markers, yes it does |
| 15 | help telling you whether there was mosaicism? |
| 16 | Q. It helps but I mean -- |
| 17 | A. Yes, it actually can tell you. All -- all |
| 18 | markers fail that you run, I'm saying you could assume |
| 19 | that that cell might indeed be mosaic, it's missing |
| 20 | that region. |
| 21 | Q. If you look at the entire universe of possible |
| 22 | causes or failure, causes of failure or misdiagnosis in |
| 23 | this case, can you without speculating ascribe a |
| 24 | percentage of that possibility to mosaicism? |
| 25 | A. If we see mosaicism ADO rates, by -- it's be |

| | 187 |
|---|---|
| 1 | recorded by different labs at different numbers but, at |
| 2 | least, six percent is the number I've seen bandied |
| 3 | around. Others claim that it can be in high depending |
| 4 | on how they look at it, as 25 percent. Detected as |
| 5 | allele dropout or dropout of several markers, which |
| 6 | interprets mosaicism. |
| 7 | I'm cagey because you're asking me in |
| 8 | absolutes and the problem is one infers from -- |
| 9 | Q. Well, I'm asking can you ascribe a percentage |
| 10 | without -- |
| 11 | A. Yes. |
| 12 | Q. -- engaging in speculation? |
| 13 | A. Sorry, yeah -- |
| 14 | Q. So -- |
| 15 | A. So those numbers -- |
| 16 | COURT REPORTER: One at a time, please. |
| 17 | THE WITNESS: I apologize. So I apologize. |
| 18 | These are the numbers I've seen published they range |
| 19 | for mosaicism in cases. |
| 20 | Q. How does DNA contamination occur, particularly |
| 21 | six years ago in 2004? |
| 22 | A. It can occur due to errant cells of the person |
| 23 | doing the biopsy in the embryo getting introduced into |
| 24 | the -- into the tube where the single cell from the |
| 25 | embryo is. It can be introduced once the tube is then |

| | 188 |
|---|---|
| 1 | opened again in laboratory doing the diagnostic |
| 2 | testing. It can be present reagents. It can present |
| 3 | in a number of places. |
| 4 | Q. Was DNA contamination a possible cause of the |
| 5 | failure or misdiagnosis in this case? |
| 6 | A. Um, it is -- contamination is a possible |
| 7 | cause, yes. |
| 8 | Q. Well, if you look at the entire universe of |
| 9 | possible causes of failure or misdiagnoses in this |
| 10 | case, can you without speculating ascribe a percentage |
| 11 | of that possibility to DNA contamination? |
| 12 | A. No. |
| 13 | Q. Do you believe it's more likely than not there |
| 14 | was allele dropout in this case? |
| 15 | A. Yes, I do. |
| 16 | Q. What's the basis for that? |
| 17 | A. We have an affected child. |
| 18 | Q. Do you agree based upon the literature most |
| 19 | misdiagnosis in PGD setting is due to intercourse or |
| 20 | unprotected sex? |
| 21 | A. Say again? |
| 22 | Q. Do you agree that based upon the literature |
| 23 | that most misdiagnosis in a PGD setting is due to |
| 24 | pregnancy with -- |
| 25 | A. Most, no. No, no. |

| | 189 |
|---|---|
| 1 | Q. Is it a -- |
| 2 | A. Is it a known problem? |
| 3 | Q. Yes. |
| 4 | A. In the universe of things. |
| 5 | Q. You don't agree that most misdiagnosis or |
| 6 | failure is due to it? |
| 7 | A. Again, you're talking about every case out |
| 8 | there. You're talking about ones where there are |
| 9 | compounds, where their dominants or whatever else, no, |
| 10 | if I were to include all the types of test I'm aware, |
| 11 | parents who just paid quite a bit of money to have a |
| 12 | test, who've gone through a lot, that they're going to |
| 13 | go ahead and have unprotected intercourse. |
| 14 | It is a known complication, but it is a pretty |
| 15 | rare one, that if you're going to go through all those |
| 16 | things that you're going to have unprotected |
| 17 | intercourse and have a child affected when you've gone |
| 18 | through that, so. I don't think it is. |
| 19 | Was it a mainstream precedent, it was |
| 20 | certainly recorded in a few cases, but that's not my |
| 21 | understanding that it is common. And logic would |
| 22 | dictate from what I just said, that it -- it follows |
| 23 | for those reasons that unprotected intercourse for a |
| 24 | couple going through this amount of extra work to have |
| 25 | a child would actually go ahead do that. |

48 (Pages 186 to 189)

190

1    Q.  Do you agree that the failure rate of condoms
2  is higher, generally, speaking than the failure rate of
3  PGD?
4    A.  I'm not -- I can't comment on that.
5      (Laughing.)
6    Q.  You don't know?
7    A.  I'm not expert in condom manufacture.
8    Q.  All right.  All right.
9    A.  It's a interesting question.
10    Q.  Well, you haven't read the depositions of the
11  Grossbaums, so I mean, it is funny to --
12    A.  Keep going.  I apologize.  I apologize, please
13  keep going.
14      MR. STEIN:  You think that in the deposition
15  of the Grossbaums they said they had unprotected sex?
16      MR. HAMAD:  Let's move along.
17      THE WITNESS:  He has questions, and I want to
18  make sure that I get your questions.
19      MR. STEIN:  These questions are absurd.
20      MR. LEUCHTMAN:  No, they're not, Lew.
21      MR. STEIN:  Yes, they are.
22    Q.  Were you informed as to anything about whether
23  the Grossbaums had sex shortly before the implantation
24  or after --
25    A.  I have no idea.

191

1    Q.  -- the implantation, whether or not protected?
2    A.  I have no idea.
3    Q.  You have no idea?
4    A.  No.
5    Q.  Is that an important factor to look at in
6  assessing whether there was pregnancy with a
7  non-implanted embryo?
8    A.  Whether there was a pregnancy with a
9  non-implanted embryo.  I mean, if I don't know if they
10  did or didn't know for sure -- I don't know what their
11  status is, so I can't answer that question.
12    Q.  So in order to say whether or not what the
13  Grossbaums did or didn't do at -- at the times
14  indicated is a factor in this case, you'd have to have
15  more information than you have now?
16    A.  Say again.  To know -- if they said they did
17  or didn't --
18    Q.  Well --
19    A.  -- how are you going to prove they did or
20  didn't have sex.
21    Q.  Well, they might say something about it but
22  you don't --
23    A.  No, I don't know.
24    Q.  -- you didn't read their deposition?
25    A.  If there is information you're withholding

192

1  from me --
2    Q.  That I'm withholding from you?  Did you ask
3  Mr. Stein for the depositions?
4    A.  Well, I had -- fair enough.  Fair enough.
5    Q.  Did you?
6    A.  No, I didn't.  Fair enough.  I did not start
7  with this couple who had a child with cystic fibrosis,
8  a life living disorder, had actually spent money to go
9  and have this test expect that they had done so, that's
10  why I have not asked for the records, nor suspected
11  that this would be a likely cause of misdiagnosis.
12    Q.  Can you say more probably than not any one of
13  the possible causes of failure or misdiagnoses in this
14  case was indeed the cause of failure or misdiagnosis?
15    A.  Unprotected intercourse was that cause.
16    Q.  No, no.  Can you say more probably than not
17  that any one of the possible causes of the failure or
18  misdiagnosis in this case was indeed more likely than
19  not the because of the failure or misdiagnosis?
20    A.  The incorrect diagnosis of the embryos which
21  were specifically implanted back into the mother is the
22  most likely cause of this pregnancy being affected.
23    Q.  Well, of all the possible causes, it may be
24  your opinion that it's the most likely, are you saying
25  more likely than not the implantation of an affected

193

1  embryo caused the bad result in this case?
2    A.  Yes, that's my opinion.
3    Q.  Have you read the transcript of the deposition
4  of Mark Hughes?
5    A.  Yes.
6    Q.  Were there any factual errors in Dr. Hughes's
7  deposition?
8      MR. STEIN:  I object to form of the question.
9    A.  Um, hang on.  Hang on.
10      MR. STEIN:  You want to give him the
11  deposition and read now and to tell you if he finds any
12  factual errors.
13      MR. HAMAD:  I think you just asked him, when
14  you read it did something jump off at you.
15      MR. LEUCHTMAN:  Yeah.  Sitting here today --
16      THE WITNESS:  Fair enough.  I just -- I just
17  sat for more than four hours, give me a second.
18    Q.  Okay.  I'm not responsible for all four of
19  those hours.
20    A.  Yeah, I know.  Fair enough.  Fair enough.  Let
21  me see the deposition and see if I have any highlights
22  there and then I can actually take a look at it.  Here
23  it is.  All right.
24      Okay.  So let's start out.  So, first of all
25  he says that, on page number 17.  He says, well, has

49 (Pages 190 to 193)

198

1  you expect to voice?
2      A.  Regarding the two keys opinions we're
3  discussing with the two of you guys, yeah.
4      MR. LEUCHTMAN:  All right.  Let me -- let me
5  confer with Mr. Dickson for a couple of minutes and
6  then I'm done.
7      (WHEREUPON, a discussion was held
8  off-the-record.)
9      Q.  I just have a couple of questions.  Just very
10 quickly what ICSI?
11     A.  ICSI, it is a set of plasmic sperm injection.
12 It is a taking of the sperm head and --
13     MR. STEIN:  Help her out.
14     THE WITNESS:  ICSI, intracytoplasmic sperm
15 injection, ICSI.  Yes, so it's a direct injection of
16 the sperm into the oocyte to do -- to do -- to further
17 abrogate mother nature's role in this whole thing,
18 where you're actually manipulating, sticking the sperm
19 head right into the egg.
20     Q.  And it's basically one sperm per egg?
21     A.  That's the idea.
22     Q.  Can contamination occur in ICSI process?  Can
23 the sperm be contaminated, for example, by tissue from
24 the prostate or otherwise?
25     A.  Can -- can the sperm be contaminated?  Well,

199

1  I've heard of cases where two sperms are injected.  Um,
2  so I guess you could contaminate it, yes.  In the realm
3  of all possibilities, yes.
4      Q.  Do you know whether or not ICSI was performed
5  in this case?
6      A.  I don't know for sure, I assume it was.  I --
7  I would have to look it up.
8      Q.  Finally, do you have an opinion as to whether
9  the failure of Genesis Genetics and/or Mark Hughes to
10 do testing with genetic markers, in and of itself is
11 more likely than not the cause of a bad result in this
12 case?
13     A.  More likely than not.
14     Q.  Do you have an opinion as to whether -- strike
15 that.
16     MR. LEUCHTMAN:  That's all I have.
17     EXAMINATION BY MR. HAMAD:
18     Q.  Doctor, I have a few questions for you.
19     A.  Do you want to switch places.
20     Q.  I'm going the stand right next to you because
21 you and I got to do a little math together.
22     All right.  So here we have Cutting 1, right?
23     A.  Yes.
24     Q.  This is your report, you and I have talked
25 about before?

200

1      A.  Yeah.
2      Q.  Now, for number 7 here there's no
3  amplification here under CF 10?
4      A.  Yes.
5      Q.  All right.  Now when you have no amplification
6  of the genetic -- of the genetic mutation, what are the
7  chances that that genetic mutation is going to carry an
8  afflicted --
9      A.  Fifty percent.
10     Q.  Fifty percent?
11     A.  Yeah.
12     Q.  Okay.  Now, what if -- what's the chance here
13 when you have going across the line for CF 11, you have
14 a G, right?
15     A.  Um-hum.
16     Q.  For CF 11.  What are the -- what are the odds
17 of allele dropout, Doctor, that that G right there
18 which means --
19     A.  Could be as high as 25 percent.
20     Q.  Could be, and as low as what?
21     A.  It could be zero.
22     Q.  Could be zero.  So between zero and 25
23 percent.  So in order to determine, Doctor, what the
24 risk that this -- that this conclusion is wrong,
25 carrier at worst, you have to multiple both, correct?

201

1      A.  Yes, that's one way to do it.
2      Q.  So, 50 percent, Doctor, right?
3      A.  Um-hum.
4      Q.  Times zero to 2.25, correct?
5      A.  Um-hum.
6      Q.  Okay.  Meaning that this could be -- this has
7  a zero percent chance to a 12 percent, I guess?
8      A.  That's one way to calculate it, I guess.
9      Q.  Okay.  In your -- in your opinion, touh
10 obviously, this would be wrong?
11     A.  Yes.  But one other thing that you're not
12 factoring in is the fact that there was amplification,
13 may mean the cell was actually in poor situation and
14 this actually is more likely to be in error than even
15 25 percent.
16     Q.  But do you know -- let me ask you a question?
17     A.  Do I know that?  I'm sorry, we've got to slow
18 down.
19     Q.  Yes.  But my question to you, do you know what
20 the condition of cell number 7 was?
21     A.  No, all I can detect --
22     Q.  Okay.
23     A.  -- he wasn't able to amplify.
24     Q.  All right.  Okay.  So that's the information
25 you have.

51 (Pages 198 to 201)

218

1    A.  Do you see there's a further nuance that maybe
2  I'm not conveying to you here very carefully or
3  thoughtfully.  And I can show you that.
4        So what you say is you know there's a G and a
5  T, so yes I agree, it's carrying the mother's mutation,
6  but -- but you have got both alleles.  You know that
7  you were able to amplify both, therefore it's somewhat
8  more likely that both genes were in there and there
9  wasn't a complete loss of the gene.
10       For all you for 7, it may have been neither
11  gene might have been in there.  It just happened.
12       So it's a matter of interpretation of the
13  results as stated here.  I'm --
14    Q.  Okay.
15    A.  -- taking into account, so it can be --
16    Q.  Can we just do this, Doctor, you know, I have
17  this, you know, I want to get done with this today.
18  Really, I think I'm probably done here.
19       Doctor, look at number 2, sample 2?
20    A.  Yes.
21    Q.  What does it say there on the very tend at the
22  top?
23    A.  Yes, ADO paternal.
24    Q.  Okay.  It says, possibly affected, right?
25    A.  Yes.

219

1    Q.  ADO paternal?
2    A.  Right.  But that's actually, he feels detected
3  ADO because he finds the T.
4    Q.  Does it say that anywhere else?
5    A.  No.
6    Q.  Okay.
7    A.  I mean, you have read my --
8    Q.  Doctor, have you told me everything?
9    A.  Everyone knows that, and it's disclosed, that
10  he's read all my notes, my evaluation of this.
11    Q.  Of course.  We're going to mark those as
12  exhibits it will be attached to the deposition?
13    A.  Fair enough.
14    Q.  So, Doctor, just briefly, the same questions
15  you were asked at the end of counsel's questioning of
16  you.  You've told me -- have you apprised me today of
17  your opinions that you expect to testify about at
18  trial?
19       MR. STEIN:  Objection to form.  Go ahead.
20  Answer the question.
21    A.  Yes.
22       MR. HAMAD:  That's it, no further questions.
23       (CUTTING Exhibit Nos. 2 through 14 were marked
24  for identification.)
25       (Deposition was concluded at 5:24 p.m.)

220

1  State of Maryland
2  County of Baltimore, to wit:
3        I, Linda Lindsey, CSR, a Notary Public of
4  the State of Maryland, County of Baltimore, do hereby
5  certify that the within-named witness personally
6  appeared before me at the time and place herein set
7  out, and after having been duly sworn by me, according
8  to law, was examined by counsel.
9        I further certify that the examination was
10  recorded stenographically by me and this transcript is
11  a true record of the proceedings.
12        I further certify that I am not of counsel
13  to any of the parties, nor in any way interested in the
14  outcome of this action.
15        As witness my hand and notarial seal this
16  30th day of April, 2010.
17
18
19  _____
20              Linda Lindsey
21              Notary Public
22
23
24  My Commission Expires:
25  December 21, 2011

56 (Pages 218 to 220)

Page 253

1   this letter to Mr. Stein --

2          A    Yes.

3          Q    -- what did you interpret your purpose in

4   this litigation to be?  What -- what -- what purpose

5   were you writing this letter for?

6          A    A purpose of offering an expert opinion on

7   diagnostic procedures in PGD.

8          Q    So you -- fair to say, you reviewed

9   yourself at that time as an objective observer who is

10  just going to give Mr. --

11         A    Yes.

12         Q    -- to tell Mr. Stein how it is?  Is that

13  your role?

14         A    Yes.  That's what I believe an expert is

15  supposed to be doing.

16         Q    So what difference does it make, Doctor, as

17  to what purpose a lawyer wants to use the information

18  or the opinions you give him for?  The opinions

19  shouldn't change, right?

20              MR. STEIN:  You are arguing with the

21  witness.

22              MR. HAMAD:  Okay.  I'll rephrase it.  You

23  are right.

24         Q    Doctor, do you believe that your opinion as

25  a medical/legal expert should change based upon what

Page 256

1  said here, could it have changed it if expected under

2  any appropriately done evaluations, under any

3  appropriately done evaluations.  I was considering

4  "under any appropriately done."  And appropriately done

5  would have been with DNA markers.  That's how I

6  understood the question.

7       Q     Would appropriately done now --

8  appropriately done evaluation also including --

9  included the Genetics mutations?

10      A     The appropriately done analysis in 2004

11  when this was done should have been done with genetic

12  markers.

13      Q     Okay.  All right.

14            (The reporter asked for clarification.)

15      A     Genetic or DNA.  Let's call them DNA -- DNA

16  markers.  That would have been the appropriately done.

17  That's how I understood the question.  That was the

18  focus of my answer.

19      Q     Buck Stromme?  You know Buck Stromme --

20      A     Yes.

21      Q     -- M.D?, Right?  Dr. Stromme?

22      A     Yes.

23      Q     You are familiar with him?

24      A     I know who he is.

25      Q     You know who he is?

Page 284

1      Q      Do me a favor.  Just answer my questions

2   and don't cut me off.  Okay.

3      A      I apologize.

4      Q      All right.  Now, how many reports like that

5   one you are looking at right now, the one that's dated

6   July 19th, 2004, have you produced to IVF centers who

7   have parents that they want to implant with embryos

8   based upon your report?

9      A      Based on PGD alone and not other cases of

10  prenatal diagnosis where the same type techniques are

11  used are you saying?

12     Q      Yeah.

13     A      PDG, two cases.  In cases of other similar

14  diagnosis --

15     Q      I didn't ask you the other similar --

16     A      Hundreds of cases.  Hundreds if not

17  thousands.

18     Q      Okay.  All right.

19     A      We developed the markers for these kinds of

20  tests for this gene.

21     Q      You develop the marker, but you don't do

22  the actual testing?

23     A      Oh, we -- not for PGD, no.

24     Q      Oh, oky.  All right.  So you don't do the

25  testing that is done by Dr. Hughes, right?

Page 285

1    A    So I -- do you mean I can't interpret it?

2    Q    I'm not -- just answer my questions.

3    A    Okay.

4    Q    You don't do the testing done by Dr.

5    Hughes, right?

6    A    Yes, I do.  I do a PGD.  I have done a

7    couple of cases with CF using -- using linked

8    markers as --

9    Q    Do you know how many cases Dr. Hughes does?

10   A    Doesn't matter.

11   Q    Do you know how many cases Dr. Stromme did

12   in his career?

13   A    Probably hundreds.

14   Q    And you did two?

15   A    Yeah.  So what?

16   Q    Okay.  Dr. Hughes may have done thousands?

17   A    I have no idea how many he has done.

18   Q    And you did two?  Dr. Kang Pu, do you know

19   how many he has done?

20   A    No.

21   Q    Okay.  And you feel comfortable disagreeing

22   with all these --

23   A    Absolutely.  Absolutely.

24        MR. HAMAD:  I have no further question.

25   Thank you.

# EXHIBIT M



PLAINTIFF'S EXHIBIT
PI ID
3/11/09

# Curriculum Vitae

**Name:**    Frederick Licciardi, MD

**Address:**    712 Beechcrest Drive
River Vale, New Jersey 07675

**Date of Birth:**    February 15, 1960

**Marital Status:**    Wife: Josephine
Children:  Julia, Joseph, Michael

**Education:**

1978-1982    Rutgers University, Rutgers College
New Brunswick, NJ
Major:  Microbiology

1982-1986    UMDNJ-Rutgers Medical School
Degree:  MD

**Postdoctoral Training:**

**Residency:**

1986-1990    **Resident** in Obstetrics and Gynecology
Chairman:  James L. Breen, MD
Saint Barnabas Medical Center, Livingston, NJ

**Fellowship:**

1990-1992    **Fellowship** in Reproductive Endocrinology
Director:  Zev Rosenwaks, MD
Cornell University Medical College
New York, NY

**Licensure and Certification:**

1987    **Diplomat** of the National Board of Medical Examiners
New Jersey License Registration No. 50317
New York License Registration No. 182351

1995    **Board Certified,** American College of Obstetrics
and Gynecology

1998    **Board Certified,** Reproductive Endocrinology

**Faculty Appointment:**

**Associate Professor, Director** of Oocyte Donation
Department of Obstetrics and Gynecology
New York University School Of Medicine
New York, NY

**Hospital Committees:**

| | |
|---|---|
| 2005 | Hospital Safety Committee |
| 2006– 2007 | Resident Education Committee |

**Professional Affiliations:**

**Board Member:** The New York Society of Reproductive Medicine - 2002 – present

**Executive Council:** The Society of Assisted Reproductive Technologies – 2003 - 2005

**Fellow:** American College of Obstetrics and Gynecology
American Fertility Society

**Courses and Seminars:**

| | |
|---|---|
| 1992 | Course Faculty: Micromanipulation of Gametes and Embryos. Cornell University Medical College |
| 1999 - 2005 | Course Faculty: The Art of Donor Oocytes Charleston, South Carolina |
| 2000 | Course Co-Director: The Art of Donor Oocytes 2000. Charleston, South Carolina |
| 2001 | Course Faculty: Annual Review of Pre-implantation Embryology Cancun, Mexico |
| 2002 | ASRM Seminar: A National Donor registry Seattle, Washington |
| 2006 | Course Director: In Vitro Fertilization and Infertility New York University |
| 2007 | Course Director: Advanced Workshop in In Vitro Fertilization New York Academy of Medicine |

2

2007     Course Faculty: Ovarian Cancer Survivors Course, Gynecologic Cancer Foundation, New York, New York

**Publications:**

1. Rosenwaks Z and **Licciardi F**: In Vitro Fertilization: Patient Selection. Assisted Reproductive Techniques 1, 59, 1991.

2. **Licciardi F**, Grifo J, Rosenwaks Z, Witkins S: Relation between antibodies to chlamydia trachomatis and spontaneous abortion following IVF. Journal of Assisted Reproduction and Genetics. 9: 207, 1992.

3. **Licciardi F**, Gonzalez A, Neev Y, Tadir Y, Tang Y, Grifo J, Cohen J: A contact-free microscope delivered laser ablation system for opening of the mouse zona pellucida prior to blastomere biopsy. Journal of Assisted Reproduction and Genetics. 12:462-466, 1995.

4. Alikani M, Cohen J, **Licciardi F**, Talansky BE: Micromanipulation. In: Progress in Reproductive Endocrinology. R. Asch and J. Studd (eds). Parthenon Publishing, London, 1992.

5. Li L, Munne S, **Licciardi F**, Neev J, Tadir Y, Berns M, Godice R, Cohen J. Microinjection of FITC-dextran into mouse blastomeres to assess topical effects of zona photoablation. Zygote 1: 43-48, 1993.

6. Neen J, Gonzalez A, **Licciardi F**, Alikani M, Takir Y, Berns M, Cohen J. Opening of the mouse zona pellucida by laser without a micromanipulator. Human Reproduction, 1993.

7. Comerci JT, **Licciardi F**, Bergh PA, Gregori C, Breen JL. Mature Cystic Teratoma: A clinic-pathologic evaluation of 517 cases and review of the literature. Obstetrics and Gynecology. 84:22-28, 1994

8. **Licciardi F**, Schwartz LB, Schmidt-Sarosi C. A tenaculum improves ovarian accessibility during difficult transvaginal follicular aspiration: A novel but simple technique. Fertility and Sterility: 63: 677-679, 1995

9. Schmidt-Sarosi C, Kaplan D, Sarosi P, Essig M, **Licciardi F**, Ketz M, Levitz M. Ovulation triggering in clomiphene citrate stimulated cycles: HCG vs a GNRH agonist. Journal of Assisted Reproduction and Genetics, 12: 167-175, 1995

10. Buyon J, Kalunian K, Skovron M, Petri M, Lahita R, Merril J, Sammaritano L, Yung C, **Licciardi F**, Belmont M, Hahn B. Can women with systemic lupus erythematosus safely use exogenous estrogens. Journal of Clinical Rheumatology. 40: 98-108, 1995.

11. **Licciardi F**, Vitenson B, Moldinando T, Schmidt-Sarosi C. Oocyte Donation and pregnancy in menopausal women. Contemporary OB/GYN. 40: 98-108, 1995.

12. **Licciardi F**, Lui H-C, Rosenwaks Z. Day 3 estradiol serum concentrations as prognostrators of ovarian stimulation response and pregnancy outcome in patients undergoing in vitro fertilization. Fertility and Sterility. 64: 991-994, 1995.

3

**Publications cont'd:**

13.  Schmidt-Sarosi C, Kaplan DR, Sarosi P, Essig MN, **Licciardi F**, Keltz M, Levitz M.
     Ovulation triggering in clomiphene citrate-stimulated cycles: human chorionic
     gonadotropin versus a gonadotropin releasing hormone agonist. Journal of Assisted
     Reproduction & Genetics. 12(3): 167-74, 1995 Mar.

14.  Giatras K, **Licciardi F**, Grifo JA.  Laparoscopic Resection of a non-communication
     rudimentary uterine horn.  Journal of the American Association of Gynecologic
     Laparoscopists.  4:491-493, 1997.

15.  Wallerstein R, Jansen V, Grifo J, Berkeley A, Noyes N, Licker J, **Licciardi F**.
     Genetic screening of prospective oocyte donors. Fertility and Sterility. 70:
     52-54, 1998.

16.  Giatras K, **Licciardi F**, Grifo JA.  Laparoscopy for pelvic pain in the Mayer-Rokitansky-
     Kuster-Hauser Syndrome: A case report.  Journal of Reproductive Medicine.  43: 203-
     205, 1998.

17.  Giatras K, Berkeley AS, Noyes N, **Licciardi F**, Lolis D, Grifo JA.  Fertility after
     hysteroscopic resection of submucous myomas.  Journal of the American Association of
     Gynecologic Laparoscopists.  6: 155-8, 1999 -

18.  **Licciardi F**, Kwiatkowski A, Noyes N, Berkeley AS, Grifo JA.  Oral vs. IM
     Progesterone for in vitro fertilization:  A prosepective randomized study.  Fertility and
     Sterility.  Fertility and Sterility 71:614-618, 1999

19.  Angelopoulos T, Adler A, Krey L, **Licciardi F**, Noyes N, McCullough A.  Enhancement
     or initiation of testicular sperm motility by in vitro culture of testicular tissue.  Fertility
     and Sterility 71: 240-244, 1999

20.  Noyes N, **Licciardi F**, Grifo JA, Krey L, Berkeley A.  In vitro fertilization outcome
     relative to embryo transfer difficulty: A novel approach to the forbidding cervix. Fertility
     and sterility. 72:261-5, 1999

21.  **Licciardi F**, Berkeley AS, Noyes N, Krey L, Grifo JA.  A two vs. three-embryo transfer:
     The oocyte donation model. Fertility and Sterility 75:510-3, 2001

22.  Noyes N, Hampton BS, Berkeley A, **Licciardi F**, Grifo JA, Krey L.  What factors are
     useful in predicting success for oocyte donation cycles: A three-year retrospective
     analysis. Fertility and Sterility. 76: 92-7, 2001

23.  Chalian R, **Licciardi F**, Rebarber A, Del Priore G.
     Successful Infertility Treatment in a Cancer Patient with a Significant Personal History of
     Cancer.  Journal of Women's Health;13: 2004, 1-3

24.  Petri M, Kim MY, Kaluian K, **Licciardi F**, Buyon J, et al.
     Combined Oral Contraceptives in Women with Systemic Lupus Erythematosus.  New
     England Journal of Medicine, 2005 Dec. 15; 353(24): 2550-8.

**Publications cont'd:**

25.     Buyon JP, Petri MA, Kim MY, Kalunian KC, Grossman J, Hahn BH, **Licciardi FL**, and others. The Effect of Combined Estrogen and Progesterone Hormone Replacement Therapy on Disease Activity in Systemic Lupus Erythematosus: A Randomized Trial. Annals of Internal Medicine. 142. 953-962, 2005.

26.     Flisser E, **Licciardi F**. One at a Time. *Fertil Steril* 2006; 85:555-8.

27.     Flisser E, **Licciardi F**. Subchorionic hematoma associated with heterotopic pregnancy following in vitro fertilization: a case report. *Journal Reproductive Medicine*. 51(6): 503-6. 2006 Jun.

28.     Grifo JA, Flisser E, Adler A, McCaffrey C, Krey LC, **Licciardi F**, Noyes N, Kump LM, Berkeley AS. Programmatic implementation of blastocyst transfer in a university-based in vitro fertilization clinic: maximizing pregnancy rates and minimizing triplet rates. Fertility & Sterility. 88(2):294-300, 2007 Aug.

**Abstracts:**

1.     **Licciardi F**, Gregori C, Breen J. Mature teratomas: An analysis of 573 cases. Presented at the American College of Obstetricians and Gynecologists, Districts 3, Washington DC, 1990.

2.     **Licciardi F**, Liu H-C, Berkeley A, Cholst I, Davis O, Graf M, Noyes N, Rosenwaks Z. Day 3 estradiol levels as prognosticators of pregnancy outcome in In Vitro Fertilization, both alone and in conjunction with day FSH levels. Presented at the Society of Gynecologic investigation. San Antonio, Texas, March 1991.

3.     **Licciardi F**, Liu H-C, Davis O, Graf M, Grifo J, Rosenwaks Z: Day 3 estradiol levels improve the significance of day 3 FSH levels in predicting follicle number, fertilization rate, number of oocytes transferred and pregnancy outcome. Presented at the 7th World Congress on In Vitro Fertilization and Assisted Procreation, Paris, 1991.

4.     **Licciardi F**, Liu HC, Davis O, Graf M, Grifo J, Rosenwaks Z: Relationship between antibodies to chlamydia trachomatis and abortion after IVF. Presented at the 7th World Congress on In Vitro Fertilization and Assisted Procreation, Paris 1991.

5.     **Licciardi F**, Liu H-C, Berkeley A, Cholst I, Davis O, Graf M, Grifo J, Noyes N, Rosenwaks Z. Random day 3 FSH and estradiol levels are predictive of IVF outcome in patients undergoing controlled ovarian hyperstimulation with luteal leuprolide acetate suppression. Presented at the Society of Gynecologic Investigation, San Antonio Texas, March 1992.

6.     **Licciardi F**, Rosenwaks Z, Schattman G, Cohen J, Witkin S, Detection of chlamydia trachomatis by the polymerase chain reaction in semen of asymptomatic men: relation to pregnancy outcome following IVF. Presented at the American Fertility Society, New Orleans, October 1992.

**Abstracts cont'd:**

7.      Noyes N, Berkeley A, Davis O, Graf M, Grifo J, **Licciardi F**, Schattman G, Rosenwaks
        Z. Endometrial thickness/configuration does not appear to be a significant factor in
        embryo implantation.  Presented at the American Fertility Society, New Orleans,
        October, 1992.

8.      Schmidt-Sarosi C, Kaplan D, Sarosi P, Essig M, Keltz M, **Licciardi F**, Levitz M,
        Ovulation triggering in clomiphine stimulated cycles:  HCG US a gonadotropin releasing
        hormone agonist.  American Fertility Society, Montreal Canada, 1993.

9.      Noyes N, Krey L, Grifo J, **Licciardi F**, Berkeley A, Embryo quality predicts multi fetal
        pregnancy following IVF.  American Society of Reproductive Medicine. October, 1996.
        Abstract #039

10.     **Licciardi F**, Berkeley A, Noyes N, Schmidt-Sarosi C, Fantini D, Grifo J. Leuprolide
        Acetate Depot for Oocyte Donation vs. Leuprolide Acetate SQ for young IVF patients:
        A comparative study.  American Society for Reproductive Medicine, October, 1996.
        Abstract #164.

11.     **Licciardi F**, Jansen V, Fantini D, McGoff N, Berkeley AS.  Strict genetic screening is
        necessary for Oocyte Donors.  World Congress of IVF, Vancouver Canada, 1997.

12.     Noyes N, Moshel Y, Santiago C, Levitz M, Grifo JA, **Licciardi F**, Berkeley A, Krey LC.
        Serum androgen profiles associated with different follicle stimulation protocols for IVF.
        World Congress of IVF, Vancouver Canada, 1997.

13.     Roe A, Levitz M, Krey LC, **Licciardi F**, Berkeley AS.  The presence of CMV IgG
        antibody does not affect pregnancy outcome in oocyte recipients World Congress of IVF,
        Vancouver Canada, 1997.

14.     Zhang J, Blaszczyk A, Grifo JA, Olizi J, Adler A, Berkeley AS, **Licciardi F**, Noyes N,
        Krey LC: Electrical activation and IVF development of human oocytes which failed
        fertilization following Intracytoplasmic.  American Society of Reproductive Medicine
        Annual Meeting, October 1997 Prize Poster.

15.     Zhang J, Blaszczyk AS, Grifo JA, Li L, **Licciardi F**, Noyes N, Krey LC.  Reconstruction
        of human M11 oocytes by partial cytoplasmic substitution.  American Society Of
        Reproductive Medicine Annual Meeting, October, 1997.

16.     Berkeley AS, Noyes N, **Licciardi F**, Grifo JA, Krey LC.  The number of embryos
        transferred affects pregnancy and multiple gestation rates as influenced by age.  World
        Congress on IVF, Australia, 1999.

17.     Noyes N, Hampton BS, Berkeley AS, **Licciardi F**, Grifo JA, Fantini D, Krey LC.  What
        factors predict success in oocyte donation?  World Congress on IVF, Australia, 1999.

18.     Noyes N, Hampton BS, Berkeley AS, **Licciardi F**, Grifo JA, Fantini D, Krey LC.
        Usefulness of endocrine and ultrasound follicular monitoring in oocyte donation cycles.
        World Congress on IVF, Australia, 1999.

**Abstracts cont'd:**

19. Noyes N, Grifo JA, **Licciardi F**, Berkeley AS, Krey LC. Recombinant FSH in ovulation and IVF. World Congress on IVF, Australia, 1999.

20. **Licciardi F**, Berkeley AS, Noyes N, McGoff, Fantini D, Grifo JA. Method of leuprolide acetate administration influences ovarian response to exogenous Gonadotropin stimulation. American Society of Reproductive Medicine Annual Meeting, September 1999.

21. **Licciardi F**, Berkeley AS, Noyes N, Krey L, Grifo JA. A two vs. three-embryo transfer: The oocyte donation model. Accepted for the American Society of Reproductive Medicine annual meeting, October 2000.

22. Nasseri A, Mukerjeet T, Berkeley AS, **Licciardi F**, Krey L, Copperman A. Predictors of discordant outcome in paired ovum recipients. American Society of Reproductive Medicine, October 2000.

23. **Licciardi F**, Sanghui A, Lawson F, Krey L. Crinone vaginal gel vs. intra-muscular progesterone: Clinical and endocrinologic differences. American Society of Reproductive Medicine, Orlando, 2001.

24. Styne A, Krey L, Kwiatkowski A, **Licciardi F**, Noyes N. Pregnancy outcome and complications in women age 40 or older undergoing in vitro fertilization with autologous and donor oocytes. American Society of Reproductive Medicine, Seattle 2002.

25. Kump L, Jansen V, Baek K, Lee S, Schiffman M, **Licciardi F**. Extensive screening of oocyte donors is nonetheless a worthwhile process. American Society of Reproductive Medicine, Seattle, 2002.

26. **Licciardi F**, Kump L, Berkeley A, Noyes N, Grifo J, Krey L. Sharing oocyte donors makes more sense scientifically, clinically and financially. American Society of Reproductive Medicine, Seattle, 2002.

27. Kump L, Jansen V, Baek K, Styne A, **Licciardi F**. The importance of genetic screening for oocyte donors. American Society of Reproductive Medicine, Seattle, 2002.

28. Montoya A, **Licciardi F**, Krey L. Estradiol: oocyte ratio, an early predictor of reduced ovarian reserve. American Society of Reproductive Medicine, Seattle, 2002.

29. Kump L, Lee S, Schiffman M, Baek K, Styne A, **Licciardi F**. Psychologic screening of prospective oocyte donors. American Society of Reproductive Medicine, Seattle, 2002.

30. Nasseri A, Berkeley A, **Licciardi F**, Krey L, Terzano E, Grifo J. Comparison of ectopic pregnancy rates between patients undergoing embryo transfer on day 3 vs. day 5. American Society of Reproductive Medicine, Seattle, 2002.

**Abstracts cont'd:**

31.   McCaffrey C, Berkeley A, Grifo J, Kump L., **Licciardi F**, Noyes N. Offspring Gender Ratios Differ between Day 3 and Day 5 Embryo Transfer. American Society of Reproductive Medicine, San Antonio, 2003.

32.   Fruhman G, Krey L, **Licciardi F**. The Prognosis for Patients with a Cancelled IVF Cycle. American Society of Reproductive Medicine, San Antonio, 2003.

**33.**   Kump L, **Licciardi F**, Krey L, Noyes N, Grifo J, Berkeley A. An Oocyte Donor's Willingness to Donate- Does the Recipient's Lifestyle Make a Difference? American Huang Society of Reproductive Medicine, San Antonio, 2003.

**34.**   Huang J Q, Krey L, **Licciardi F**. Single Blastocyst is an Effective Treatment Option. American Society of Reproductive Medicine, Philadelphia, 2004.

35.   Flisser E, Kump L M, Krey L C, **Licciardi F**.  Donor Age Does Not Impact the Success of Oocyte Donation Cycles. Fertil Steril 2004; 82:S211. Poster presentation at the American Society for Reproductive Medicine 60th Annual Meeting, 2004. Philadelphia, PA.

36.   Fino E, Keegan D A, Noyes N, **Licciardi F**, Berkeley A S, Grifo J A
Reducing the Risk of Multiple Gestations with Ovulation Induction and Intrauterine Insemination: One Center's Experience. Annual meeting of the American Society of Reproductive Medicine, Montreal, 2005.

37.   Lee H L, Adler A, Labella P, McCaffrey C, **Licciardi F**, Krey L C
The Effect of Media and Protein Supplements as Well as Day of Embryo Transfer (ET) on Monozygotic Twinning (MZT) Rates.  Annual meeting of the American Society of Reproductive Medicine, Montreal, 2005.

38.   Fino E, Noyes N, Keegan D A., Grifo J A, Berkeley A S, **Licciardi F**
Surgical Correction of Uterine Septum Improves Fertility and Pregnancy Outcome. Annual meeting of the American Society of Reproductive Medicine, Montreal, 2005.

39.   Miles L M, Keitel M, Harris A, Jackson M, **Licciardi F.**  (2005, August).  Predictors of Distress in Women Undergoing Infertility Treatment. Poster presented at the 113th annual convention of the American Psychological Association, Washington D.C.

40.   Flisser E, Levine BA, Krey LC and **Licciardi, F.**
Depot leuprolide acetate does not adversely affect oocyte donor stimulation
*Fertility and Sterility, Volume 86, Issue 3, Supplement 1, September 2006, Page S409.*

41.   Knopman JM, Talebian S, Noyes N, Grifo JA, Krey LC and **Licciardi F**. Embryo and oocyte cryopreservation in female cancer patients: Does malignancy affect stimulation outcome? *Fertility and Sterility, Volume 86, Issue 3, Supplement 1, September 2006, Pages S314-S315.*

**Abstracts cont'd:**

42.   Keegan DA, Grifo JA, Lee T, **Licciardi F**, Naftolin F and Pevsner P. Direct matrix assisted laser desorption ionization (MALDI) identification of haptoglobin from culture

media of embryos that resulted in a live birth. *Fertility and Sterility, Volume 86, Issue 3, Supplement 1, September 2006, Page S219.*

43. Salas J, Talebian S, Krey LC and **Licciardi F**. Gestational age at delivery is not affected by controlled ovarian hyperstimulation: A comparison of IVF and donor egg pregnancies *Fertility and Sterility, Volume 86, Issue 3, Supplement 1, September 2006, Pages S186-S187.*

44. Flisser E, **Licciardi F** and Krey LC. The myth of the "clutch" donor *Fertility and Sterility, Volume 86, Issue 3, Supplement 1, September 2006, Pages S183-S184.*

45. Grifo JA, Labella P, **Licciardi F**, Chang H, Lui H and Noyes N. Egg donors significantly under-report their weights. *Fertility and Sterility, Volume 86, Issue 3, Supplement 1, September 2006, Page S138.*

46. Cho M and **Licciardi F**. Clinical results of an oocyte cryopreservation program *Fertility and Sterility, Volume 86, Issue 3, Supplement 1, September 2006, Page S127.*

47. Conway DA, Flisser E, Krey LC and **Licciardi F**. Influence of endometrial thickness (ET) less than 7 millimeters on donor oocyte recipient outcomes. *Fertility and Sterility, Volume 86, Issue 3, Supplement 1, September 2006, Page S70.*

48. Mullin CM, Fino ME, Talebian S, Krey L, **Licciardi F** and Grifo JA. Age-related pregnancy outcomes in elective single embryo transfers (eSET) vs. double-embryo transfer (2ET) on day 5 in women <40 years of age. *Fertility and Sterility, Volume 88, Supplement 1, September 2007, Page S328.*

49. Kulp JL, Krey LC, Kwiatkowski A, **Licciardi F** and Noyes N. Human papilloma virus (HPV) and abnormal Pap smears at an infertility clinic: prevalence and association with fertility treatment outcome. *Fertility and Sterility, Volume 88, Supplement 1, September 2007, Pages S267-S268.*

50. Knopman JM, Talebian S, Krey LC, Berkeley AS, Grifo JA and **Licciardi F**. Do patients with successful donor embryo cycles have children from their supernumery cryopreserved embryos? *Fertility and Sterility, Volume 88, Supplement 1, September 2007, Page S258.*

51. Gowda M, Talebian S, Noyes N, Berkeley AS, Grifo JA and **Licciardi F**. The role of oocyte donation in expanding the natural family. *Fertility and Sterility, Volume 88, Supplement 1, September 2007, Page S257.*

52. Knopman JM, Talebian S, Noyes N, Krey LC, Grifo JA and **Licciardi F**. The fate of cryopreserved donor embryos. *Fertility and Sterility, Volume 88, Supplement 1, September 2007, Pages S256-S257.*

**Abstracts cont'd:**

53. Mullin CM, Talebian S, Keegan D, Fino ME, Grifo JA and **Licciardi F**. Comparison of pregnancy outcomes in anonymous shared vs. exclusive donor oocyte in vitro

9

fertilization (IVF) cycles. *Fertility and Sterility, Volume 88, Supplement 1, September 2007, Page S132.*

54.    Miller MJ, **Licciardi F**, J. Grifo, A.S. Berkeley and Noyes N. History of spontaneous abortion increases the risk of oocyte donation pregnancy loss. *Fertility and Sterility, Volume 88, Supplement 1, September 2007, Page S111.*

55.    Reh AE, Krey L, Talebian S, **Licciardi F** and N. Noyes Ovarian stimulation in 2007: the evolving role of GNRH analogues at a large, university-based fertility center. *Fertility and Sterility, Volume 88, Supplement 1, September 2007, Pages S97-S98.*

**Lectures:**

| | |
|---|---|
| October 1991 | Lecture: Indications for IVF.<br>American College of Obstetricians,<br>Washington, DC |
| May 2, 1993 | Infertility and Ovarian Cancer: The Facts on Women's Health Services.<br>New York University Medical Center |
| May 4, 1993 | Ask the Experts.<br>RESOLVE Symposium<br>New York, NY |
| June 29,1993 | Infertility and Ovarian Cancer Seminar<br>New York University Medical Center |
| Sept 23, 1993 | Seminar: Infertility and Oocyte Donation<br>RESOLVE and National Council of Jewish Women<br>New York, NY |
| Oct 15, 1993 | Seminar: The Infertile Couple<br>New York, NY |
| Nov 18,1993 | Time-Warner Health Seminar: The Diagnosis<br>and Management of Infertility.<br>New York, NY |
| Dec 5, 1993 | Seminar: Infertility and IVF.<br>Hoboken, NJ |

**Lectures cont'd:**

| | |
|---|---|
| Feb 20, 1994 | Infertility Surgery. Pre-Operative Assessment Department of<br>Nursing |

|  |  |
|---|---|
|  | New York University School of Medicine |
| Mar 22, 1994 | Women's Health Issues<br>Women's Health Month. Featured Speaker:<br>Veterans Administration Hospital<br>New York NY |
| Mar 23, 1994 | Infertility: From the diagnosis to IVF.<br>New York University School of Medicine |
| Apr 20, 1994 | IVF and Micro Manipulation<br>Grand Rounds: Department of Urology<br>New York University School of Medicine |
| May 1, 1994 | Understanding your Blood Tests and Ultrasound.<br>RESOLVE Symposium<br>New York, NY |
| May 4, 1994 | Infertility IVF And Oocyte Donation<br>Department of Nursing<br>New York University School of Medicine |
| Sept 14, 1994 | New Techniques in the Management of Infertility<br>Grand Rounds: Dept. of OB/GYN<br>St. Vincent's Hospital & Medical Center<br>New York, NY |
| Sept 21, 1994 | IVF and Embryo Transfer<br>Grand Rounds: Dept. of OB/GYN<br>Brookdale Medical Center<br>Brooklyn, NY |
| Sept 21, 1994 | Infertility and its Therapy:<br>Guest Lecturer:<br>Metropolitan Museum of Art<br>New York, NY |
| Dec 9, 1994 | Infertility: The Basics through IVF<br>Grand Rounds: New York Downtown Hospital.<br>New York, NY |
| May 7, 1995 | Ask the Experts.<br>RESOLVE Symposium<br>New York, NY |

**Lectures cont'd:**

|  |  |
|---|---|
| May 9, 1995 | The Modern Management of Infertility.<br>Grand Rounds: Dept. of OB/GYN<br>St. Luke's /Roosevelt Hospital |

New York, NY

May 31, 1995         Endometriosis: An Update
Grand Rounds: New York University Medical Center
New York, NY

June 2 1995         New Perspectives in Infertility
Grand Rounds: Dept. of OB/GYN
Flushing Hospital, New York

Aug 10, 1995         The New Infertility Management
Grand Rounds: Dept. of OB/GYN
The Brooklyn Hospital & Medical Center
Brooklyn, NY

Sept 21, 1995         Complications of Endometriosis
Grand Rounds: Dept. of OB/GYN
The Brooklyn Hospital & Medical Center
Brooklyn, NY

June 27, 1996         ICSI and Micromanipulation.
RESOLVE Seminar
New York, NY

Sept 23, 1996         Oocyte Donation in the United States
Italian Society of OB/GYN
Bologna, Italy

Oct 18, 1996         New Perspectives in Endometriosis.
Junior Fellow Meeting:
American College of OB/GYN

Oct 1997         Medical Aspects of Oocyte Donation.
RESOLVE Seminar
New York, NY

Mar 1998         Is Oocyte Donation for me?
RESOLVE Seminar
New York, NY

Feb 1998         Understanding the CDC/SART data.
RESOLVE Seminar
New York, NY

**Lectures cont'd:**

Feb 1999         Understanding your IVF cycle
RESOLVE Seminar
New York, NY

| Feb 1999 | Heart Disease in women<br>Women's O.W.N. Seminar<br>New York, NY |
|---|---|
| Mar 1999 | Oocyte Donation<br>St. Barnabas Medical Conference<br>Aruba, NA |
| Sept 1999 | Oocyte Donation Update<br>Grand Rounds<br>NYU Medical Center<br>New York, NY |
| Oct 1999 | The Donor Registry<br>Department of OB/GYN<br>University of Alabama |
| Jan 2000 | Fertility over 40<br>American Infertility Association<br>New York, NY |
| May 2000 | The Genetic Screening of Oocyte Donors<br>The Art of Oocyte Donation<br>Charleston, SC |
| Nov 2000 | Advanced Infertility Therapy<br>Resolve<br>Valley Hospital, NJ |
| Nov 2000 | Oocyte Donation<br>Women's Own Seminar<br>New York, NY |
| June 2002 | Reproductive Options for Single Women<br>NYU Medical Center<br>New York, NY |
| April 2003 | Oocyte Donation<br>Grand Rounds<br>Yale – New Haven Medical Center<br>New Haven, Conn |

**Lectures cont'd:**

| May 2003 | Egg Donor Rejection<br>Grand Rounds<br>NYU Medical Center<br>New York, NY |
|---|---|

May 2005                    Modern Fertility Therapy
                            Grand Rounds
                            NYU Medical Center
                            New York, NY

Nov 2005                    The NYU Egg Donor System
                            AIA

# EXHIBIT N

# CURRICULUM VITAE - GARRY R. CUTTING

## I. Personal data

| | |
|---|---|
| Full name: | Garry Richard Cutting, M.D. |
| Current appointments: | Professor of Pediatrics and Medicine |
| | Aetna/U.S. Healthcare Professor of Medical Genetics |
| | Director, Postdoctoral Training Programs in Medical Genetics |
| | Director, DNA Diagnostic Laboratory |
| | Johns Hopkins University School of Medicine |
| | Director, Translational Technology Core, Institute for Clinical and Translational Research |
| Birthdate and Place: | 6/2/57; London, England |
| Citizenship: | Naturalized U.S. citizen 1979 |
| Marital status: | Married 9/8/84; Maureen Cutting, Physician Assistant |
| Children: | Andrew and Allison, 8/11/87; Elizabeth, 7/21/92 |

## II. Education and Professional Training

| | | |
|---|---|---|
| 1975-1979 | University of Connecticut Storrs, CT | B.S., Biology Magna Cum Laude |
| 1979-1983 | University of Connecticut Medical School Farmington, CT | M.D. |
| 1983-1986 | Johns Hopkins Hospital Baltimore, MD | Internship/Residency Pediatrics |
| 1986-1989 | Johns Hopkins University School of Medicine Baltimore, MD | Fellowship Pediatric Genetics |

## III. Professional Experience

| | |
|---|---|
| 1989-1993 | Assistant Professor of Pediatrics Johns Hopkins University School of Medicine, Baltimore, MD |
| 1990-1993 | Assistant Professor of Medicine Johns Hopkins University School of Medicine, Baltimore, MD |

| | | |
|---|---|---|
| 1992-present | Director, Post-doctoral Training Programs in Medical Genetics<br>Johns Hopkins University School of Medicine, Baltimore, MD | |
| 1993-1998 | Associate Professor of Pediatrics and Medicine<br>Johns Hopkins University School of Medicine, Baltimore, MD | |
| 1994-present | Director, DNA Diagnostic Laboratory<br>Johns Hopkins University School of Medicine, Baltimore, MD | |
| 1998-present | Professor of Pediatrics and Medicine<br>Johns Hopkins University School of Medicine, Baltimore, MD | |
| 1998-2008 | Director, Genetic Residency Programs<br>Johns Hopkins University School of Medicine, MD | |
| 1999-2003 | Director, Cystic Fibrosis Genotyping Center<br>Johns Hopkins University School of Medicine, Baltimore, MD | |
| 1999-2000 | Interim Director, McKusick-Nathans Institute of Genetic<br>Medicine, Johns Hopkins University School of Medicine,<br>Baltimore, MD | |
| 2007-present | Director, Translational Technology Core, Institute for Clinical<br>and Translational Research | |

## IV. Licensure and Certification

| | |
|---|---|
| 1984 | National Board of Medical Examiners |
| 1985 | Maryland Board of Medical Examiners |
| 1987 | American Board of Pediatrics |
| 1990 | American Board of Medical Genetics (Clinical Genetics,<br>Biochemical Genetics and Molecular Genetics) |

## V. Honors and Awards

| | |
|---|---|
| 1974 | Phi Beta Kappa and Phi Kappa Phi Honor Societies |
| 1982 | Lange Book Award for Scholarship, Medical School Third Year<br>Clinical Rotations |
| 1983 | Linda Ives Award, Basic Science Research in Pediatrics |
| 1990 | Merck Clinician Scientist Award |
| 1992 | Election to the Society for Pediatric Research |

| 1995 | Election to the American Society for Clinical Investigation |

## VI. Professional Affiliations

| 1989 | American Society of Human Genetics |
| 1992 | Association for Research in Vision and Ophthalmology |
| 1993 | American College of Medical Genetics, Founding Member |

## VII. National Committees

| 1993-present | Member, Program Committee; U.S. Cystic Fibrosis Foundation |
| 1995-1998 | Member, Program Committee; American Society of Human Genetics |
| 1996-1997 | Chairperson, Program Committee; American Society of Human Genetics |
| 1996 | Co-chairperson, Consensus Conference: Defining the Criteria for a CF Diagnosis, U.S. Cystic Fibrosis Foundation |
| 1996-2000 | Member, Mammalian Genetics Study Section, National Institutes of Health |
| 1997 | Chairperson, 47th Annual Meeting of the American Society of Human Genetics, Baltimore, MD |
| 1998 | Co-Chairperson, Genetic Testing for Cystic Fibrosis Committee, American College of Medical Genetics |
| 1998 | Member, Cystic Fibrosis Clinical Practice Working Group, American College of Obstetricians and Gynecologists |
| 1999-2001 | American Society of Human Genetics Representative to the Federation of American Societies for Experimental Biology Funding Conference |
| 2001-2006 | American Society of Human Genetics Representative to the Executive Committee of the Federation of American Societies for Experimental Biology |

Miscellaneous Committees

2006                    Leadership Development Program, JHU

VIII.  Editorial Appointments

2007-present            Human Mutation, Co-Editor

2000-present            Current Molecular Medicine, Editorial Board

1998-present            Human Mutation, Electronic Editor

1997-present            Genetic Testing, Editorial Board

1991-present            Human Mutation, Communicating Editor


IX.  Selected Invited Lectures and Symposia

1990-Present    Cystic Fibrosis Foundation Annual Williamsburg Conference,
                Williamsburg, VA Workshops: "CFTR and Electrolyte Physiology and
                Gene Therapy"

1991-Present    Annual Short Course in Medical and Experimental Mammalian Genetics,
                Jackson Laboratory, Bar Harbor, ME. Lectures: "Cystic Fibrosis" and
                "Genetics of Neuroreceptors and Ion Channels"

04/09/90 –      Istituto Giannina Gaslini, Sestri Levante, Italy.
04/11/90        Presentation: "Identification of the CF gene: recent progress and new
                research strategies"

02/14/91        American Association for the Advancement of Science , Washington, DC.
                 Symposium: "New Molecular Insights into 'Old' Genetic Disorders: Cystic
                Fibrosis"

09/19/91–       Royal College of Physicians and Surgeons of Canada, Quebec, Canada
09/23/91        Symposium: "New Perspectives on Screening for Genetic Disease"

03/19/93        Georgetown University, Washington, DC
                FIDIA Georgetown Institute for the Neurosciences
                Presentation: "Molecular Biology of Novel GABA Receptor Subunits
                Preferentially Expressed In Retina"

| | |
|---|---|
| 04/07/94-<br>04/08/94 | Baylor College of Medicine, Houston, TX - Visiting Professor<br>Presentation: "The Association Between Mutation and Disease<br>Severity in Cystic Fibrosis" |
| 04/20/94-<br>04/21/94 | University of Florida, Gainesville, FL - Visiting Professor<br>Presentation: "Characterization of a Novel Class of GABA Receptor<br>Subunits Expressed in Retina" |
| 04/14/94-<br>04/15/94 | National Institute of Diabetes and Digestive and Kidney Disease,<br>Bethesda, MD; Workshop on "Novel ATPases and Disease - ATP-<br>Dependent Transporters and Emerging Superfamily. Presentation:<br>"Mutations that Cause CF" |
| 08/03/94-<br>08/06/94 | IV Latin American Cystic Fibrosis Congress Meeting, San Jose, Costa<br>Rica. Presentations: "Gene therapy for CF update", "Epidemiology of Cystic<br>Fibrosis in North America" and "DNA analysis" |
| 09/08/94-<br>09/10/94 | Society of General Physiologists 48th Annual Symposium, Woods<br>Hole, MA.  Workshop on "Ion Channels and Genetic Diseases"<br>Symposium Presentation: "Correlating Ion Channels with Disease Using<br>Genetic Linkage Analysis" |
| 10/18/94-<br>10/22/94 | American Society of Human Genetics Annual Meeting, Montreal,<br>Canada.  Symposium Presentation: "Genotype/Phenotype Relationships in Cystic<br>Fibrosis" |
| 04/14/95 | Institute of Child Health, "Aghia Sophia" Children's Hospital, Athens Greece.<br>Presentation: "Effect of CF Mutations upon CFTR Function" |
| 04/19/95 | Charles University Prague, Prague, Czech Republic.<br>Presentation: "Adeno-Associated Viral Vectors for Gene Therapy" |
| 05/14/95-<br>05/17/95 | Association for Research in Vision & Ophthalmology Annual Meeting,<br>Ft. Lauderdale, FL.  Symposium Presentation: "Identification of Sequences<br>Conferring Unique Properties to $GABA_C$ Receptors Formed of ρ Subunits" |
| 01/19/96-<br>01/21/96 | American Academy of Allergy Asthma & Immunology, Scottsdale, AZ.<br>Presentation: "Genetic Aspects of Chronic Sinusitis" |
| 06/16/96-<br>06/21/96 | XIIth International Cystic Fibrosis Congress, Jerusalem, Israel.<br>Symposium Presentation: "Mutation Analysis in Cystic Fibrosis" |
| 08/17/96-<br>08/22/96 | 9th International Congress of Human Genetics, Rio de Janeiro, Brazil.<br>Symposium Presentations: "Implications of the Multiple Functions of<br>CFTR and Therapy for CF and Gene Therapy for Cystic Fibrosis" |

| | |
|---|---|
| 11/03/96–<br>11/07/96 | Conferences Philippe Laudat, Lyon, France.<br>Symposium Presentation: "Consequences of CF Mutation Upon CFTR<br>Functions" |
| 04/14/97 | NIH Consensus Conference: Genetic Testing for Cystic Fibrosis,<br>Bethesda, MD. Presentation: "Ethnic distribution and phenotypic<br>consequences of CF mutations" |
| 05/09/97 | First Annual Conference in Association with Vision Research:<br>Molecular, Cellular and Genetic Approaches to Function and<br>Dysfunction of the Retina, Fort Lauderdale, Fla. Symposium Presentation:<br>Molecular composition of $GABA_C$ receptors |
| 06/05/97 | Cottle International Rhinology Centennial Conference, Philadelphia,<br>PA. Presentations: "Molecular biology and rhinosinusitis" and "New<br>directions in gene therapy for rhinology" |
| 02/22/98 | Annual Meeting, Biophysical Society, Kansas City, MO. Symposium<br>Presentation: "Functional analysis of ClC-2 chloride channels stably<br>expressed in cystic fibrosis airway cells" |
| 5/23/98– | Departamento de Genetica Humana, Instituto Nacional de Saude, Lisbon, 5/25/98<br>Portugal. Conference presentation: "Phenotypes Associated with<br>Dysfunction of the Cystic Fibrosis Transmembrane Conductance<br>Regulator" |
| 7/10/98–<br>7/11/98 | NHLBI Workshop, Bethesda, MD<br>Workshop on Genetic Basis of Variability in the Progression and Outcome of<br>Heart, Lung, and Blood Diseases. Presentation: Cystic Fibrosis |
| 3/19/99–<br>3/20/99 | 2nd International Symposium on Inherited Diseases of the Pancreas,<br>Cincinnati, Ohio. Presentation: "Genotype-Phenotype Relationships in Cystic<br>Fibrosis" |
| 9/12/99–<br>9/14/99 | NIH Workshop, Bethesda, MD<br>Workshop on ABC Transporters and Human Diseases. Presentation: "Cystic<br>Fibrosis and Mutations in CFTR" |
| 10/25/99<br>10/27/99 | IPOKRaTES Course, Salzburg, Austria<br>Course Title: Cystic Fibrosis - Recent Advances in Pediatric and Adult Issues. |
| 2/19/00–<br>2/24/00 | 4th International Congress on Pediatric Pulmonology, Nice France.<br>Conference presentation: "Novel Therapies to Circumvent the CFTR Defect" |
| 3/20/00– | Mayo Clinic, Scottsdale, AZ. Seminar presentation: Signals for Apical |

| | |
|---|---|
| 3/24/00 | Localization in the C-terminus of the Cystic Fibrosis Transmembrane Conductance Regulator |
| 02/22/01-02/23/01 | Genetics Conference: New Diagnostic Challenges, Columbus, OH. Presentation: Inherited Disease Due to Mutations in Ion Channels |
| 03/30/01-04/01/01 | 2nd Consensus Meeting CFTR Validation and Function Assays, Estoril, Portugal. |
| 04/28/01-05/01/01 | Pediatric Academic Society, Baltimore, MD. Presentation: Genetic Heterogeneity in CF |
| 06/06/01-06/09/01 | 24th European Cystic Fibrosis Conference, Vienna, Austria Conference Presentation: "The CFTR Gene". |
| 08/05/01-08/10/01 | Gordon Research Conference, Newport, R.I. Presentation: Modifiers of Mendelian Disease-Cystic Fibrosis. |
| 10/01/01-10/03/01 | Yale University School of Medicine, New Haven, CT. Seminar Presentation: Identification of Apical Membrane Localization Signals in C-terminus of the Protein Responsible for Cystic Fibrosis. |
| 04/18/02-04/19/02 | Grand Rounds – Columbia University, New York, NY Presentation: "CFTR and It's Diseases". |
| 05/30/02-05/31/02 | NY Statewide Genetic Conference, Buffalo, NY Presentation: "Atypical Mutations in Cystic Fibrosis". |
| 9/17/02-9/22/02 | Manchester Paediatric Club, Manchester, UK Presentation: "What constitutes a cystic fibrosis diagnosis". |
| 12/12/02-12/13/02 | Nancy N. Hung MD Guest Professor in Cystic Fibrosis and Pediatric Pulmonology – St. Christopher's Hospital, Philadelphia, PA Presentation: "What is CF? The many faces of a diagnosis". |
| 04/07/03-04/09/03 | Foundation for Blood Research CF Course, Portland, ME Presentation: "The Essentials of Prenatal/Preconceptional Screening for Cystic Fibrosis". |
| 5/8/03 | Fifteenth Dr. Susan Lynn Shackman Memorial Lecturer, Johns Hopkins Department of Gynecology and Obstetrics Presentation: "Diagnosis for CF". |
| 5/18/03 | American Thoracic Society International Conference, Seattle, WA Presentation: "Cystic Fibrosis without CFTR mutations". |

| | |
|---|---|
| 5/29/03 | NJ Department of Health and Senior Services, New Brunswick, NJ<br>Monmouth Medical Center and St. Barnabas Medical Center<br>Presentation: "The Genetics of Cystic Fibrosis". |
| 1/14/04-<br>1/25/04 | Grand Rounds – The University of Oklahoma, Oklahoma City, OK<br>Presentation: Causes of Phenotype Variation in a "Monogenic" Disorder. |
| 4/30/04-<br>5/3/04<br>6/4/04-<br>6/8/04 | 2004 European Cystic Fibrosis Society Conference, Tomar, Portugal<br>Presentation: "CFTR and It's Diseases"<br>Cystic Fibrosis Foundation – Williamsburg, Conference, Williamsburg, VA<br>Presentation: ENaC Activity and CF |
| 6/13/04 -<br>6/17/04 | 27th European Cystic Fibrosis Conference, Birmingham, UK<br>Presentation: "Phenotype: Genes or Environment?" |
| 7/15/04-<br>7/16/04 | Children's Hospital and Regional Medical Ctr. CF Conference, Seattle, WA<br>Presentation: "CFTR mutation analysis", and "The contribution of genes and<br>environment to CF phenotype variability". |
| 7/16/04-<br>7/18/04 | Roche Molecular Seminar, Oakland, CA<br>Presentation |
| 9/13/04-<br>9/14/04 | Massachusetts General Hospital Symposium on CF, Harvard Club,<br>Boston, MA<br>Presentation: "New insights into the causes of variation of the CF<br>phenotype". |
| 10/14/04-<br>10/16/04 | 2004 North American CF Conference, St. Louis, MO<br>Presentation: "What have we learned from Correlating Genotype to<br>Phenotype?" and "CF Modifiers: Comparing Variation Between Siblings" |
| 2/9/05-<br>2/10/05 | Solvay Pharma, Montreal, Canada<br>Presentation: "Contributions of Genes and Environment to Variation in CF". |
| 3/16/05 | Grand Rounds – The Georgetown University Hospital, Washington, DC<br>Presentation: "Development and Validation of Preimplantation Genetic<br>Diagnosis for Clinical Applications" |
| 5/17/05-<br>5/18/05 | Seminar – Dartmouth Medical School, Hanover, NH<br>Presentation #1: "Contribution of Genes and Environment to Variations In<br>Cystic Fibrosis"<br><br>Presentation #2 to COBRA audience: "Elucidating the Mechanism Underlying<br>Localization of the CFTR C-Terminus to Apical Membranes" |

| | |
|---|---|
| 6/3/05–<br>6/7/05 | Cystic Fibrosis Foundation – Williamsburg Conference, Williamsburg, VA<br>Presentation: "Genetic and Environmental Modifiers" |
| 7/29/05 | 46th Annual Short Course, Jackson Lab – Bar Harbor, ME<br>Presentation: "DNA and Diagnostic Screening" |
| 10/20/05 -<br>10/23/05 | 19th NACF Conference – Baltimore, MD<br>Presentation: "Genotypes/Phenotypes". |
| 11/11/05 | Principles of Developmental Biology – Johns Hopkins University, MD<br>Presentation: "Clinical Correlation: Prenatal Genetic Diagnosis" |
| 3/23/06 –<br>3/26/06 | 2006 ACMG Clinical Genetics Meeting – San Diego, CA<br>Presentation #1: "The New Genetics: Practicing Medical Genetics in the Era of Genomics".<br>Presentation #2: "the contribution of Genetic Variation in Rare Disease Genes to common diseases: Chronic Sinusitis, Lung disease, Infertility, and CFTR". |
| 4/28/06 | Department of Pathology Seminar – Johns Hopkins University, MD<br>Presentation: "Overview of Genetic Testing". |
| 6/2/06 -<br>6/6/06 | Williamsburg Conference – Williamsburg, VA<br>Presentation: "From the Home, to the Bench, to the Clinic" |
| 7/16/06 -<br>7/28/06 | 47th Annual Short Course, Jackson Lab – Bar Harbor, ME<br>Presentation: "DNA and Diagnostic Screening" |
| 11/12/06 | Emory – Genetic Seminar Series – Atlanta, GA<br>Presentation: "Genetic & Non-Genetic Modifiers of Disease Severity in CF". |
| 3/20/07-<br>3/28/07 | Consensus Conference on Molecular Analysis in CF – Garda Lake, Italy<br>Presentation: "CF Mutation Analysis in the Clinical Setting" |
| 4/12/07-<br>4/14/07 | 12th Annual Meeting of the Council of Physicians/Scientists – Dallas, TX<br>Presentation #1: "Principals & Practice of Pre-implantation Genetic Diagnosis for CF"<br>Presentation #2: "Aspects of Setting up a PDG Laboratory" |
| 5/7/07-<br>5/8/07 | CF Foundation Conference – Diagnosis Criteria for CF – Bethesda, MD<br>Presentation: "Issues surrounding DNA Analysis and Interpretation" |
| 6/1/07-<br>6/5/07 | Williamsburg Conference – Williamsburg, VA<br>Presentation: Genotype/Phenotype Relationships in CF: Future Lessions" |
| 7/7/07 -<br>7/27/07 | 48[th] Annual Short Course, Jackson Lab – Bar Harbor, ME<br>Presentation: "DNA and Diagnostic Screening" |

| | |
|---|---|
| 8/11/07-<br>8/14/07 | 7th Australian CF Conference – Sydney, Australia<br>Presentation #1: "What is new in CF Genetic Research"<br>Presentation #2: "From Genes to Treatment"<br>Presentation #3: "Gene Transfer to People with CF" |
| 10/3/07-<br>10/6/07 | 21st Annual NACF Conference – Anaheim, CA<br>Presentation: "Is it all Genetics?" |
| 1/16/08 | Newborn Screening: Issues and Answers Series - Bethesda, MD<br>Presentation: Reactor Discussion – Reactor 2- "False-Negative/False Positive Screening Reports" – "Appropriate Mutation Panel for DNA Testing in Screening Protocol" |
| 4/9/08-<br>4/13/08 | European CF Society Conference (ECFS) – Douro, Portugal<br>Presentation: "The US Initiative to Functionally Characterize all CFTR Mutations in the Same Cellular System" |
| 5/25/08-<br>5/29/08 | Human Variome Project – Costa Brava, Spain<br>Presentation: "Complementing Mutation-Driven Databases with Phenotype-Rich Repositories: The Clinical and Functional TRanslation of CFTR (CFTR2) Project" |
| 5/30/08-<br>6/3/08 | Williamsburg Conference – Williamsburg, VA<br>Presentation: "Expression and Analysis of Full Length CFTR" |
| 6/11/08-<br>6/14/08 | 31st European CF Conference – Prague, Czech Republic<br>Presentation: "Diabetes in CF" |
| 7/20/08 -<br>8/1/08 | 49th Annual Short Course, Jackson Lab – Bar Harbor, ME<br>Presentation: "Genetic Modifiers of CF" |
| 10/22/08-<br>10/24/08 | 1st Advances in Rare Bone Diseases Scientific Conference – NIH-Bethesda, MD<br>Presentation: "Modifier Genes: Lessons from Cystic Fibrosis" |
| 10/23/08-<br>10/25/08 | 22nd Annual NACF Conference – Orlando, FL<br>Presentation: "Finding Genetic Modifiers of CF Lung Disease Using Genome-wide Linkage" |
| 10/28/08-<br>10/30/08 | 2nd Al Ain International Genetics Conference – Dubai, United Arab Emirates<br>Presentation #1: "Pre-implantation genetic diagnosis (PDG): Basics and New Technologies"<br>Presentation #2: "Interactions Among Genetic Modifiers and Environment Underlying Variation in the Severity of a Single Gene Disorder: Cystic Fibrosis" |
| 4/15/09-<br>4/19/09 | New Frontiers in Basic Science of CF – Tavira, Protugal<br>Presentation: "Genes and the Environment" |

| | |
|---|---|
| 5/15/09-<br>5/20/09 | American Thoracic Society 2009 Conference – San Diego, CA<br>Presentation: "Uses and Misuses of Genetic Testing in CF Diagnosis" |
| 6/10/09-<br>6/13/09 | 32nd European CF Conference – Brest, France<br>Presentation: "CFTR2 2009 Genotype/Phenotype Correlations for the Clinician" |
| 7/24/09-<br>7/31/09 | 50th Annual Short Course, Jackson Lab – Bar Harbor, ME<br>Presentation: "Genetic Modifiers of CF" |
| 8/29/09-<br>9/2/09 | International Congress of Inborn Errors of Metabolism 2009 – San Diego, CA<br>Presentation: "Cystic Fibrosis as a Model for Complex Diseases" |

Scientific Reviews:

Journals: American Journal of Human Genetics
American Journal of Medical Genetics
Biotechniques
Genomics
Human Genetics
Human Molecular Genetics
Journal of Clinical Investigation

Nature
Nature Genetics
New Engl. Journal of
Medicine
Nucleic Acids Research
Pediatrics Human Mutation
Prenatal Diagnosis
Proceedings of the National
Academy of Sciences, USA

Grants: National Institutes of Health:
Human Genome Center, ELSI Study Section, 1992
Parent Review Committee for SCOR Program, NHLBI, 1993
Mammalian Genetics Study Section: Ad Hoc, 1993, 1995
Regular member 1996-2000

Cystic Fibrosis Foundation:
University of Michigan RDP Site Visit, 1991
Ad Hoc Reviewer, 1992 - 1994, 1995, 1998-2001

X.  Research Support

National Institutes of Health, R37 DK44003, MERIT Award: The molecular genetics of Cystic Fibrosis, 2003-2013. Principal Investigator.

National Institute of Health, R01 HL68927, Genetic Modifiers of Cystic Fibrosis: Sibling Study 9/30/01 – 3/31/12. Principal Investigator.

National Institutes of Health, T32 GM07471, Medical Genetics Fellowship Training Grant,

1977-2011. Principal Investigator.

National Institutes of Health, UL1 RR025005, Clinical Translational Science Award. Project: Technology Translation Core 9/30/07-9/20/12. Principal Investigator

Flight Attendants Medical Research Institute, 062553_CIA Clinical Innovator Award. 7/1/07 – 6/30/10 Principal Investigator

Cystic Fibrosis Foundation, CUTTIN08A0, CFTR2 Project 2008-2010


Past:

Merck/Johns Hopkins University School of Medicine Clinician Scientist Award. Molecular genetics of cystic fibrosis, 1990-1992. Principal Investigator

National Institutes of Health, R01 DK39635, The molecular genetics of cystic fibrosis, 1987-90. Co-Principal Investigator

National Institutes of Health R01 EY09531, Molecular biology of retina-specific GABA receptors, 1992-2000. Principal Investigator.

National Institutes of Heath, P50 DK489771994-1999. Principal Investigator Project I: Investigating alternate chloride channels in CF.

National Institutes of Health, P01 AI37163, Project I : Mutations in the CFTR gene in patients with chronic sinusitis; 1995-2003, Principal Investigator.

National Institute of Health, U01 HL66615. Project 1: Applied Genomics in Cardiopulmonary Disease; 2000-2004, Co-Investigator.

Cystic Fibrosis Foundation, R0209C-1, The cloning of the chloride channel defective in cystic fibrosis, 1989-91. Principal Investigator

Cystic Fibrosis Foundation, R0251-1, Molecular studies of chloride channels, 1991-1994. Principal Investigator

Cystic Fibrosis Foundation, Integration of Recombinant AAV-CFTR Vectors, 1995-1996. Principal Investigator

Cystic Fibrosis Foundation. CF Genotyping Center, 1998-2003. Principal Investigator – no salary support.

Cystic Fibrosis Foundation. Genetic Modifiers of Cystic Fibrosis: Twin Study, 2000-2002. Principal Investigator.

Cystic Fibrosis Foundation. CUTTIN06P0.   Genetic Modifiers of CF: Twin/Sibling Study. 9/1/06 –8/31/08.  Principal Investigator.

XI.   Teaching Experience

Formal Courses:
Graduate Student Seminar, Johns Hopkins University: "Molecular Mechanisms of Disease"
    CoDirector    1991 - 1994
    Director       1995 - 2000

Graduate Student Course, Johns Hopkins University: "Advanced Topics in Human Genetics"
    Lecturer      1993 - present

Medical School Course, Johns Hopkins University: "Molecules and Cells"
    Lecturer      1994 - present

## Research Trainees:
### PAST:

| Name | Position | Years | Degree | Research Project | Present Position |
|---|---|---|---|---|---|
| Hamosh A | Postdoc | 89-92 | MD,MPH | Genotype/phenotype studies in CF | Professor, Pediatrics Johns Hopkins School of Med. |
| McIntosh I | Postdoc | 91-94 | PhD | Molecular genetics of CF | Professor of Genetics, Univ. of the Caribbean |
| Friederick C | Postdoc | 92-94 | MD,PhD | Mapping of the human GABA rho1 gene | Assistant Professor, Medicine University of Pennsylvania |
| Macek M Jr | Postdoc | 92-95 | MD,PhD | Mutation identification in CF patients | Head of National Center for CF, Prague, Czech Republic |
| Cid Soto P | Postdoc | 93-95 | MD | Molecular biology of a voltage-gated chloride channel | Assistant Professor, Medicine University of Chile |
| Miller P | Postdoc | 93-95 | MD | Mutation analysis of pulmonary diseases | Associate Professor, Medicine UCLA/West LA, VA Medical Ctr. |
| Enz R | Postdoc | 96-98 | PhD | Molecular biology of GABA rho receptors | Assistant Professor, Univ. Erlangen-Nuernberg, Germany |
| Hackam A | Predoc (Hum.Gen) | 93-97 | PhD awarded | Assembly of GABA rho subunits | Assistant Professor Bascom-Palmer Inst., U. Miami, FL |
| Fulmer S | Predoc (Hum.Gen) | 93-97 | PhD awarded | Consequences of mutations upon CFTR function | Dept. Of Genetics, Stanford Univ., CA |
| Ross B | Postdoc | 96-99 | MD | In utero gene therapy | Medical Staff, Beverly Hosp., Montebello, CA |
| Mickel J | Postdoc | 95-00 | PhD | Localization signals in CFTR | Assist. Professor, Pediatrics, Johns Hopkins School of Medicine |
| Landrum M | Predoc (Hum.Gen) | 95-00 | PhD Awarded | Integration of recombinant AAV vectors | Staff, National Center for Bio-technology, NIH, Bethesda, MD |
| Wu Y | Postdoc | 97-01 | MD,Ph.D. | Transcriptional regulation of GABA rho genes in retina | Research Scientist, Biopharma, NJ |
| Milewski M | Postdoc | 97-01 | PhD | Interactions between CFTR and other Cl- channels | Research Scientist, Univ of Warsaw, Poland |
| Wang X | Postdoc | 97-01 | MD,PhD | Molecular genetics of sinusitis | Director, DNA Diagnostic Lab, Univ. of Minn. |
| Yaghmai R | Postdoc | 98-00 | MD,PhD | In vitro generation of DNA binding protein libraries | Asst. Prof., Univ. Calif., San Diego |
| Hoover-Fong J | Postdoc | 01-02 | MD | Fatty Acid Abnormalities in CF | Assistant Professor, Pediatrics, Johns Hopkins School of Medicine |
| Buranawuti K | Postdoc | 01-03 | MD | Molecular Genetics | Postdoc in DNA Lab |
| Hefferon T | Predoc (Hum.Gen) | 99-03 | PhD Awarded | CFTR Splicing, Exon 9 | Postdoc, NIH |
| Groman J | Predoc (Hum.Gen) | 00-03 | | Modifier genes for cystic fibrosis | Consultant, Private Industry |
| McWilliams R | Predoc (Epidem.) | 00-04 | | Cystic Fibrosis Twin/Sib Study | Assistant Professor, School of Public Health, Rutgers |
| Larusch J | Predoc (Hum.Gen) | 00-08 | PhD Awarded | C-Terminal associated proteins Identification of CFTR interacting proteins that mediate localization | Post-doc Univ of Pittsburgh |
| Hsu S | Postdoc | 02-07 | MD,PhD | G Protein dysfunction and CF | Pediatric Endocrinology, Private Practice, |
| Sheridan M | Predoc (CMM) | 03-08 | PhD Awarded | Non-classic CF | Post-doc  Univ. of Pennsylvannia |

| Krasnov K | Predoc (CMM) | 03-08 | *PhD Awarded* | CFTR Protein Localization | Technical Advisor, Venable LLP |
|---|---|---|---|---|---|
| McDougal K | Predoc (Hum Gen) | 03-08 | *PhD Awarded* | Modifiers of CF | Postdoc, JHU, School of Public Health |
| Vanscoy L. | Postdoc | 05-07 | *MD* | CF Twin/Sibling Study | US Navy |

**PRESENT:**

| Bremer, L. | Predoc | 05- | | Modifier Genes of CF | Predoc Student in the lab |
|---|---|---|---|---|---|
| Blackman S. | Postdoc | 05- | MD/PhD | Modifier Genes of CF | Assitant Professor, Dept of Pediatrics, Johns Hopkins |
| Collaco M. | Postdoc | 05- | MD | CF Twin/Sibling Study | Postdoc Fellow in the lab |
| Sosnay P. | Postdoc | 05- | MD | CF Twin/Sibling Study | Assistant Prof., Dept of Pediatrics, Johns Hopkins |
| Greene D. | Postdoc | 05- | MD | CFTR Trafficking | Assistant Prof., Dept of Medicine, Johns Hopkins |
| Doshi, V | Postdoc | 07- | MD | Infection Phenotype in CF | Postdoc Fellow in the lab |
| Sharma N. | Postdoc | 08- | MD | CFTR Trafficking | Postdoc Fellow in the lab |
| Kottoor, V. | Postdoc | 09- | MD | Modifiers of CF | Postdoc Fellow in the lab |

## DNA LABORATORY TRAINEES:

| Name | Position | Years | Degree | Present Position |
|------|----------|-------|--------|------------------|
| Doheny K | Postdoc | 95-96 | PhD | Director of Technology & Development Center for Inherited Disease Research at Bayview, Johns Hopkins University/Natl. Inst. Of Health |
| Goodman B | Postdoc | 95-96 | PhD | Instructor, Obstetrics/Gynecology, Johns Hopkins |
| Chong S | Postdoc | 96-96 | PhD | Assistant Professor, National University, Singapore |
| Schmeckpeper B | Postdoc | 96 – 98 | PhD | Assistant Professor, Medicine, Johns Hopkins |
| Cordero D | Postdoc | 97 - 98 | MD | Assistant Professor, Columbia University, NY |
| Boyadjiev S | Postdoc | 98-99 | MD | Assistant Prof. Johns Hopkins University, School of Medicine |
| Yaghmai R | Postdoc | 98-99 | MD,PhD | Resident, Medicine, Johns Hopkins Bayview |
| Bober M | Postdoc | 99-00 | MD,PhD | Assoc. Prof. Univ. TX, Southwestern Med. Ctr. |
| Wang XJ | Postdoc | 00-01 | MD,PhD | Instructor, Pediatrics Johns Hopkins School of Medicine |
| Steinberg S | Postdoc | 02-04 | MD | Assistant Professor, Kennedy Krieger Institute, Baltimore, MD |
| Buranawuti K | Postdoc | 03-06 | MD | Postdoc in DNA Laboratory |
| Macaya D | Postdoc | 03-05 | PhD | Postdoc in DNA Laboratory |
| Al-Saif A | Postdoc | 04-06 | MD | Postdoc in DNA Laboratory |

XII. Publications

1.   Cutting GR, Antonarakis SE, Youssoufian H and Kazazian H Jr.  The accuracy and limitations of Pulsed Field Gel Electrophoresis in sizing partial deletions of the factor VIII gene. **Molecular Biology and Medicine** (1988), 5:173-184.

2.   Cutting GR, Kazazian H Jr, Antonarakis SE, Killen PD, Yamada Y and Francomano CA. Macrorestriction mapping of human collagen genes COL4A1 and COL4A2 on chromosome 13q34. **Genomics** (1988), 3:256-263.

3.   Jabs EW, Goble CA, Cutting GR.  The macromolecular organization of human centromeric region reveals high frequency, polymorphic macro-DNA repeats. **Proc Natl Acad Sci (USA)** (1989), 86:202-206.

4.   Cutting GR, Antonarakis SE, Beutow KH, Kasch LM, Rosenstein BJ, Kazazian H Jr.  Analysis of DNA polymorphism haplotypes linked to the Cystic Fibrosis locus in North American Black and Caucasian families support the existence of multiple mutations of the Cystic Fibrosis gene. **Am J Hum Genet** (1989), 44:307-318.

5.   Cutting GR, McGinniss MJ, Kasch LM, Tsipouras P, Antonarakis SE.  Physical mapping by PFGE localizes the COL3A1 and COL5A2 genes to a 35kb region on chromosome 2. **Genomics** (1990), 8:407-410.

6.   Cutting GR, Kasch LM.  Worldwide survey of the deltaF508 mutation-report from the Cystic Fibrosis Genetic Analysis Consortium. **Am J Hum Genet** (1990), 47:354-359.

7.   Cutting GR, Kasch LM, Rosenstein BJ, Tsui L-C, Kazazian H and Antonarakis SE.  Two patients with Cystic Fibrosis, nonsense mutations in each Cystic Fibrosis gene, and mild pulmonary disease. **New Engl J Med** (1990), 323:1685-1689.

8.   Cutting GR, Kasch LM, Rosenstein BJ, Zielensky J, Tsui L-C, Antonarakis SE, Kazazian H Jr. A cluster of Cystic Fibrosis mutations in the first nucleotide binding fold domain of the Cystic Fibrosis conductance regulator protein. **Nature** (1990), 346:366-369.

9.   Beaudet AL, Perciaccante RG, Cutting GR.  Homozygous nonsense mutation causing cystic fibrosis with uniparental disomy. **Am. J. Hum. Genet.** (1991) 48:1213.

10.  Nunes V, Gaona MC, Mana P, Casals T, Cutting GR, Estivill X: Prenatal diagnosis of cystic fibrosis by simultaneous analysis of two different mutations. **Prenatal Diagnosis** (1991) 11:671-672.

11.  McColley SA, Rosenstein BJ, Cutting GR.  Differences in Expression of Cystic Fibrosis in Blacks and Whites. **Am J Dis Child** (1991), 145:94-97.

12.  Zeitlin PL, Lu L, Hwang TC, Rhim J, Craig R, Cutting GR, Stetten G, Kieffer KA, Guggino WB.  A Cystic Fibrosis bronchial epithelial cell line: Immortalization by Adeno-12 SV-40 infection. **Am J Resp Cell and Mol Biol** (1991), 4:313-319.

13.  Reiss J, Cooper DN, Bal J, Slomski R, Cutting GR, Krawczak M.  Discrimination between recurrent mutation and identity by descent:  application to point mutations in exon 11 of the CFTR gene.  **Human Genetics** (1991), 87:457-461.

14.  Francomano CA, Cutting GR, McCormick MK, Chu ML, Timpl R, Hong HK, Antonarakis SE.  The COL6A1 and COL6A2 genes exist as a gene cluster and detect highly informative DNA polymorphisms in the telomeric region of human chromosome 21q.  **Human Genetics** (1991), 87:162-166.

15.  Chu C-S, Trapnell BC, Murtagh JJ Jr, Moss J, Dalemans W, Jallat S, Mercenier A, Pavirani A, Lecocq J-P, Cutting G, Guggino WB and Crystal RG.  Variable deletion of exon 9 coding sequences in Cystic Fibrosis gene mRNA transcripts in normal bronchial epithelium.  **EMBO J.** (1991), 10:1355-1363.

16.  Graham CA, Goon PKC, Hill AJM, Cutting GR, Curristin S, Nevin NC. Identification of a new mutation (R297Q) in exon 7 of the CFTR gene in a Northern Ireland family. **J Med Genet** (1991) 28:571.

17.  Hamosh A, Trapnell BC, Zeitlin PL, Montrose-Rafizadeh C, Rosenstein BJ, Crystal RG, and Cutting GR.  Severe deficiency of CFTR mRNA carrying nonsense mutations R553X and W1316X in respiratory epithelial cells of patients with cystic fibrosis.  **J Clin Invest** (1991) 88:1880-1885.

18.  Dietz HC, Cutting GR, Pyeritz RE, Maslen CL, Sakai LY, Corson GM, Puffenberger EG, Hamosh A, Nanthakumar EJ, Curristin SM, Stetten G, Meyers DA, Francomano CA.  Marfan syndrome caused by a recurrent denovo missense mutation in the fibrillin gene.  **Nature** (1991), 352:337-339.

19.  Cutting GR, Lu L, O'Hara B, Kasch LM, Donovan D, Shimada S, Antonarakis SE, Guggino WB, Uhl GR, Kazazian H Jr.  Cloning of the gamma-aminobutyric acid (GABA) rho$_1$ cDNA: A GABA receptor subunit highly expressed in the retina.  **Proc Natl Acad Sci (USA)** (1991), 88:2673-2677.

20.  Dietz HC, Pyeritz RE, Kendzior RJ, Puffenberger EG, Corson G, Sakai LY, Francomano CA, Cutting GR.  Marfan phenotype variability in a family segregating a missense mutation in the EGF-like motif of the fibrillin gene.  **J Clin Invest** (1992), 89:1674-1680.

21.  Dietz HC, Saraiva J, Pyeritz RE, Cutting GR, Francomano CA.  Clustering of fibrillin 15 missense mutations causing the Marfan syndrome at residues with significance for calcium binding in EGF-like domains. **Hum Mutation** (1992), 1:366-374.

22.  Abeliovich D, Lavon IP, Lerer I, Cohen T, Springer C, Avital A, Cutting GR.  Screening for five mutations detects 97% of CF chromosomes and predicts a carrier frequency of 1:29 in the Jewish Ashkenazi populations.  **Am J Hum Genet** (1992) 51:951-956.

23.  Chu C-S, Trapnell BC, Curristin SM, Cutting GR, Crystal RG.  Extensive post-transcriptional deletion of the coding sequences for part of nucleotide-binding fold 1 in respiratory epithelial

mRNA transcripts of the cystic fibrosis transmembrane conductance regulator gene is not associated with the clinical manifestations of cystic fibrosis. **J Clin Invest** (1992) 90,785-790.

24.   Cozens AL, Yezzi MJ, Yamaya M, Steiger D, Wagner JA, Garber SS, Chin L, Simon EM, Cutting GR, Gardner P, Friend DS, Basbaum CB, Gruenert DC. A transformed human epithelial cell line that retains tight junctions post crisis. **In Vitro Cell Dev Biol** (1992), 28A:735-744.

25.   Cutting GR, Curristin SM, Nash E, Rosenstein BJ, Lerer I, Abeliovich D, Hill A, Graham C. Analysis of four diverse population groups indicates that a subset of cystic fibrosis mutations occur in common among Caucasians. **Am J Hum Genet** (1992), 50:1185-1194.

26.   Cutting GR, Curristin S, Zoghbi H, O'Hara B, Seldin MF, Uhl GR. Identification of a putative gamma aminobutyric acid (GABA) receptor subunit rho$_2$ cDNA and colocalization of the genes encoding rho$_2$ (GABBR2) and rho$_1$ (GABRR1) to human chromosome 6q14-q21 and mouse chromosome 4. **Genomics** (1992), 12:801-806.

27.   Hamosh A, King TM, Rosenstein BJ, Corey M, Levison H, Durie P, Lap-Chee T, McIntosh I, Keston M, Brock DJH, Macek M Jr, Zemkova D, Krasnicanova H, Vavrova V, Macek M Sr, Golder N, Schwarz MJ, Super M, Watson EK, Williams C, Bush A, O'Mahoney SM, Humphries P, DeArce MA, Reis A, Burger J, Stuhrmann M, Schmidtke J, Wulbrand U, Dork T, Tummler B, Cutting GR. Cystic fibrosis patients bearing both the common missense mutation gly→asp at codon 551 and the ΔF508 mutation are clinically indistinguishable from ΔF508 homozygotes, except for decreased risk of meconium ileus. **Am J Hum Genet** (1992) 51:245-250.

28.   Hamosh A, Rosenstein BJ, Cutting GR. CFTR nonsense mutations G542X and W1282X associated with severe reduction of CFTR mRNA in respiratory epithelial cells. **Hum Mol Genet** (1992) 1:542-544.

29.   Lerer I, Sagi M, Cutting GR, Abeliovich D. Cystic fibrosis mutations in Jewish patients: deltaF508 and G542X. **J Med Genet** (1992), 29:131-133.

30.   Macek, M, Hamosh, A, Kiesewetter S, McIntosh, I, Rosenstein, BJ, Cutting GR. Identification of a novel nonsense mutation (L88X) in exon 3 of the CFTR gene on a native Korean cystic fibrosis chromosome. **Hum Mutation** (1992) 1:501-502

31.   Montrose-Rafizadeh C, Blackmon DL, Hamosh A, Oliva MM, Hawkins AL, Curristin SM, Griffin CA, Yang VW, Guggino WB, Cutting GR, Montrose MH. Regulation of CFTR gene transcription and alternative RNA splicing in a model of developing intestinal epithelium. **J Biol Chem** (1992) 267:299-305.

32.   Shimada S, Cutting GR, Uhl GR. GABA A or C receptor?: GABA rho$_1$ receptor RNA induces bicuculline, barbiturate and benzodiazepine-insensitive GABA responses in Xenopus oocytes. **Mol Pharm** (1992), 41:683-687.

33.  Zeitlin PL, Crawford I, Lu L, Woel S, Cohen ME, Donowitz M, Montrose M, Hamosh A, Cutting GR, Gruenert D, Huganir R, Maloney P, Guggino WB.  CFTR protein expression in primary and cultured epithelia.  **Proc Natl Acad Sci (USA)** (1992), 89:344-347.

34.  Chu CS, Trapnell BC, Curristin S, Cutting GR, Crystal RG. Genetic basis for variable exon 9 skipping in cystic fibrosis transmembrane conductance regulator mRNA. **Nature Genetics** (1993), 3:151-156.

35.  Dietz HC, Francomano CA, Kendzior RJ Jr, Pyeritz, RE, Valle DV, Cutting GR.  The skipping of constitutive exons in vivo induced by nonsense mutations. (1993) **Science** 259:680-683.

36.  Kiesewetter S, Macek M Jr., Davis C, Curristin SM, Chu C-S, Graham C, Shrimpton AE, Cashman SM, Tsui L-C, Mickle J, Amos J, Highsmith WE, Shuber A, Witt DR, Crystal RG and Cutting GR. A mutation in the cystic fibrosis transmembrane conductance regulator gene produces different phenotypes depending on chromosomal background. **Nature Genetics** (1993), 5:274-278.

37.  Kusama T, Wang T-L, Guggino WB, Cutting GR and Uhl GR.  GABA $\rho_2$ receptor pharmacological profile: GABA recognition site similarities to $\rho_1$ . **Europ J Pharm-Mol Pharm** (1993), 245:83-84.

38.  O'Hara BR, Smith SS, Cutting GR, Uhl GR.  Population differences in dopamine D2 receptor alleles suggest caution for associational studies. **Hum Hered** (1993), 43:209-218.

39.  Genotype-Phenotype consortium (Hamosh A, Rosenstein BJ, Nash E, Curristin SM and Cutting GR).  Correlation between genotype and phenotype in cystic fibrosis: Analysis of seven common mutations.  **New Eng J Med** (1993), 329: 1308-1313.

40.  Carroll TP, McIntosh I, Zeitlin PL, Cutting GR, Guggino WB. Transmembrane and nucleotide-binding fold mutations alter the channels characteristics of the cystic fibrosis transmembrane conductance regulator expressed in Xenopus oocytes. **Cell Physiol Biochem** (1994), 4:10-18.

41.  Ramsey BW, Boat TF, Accurso F, Bennett W, Boucher R, Brody A, Crystal R, Cutting GR, Davis P, Dorkin H, Fleming T, Kaplan RM, Knowles M, Konstan MW, Laube B, McElvaney G, Morgan W, Moss R, Orenstein D, Pencharz P, Rosenstein B, Schidlow D, Smith A, Spino M, Stallings V, Stecenko A, Terrin M, Weatherly M, Wilmott R, Wilson C, and Wood R. Outcome Measures for Clinical Trials in Cystic Fibrosis. **J Ped** (1994), 124:177-192.

42.  Wang T-L, Guggino WB, Cutting GR  A novel $\gamma$-aminobutyric acid receptor subunit (rho$_2$) cloned from human retina forms bicuculline-insensitive homooligomeric receptors in Xenopus oocytes. **J Neurosci** (1994), 14:6524-6531.

43.  Schwiebert EM, Flotte T, Cutting GR, Guggino WB.  CFTR and outwardly rectifying chloride channels contribute to whole cell chloride currents in normal airway epithelial cells and are defectively regulated in cystic fibrosis. **Am J Physiol (Cell)** (1994), 266: 1464-1477.

44.   Smit LS, Strong TV, Wilkinson DJ, Macek Jr M, Mansoura MK, Wood DL, Cole JL, Cutting GR, Cohn JA, Dawson DC, Collins FS.  Missense mutation (G480C) in the CFTR gene associated with protein mislocalization but normal chloride channel activity.  **Hum Molec Genet** (1995), 4(2): 269-273.

45.   Cid LP, Montrose-Rafizadeh Ch, Smith DI and Cutting GR.  Cloning of a putative human voltage-gated chloride channel (ClC-2) cDNA widely expressed in human tissues.  **Hum Molec Genet** (1995), 4(3):407-413.

46.   Carroll TP, Morales MM, Fulmer SB, Allen SS, Flotte TR, Cutting GR, Guggino WB.  Alternate translation initiation codons can create functional forms of CFTR.  **J Biol Chem** (1995), 270(20):11941-11946.

47.   Schwiebert EM, Egan ME, Hwang T-H, Fulmer SB, Allen SS, Cutting GR, and Guggino WB.  CFTR regulates outwardly rectifying chloride channels through an autocrine mechanism involving ATP.  **Cell** (1995), 81(7):1063-1073.

48.   Fulmer SB, Schwiebert EM, Morales MM, Guggino WB and Cutting GR.  Two cystic fibrosis transmembrane conductance regulator mutations have different effects on both pulmonary phenotype and regulation of outwardly rectified chloride currents.  **Proc Natl Acad Sci USA** (1995), 92:6832-6836.

49.   Wang T-L, Hackam A, Guggino WB, Cutting GR.  A single histidine residue is essential for zinc inhibition of GABA ρ1 receptors. **J Neurosci** (1995), 15:7684-7691.

50.   Wang T-L, Hackam A, Guggino WB, Cutting GR.  A single amino acid in γ-aminobutyric acid ρ1 receptors affects competitive and noncompetitive components of picrotoxin inhibition.  **Proc Natl Acad Sci USA** (1995), 92:11751-11755.

51.   Morales MM, Carroll TP, Morita T, Schwiebert EM, Wilson PD, Lopes AG, Stanton BA, Dietz HC, Cutting GR, Guggino WB.  Both wild-type and a functional isoform of CFTR are expressed in kidney. **Am J Physiol** (Renal, Fluid and Electrolyte) (1996), 270(39):F1038-F1048.

52.   Kearns,W.G.; Afione,S.A.; Fulmer,S.B.; Pang,M.C.; Erikson,D.; Egan,M.; Landrum,M.J.; Flotte,T.R.; Cutting,G.R.  Recombinant Adeno-Associated Virus (AAV-CFTR) Vectors Do Not Integrate in a Site-Specific Fashion in an Immortalized Epithelial Cell Line. **Gene Therapy** (1996), 3:748-755.

53.   Afione SA, Conrad CK, Kearns WG, Chunduru S, Adams R, Reynolds TC, Guggino WB, Cutting GR, Carter BJ and Flotte R.  An *in vivo* model of adeno-associated virus vector persistence and rescue. **J Virol** (1996), 70:3235-3241.

54.   Miller PW, Hamosh A, Macek Jr, M., Greenberger PA, MacLean J, Walden SM, Slavin RG and Cutting GR.  Cystic fibrosis transmembrane conductance regulator (CFTR) gene mutations in allergic bronchopulmonary aspergillosis. **Am J Hum Genet** (1996), 59:45-51.

55. Macek M Jr., Mercier B, Mackova A, Miller PW, Hamosh A, Ferec A, and Cutting GR. Sensitivity of the denaturing gradient gel electrophoresis technique in detection of known mutations and novel Asian mutations in the CFTR gene. **Hum Mutat** (1997) 9:136-147.

56. Macek M Jr., Macek M Sr., Mackova A, Nash E, Hamosh A, Varon-Mateeva R, Reis A, Schmidtke J, Sperling K, Maestri NE, Krawczak M, and Cutting GR. Allele status of the CS.7/*Hha* I polymorphism 5' of the CFTR gene may be associated with female survival in normal Czech individuals. **Hum Genet** (1997), 99:565-572

57. Qian H, Hyatt G, Schanzer A, Hazra R, Hackam AS, Cutting, GR and Dowling JE. A comparison of GABA$_C$ and ρ subunit receptors from the white perch retina. **Vis Neurosci** (1997), 14:1-9.

58. Macek M Jr, Mackova A, Hamosh A, Hilman BC, Seldon RF, Lucotte G, Friedman KJ, Knowles MR, Rosenstein BJ and Cutting GR. Identification of Common CF Mutations in African-Americans With Cystic Fibrosis Increases the Detection Rate to 75%. **Am J Hum Genet** (1997), 60:1122-1127.

59. Hackam AS, Wang T-L, Guggino WB, and Cutting GR. The N-terminal domain of human GABA receptor rho-1 subunits contains signals for homooligomeric and heterooligomeric interaction. **J Biol Chem** (1997), 272:13750-13757.

60. Hackam AS, Wang T-L, Guggino WB and Cutting GR. A one hundred amino acid region in the GABA ρ1 subunit confers robust homooligomeric expression. **NeuroReport** (1997) 8:1425-1430.

61. Hamosh A, FitzSimmons SC, Macek M Jr., Knowles MR, Rosenstein BJ and Cutting GR. Comparison of the clinical manifestations of cystic fibrosis in black and white patients. **J Pediatrics** (1998), 132 255-259

62. Enz R and Cutting GR. Molecular composition of GABAC receptors. **Vision Res** (1998) 38 (10): 1431-1441.

63. Hackam AS, Wang T-L, Guggino WB and Cutting GR. The amino termini of GABA ρ and GABAA subunits contain sequences for their selective interaction in vitro. **J Neurochem** (1998), 70: 40-46

64. Mickle J, Macek M Jr, Fulmer-Smentek S, Egan E, Schweibert E, Guggino WB, Moss R, and Cutting GR. A mutation in the cystic fibrosis transmembrane conductance regulator associated with elevated sweat chloride concentrations in the absence of cystic fibrosis. **Hum Mol Genet** (1998), 7: 729-735.

65. Schwiebert EM, Cid-Soto LP, Stafford D, Carter M, Murray C, Guggino WB and Cutting GR. Analysis of ClC-2 channels as an alternative pathway for chloride conduction in cystic fibrosis airway cells. **Proc Natl Acad Sci USA** (1998), 95: 3879-3884.

66. Rosenstein BJ and Cutting GR. The diagnosis of cystic fibrosis; A consensus statement. **J Pediatrics** (1998), 132(4): 589-95.

67. Dork T, El-Harith EA, Stuhrmann M, Macek Mjr, Egan M, Cutting GR, Tzetis M, Kanavakis E, Carles S, Claustres M, Padoa C, Ramsey M and Schmidtke J. Evidence for a common ethnic origin of cystic fibrosis mutation 3120+1G>A in diverse populations. **Am J Hum Genet** (1998) 63(2):656-62.

68. Enz, R. And Cutting. GR. GABAC receptor ρ subunits are heterogeneously expressed in the human CNS and form homo- and heterooliogomers with distinct physical properties. **Eur J Neurosci** (1999), 11:41-50

69. Boehm CD, Cutting GR, Lachtermacher MB, Moser HW, Chong SS. Accurate DNA-based and carrier testing for X-linked adrenoleukodystrophy. **Mol Gen and Metab** (1999) 66:128-136.

70. Kniazeva MF, Chiang MF, Cutting GR, Zack DJ, Han M, Zhang K. Clinical and genetic studies of an autosomal dominant cone-rod with features of Stargardt disease. **Ophthalmic Genet** 1999 Jun;20(2):69-70.

71. Zielenski J, Corey M, Rozmahel R, Markiewicz D, Aznarez I, Casals T, Larriba S, Mercier B, Cutting GR, Macek M, Palacio A, Langfelder E, Henshaw C, Marshall B, DeCelie-Germana J, Claustres M, Nowakowska A, Bal J, Ferec C, Estivill X, Durie P, Tsui LC. Detection of a cystic fibrosis modifier (CFM1) locus for meconium ileus on human chromosome 19q13. **Nature Genetics**, (1999) 22:128-129.

72. Enz R, Ross B, Cutting GR. Expression of the voltage-gated chloride channel ClC-2 in rod bipolar cells of the rat retina. **J Neurosci** (1999) 19:9841-9847.

73. Chong S, Boehm CD, Cutting GR, and Moser HW. Molecular strategies for heterozygote detection in X-linked adrenoleukodystrophy. **J. Mol. Neuroscience** (1999) 13: 214-216

74. Enz R, Cutting GR. Identification of 70 amino acids important for GABAC receptor ρ1 subunit assembly. **Brain Research** (1999) 846:177-185.

75. Moyer BD, Denton J, Karlson KH, Reynolds D, Wang S, Mickle JE, Milewski M, Cutting GR, Guggino WB, Li M, Stanton BA. A PDZ-interacting domain in CFTR is an apical membrane polarization signal. **J Clin Invest** (1999) 104:1353-1361.

76. Chong SS, Boehm CD, Higgs DR, Cutting GR. Single-tube multiplex-PCR screen for common deletional determinants of α-thalassemia. **Blood** (2000) 95:360-362.

77. Mickle JE, Milewski MI, Macek MJr, Cutting GR. Effects of CF- and CBAVD-associated mutations upon CFTR mediated regulation of separate channels. **Am J Hum Genet** (2000) 66:1485-1495.

78.   Moyer BD, Duhaime M, Shaw C, Denton J, Reynolds D, Karlson KH, Pfeiffer J, Wang S, Mickle JE, Milewski M, <u>Cutting GR</u>, Guggino WB, Li M, Stanton BA. The PDZ-interacting domain of cystic fibrosis transmembrane conductance regulator is required for functional expression in the apical plasma membrane. **J Biol Chem** (2000) 275:27069-27974.

79.   Marcos I, Ruiz A, Blaschak CJ, Borrego S, <u>Cutting, GR</u>, Antinolo G.  Mutation analysis of GABRR1 and GABRR2 in autosomal recessive retinitis pigmentosa.  **J Med Genet** (2000) June;37 (6): E5

80.   Wang XJ, Moylan B, Leopold D, Kim J, Rubenstein RC, Togias A, Proud D, Zeitlin PL, <u>Cutting GR</u>. Mutation in the gene responsible for cystic fibrosis predisposes individuals in the general population to chronic rhinosinusitis. **JAMA** (2000) 284:1814-1819.

81.   Chong SS, Boehm CD, <u>Cutting GR</u>, Higgs DR, Simplified multiplex-PCR diagnosis of common Southeast Asian deletional determinants of α-thalassemia.  **Clin Chem** (2000) 46:1692-1693.

82.   Kniazeva M, Traboulsi EI, Yu Z, Stefko ST, Gorin MB, Shugart YY, O'Connell JR, Blaschak CJ, <u>Cutting GR</u>, Han M, Zhang K.  A new locus for dominant Drusen and macular degeneration maps to chromosome 6q14. **Am J Ophth** (2000) 130:197-202.

83.   Grody WW, <u>Cutting GR</u>, Klinger KW, Richards CS, Watson MS, Desnick RJ. Laboratory standards and guidelines for population-based cystic fibrosis carrier screening. **Genet Med** (2001) 3:149-154.

84.   Heath JA, Beaverson K, Giardina P, Boehm C, <u>Cutting GR</u>.  A novel beta-thalassemia intermedia phenotype containing Nt49 and NT494+132C→A mutations in cis and a NT168C→T (beta) mutation in trans. **Am J Hematol** (2001) 67:57-58.

85.   Milewski MI, Mickle JE, Forrest JK, Stafford DM, Moyer BD, Cheng J, Guggino WB, Stanton BA, <u>Cutting GR</u>. A PDZ-binding motif is essential but not sufficient to localize the C terminus of CFTR to the apical membrane. **J Cell Sci** (2001) 114(4).

86.   Tait J, Gibson RL, Marshall SG, Cheng E, Sternen DL, <u>Cutting GR</u>. Cystic Fibrosis (March 2001) In:  GeneClinics: Clinical Genetic Information Resource (database online).  Copyright, University of Washington, Seattle. http://www.geneclinics.org.

87.   Wu, Y, <u>Cutting GR</u>. Developmentally regulated expression of GABA receptor rho1 and rho2 subunits, L7 and cone-rod homeobox (CRX) genes in mouse retina. **Brain Res** (2001) Aug 31; 912(1):1-8

88.   Kemp S, Pujol A, Waterham HR, van Geel BM, Boehm CD, Raymond GV, <u>Cutting GR</u>, Wanders RJA, Moser HW. X-linked Adrenoleukodystrophy Mutation Database: Role in Diagnosis and Clinical Correlations. **Hum Mutation** (2001) 18:499-515.

89.   Cheng J, Moyer BD, Milewski M, Loffing J, Ikeda M, Mickle JE, Cutting GR, Li M, Stanton BA, Guggino WB.  A golgi-associated PDZ domain protein modulates CFTR plasma membrane expression. **J Biol Chem** (2002) 277:3520-3529.

90.   Eaton TE, Weiner Miller P, Garrett JE, Cutting GR.  Cystic Fibrosis transmembrane conductance regulator gene mutations: do they play a role in the aetiology of allergic bronchopulmonary aspergillosis? **Clin Exp Allergy** (2002); 32:756-761

91.   Yaghmai R, and Cutting GR. Optimized regulation of gene expression utilizing artificial transcription factors. **Mol Ther** (2002) June;5(6):685-94.

92.   Groman JD, Meyer MD, Wilmott RW, Zeitlin PL, Cutting GR.  Variant Cystic Fibrosis in the absence of CFTR mutations. **New Eng J Med** (2002); 347(6):401-407.

93.   Wang X, Myers A, Saiki R.K., Cutting G.R. Development And Analytic Evaluation Of A PCR-Based, Line Probe Assay For The Detection Of 58 Alleles In The Cystic Fibrosis Transmembrane Conductance Regulator (CFTR) Gene. **Clin Chem** (2002); Jul;48(7):1121-3.

94.   Milewski M, Mickle J.E., Forrest J.K., Stanton B.A., Cutting G.R. Aggregation of Misfolded Proteins Can Be a Selective Process Dependent upon Peptide Composition. **J Biol Chem** (2002); 227(37):34462-70.

95.   Hefferon T, Broackes-Carter F.C., Harris A, Cutting G.R Atypical 5' splice sites cause CFTR exon 9 to be vulnerable to skipping. **Am J Hum Genet** (2002); 71(2):294-303.

96.   Corzo D, Gibson W, Johnson K, Mitchell G, LePage G, Cox G, Casey R, Zeiss C, Tyson H, Cutting GR, Raymond GV, Smith KD, Watkins PA, Moser AB, Moser HW, Steinberg SJ. Contiguous deletion of the X-linked adrenoleukodystrophy Gene (ABCD1) and DXS1357E: A Novel neonatal phenotype similar to peroxisomal biogenesis disorders. **Am J Hum Genet** (2002); June;70(6):1520-31.

97.   Swiatecka-Urban,A.; Duhaime,M.; Coutermarsh,B.; Karlson,K.H.; Collawn,J.; Milewski,M.; Cutting,G.R.; Guggino,W.B.; Langford,G.; Stanton,B.A. PDZ-domain interaction controls the endocytic recycling of the cystic fibrosis transmembrane conductance regulator. **J Biol Chem** (2002); 277: 40099-40105

98.   Ramalho AS, Beck S, Meyer M, Penque D, Cutting GR, Amaral MD. 5% of normal CFTR mRNA ameliorates the severity of pulmonary disease in Cystic Fibrosis. **Am J Resp Cell Mol Biol** (2002); 27: 619-627

99.   Huang S-K, Mathias RA, Ehrlich E, Plunkett B, Liu X, Cutting GR, Wang X-J, Li X-D, Togias A, Barnes KC, Malveaux, Rich S, Mellen B, Lange E, Beaty TH. Evidence for asthma susceptibility genes on chromosome 11 in an African-American population. **Hum Genet** (2003) 113:71-75

100.   McWilliams R, Hoover-Fong J, Hamosh A, Beck S, Beaty T, <u>Cutting GR</u>. Problematic
       Variation In Local Institutional Review of A Multi-Center Genetic Epidemiology Study.
       **JAMA** (2003); 290:360-266

101.   Groman JD, Hefferon TW, Casals T, Bassas L, Estivill X, Des Georges M, Guittard C,
       Koudova M, Fallin MD, Nemeth K, Fekete G, Kadasi L, Friedman K, Schwarz M, Bombieri
       C, Pignatti PF, Kanavakis E, Tzetis M, Schwartz M, Novelli G, D'Apice MR, Sobczynska-
       Tomaszewska A, Bal J, Stuhrmann M, Macek, Jr. M, Claustres M, and <u>Cutting GR</u>.  Variation
       in a repeat sequence determines whether a common variant of the cystic fibrosis
       transmembrane regulator gene is pathogenic or benign. **Am J Hum Genet.** (2004); 74(1):
       176-9

102.   Zhou Y, Lay H-Y, Boehm CD, Yoon C-S, <u>Cutting GR</u>, Ng ISL, Chong SS.  Robust fragile X
       (CGG), genotype classification using a methylation specific triple PCR assay. **J.Med. Genet.**,
       ( 2004); 41: e45

103.   Karczeski B, <u>Cutting GR</u> (May 2004)  Thanatophoric Dysplasia. In: GeneReviews at
       GeneTests: Medical Genetics Information Resource [database online]. Copyright, University
       of Washington, Seattle, 1997-2004. Available at **http://www.genetests.org.**

104.   Watson MS, <u>Cutting GR</u>, Desnick RJ, Driscoll DA, Klinger K, Mennuti M et al. Cystic
       fibrosis population  carrier screening: 2004 revision of American College of Medical Genetics
       mutation panel. **Genet Med** (2004); 6(5):387-391.

105.   Hefferon TW, Groman JD, Yurk CE, <u>Cutting GR</u>.  A variable dinucleotide repeat in the CFTR
       gene contributes to phenotype diversity by forming RNA secondary structures that alter
       splicing.  **Proc Natl Acad Sci USA**, (2004), 101:3504-3509.

106.   Groman JD, Bolger W, Brass-Ernst L, Macek JR M, Zeitlin P, and <u>Cutting GR</u>.  Recurrent and
       Destructive Nasal Polyposis in Two Siblings: A Possible Case of Woakes' Syndrome.
       **Otolaryngol Head Neck Surg** (2004);130:000.

107.   <u>Cutting GR</u>. Genetics and Pediatric Diseases. **Journal of Pediatric Gastroenterology and
       Nutrition** (2004):39:S000-S000.

108.   Amaral MD, Clarke LA, Ramalho AS, Beck S, Broackes-Carter F, Rowntree R, <u>Cutting GR</u>
       et al. Quantitative methods for the analysis of CFTR transcripts/splicing variants. **J Cyst
       Fibros** (2004); 3 Suppl 2:17-23.

109.   Steinberg S, Chen L, Wei L, Moser A, Moser H, <u>Cutting GR</u>, Braverman N.  The PEX Gene
       Screen: molecular diagnosis of peroxisome biogenesis disorders in the Zellweger syndrome
       spectrum. **Mol. Gen. and Metab.** 83 (2004) 252-263.

110.   Milewski MI, Lopez A, Jurkowska M, Larusch J, <u>Cutting GR</u>. PDZ-binding motifs are unable
       to ensure correct polarized protein distribution in the absence of additional localization
       signals. **FEBS** Lett (2005); 579(2):483-487.

111.  Gallegos-Orozco JF, Yurk C, Wang N, Rakela J, Charlton MR, Cutting GR, Vijayan B. Lack of Association of common Cystic Fibrosis Transmembrane Conductance Regulator Gene Mutations with Primary Sclerosing Cholangitis. **Am J Gastroenterol.** (2005);100, 874-878.

112.  Wang XJ, Kim J, McWilliams R, Cutting GR. Increased prevalence of chronic rhinosinusitis in carriers of a cystic fibrosis mutation. **Arch Otolaryngol Head Neck Surg.** 131, March (2005), 237-240.

113.  Groman JD, Karczeski B, Sheridan MB, Fallin MD, Cutting GR. Phenotypic and genetic characterization confirms multiple etiologies of non-classic cystic fibrosis phenotypes. J **Pediatrics.** (2005), 146, 675-680.

114.  Steinberg S, Katsanis S, Moser A, Cutting GR. Biochemical analysis of cultured chorionic villi for the prenatal diagnosis of peroxisomal disorders: biochemical thresholds and molecular sensitivity for maternal cell contamination detection. **J Med Genet** (2005); 42(1):38-44.

115.  Sheridan M, Fong,P.; Groman,J.D.; Conrad,C.; Flume,P.; Diaz,R.; Harris,C.; Knowles,M.; Cutting GR. Mutations in the beta subunit of the epithelial Na+ channel in patients with a cystic fibrosis-like syndrome. **Hum.Mol.Genet** (2005)Nov 15;14(22):3493-8.

116.  Ferec C, Casals T, Chuzhanova N, Macek Jr M, Holubova A, King C, McDevitt T, Cutting GR et al. Gross genomic rearrangements involving deletions in the CFTR gene: characterization of six new events from a large cohort of hitherto unidentified cystic fibrosis chromosomes and meta- analysis of the underlying mechanisms. **Eur J Hum Genet.** (2006) 14, 567-576.

117.  Blackman S, Deering-Brose R, McWilliams R, Coleman B, Lai T, Algire M, Beck S, Hoover-Fong J, Hamosh A, Fallin MD, Cutting GR. Relative contribution of genetic and non-genetic factors to intestinal obstruction in cystic fibrosis. **Gastroenterology**; (2006);131:1030-1039.

118.  Buranawuti K, Boyle MP, Fallin MD, Cheng S, Merlo C, Zeitlin PL, Rosenstein BJ, Moygayzel PJ, Wang XJ, Cutting GR. Variants in Mannose-Binding Lectin and Tissue Necrosis Factor Affect Survival in Cystic Fibrosis. **J. Med. Genet.** Mar (2007);44:209-214.

119.  Vanscoy L, Blackman S, Collaco JM, Bowers A, Lai T, Naughton K, Algire, M, McWilliams R, Beck S, Hoover-Fong J, Hamosh A, Cutler D, and Cutting GR. Heritability of lung disease severity in cystic fibrosis. **Am. J. Resp. Crit. Care Med.**  (2007);175: 1036-1043

120.  Giardine B, Riemer C, Hefferon T, Thomas D, Hsu F, Zielenski J, Sang Y, Elnitski L, Cutting GR, Trumbower H, Kern A, Kuhn R, Patrinos GP, Hughes J, Higgs D, Chui D, Scriver C, Phommarinh M, Patnaik SK, Bumenfeld O, Gottlieb B, Vihinen M, Valiaho J, Kent J, Miller W, Hardison RC. PhenCode: connecting ENCODE data with mutations and phenotype. (2007), **Hum Mutat** 28:554-562.

121.  Bak D, Cutting GR, Milewski M. The CFTR-derived peptides as a model of sequence-specific protein aggregation. **Cell Mol Biol Lett.** (2007) May 10; [Epub ahead of print]

122.  Hsu S, Groman J, Merlo C, Naughton K, Zeitlin P, Germain-Lee E, Boyle M, Cutting GR. Patients with mutations in Gsα have reduced activation of a downstream target in epithelial tissues due to haploinsufficiency. J. Clin. Endo Metab. Oct (2007); 92: 3941 – 3948

125.  Collaco M, Vanscoy L, Bremer L, McDougal K, Blackman S. Bowers A, Naughton K, Jennings J, Ellen J, Cutting GR. Interactions between secondhand smoke and genes that affect cystic fibrosis lung disease.  JAMA. (2008);299(4):417-424.

126.  Bremer L, Blackman S, Vanscoy L, McDougal, Bowers A, Naughton K, Cutler D, Cutting GR. Interaction between a novel TGFB1 haplotype and CFTR genotype is associated with improved lung function in cystic fibrosis. Hum Mol Genet. (2008) Jul 15;17(14):2228-37.

127.  Cotton RG, Auerbach AD, Axton M, Barash CI, Berkovic SF, Brookes AJ, Burn J, Cutting GR, den Dunnen JT, Flicek P, Freimer N, Greenblatt MS, Howard HJ, Katz M, Macrae FA, Maglott D, Möslein G, Povey S, Ramesar RS, Richards CS, Seminara D, Smith TD, Sobrido MJ, Solbakk JH, Tanzi RE, Tavtigian SV, Taylor GR, Utsunomiya J, Watson M. GENETICS: The Human Variome Project. Science (2008);Nov 7;322(5903):861-2

128.  Moskowitz SM, Chmiel JF, Sternen DL, Cutting GR et al. Clinical practice and genetic counseling for cystic fibrosis and CFTR-related disorders. Genet Med. (2008);10(12):851-868.

129.  Krasnov K, Tzetis M, Cheng J, Guggino WB, Cutting GR. Functional studies of rare missense mutations in CFTR facilitate interpretation of genotype-phenotype relationships. Hum Mutat. (2008) Nov;29(11): 1346-72

130.  Blackman SM, Hsu S, Vanscoy LL, Cutting GR et al. Genetic modifiers play a substantial role in diabetes complicating cystic fibrosis. J Clin Endocrinol Metab. Apr (2009); 94: 1302 – 1309.

131.  McDougal KE, Fallin MD, Moller DR, Cutting GR et al. Variation in the Lymphotoxin-alpha/Tumor Necrosis Factor Locus Modifies Risk of Erythema Nodosum in Sarcoidosis. J Invest Dermatol. Advance online Pub. 19 Feb. 2009.

132.  Gu Y, Harley IT, Henderson LB, Cutting GR et al. Identification of IFRD1 as a modifier gene for cystic fibrosis lung disease. Nature (2009): 458, 1039-1042.

133.  Macaya D, Katsanis SH, Hefferon TW, Audlin S, Mendelsohn NJ, Roggenbuck J, Cutting GR. A synonymous mutation in TCOF1 causes Treacher Collins syndrome due to mis-splicing of a constitutive exon. Am J Med Genet A. (2009) Jul 1. Epub ahead of print.

134.  Blackman SM, Hsu,S.; Ritter,S.E.; Naughton,K.M.; Wright,F.A.; Drumm,M.L.; Knowles,M.R.; Cutting,G.R. A susceptibility gene for type 2 diabetes confers substantial risk for diabetes complicating cystic fibrosis. Diabetologia. (2009): In press.

XIII.  Invited Book Chapters/Reviews/Commentary:

1.   Cutting GR and Antonarakis SE.  Prenatal diagnosis and carrier detection by DNA analysis. **Pediatrics in Review** (1992) 13:138-143.

2.   McIntosh I, Cutting GR.  Cystic fibrosis transmembrane conductance regulator and the etiology and pathogenesis of cystic fibrosis.  **FASEB J** (1992), 6:2775-2782.

3.   Cutting GR.  Two steps closer to gene therapy for cystic fibrosis (news and views). **Nature Genet** (1992), 2:4-5.

4.   Cutting GR.  Investigation and molecular diagnosis of cystic fibrosis.  In Walker, M. and Rapley, R. (Eds).  **Molecular Diagnostics**:  Research towards application, Blackwell Scientific Publications, Oxford (1993) 8:101-119.

5.   Hamosh A and Cutting GR.  Genotype/phenotype relationships in cystic fibrosis.  In Dodge, J., Brock, D.J.H. and Widdecombe, Jr. (Eds).  **Current Topics in Cystic Fibrosis** Vol I, John Wiley and Sons, Chichester (1993).

6.   Cutting GR.  Code of Codes: Scientific and Social Issues in the Human Genome Project. Kevles, D.J., and Hood, L. (Eds).  **Review for Academic Medicine** 68(8), Washington, DC (1993).

7.   Cutting GR.  Spectrum of mutations in cystic fibrosis.  **J Bioenerg and Biomemb** (1993), 25:7-10.

8.   Cutting GR.  Splicing of the CFTR gene.  In Dodge, J., Brock, D.J.H. and Widdecombe, Jr. (Eds).  **Current Topics in Cystic Fibrosis** Vol. II, John Wiley and Sons, Chichester (1994).

9.   Cutting GR.  Archibald Garrod and the Individuality of Man. A.S. Calleigh (Ed).  **Review for Academic Medicine**, Washington, DC (1994).

10.  Cutting GR.  Cystic Fibrosis-On the Brink of a New Era.  The genotype defect: Its effect on cellular function and phenotypic expression.  **Sem Resp Crit Care Med**  (1995) 15(5):356-363.

11.  Cutting GR.  Correlating ion channels with disease using genetic linkage analysis.  In: **Ion Channels and Genetic Diseases**, 48th Annual Symposium Society of General Physiologists. Series Vol 50:161-168, Rockefeller Press, NY. (1995).

12.  Cutting GR. (1997) Cystic Fibrosis  In: Rimoin DL, Connor MJ, and Pyeritz RE (Eds) **Emery and Rimon's Principles and Practice of Medical Genetics** 3rd edition.  Churchill-Livingston, London.

13.  Zeitlin P and Cutting GR.  Pathophysiology and Genetics of Cystic fibrosis:  In Chernick V, Boat T. **Kendig's disorders of the respiratory tract in children**. 6th Ed. 1998.

14.  Mickle JE and Cutting GR. (1998) Clinical implications of cystic fibrosis transmembrane conductance regulator mutations. In: Fiel SB (Eds) **Clinics in Chest Medicine** Vol. 19.3 W.B. Saunders, Philadelphia.

15.  Cutting GR. (1999) Cystic Fibrosis in the Perinatal and Neonatal Periods. In: Frantz ID (Ed). **Neonatal Respiratory Diseases** Vol.9. Associates in Medical Marketing Co., Inc, Newtown, PA.

16.  Cutting GR. (2000) Phenotype/genotype relationships. In: Hodson ME and Geddes D (Eds). **Cystic Fibrosis** 2nd edition, Thompson Science, London.

17.  Mickle JE, and Cutting GR. (2000) Genotype-Phenotype relationships in cystic fibrosis. In: Whitcomb DC, Cohn JA, Ulrich CD (Eds). **The Medical Clinics of North America: Inherited Diseases of the Pancreas** Vol 84.3. W.B. Saunders, Philadelphia.

18.  Cutting GR. (2001) Genetics of Rhinosinusitis. In: Kennedy DW, Zinreich SJ (Eds). **Disease of the Sinuses: Diagnostic and Endoscopic Management.** B.C. Decker Inc., Hamilton.

19.  Welsh MJ, Ramsey B, Accurso FJ, and Cutting GR. (2001) Cystic Fibrosis. In: Scriver CR, Beaudet AL, Sly WS, Valle D, Childs B, and Vogelstein B (Eds). **The Metabolic and Molecular Bases of Inherited Disease** 8th Edition. McGraw-Hill, New York.

20.  Cutting GR. (2002) Cystic Fibrosis. In: Rimoin DL, Connor MJ, and Pyeritz RE (Eds) **Emery and Rimon's Principles and Practice of Medical Genetics** 4th edition. Churchill-Livingston, London.

21.  Groman J and Cutting, GR. (2005) Cystic Fibrosis. In: Silverman EK (Ed). Respiratory Genetics. Oxford University Press.

22.  Cutting GR. Modifier Genetics: Cystic Fibrosis. **Annu. Rev. Genomics Hum.Genet** (2005) Vol 6. pp 237-260.

23.  Cutting GR. Using genetic association to identify modifiers of disease variability in cystic fibrosis. **Eur J Hum Genet.** (2006) 14, 890-891.

24.  Cutting, GR. (2006) The Causes of Variation in the Cystic Fibrosis Phenotype. In: Olle Hernell, Umea (Ed). **Annales Nestle'** (2006);64:111-117.

25.  Sheridan M, Cutting GR. (2006) Genetic and Phenotypic variants of cystic fibrosis. In: David TJ (Ed). **Recent Advances in Paediatrics** 23. Royal Society of Medicine Press Ltd.

26.  Cutting GR. (2007) Cystic Fibrosis. In: Rimoin DL, Connor MJ, and Pyeritz RE (Eds) **Emery and Rimon's Principles and Practice of Medical Genetics** 5th edition. Churchill-Livingston, London.

27.  Cutting GR. Future challenges for human mutation research. **Hum. Mutat.** (2007) 28:929-

930.

28.   Grody WW, <u>Cutting GR</u>, Watson MS. The cystic fibrosis mutation "arms race": when less is
      more.  **Genet in Med.** (2007) 9:739-744.

29.   <u>Cutting GR</u>, Cotton RGH. A new cover and new challenges for Human Mutation.  **Hum.
      Mutat.** (2008) 29:1.

30.   Collaco JM, <u>Cutting GR</u>.  Update on gene modifiers in cystic fibrosis. **Curr Opin Pulm Med**
      (2008), 14:559-566.

31.   Cotton RG, Kazazian HH, Jr., <u>Cutting GR</u>, Paalman MH. In memoriam: Victor A. McKusick
      (1921-2008). **Hum Mutat.** (2008);29(10):1169-1170.

32.   Abman S, Jobe A, Chernick V, <u>Cutting GR</u> et al. Strategic plan for pediatric respiratory
      diseases research: an NHLBI working group report. **Pediatr Pulmonol.** (2009);44(1):2-13.

33.   Castro M, Ramirez MI, Gern JE, <u>Cutting GR</u> et al. Strategic plan for pediatric respiratory
      diseases research: an NHLBI working group report. **Proc Am Thorac Soc.** (2009);6(1):1-10.


XIV.  Inventions/Patents
      Cystic Fibrosis Mutation Cluster
      U.S. patent number: 5,407,796   Awarded : April 18,1995
      Inventors: Cutting, G. R., Antonarakis, S.E. and Kazazian, Jr., H.H.