Thomas E. Redburn, Jr.
Sarah Blaine
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597.2400

-and-

Stephen N. Leuchtman, P.C.
**OF COUNSEL TO TROWBRIDGE LAW FIRM, P.C.**
1380 East Jefferson Avenue
Detroit, MI 48207
Tel: 313.259.6900 x. 126
Fax: 313.259.3474

*Attorneys for Defendants Genesis Genetics Institute, LLC and Mark R. Hughes*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as *guardians ad litem* of the infant ROSIE GROSSBAUM,<br><br>Plaintiffs,<br><br>-vs-<br><br>GENESIS GENETICS INSTITUTE, LLC, of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of New York, ABC CORPS. 1-10, JOHN DOES 1-10,<br><br>Defendants. | CIVIL ACTION NO.<br>07-CV-1359 (GEB)(ES)<br><br>**NOTICE OF MOTION<br>FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

21121/2
01/20/2011 **16561284**.2

To: Lewis Stein, Esq.
Nusbaum, Stein, Goldstein, Bronstein & Kron, P.A.
20 Commerce Boulevard, Suite E
Succasunna, NJ 07876
nsgbk.office@verizon.net
973.584.1400
Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that on March 7, 2011 or as soon thereafter as counsel may be heard, Defendants Genesis Genetics Institute, LLC and Dr. Mark R. Hughes (collectively "Genesis"), by their undersigned counsel, shall apply to the Honorable Garrett E. Brown, Jr., Chief Judge, United States District Court for the District of New Jersey, at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Room 4050, Trenton, New Jersey 08608, for an Order Granting the Motion For Summary Judgment filed by Defendants Genesis Genetics Institute, LLC and Dr. Mark R. Hughes.

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, Defendants shall rely on their Memorandum Of Law, Statement Of Undisputed Material Facts Pursuant To Local Civil Rule 56.1 and the Declaration Of Sarah Blaine, Esq. In Support Of Genesis Genetics Institute, LLC And Mark R. Hughes's (1) Motion For Summary Judgment And (2) Motion To Strike Plaintiffs' Liability Experts.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

> LOWENSTEIN SANDLER PC
> *Attorneys for Defendants Genesis*
> *Genetics Institute, LLC and*
> *Mark R. Hughes*
> By:   s/ Thomas E. Redburn, Jr.
>         Thomas E. Redburn, Jr.
>         Sarah Blaine

-3-

- and -

Stephen N. Leuchtman, Esq.
Of Counsel to Trowbridge Law Firm, P.C.
(*admitted pro hac vice*)

Dated: January 20, 2010