# PART 3

# EXHIBITS TO DECLARATION OF SARAH BLAINE

# EXHIBIT 13

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name: _Chaya R. Morgenstern –_ DOB: _____ SSN: _____
_Grossbaum_

Patient Address: _____ _Morristown, NJ_

1. I authorize the use or disclosure of the above named individual's health information as described below.
2. The following individual or organization is authorized to make the disclosure:
_NYU School of Medicine – Program for IVF – Dept. OB Gyn_

Address _1660 First Ave, 6th Floor, NY, NY_

3. The type and amount of information to be used or disclosed is as follows: (include dates where appropriate)
☐ problem list
☐ medication list
☐ list of allergies
☐ immunization record
☐ most recent history and physical
☐ most recent discharge summary
☐ laboratory results          from (date) _____ to (date)_____
☐ x-ray and imaging reports    from (date) _____ to (date)_____
☐ consultation reports         from (doctors' names) _____
☑ entire record _& billing statement — any & all at any time._
_____

_____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization:
NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON, P.A.
20 Commerce Boulevard, Succasunna, NJ 07876, for the purpose of pending litigation.

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: one year. If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information).

X _____     _1/26/07_
Signature of Patient or Legal Representative     Date

_____     _____
Relationship to Patient                   Witness

SUSAN VIOLA DONOHUE
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 20, 2010

## CERTIFICATION

This is to certify that this is a true copy of the original medical records pertaining to treatment rendered to Chaya R. Morgenstern-Grossbaum at NYU School of Medicine- Program for IVF.

Upon my oath I certify that the annexed treatment records were made in the regular course of business of this office / institution and it was in the customary and regular course of business of this office / institution to make said records. The records were made at or about the time of the treatment reported therein and accurately reflect the information obtained during treatment.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
(signature)

_____
(please print name and title)

Dated: _____

**CG002**

**New Patient History**
**Dr Frederick L. Licciardi, MD**

Date Called: 2/4/04          Appointment Date: 3/30/04 Time: 1:15 pm

Referred by: Rabbi Jacobowitz

Name: Chaya Ro Morganstein Grossbaum          DOB:

Partner: Menachem M Grossbaum          DOB:

Partner Wk#:

Address:

_____ Brooklyn, ny 11213 _____

Home Phone #:          Work Phone #:

Reason for appointment: IVF          Both CF Carrier

Insurance coverage: Oxford

Medical Records: ✓          FSH: has done _____ will do _____

HSG:

Price quoted: $450

Patient info form faxed/mailed to: _____

Will forward CF Results

Wife will have CF results sent
husband to be retested due to
not being able to get roids
...

Case 2:07-cv-01359-ES-CLW   Document 110-3   Filed 01/20/11   Page 6 of 47 PageID: 1394

**Date:** Thu, 25 Mar 2004 15:30:30 -0500
**From:** Mark Hughes <mrhughes@GenesisGenetics.org>
**To:** Francis Hooper <griolf01@med.nyu.edu>
**Reply-to:** pgd@GenesisGenetics.org
**Subject:** Morgenstern-Grossbaum.CF10+11.NYU.2004#316

Morgenstern-Grossbaum.CF10+11.NYU.2004#316

Hi Frances

Chaya Morgenstern and Mendel Grossbaum will be coming in next week, Tuesday
I think, for an initial visit with Fred Liccardi.
I have spoken with the couple at length.
They can start IVF whenever it is convenient for them and NYU.

We will need a tube of blood from both of them...but other than that...no
waits.

Do you have Dr. Liccardi's email?

Hughes



CG004



appt : 3/30/04
1:15 pm

## NEW YORK UNIVERSITY SCHOOL OF MEDICINE

Frederick L. Licciardi, M.D.
Associate Director

660 First Avenue, 5th Floor, New York, NY 10016
Telephone: (212) 263-7754
38th + 1st Ave Facsimile: (212) 263-7853

Dear Patient,
Thank you for taxing the time to complete the attached form that will allow for Dr. Licciardi to have a complete pregnancy history at the time of your consultation. Please fax it to 212-263-7853 as soon as possible.
Name _Chaya Rochel Grossbaum - Morgenstern_ Date of Birth ____
Married? No ___ Yes ✓ for how long _1 yr 8 Months_
Trying to conceive for ____ years
Total number of pregnancies ___O___ Number of children ___O___

**List each pregnancy:**

| Approximate Date of conception | How conceived? (Natural, IVF, etc.) | Outcome(ectopic miscarriage, delivery etc) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**List all surgeries of the abdomen or pelvis:** ○    **Allergies:** ○
(including hysteroscopy and laparoscopy)

| Date | Procedure |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**Menstrual cycle length?**
Not sure ~~~~~~~~~~~~
**Bleed For?** ~~~~~~~~~ 5-7 Days

Total number of Clomid cycles? _O_ how many with IUI? _O_
Total number of Injection cycles? _O_ how many with IUI? _O_

**List all IVF or Donor Egg cycles:** ○

| Date | Cycle Cancelled (Yes or No) | #Eggs Retrieved | #Embryos Transferred | Stimulation (Medications used) |
|---|---|---|---|---|
| ____ | ____ | ____ | ____ | _____ |
| ____ | ____ | ____ | ____ | _____ |

**Day 3 Bloods?**

| Date(s) | FSH | E2 | Where was it done? |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

| Date | HSG | Normal? | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

New York University
A private university in the public service

| Name: | Last: | Grossbaum | | Patient #: | 128200 | SSN: | | Entry date: | 25-Mar-04 |
| | First: | Chaya | MI: | DOB: | | Age: 27 | ☐ Donor | Change date: | 21-Jun-07 |
| Primary MD: | Licciardi | | Affiliate MD: | | | Phone (H): | | (W): | |
| Referred By: | | | | | | | | | |

**History:**

03/29/2004 2:55:00 PM  ar
23 yo female, G0P0, married for 1 yr 8 mos.

04/01/2004 1:09:00 PM  fl
both CF carriers.  She is G542X , he is 508

**GYN History:**

**Menarche:**

| | | | **Last Menstrual Period:** | | |
|---|---|---|---|---|---|
| age: | | years | **Molimina:** | ○ Yes | ○ No |
| interval: | 28 to | days | **Dysmenorrhea:** | ○ Yes | ○ No |
| duration: | 7 days | | **Galac:** | ○ Yes | ○ No |
| flow: | | | **Hirsutism:** | ○ Yes | ○ No |
| Contraception: | OCP | | | | |

**IUD Use:**

**PID:**

**DES:**

**Pap History:**

| Date | Result | Comments |
|---|---|---|
| | | |

Page 1 of 5

**CG006**

| Name: | Last: | Grossbaum | | Patient #: | 128200 | SSN: | | Entry date: | 25-Mar-04 |
|---|---|---|---|---|---|---|---|---|---|
| | First: | Chaya | MI: | DOB: | | Age: | 27  ☐ Donor | Change date: | 21-Jun-07 |
| Primary MD: | Licciardi | | Affiliate MD: | | | Phone (H): | | (W): | |
| Referred By: | | | | | | | | | |

**ROS:**

Reviewed by: _____

| 1. CONSTITUTIONAL | YES | NO |
|---|---|---|
| Weight change | ☐ | ☑ |
| Fevers | ☐ | ☑ |
| Sweats | ☐ | ☑ |
| Fatigue | ☐ | ☑ |

**2. EYES**
| | YES | NO |
|---|---|---|
| Glaucoma | ☐ | ☑ |
| Cataracts | ☐ | ☑ |
| Vision surgery | ☐ | ☑ |

**3. EARS, NOSE, THROAT**
| | YES | NO |
|---|---|---|
| Loss of hearing | ☐ | ☑ |
| Dizziness | ☐ | ☑ |
| Nose bleeding | ☐ | ☑ |
| Gum bleeding | ☐ | ☑ |

**4. RESPIRATORY**
| | YES | NO |
|---|---|---|
| Chronic Cough | ☐ | ☑ |
| Bronchitis | ☐ | ☑ |
| Shortness of Breath | ☐ | ☑ |
| Asthma | ☐ | ☑ |
| Pneumonia | ☐ | ☑ |

**5. CARDIOVASCULAR**
| | YES | NO |
|---|---|---|
| Heart attack | ☐ | ☑ |
| Chest pain/angina | ☐ | ☑ |
| Heart murmur | ☐ | ☑ |
| Anemia | ☐ | ☑ |
| Transfusions | ☐ | ☑ |
| Phlebitis or blood clots | ☐ | ☑ |
| Rheumatic fever | ☐ | ☑ |
| Heart Surgery | ☐ | ☑ |

**6. GASTROINTESTINAL**
| | YES | NO |
|---|---|---|
| Reflux | ☐ | ☑ |
| Hepatitis A | ☐ | ☑ |
| Blood in stools | ☐ | ☑ |
| Diarrhea/constipation | ☐ | ☑ |
| Hernia/repair | ☐ | ☑ |
| Gall bladder disease | ☐ | ☑ |

**7. ENDOCRINE SYSTEM**
| | YES | NO |
|---|---|---|
| Diabetes | ☐ | ☑ |
| Thyroid problem | ☐ | ☑ |
| Hormone treatment | ☐ | ☑ |

**8. BREAST**
| | YES | NO |
|---|---|---|
| Masses | ☐ | ☑ |
| Breast surgery | ☐ | ☑ |

**9. URINARY SYSTEM**
| | YES | NO |
|---|---|---|
| Urinary tract/bladder infections | ☐ | ☑ |
| Kidney stones | ☐ | ☑ |
| Incontinence | ☐ | ☑ |
| Trouble urinating | ☐ | ☑ |

**10. GENITAL**
| | YES | NO |
|---|---|---|
| Pelvic infection | ☐ | ☑ |
| Pelvic surgery | ☐ | ☑ |
| Pelvic pain | ☐ | ☑ |
| Endometriosis | ☐ | ☑ |

**11. SKIN**
| | YES | NO |
|---|---|---|
| Cancers | ☐ | ☑ |
| Rashes | ☐ | ☑ |

**12. NEUROLOGIC**
| | YES | NO |
|---|---|---|
| Stroke | ☐ | ☑ |
| Seizures | ☐ | ☑ |
| Head injury | ☐ | ☑ |
| Nerve damage | ☐ | ☑ |

**13. PSYCHIATRIC**
| | YES | NO |
|---|---|---|
| Depression | ☐ | ☑ |
| Anxiety | ☐ | ☑ |

**14. MUSCULOSKELETAL**
| | YES | NO |
|---|---|---|
| Osteoarthritis | ☐ | ☑ |
| Rheumatoid arthritis | ☐ | ☑ |
| Gout | ☐ | ☑ |

**15. COMMENTS**

CG007

| Name: | Last: | Grossbaum | | Patient #: | 128200 | SSN: | | Entry date: | 25-Mar-04 |

| First: | Chaya | MI: | DOB: | Age: | 27 | ☐ Donor | Change date: | 21-Jun-07 |

Primary MD: Licciardi    Affiliate MD: [ ]    Phone (H): [ ]   (W): [ ]

Referred By: [ ]

**Medical History:** ☐ None
no

**Medications:** ☐ None  ocp

**Surgical History:** ☑ None
Not Entered

**ETOH:** None    **Smoking:** ○ Yes ◉ No / ○ Past    **Drugs:** ○ Yes ◉ No / ○ Past    ☐ Marijuana  ☐ Cocaine  ☐ Other

**Allergies:** ☑ None  No Known Allergies    **Occupation:**

**Allergies Comment** ☐ None  Not Entered

**Family History:**

| | Female | Male |
|---|---|---|
| Mother: | nc | |
| Father: | | |
| Siblings: | | |

Known genetic abnormalities:  ◉ Yes  ○ No    CF carriers
Blood clotting disorders:  ○ Yes  ◉ No
Family history of breast, uterine, or ovarian cancer:  ○ Yes  ◉ No

**Partner Data:**    Partner: MENACHEM GROSSBAUM    Age: 27    DOB:
Semen Analysis: needs

Comment:

**Medical History:** ☐ None  no

**Medications:** ☐ None  no

**Surgical History:** ☑ None
Not Entered

**ETOH:** Occasional    **Occupation:** [ ]    **Smoking** ○ Yes ◉ No / ○ Past    **Drugs** ○ Yes ◉ No / ○ Past    ☐ Marijuana ☐ Cocaine ☐ Other

**Allergies Comments** ☐ None  Not Entered

**Allergies:** ☐ None

Page 3 of 5

**CG008**

| Name: | Last: | Grossbaum | | Patient #: | 128200 | SSN: | | Entry date: | 25-Mar-04 |
|---|---|---|---|---|---|---|---|---|---|
| | First: | Chaya | MI: | DOB: | | Age: | 27 | ☐ Donor | Change date: | 21-Jun-07 |
| Primary MD: | Licciardi | Affiliate MD: | | | Phone (H): | | (W): | |
| Referred By: | | | | | | | | |

**Physical Exam:**

| Date: | | Weight: | 196 | lbs | Height: | | ft | | in |
|---|---|---|---|---|---|---|---|---|---|
| Blood Pressure: | Sys | 130 | Dias | 80 | Pulse | | | | |

| | | |
|---|---|---|
| Habitus: | ○ Normal   ○ Abnormal | |
| HEENT: | ○ Normal   ○ Abnormal | |
| Skin: | ○ Normal   ○ Abnormal | |
| Hirsutism: | ○ Normal   ○ Abnormal | |
| Neck: | ○ Normal   ○ Abnormal | |
| Thyroid: | ○ Normal   ○ Abnormal | |
| Lungs: | ○ Normal   ○ Abnormal | |
| Heart: | ○ Normal   ○ Abnormal | |
| Breasts:   Right | ○ Normal   ○ Abnormal | |
| Left | ○ Normal   ○ Abnormal | |
| Abdomen: | ○ Normal   ○ Abnormal | |
| Ext Genitalia: | ○ Normal   ○ Abnormal | |
| Vagina: | ○ Normal   ○ Abnormal | |
| Cervix: | ○ Normal   ○ Abnormal | |
| Uterus Position: | Ante | |
| Uterus Exam: | ○ Normal   ○ Abnormal | |
| Adenexia:   Right | ○ Normal   ○ Abnormal | |
| Left | ○ Normal   ○ Abnormal | |
| Rectal: | ○ Normal   ○ Abnormal | |

**Ultrasound:**

| Ultrasound: | | |
|---|---|---|
| Uterus | ◉ Normal   ○ Abnormal | |
| Endometrium | ◉ Normal   ○ Abnormal | |
| Left Ovary | ◉ Normal   ○ Abnormal | |
| Right Ovary | ◉ Normal   ○ Abnormal | |
| Sounding: | Trial transfer Angle   Depth | 7.5   cm  Position | Not Entered |
| | 0   Catheter | Not Entered |
| | Comment: | easy up |
| Impression: | 23 yo for IVF pgd, CF. They have already spoken with Dr.Hughes. 35% pregnancy rate.  Regular lupron 4 amps. SA , HSG. FL |
| Date: | |

CG009

| Name: | Last: | Grossbaum | | Patient #: | 128200 | SSN: | | Entry date: | 25-Mar-04 |
| | First: | Chaya | MI: | DOB: | | Age: | 27 | ☐ Donor | Change date: | 21-Jun-07 |
| Primary MD: | | Licciardi | Affiliate MD: | | | Phone (H): | | (W): | |
| Referred By: | | | | | | | | | |

**Progress Notes:**

02/24/2006  LCK
this birth date not possible - must be 4/25/2005

06/23/2005  fh
spoke to pt husband
pt del baby girl
5/25/05
6lbs 10oz  vag del

07/16/2004  ef
23 g0 s/p oocyte retrieval (33 oocytes) 7/14/04 (POD 2) for PGD (CF mutation carrier); E2 post-hCG 4414.  Pt presents reporting bloating and mild abdominal discomfort.  No SOB, CP, calf pain, dizzyness.  No difficulty urinating.

197lbs (+3lbs since retrieval)  16 88
Gen: WN, WD female in no apparent distress
CV: RRR no m/r/g
Lungs: CTAb no w/r/r
Abd: soft, NT, overweight
Ext: no c/c/e; no palpable cords bilaterally nontender

TVS: R ov 6.3x4.3cm; L ov 4.3x3.4cm;  FF 2.9cm

A/P: 23 g0 s/p oocyte retrieval, mild OHSS
1.  Pt instructed to increase po hydration
2.  Pt instructed to call for worsening symptoms of OHSS
3.  SMA, LFTs, CBC sent
EDF

_____SA1_____
Date: 04/29/2004
Volume(cc): 5.8
Count(million/cc): 28
Motility(%): 62

Morphology - Oval Heads(%): 2

04/29/2004  fl
hsg reveiwed: nl uterus tubes and spill. FL

Page  5 of 5

**CG010**

**NYU SCHOOL OF MEDICINE**
Program for IVF, Reproductive Surgery & Infertility

Date of Visit _____   ACCT. #: _____

☐ BERKELEY      ☐ GRIFO      ☑ LICCIARDI      ☐ NOYES      ☐ KUMP

## PATIENT SUMMARY

Name: Chaya Richel   Grossbaum - Morgenstern   Chaya Richel

Home Address: Brooklyn   ~~NY~~   NY   11213
CITY                         STATE              ZIP

Home Phone: _____   Business Phone: _____

SS #: _____   DOB: _____   Age: 23   Marital Status: Married

Occupation: Administrative Asst   Employer: Keren Revlos

Bus. Address: 8/6 Eastern ~~Pkwy~~ Pkwy

## PARTNER SUMMARY

Name: Grossbaum   Menachem Mendel,
                              FIRST

SS #: _____   Age: 24   DOB: _____

Home Phone: _____   Business Phone: _____

Occupation: Locksmith   Employer: Self

Payment is expected at the time services are rendered. Information is requested in the event billing to the insurer is required. Please present insurance card for verification.

PRIMARY INSURER: _____   PHONE: _____

Claims Address: _____

ID #: _____   GROUP #: _____

Name of Insured: _____   Relationship: _____

SECONDARY (If applicable, please complete):

Insurance Carrier: _____   PHONE: _____

Claims Address: _____

ID #: _____   GROUP #: _____

Name of Insured: _____   Relationship: _____

I authorize the release of any medical or other information necessary to process claims for services rendered by NYU PIVF and its physicians. I am responsiblefor the payment of all fees associated with services rendered by NYU PIVF and its physicians, including covered and non-covered services, deductible and co-payments. I agree to notify the office if changes of address, phone number of insurance coverage occurs.

| PATIENT SIGNATURE | DATE |
|---|---|

Referring Physician: _____

Phone: _____

IVF INTAKE

CG011

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION
NYU PROGRAM FOR IVF, REPRODUCTIVE SURGERY & INFERTILITY
J.A. GRIFO, M.D., PH.D., ALAN S. BERKELEY, M.D., NICOLE NOYES, M.D.,
FREDERICK LICCIARDI, M.D., LISA M. KUMP, M.D.
660 FIRST AVENUE @ 38TH STREET
NEW YORK, NEW YORK 10016
Tel: 212-263-8990     Fax: 212-263-7853

I, or my authorized representative, request(s) that medical information regarding my care and treatment at _____NYU_____ be released to the party named below.

I understand that this consent may include disclosure of information relating to alcohol or drug abuse, psychiatric care and or confidential HIV related information and in the event the medical information described below contains information relating to alcohol or drug abuse, psychiatric care and/or confidential HIV related information, I specifically authorize release of such information to the person(s) indicated below. I also understand that I will have the right to cancel this release at any time. I also understand that my consent to release information will expire 1 year from this date.

I understand that under New York state law, except for certain people, confidential HIV related information can only be given to persons I allow to have it by signing a release.

Please print
Name of patient /Date of Birth /SSN:

Chaja Rochel Grossbaum

Name and Address and telephone number of Person you are designating to receive Information:



Specific Information to be released
All medical records from_____ to_____.          Blood tests only.          Surgical report(s).

As described:

Reason for release of Information:



My questions about this form have been answered. I know that I do not have to allow the release of information and I can change my mind at anytime. I understand that this request will be fulfilled by mail within 10 days.

Date   3/30/04

Signature of patient

Rec'd doc 6/01

CG012



Questions? Call Member Services:

Speak with an Oxford On-Call N

**800-444-6222**

**800-201-4911**

Precertification is required for hospital admissions, surgical procedures, a
certain diagnostic services. Check your Certificate of Coverage or Contr
for information on precertification and benefits. By the use of this card
hereby consent to the release to Oxford and its delegates of any medi
information needed to enable Oxford to administer my coverage.

Healthcare Providers Can Call: 800-666-1353
Submit Claims Electronically to Payer ID 06111

**www.oxfordhealth.com**

Pharmacy Customer Service: 800-905-0201          Pharmacists Call: 800-922-15

Oxford Health Insurance, Inc., PO Box 7082, Bridgeport, CT 06601

CG014

(Rachi) (Rachel).

Name Grossbaum, Chaya        age 23  DOB           Date 3-30-04
Partner Menachem Grossbaum age 24  DOB
Referred by (Mendel) *

History: 23 y.r.  G0P0. LMP - 6 weeks ago (on pill)
Both CF carriers

HSG:

Pregnancy History
date          gest age        outcome                    complications
_____
_____
_____
_____

GYN History:
Menses: age____ interval 28 duration: 5-7 flow_____
molimina_____ dysmenorrhea ∅
galac____ hirsutism____ contraception: on OCP .
last PAP____ Summer 03.
last mammo____ ∅.
IUD use____∅____ PID____∅____ DES____∅____
Medical History: ∅

Medications____OCP .
Surgical History: ∅

Smoking ∅ ETOH ∅ Drugs ∅ Allergies ∅
Family History:        Female                Male

| | Female | Male |
|---|---|---|
| Mother | OK | OK |
| Father | Heart Dx · SP MI. Smoker Drinker | OK |
| Siblings | OK | OK |

Known genetic abnormalities  CF carrier  Blood clotting
disorders____∅____ Family history of breast, uterine or ovarian
cancer____∅____

A C 4/1/04        CG015

Partner data:
Medical

Surgical

allergies _____   medications _____
smoking _____ ETOH _____ drugs _____
Semen Analysis:
date     volume     concentration     motility     morphology     lab
_____

Physical Exam:
weight _196_ height _____ BP _120/80_

Habitus          Grey hair in front. Saw contract
HEENT          wnl
Skin             wnl
Hirsutism        wnl
Neck             wnl
Thyroid          wnl
Lungs            wnl
Heart            wnl
Breasts          R wnl            L wnl
Abdomen          wnl
Ext Genitalia    wnl
Vagina           wnl
Cervix           wnl
Uterus           wnl    anti/retro/mid
Adenexia         R wnl            L   wnl
Rectal           wnl
Ultrasound:

Sounding:        7.5 cm easy up

Impression       23 yr for IVF
                 nagging Lymn flare (196 lbs)
                 Empird bx - CF. Dr Hughes

Plan    S/n
        NSO

CG016

New York University Reconstructive Surgery and Infertility
Program for Reconstructive Surgery and Infertility
660 First Avenue, 5th Floor, New York, NY 10016

Date: _____

Patient: Grossbacum Chasta _____

LMP: _____



Diagram depicts patients in
Lithotomy position

Depth: 7 1/2 CM _____

Position: _____

Comments: _____

_____

_____

_____

Physicians Signature: _____

Sounding Sheet
11/25/02

CG017

**School of Medicine**

Program for IVF, Reproductive Surgery, and Infertility
660 First Avenue, Fifth Floor
New York, New York 10016
Phone: (212) 263-8990 Fax: (212) 263-8827

# Preconception Genetic Questionnaire

Name _Chaya Rachel_     Date of Birth _____

Husband Name _Menachem Mendel_     Date of Birth _____

1. Do you, your husband, or anyone in your families have any of these disorders?

   | | | |
   |---|---|---|
   | Duchennes - Muscular Dystrophy | Yes ☐ | No ☒ |
   | Hemophilia | Yes ☐ | No ☒ |
   | Neural tube defect (open spine) | Yes ☐ | No ☒ |
   | Neurofibromatosis | Yes ☐ | No ☒ |
   | Marfan's syndrome | Yes ☐ | No ☒ |
   | Polycystic Kidney Disease | Yes ☐ | No ☒ |
   | Myotonic dystrophy | Yes ☐ | No ☒ |
   | Huntingtons Disease | Yes ☐ | No ☒ |
   | Cystic Fibrosis | Yes ☐ | No ☒ |

   If yes, please indicate the relationship of the affected person to you or your husband:

   _____

2. Do you, or your husband, have a birth defect or familial disorder not listed above?  Yes ☐ (No) ☐
   If yes, please specify and indicate relationship: _____

3. Do you, or your husband, have a close relative with mental retardation, autism, a birth defect, Fragile X, familial disorder, or a chromosome disorder such as Down Syndrome? Yes ☐ (No) ☐
   If yes, please specify the condition and indicate the relationship: _____

4. In any previous marriages, have you or your husband had a child born with a birth defect or had a pregnancy or child diagnosed with Down Syndrome?  Yes ☐ (No) ☐
   If yes, please specify the defect: _____

5. Have you or your husband in this or any previous marriage had a stillborn child or more than two first trimester miscarriages?  Yes ☐ (No) ☐
   If yes, please specify: _____

6. Did you or your husband have carrier testing for Cystic Fibrosis?  (Yes) ☐  No ☐
   If yes, please indicate results and state who was tested:
   We were both tested & are both carriers for CF

Continued on other side

I

CG018



UMDNJ

NEW JERSEY
MEDICAL SCHOOL

University of Medicine & Dentistry of New Jersey

Center for Human & Molecular Genetics
Cytogenetic Lab        (973) 972-4480
Biochemical Lab        (973) 972-3738
Molecular Genetics Lab (973) 972-3170
Genetic Counselors     (973) 972-3300
Billing                (973) 972-4612

## MOLECULAR DIAGNOSTIC REPORT

| Patient Name: | Morgenstern, Chaya | DOB: | | Lab ID# | 109567 CF |
|---|---|---|---|---|---|
| Report Sent to:  Tillie Young, M.S.<br>Morristown Memorial Hospital<br>Genetics Services<br>Anderson-B<br>100 Madison Avenue<br>Morristown, NJ 07960 | | Date Sample Received: | 05/22/2001 | | |
| | | Date of Report: | 05/24/2001 | | |
| | | Completion Date: | 05/23/2001 | | |
| Type of Specimen: | Blood | Source of Referral: | | Morristown Memorial | |

## MOLECULAR ANALYSIS FOR CYSTIC FIBROSIS

### CF MUTATIONS

| ΔI507 | S549N | N1303K | A455E | G85E | G480C | 3659delC | I506V |
|---|---|---|---|---|---|---|---|
| ΔF508 | G551D | W1282X | R117H | C405 | 2307insA | S1255X | I507V |
| A1717 | R553X | R334W | T621 | T711 | A2789 | 5T/7T/9T | F508C |
| G542X | R560T | R347P | T3849 | 1078delT | A3120 | A559T | |

## INTERPRETATION:

This patient was tested for 27 mutations and four polymorphisms listed above and was found to be a carrier of the G542X mutation.

## ASSESSMENT:

This patient *is* a CF carrier.

This test was developed and its performance determined by the Molecular Diagnostic Laboratory.  It has not been cleared or approved by the U.S. Food and Drug Administration.  However, the FDA has determined that such a clearance or approval is not necessary.

Franklin Desposito, M.D.
Director of Clinical Genetics
Department of Pediatrics
ABMG Certified, Molecular Genetics

James J. Dermody, Ph.D.
Director
Molecular Diagnostic Laboratory
ABMG Certified, Molecular Genetics

☐ Genetic Counseling Recommended

185 South Orange Avenue, MSB, Room B-621, Newark, NJ  07103-2714  •  Web Site:  www.umdnj.edu
The University is an affirmative action/equal opportunity employer

CG019



**UMDNJ**

# NEW JERSEY
## MEDICAL SCHOOL
University of Medicine & Dentistry of New Jersey

Center for Human & Molecular Genetics
Cytogenetic Lab          (973) 972-4480
Biochemical Lab          (973) 972-3738
Molecular Genetics Lab   (973) 972-3170
Genetic Counselors       (973) 972-3300
Billing                  (973) 972-4612

## MOLECULAR DIAGNOSTIC REPORT

| Patient Name: | Morgenstern, Chaya | DOB: | | Lab ID# | 109567 CF |
|---|---|---|---|---|---|

| Report Sent to: Tillie Young, M.S.<br>Morristown Memorial Hospital<br>Genetic Services<br>Anderson-B<br>100 Madison Avenue<br>Morristown, NJ 07960 | Date Sample Received: | 05/02/2001 |
|---|---|---|
| | Report Date: | 05/16/2001 |
| | Completion Date: | 05/14/2001 |

| Type of Specimen: | Cheek Cells | Source of Referral: | Morristown Memorial |
|---|---|---|---|

### MOLECULAR ANALYSIS FOR CYSTIC FIBROSIS

#### *CYSTIC FIBROSIS*

| | | | |
|---|---|---|---|
| Δ1507 | S549N | N1303K | A455E |
| ΔF508 | G551D | W1282X | R117H |
| A1717 | R553X | R334W | T621 |
| G542X | R560T | R347P | T3849 |

Buccal cells were received from this patient for cystic fibrosis carrier testing. Insufficient amount of usable DNA precluded a complete analysis of the CF mutation panel, so a definitive diagnosis was not possible. However, if the patient wishes to supply a blood sample (purple top EDTA vacutainer), we will provide a complete analysis at no extra charge.

This test was developed and its performance determined by the Molecular Diagnostic Laboratory. It has not been cleared or approved by the U.S. Food and Drug Administration. However, the FDA has determined that such a clearance or approval is not necessary.

**Franklin Desposito, M.D.**
**Director of Clinical Genetics**
**Department of Pediatrics**
**ABMG Certified, Molecular Genetics**

**James J. Dermody, Ph.D.**
**Director**
**Molecular Diagnostic Laboratory**
**ABMG Certified, Molecular Genetics**

☐ **Genetic Counseling Recommended**

**CG020**

Atlantic Health System Memorial Hospital
100 Madison Avenue
Morristown, New Jersey 07960
Co-Directors: Craig A. Dise MD, PhD  Jory G. Magidson MD

Pat. id#:
M.R.N.:     A00591460
Patient:  GROSSBAUM, MENDEL                                    Age: 24  Sex: M
Location:  AMADP--                        D.O.B.:
Physician:  SILK, MORTON                  Admitted: 02/23/04
Copy To:   SILK, MORTON
Order Comm:

| TEST | ABN RESULT | REF. RANGE | UNITS |
|------|-----------|-----------|-------|

FINAL
Order Id       : 62232081               Date&Time Received: 02/23/04 13:51
Date&Time Collected: 02/23/04 13:51

R e f e r e n c e   L a b o r a t o r y   T e s t i n g

*see note

Cystic Fibrosis DNA
  Test performed by Quest Labs.
CYSTIC FIBROSIS

  RESULT:  HETEROZYGOUS POSITIVE FOR THE DELTA F508
MUTATION

DNA testing indicates this individual has one
mutation in the cystic fibrosis (CF) gene,
consistent with being an unaffected CF
carrier. This specimen is negative for the
other CF gene mutations tested.

This result does not rule out CF. The risk to
have another CF mutation other than the ones tested
depends greatly on family and clinical history as well
as ethnicity.   Furthermore, many men with an
infertility problem known as congenital bilateral
absence of the vas deferens (CBAVD) may only have
one copy of a CF mutation. Consider genetic
counseling and CF DNA testing for at-risk family
members and reproductive partners.

This individual is negative for the 5T allele in
intron 8 of the CFTR gene.

Nicholas M. Brown, Ph.D.
Director, Molecular Genetics

The twenty-five mutations analyzed in this test
(A455E, Delta I507, Delta F508, G542X, G551D,
R553X, R560T, 1717-1 G>A, R1162X, 3659delC,
N1303K, W1282X, R334W, R347P, 1078delT,

c o n t i n u e d   o n   n e x t   p a g e

continued on next page

M.R.N: A00591460

*-new results
Patient:  GROSSBAUM, MENDEL  Location: AMADP - -
KEY: L-LOW, H-HIGH, AB-ABNORMAL, C-CRITICAL
LABORATORY REPORT                              PAGE: 1 of 3

Printed: 03/04/2004 11:11 by SSANT

CG021

antic Health System
100 Madison Avenue
Morristown, New Jersey 07960
Co-Directors: Craig A. Dise MD, PhD  Jory G. Magidson MD

```
   tient:  GROSSBAUM, MENDEL          Pat. id#:
Location:  AMADP--                    M. R. N.:   A00591460
Physician: SILK, MORTON               D. O. B.:              Age: 24  Sex: M
Copy To:   SILK, MORTON               Admitted: 02/23/04
Order Comm:
```

| TEST | ABN RESULT | REF. RANGE | UNITS |
|------|-----------|-----------|-------|

```
Order Id          : 62232081          FINAL
Date&Time Collected: 02/23/04 13:51    Date&Time Received: 02/23/04 13:51
                        c o n t i n u e d
```

      R e f e r e n c e   L a b o r a t o r y   T e s t i n g
R117H, 621+1 G>T, 2789+5 G>A, 3849+10kb C>T, G85E,
711+1 G>T, 3120+1 G>A, I148T, 1898+1 G>A,
2184delA) comprise approximately 90% of the
CF mutations found in non-Hispanic Caucasians, 97%
in Ashkenazi-Jewish individuals, 69% in
African-Americans, and 57% in Hispanics.  There is
insufficient data on the sensitivity of this assay
in Asian-Americans.  This includes all twenty-five
core mutations recommended by the American College
of Obstetricians and Gynecologists (ACOG) and the
American College of Medical Genetics (ACMG) for
population-based CF carrier screening. While some
assay platforms may detect rare mutations not
included in the standard ACOG/ACMG panel, these
mutations are not reported due to lack of consensus
by ACOG/ACMG.  Analysis of the 5T/7T/9T polymorphism
in intron 8 of the CFTR gene is included in all
studies. Testing for the I506V and I507V polymorphisms
is performed only if homozygous Delta F508 or Delta
I507 mutation is detected.

These mutations are detected by amplification of
specific CFTR gene regions by polymerase chain
reaction (PCR) followed by oligonucleotide
ligation assay (OLA) and detection of fluorescent
reaction products by automated capillary
electrophoresis.  Since genetic variation and other
factors can affect the accuracy of direct mutation
testing, the results of this testing should always be
interpreted in light of clinical and familial data.

For assistance with interpretation of these
results, please contact your local Quest
              c o n t i n u e d   o n   n e x t   p a g e
*-new results
Patient:   GROSSBAUM, MENDEL  Location: AMADP - -       M. R. N: A00591460
               KEY: L-LOW, H-HIGH, AB-ABNORMAL, C-CRITICAL
                        LABORATORY REPORT
 nted: 03/04/2004 11:11 by SSANT                          PAGE: 2 of 3

CG022

antic Health System
100 Madison Avenue
Morristown, New Jersey 07960
Co-Directors: Craig A. Dise MD, PhD  Jory G. Magidson MD

tient:    GROSSBAUM, MENDEL          Pat. id#:
Location:  AMADP--                    M.R.N.:  A00591460
Physician: SILK, MORTON               D.O.B.:              Age: 24  Sex: M
Copy To:   SILK, MORTON               Admitted: 02/23/04
Order Comm:

---

| TEST | ABN  RESULT | REF. RANGE | UNITS |
|------|-------------|------------|-------|

Order Id        : 62232081            FINAL
Date&Time Collected: 02/23/04 13:51    Date&Time Received: 02/23/04 13:51
                         c o n t i n u e d

        R e f e r e n c e   L a b o r a t o r y   T e s t i n g
Diagnostics genetic counselor or call
1-866-GENEINFO (436-3463).

This test is performed pursuant to a license
agreement with Celera Diagnostics.

This test was developed and its performance
characteristics determined by Quest Diagnostics
Nichols Institute, Chantilly, VA.  It has not
been cleared or approved by the U.S. Food and
Drug Administration.  The FDA has determined
that such clearance or approval is not
necessary.  Performance characteristics refer
to the analytical performance of the test.

                 This test was performed at:
                 Quest Diagnostics Nichols Institute Chantilly
                 14225 Newbrook Drive
                 P.O. Box 10841
                 Chantilly, VA 20153

*-new results
Patient:   GROSSBAUM, MENDEL  Location: AMADP - -       M.R.N:  A00591460
                 KEY: L-LOW, H-HIGH, AB-ABNORMAL, C-CRITICAL
                        LABORATORY REPORT
r inted: 03/04/2004 11:11 by SSANT                      PAGE: 3 of 3

CG023

## PEDIATRIC GASTROENTEROLOGY & NUTRITION CENTER


**MEDICAL CENTER**
ATLANTIC HEALTH SYSTEM

**Morristown Memorial Hospital**
100 Madison Avenue, Box 82
Morristown, NJ 07962-1956

**Overlook Hospital**
99 Beauvoir Avenue, 7th Floor
Summit, NJ 07902

**Atlantic Children's Health**
870 Pompton Avenue
Canfield Office Park, A1 & B1
Cedar Grove, NJ 07009

**Phone:** 973-971-5676
**Fax:** 973-290-7365

Joel R. Rosh, MD
Barbara J. Fehling, MD
Richard L. Mones, MD
Nader Youssef, MD

Ruth Irizarry, RN, BSN
Stephanie Schuckalo, RN, APN
Elaine Nussbaum, RN, APN
Annette Langseder, RN, BSN

Charlotte Intile, LSW
Meg Barry Ploss, MS, RD
Diane Z. Duelfer, MS, RD

# FACSIMILE TRANSMISSION

To: _Dr Frederick Licciardi_

Fax: _212 263 7853_

From: _Anne_

Date: _2/11/2004_

Number of pages (including this cover sheet): ③

The accompying fax transmission is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or grant responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this fax in error, please notify us. For any problem with transmission of this fax please call (973)971-5676.

**CG024**

Atlantic Health System
100 Madison Avenue
Morristown, New Jersey 07960
Co-Directors: Craig A. Dise MD, PhD   Jerry G. Magidson MD

Patient:   GROSSBAUM, MENDEL            Pat. ide.
Location:  AMADF--                       M R N :  A00581480
Physician: SILK, MORTON                  D O B :
Copy To:   SILK, MORTON                  Admitted: 02/23/04    Age. 24  Sex M
Order Comm:

| TEST | ABN RESULT | REF RANGE | UNITS |
|---|---|---|---|

Order Io        : 52232681
Date&Time Collected: 02/23/04 13:51        FINAL
                                            Date&Time Received: 02/23/04 19:51

Reference Laboratory Testing

Cystic Fibrosis DNA          ***see note
  Test performed by Quest Labs
CYSTIC FIBROSIS

RESULT:  HETEROZYGOUS POSITIVE FOR THE DELTA F508
MUTATION

DNA testing indicates this individual has one
mutation in the cystic fibrosis (CF) gene,
consistent with being an unaffected CF
carrier. This specimen is negative for the
other CF gene mutations tested.

This result does not rule out CF. The risk to
have another CF mutation other than the ones tested
depends greatly on family and clinical history as well
as ethnicity. Furthermore, many men with an
infertility problem known as congenital bilateral
absence of the vas deferens (CBAVD) may only have
one copy of a CF mutation. Consider genetic
counseling and CF DNA testing for at-risk family
members and reproductive partners.

This individual is negative for the 5T allele in
intron 8 of the CFTR gene.

Nicholas M. Brown, Ph. D.
Director, Molecular Genetics

The twenty-five mutations analyzed in this test
(AW68E, Delta I507, Delta F508, G542X, G551D,
R553X, R560T, 1717-1 G>A, R1162X, 3659delC,
continued on next page

*=new results
Patient:   GROSSBAUM, MENDEL  Location: AMADF --         M R N : A00581480
           KEY: L-LOW, H-HIGH, AB-ABNORMAL, C-CRITICAL
                   LABORATORY REPORT
: of 3              PRINTED 77.20/2004 15:41        Page: 1 of 3

Attn: Dr. F. Licciardi's Office

CG025

Morristown Memorial Hospital
Atlantic Health System
100 Madison Avenue
Morristown, New Jersey 07960
Co-Directors: Craig A. Dise MD, PhD   Juru G. Magideon MD

Patient:   GROSSBAUM, MENDEL           Pat. ids:
Location:  AMAOP--                      M. R. N :    A00501480
Physician: SILK, MORTON                D. O. B. :              Age: 24  Sex: M
Copy To    SILK, MORTON                Admitted: 02/23/04
Order Comm

```
       TEST            ABN RESULT            REF RANGE    UNITS

Order Id        82232061
Date&Time Collected  02/23/04 13:51     FINAL
                                        Date&Time Received: 02/23/04 13:51
                       c o n t i n u e d
```

        R e f e r e n c e   L a b o r a t o r y   T e s t i n g
For assistence with interpretation of these
results, please contact your local Quest
Diagnostics genetic counselor or call
1-888-GENEINFO (436-3463).

This test is performed pursuant to a license
agreement with Celera Diagnostics.

This test was developed and its performance
characteristics determined by Quest Diagnostics
Nichols Institute, Chantilly, VA.  It has not
been cleared or approved by the U.S. Food and
Drug Administration.  The FDA has determined
that such clearance or approval is not
necessary.  Performance characteristics refer
to the analytical performance of the test.

                    This test was performed at:
                    Quest Diagnostics Nichols Institute Chantilly
                    14225 Newbrook Drive
                    P.O. Box 10841
                    Chantilly, VA 20153

*-new results
Patient:   GROSSBAUM, MENDEL  Location: AMAOP - -        M R N: A00501480
                KEY: L-LOW, H-HIGH, A=ABNORMAL, C-CRITICAL
                        LABORATORY REPORT
3 of 3                    PRINTED 02/26/2004 15:51      Page: 3 of 3

Morristown Memorial Hospital
Atlantic Health System
100 Madison Avenue
Morristown, New Jersey 07960
Co-Directors: Craig A. Olse MD, PhD   Jory G. Megidson MD

Patient:   GROSSBAUM, MENDEL              PB: 108
Location:  AMACP--                        M R N:   A005B1480
Physician: SILK, MORTON                   C O B:                  Age  P4  Sex  M
Copy to:   SILK, MORTON                   Admitted: 02/23/04
Order Comm:

| Test | Abn | Result | Ref Range | Units |
|------|-----|--------|-----------|-------|

Order Id          62232081              Final
Date&Time Collected  02/23/04 13:51     Date&Time Received: 02/23/04 19:53
                         c o n t i n u e d

          R e f e r e n c e   L a b o r a t o r y   T e s t i n g
W1303K, W1288X, R334W, R347P, 1078delT,
R117H, 621+1 G>T, 2789+5 G>A, 3849+10kb C>T, D85E,
711+1 G>T, 3120+1 G>A, I148T, 1898+1 G>A,
2184delA) comprise approximately 90% of the
CF mutations found in non-hispanic Caucasians, 97%
in Ashkenazi-Jewish individuals, 69% in
African-Americans, and 57% in Hispanics.  There is
insufficient data on the sensitivity of this assay
in Asian-Americans.  This includes all twenty-five
core mutations recommended by the American College
of Obstetricians and Gynecologists (ACOG) and the
American College of Medical Genetics (ACMG) for
population-based CF carrier screening.  While some
assay platforms may detect rare mutations not
included in the standard ACOG/ACMG panel, these
mutations are not reported due to lack of consensus
by ACOG/ACMG.  Analysis of the 5T/7T/9T polymorphism
in intron 8 of the CFTR gene is included in all
studies.  Testing for the I506V and I507V polymorphisms
is performed only if homozygous Delta F508 or Delta
I507 mutation is detected.

These mutations are detected by amplification of
specific CFTR gene regions by polymerase chain
reaction (PCR) followed by oligonucleotide
ligation assay (OLA) and detection of fluorescent
reaction products by automated capillary
electrophoresis.  Since genetic variation and other
factors can effect the accuracy of direct mutation
testing, the results of this testing should always be
interpreted in light of clinical and familial data.

                    c o n t i n u e d   o n   n e x t   p a g e
#-new results
Patient:   GROSSBAUM, MENDEL   Location: AMACP - -              M R N: A005B1480
           KEY:L-LOW,H-HIGH,AB-ABNORMAL,C-CRITICAL
                         LABORATORY REPORT

CG027

# MESSAGE CONFIRMATION

03/08/2004  09:41
ID=NYUMC PIVF

| DATE | TIME | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|------|------|----------|--------------------|------|-------|--------|--|
| 03/08 | 09:34 | 02'15" | ACCESSLINE | CALLING | 08 | OK | 0000 |

*mailed*
*Dr. Hughes 3|8|04*

CG028

NYU SCHOOL OF MEDICINE
**Jamie A. Grifo, M.D., Ph.D.**
660 FIRST AVENUE
Fifth floor
NEW YORK, NEW YORK 10016
212.263.7978
FAX 212.263.7853

Fax to: _Dr. Hughes_

Fax Number _313-544-4006_   Tel Number _____

Date _3-8-04_   Number of pages _8_

**Statement of Confidentiality: The information contained in this facsimile message is privileged and confidential information protected by law and intended only for use by the addressee. If you, the reader of this statement, are not the intended recipient of this transmission, or if you are not properly authorized to receive this information, you are hereby notified that you are not authorized to read, possess, use or disclose the enclosed document(s). Any dissemination, distribution, or copy of this fax, or the information contained within, is strictly prohibited. If you received this fax in error, please notify the sender immediately at the telephone number provided above or at 800-610-8990 and either destroy these documents or arrange for their return to us at the mailing address above.** Thank you.

Message: _Chaya Morgenstern-Grossbaum_

CG029

 

**genesis**
genetics institute

# Patient Data Form

Patient: _Chaya_ _____ - _Morgenstern Grossbaum_
         First Name                          Last Name

DOB _

Partner: _Menachem_ _____ _Grossbaum_
         First Name                          Last Name

DOB

Phone:

E-Mail _____

Contact Address: _____
_Brooklyn NY 11213_ _____
_____
_____

IVF Program: _NYU_ _____

Genetic Disorder: _CF_ _____

Info on Children:

CG030



**UMDNJ**

# NEW JERSEY
## MEDICAL SCHOOL
University of Medicine & Dentistry of New Jersey

Center for Human & Molecular Genetics
Cytogenetic Lab       (973) 972-4480
Biochemical Lab       (973) 972-3738
Molecular Genetics Lab  (973) 972-3170
Genetic Counselors    (973) 972-3300
Billing               (973) 972-4612

### MOLECULAR DIAGNOSTIC REPORT

| Patient Name: | Morgenstern, Chaya | DOB: | | Lab ID# | 109567 CF |
|---|---|---|---|---|---|
| Report Sent to: Tillie Young, M.S.<br>Morristown Memorial Hospital<br>Genetics Services<br>Anderson-B<br>100 Madison Avenue<br>Morristown, NJ 07960 | | Date Sample Received: | | 05/22/2001 | |
| | | Date of Report: | | 05/24/2001 | |
| | | Completion Date: | | 05/23/2001 | |
| Type of Specimen: | Blood | Source of Referral: | | Morristown Memorial | |

### MOLECULAR ANALYSIS FOR CYSTIC FIBROSIS

### CF MUTATIONS

| ΔI507 | S549N | N1303K | A455E | G85E | G480C | 3659delC | I506V |
|---|---|---|---|---|---|---|---|
| ΔF508 | G551D | W1282X | R117H | C405 | 2307insA | S1255X | I507V |
| A1717 | R553X | R334W | T621 | T711 | A2789 | 5T/7T/9T | F508C |
| G542X | R560T | R347P | T3849 | 1078delT | A3120 | A559T | |

### INTERPRETATION:

This patient was tested for 27 mutations and four polymorphisms listed above and was found to be a carrier of the G542X mutation.

### ASSESSMENT:

This patient *is* a CF carrier.

This test was developed and its performance determined by the Molecular Diagnostic Laboratory. It has not been cleared or approved by the U.S. Food and Drug Administration. However, the FDA has determined that such a clearance or approval is not necessary.

Franklin Desposito, M.D.
Director of Clinical Genetics
Department of Pediatrics
ABMG Certified, Molecular Genetics

James J. Dermody, Ph.D.
Director
Molecular Diagnostic Laboratory
ABMG Certified, Molecular Genetics

□ Genetic Counseling Recommended

# NEW JERSEY
## MEDICAL SCHOOL
University of Medicine & Dentistry of New Jersey

Center for Human & Molecular Genetics
Cytogenetic Lab        (973) 972-4480
Biochemical Lab        (973) 972-3738
Molecular Genetics Lab  (973) 972-3170
Genetic Counselors     (973) 972-3300
Billing                (973) 972-4612

### MOLECULAR DIAGNOSTIC REPORT

| Patient Name: | Morgenstern, Chaya | DOB: | | Lab ID# | 109567 CF |
|---|---|---|---|---|---|

| Report Sent to: Tillie Young, M.S.<br>Morristown Memorial Hospital<br>Genetic Services<br>Anderson-B<br>100 Madison Avenue<br>Morristown, NJ 07960 | Date Sample Received: | 05/02/2001 |
|---|---|---|
| | Report Date: | 05/16/2001 |
| | Completion Date: | 05/14/2001 |
| Type of Specimen: | Cheek Cells | Source of Referral: | Morristown Memorial |

### MOLECULAR ANALYSIS FOR CYSTIC FIBROSIS

| CYSTIC FIBROSIS | | | |
|---|---|---|---|
| ∆1507 | S549N | N1303K | A455E |
| ∆F508 | G551D | W1282X | R117H |
| A1717 | R553X | R334W | T621 |
| G542X | R560T | R347P | T3849 |

Buccal cells were received from this patient for cystic fibrosis carrier testing.  Insufficient amount of usable DNA precluded a complete analysis of the CF mutation panel, so a definitive diagnosis was not possible.  However, if the patient wishes to supply a blood sample (purple top EDTA vacutainer), we will provide a complete analysis at no extra charge.

This test was developed and its performance determined by the Molecular Diagnostic Laboratory.  It has not been cleared or approved by the U.S. Food and Drug Administration.  However, the FDA has determined that such a clearance or approval is not necessary.

Franklin Desposito, M.D.
Director of Clinical Genetics
Department of Pediatrics
ABMG Certified, Molecular Genetics

James J. Dermody, Ph.D.
Director
Molecular Diagnostic Laboratory
ABMG Certified, Molecular Genetics

□ Genetic Counseling Recommended

CG032

TOTAL P.03

Morristown Memorial Hospital
100 Madison Avenue
Morristown, New Jersey 07960
Co-Directors: Craig A. Dise MD, PhD  Jory G. Magidson MD

```
Patient:    GROSSBAUM, MENDEL              Pat. id#:
Location:   AMADP--                        M.R.N.:    A00591460
Physician:  SILK, MORTON                   D.O.B.:                Age: 24   Sex: M
Copy To:    SILK, MORTON                   Admitted: 02/23/04
Order Comm:
```

---

| TEST | ABN | RESULT | REF. RANGE | UNITS |
|------|-----|--------|-----------|-------|

```
Order Id          : 62232081              FINAL
Date&Time Collected: 02/23/04 13:51       Date&Time Received: 02/23/04 13:51
```

R e f e r e n c e   L a b o r a t o r y   T e s t i n g

Cystic Fibrosis DNA          *see note
 Test performed by Quest Labs.
CYSTIC FIBROSIS

RESULT:  HETEROZYGOUS POSITIVE FOR THE DELTA F508
MUTATION

DNA testing indicates this individual has one
mutation in the cystic fibrosis (CF) gene,
consistent with being an unaffected CF
carrier. This specimen is negative for the
other CF gene mutations tested.

This result does not rule out CF. The risk to
have another CF mutation other than the ones tested
depends greatly on family and clinical history as well
as ethnicity.  Furthermore, many men with an
infertility problem known as congenital bilateral
absence of the vas deferens (CBAVD) may only have
one copy of a CF mutation. Consider genetic
counseling and CF DNA testing for at-risk family
members and reproductive partners.

This individual is negative for the 5T allele in
intron 8 of the CFTR gene.

Nicholas M. Brown, Ph.D.
Director, Molecular Genetics

The twenty-five mutations analyzed in this test
(A455E, Delta I507, Delta F508, G542X, G551D,
R553X, R560T, 1717-1 G>A, R1162X, 3659delC,
N1303K, W1282X, R334W, R347P, 1078delT,

c o n t i n u e d   o n   n e x t   p a g e

*-new results
Patient:   GROSSBAUM, MENDEL  Location: AMADP - -        M.R.N: A00591460
              KEY: L-LOW, H-HIGH, AB-ABNORMAL, C-CRITICAL
                         LABORATORY REPORT
Printed: 03/04/2004 11:11 by SSANT                        PAGE: 1 of 3

CG033

Atlantic Health System
100 Madison Avenue
Morristown, New Jersey 07960
Co-Directors: Craig A. Dise MD, PhD  Jory G. Magidson MD

Patient:    GROSSBAUM, MENDEL          Pat. id#:
Location:   AMADP--                     M.R.N.:   A00591460
Physician:  SILK, MORTON               D.O.B.                Age: 24  Sex: M
Copy To:    SILK, MORTON               Admitted: 02/23/04
Order Comm:

| TEST | ABN RESULT | REF. RANGE | UNITS |
|------|-----------|-----------|-------|

Order Id          : 62232081           FINAL
Date&Time Collected: 02/23/04 13:51    Date&Time Received: 02/23/04 13:51
                        c o n t i n u e d

        R e f e r e n c e  L a b o r a t o r y  T e s t i n g
R117H, 621+1 G>T, 2789+5 G>A, 3849+10kb C>T, G85E,
711+1 G>T, 3120+1 G>A, I148T, 1898+1 G>A,
2184delA) comprise approximately 90% of the
CF mutations found in non-Hispanic Caucasians, 97%
in Ashkenazi-Jewish individuals, 69% in
African-Americans, and 57% in Hispanics.  There is
insufficient data on the sensitivity of this assay
in Asian-Americans.  This includes all twenty-five
core mutations recommended by the American College
of Obstetricians and Gynecologists (ACOG) and the
American College of Medical Genetics (ACMG) for
population-based CF carrier screening. While some
assay platforms may detect rare mutations not
included in the standard ACOG/ACMG panel, these
mutations are not reported due to lack of consensus
by ACOG/ACMG.  Analysis of the 5T/7T/9T polymorphism
in intron 8 of the CFTR gene is included in all
studies. Testing for the I506V and I507V polymorphisms
is performed only if homozygous Delta F508 or Delta
I507 mutation is detected.

These mutations are detected by amplification of
specific CFTR gene regions by polymerase chain
reaction (PCR) followed by oligonucleotide
ligation assay (OLA) and detection of fluorescent
reaction products by automated capillary
electrophoresis.  Since genetic variation and other
factors can affect the accuracy of direct mutation
testing, the results of this testing should always be
interpreted in light of clinical and familial data.

For assistance with interpretation of these
results, please contact your local Quest
                c o n t i n u e d  o n  n e x t  p a g e
*-new results
Patient:    GROSSBAUM, MENDEL  Location: AMADP - -          M.R.N: A00591460
            KEY: L-LOW, H-HIGH, AB-ABNORMAL, C-CRITICAL
                    LABORATORY REPORT
Printed: 03/04/2004 11:11 by SSANT                          PAGE: 2 of 3

CG034

tic Health Systems
00 Madison Avenue
Morristown, New Jersey 07960
Co-Directors:  Craig A. Dise MD, PhD  Jory G. Magidson MD

Patient:   GROSSBAUM, MENDEL          Pat. id#:
  cation:  AMADP--                    M. R. N. :   A00591460
.ysician:  SILK, MORTON               D. O. B. :                 Age: 24  Sex: M
Copy To:   SILK, MORTON               Admitted: 02/23/04
Order Comm:

| TEST | ABN | RESULT | REF. RANGE | UNITS |
|------|-----|--------|-----------|-------|

Order Id        : 62232081          FINAL
Date&Time Collected: 02/23/04 13:5i    Date&Time Received: 02/23/04 13:51
                         c o n t i n u e d

          R e f e r e n c e   L a b o r a t o r y . T e s t i n g
  Diagnostics genetic counselor or call
  1-866-GENEINFO (436-3463).

  This test is performed pursuant to a license
  agreement with Celera Diagnostics.

  This test was developed and its performance
  characteristics determined by Quest Diagnostics
  Nichols Institute, Chantilly, VA.  It has not
  been cleared or approved by the U. S. Food and
  Drug Administration.  The FDA has determined
  that such clearance or approval is not
  necessary.  Performance characteristics refer
  to the analytical performance of the test.

                    This test was performed at:
                    Quest Diagnostics Nichols Institute Chantilly
                    14225 Newbrook Drive
                    P. O. Box 10841
                    Chantilly, VA 20153

*-new results
Patient:    GROSSBAUM, MENDEL  Location: AMADP - -        M. R. N: A00591460
               KEY: L-LOW, H-HIGH, AB-ABNORMAL, C-CRITICAL
                          LABORATORY REPORT
Printed: 03/04/2004 11:11 by SSANT                         PAGE: 3 of 3

CG035

**Dr. Frederick L. Licciardi MD**

Date Called: 2/4/04          Appointment Date: _____ Time: _____

Referred by: Rabbi Jacobowitz (Morgenstern

Name: Chaya Rochel Grossbaum          DOB:

Partner: Menachem Grossbaum          DOB: _____

Partner Wk#: _____          _____

Address: _____

_____ Brooklyn, NY 11213 _____

Home Phone #: _____     Work Phone #: _____

Reason for appointment: ___ IVF ___     Both CF Carrier

Insurance coverage: ___ Oxford ___

Medical Records: _____     FSH: has done _____ will do _____

HSG: _____

Price quoted: $450 _____

Patient info form faxed/mailed to: _____

Will forward CF Results

Wife will have CF results sent
husband to be retested due to
not being able to get recds

**Date:** Mon, 22 Mar 2004 14:34:09 -0500
**From:** Mark Hughes <mrhughes@GenesisGenetics.org>
**To:** griolf01@med.nyu.edu
**Reply-to:** pgd@GenesisGenetics.org
**Subject:** Morgenstern-Grossbaum.CF10+11.NYU.2004#316

We could do PGD for this patient whenever you wish to set it up.
BUT....
We need blood and we need them to call for their phone consultation.

313-544-4006.

Dr Hughes.

appt 3/25/04 @ 12pm

**CG037**



New York University
Program for InVitro Fertilization
Reproductive Surgery and Infertility

Name: Grossbaum-Morgenstein, Chaya

## PROGRESS NOTES

3/3/04 Patient and family member attended orientation and medication reconstitution class. Protocol reviewed. Protocol reviewed. All questions address and answered. Pt verbalized understanding of protocol. Consent forms were taken home for review and husband's signature. Pt was told about the importance of having consents in chart before start date. Pt reassured me that consents would be in chart before start date. —————— Kay Binni

4/1/04 L/M @ home reminding of about consent forms which need to be in chart as well as pt standing bloods and husband's semen analysis report. ———— JK Binni

4/2/04 L/M on cell phone reinforcing the need for outstanding labs to be done before start date. ———— Kay Binni

5/11/0? Appt c̄ pt Dr. Hyer ready q of ? weekly call on day 1 g̃ Fort menses. ———— JK m—

# NYU School of Medicine
## Program For IVF Andrology Laboratory

660 First Avenue, 5th Fl.                    Routine Semen Analysis: _____

New York, NY 10016                          IVF Semen Analysis: _____ / _____

Patient's Name: _____Grossbaum, Menachem M_____

Spouse's Name: _____Grossbaum, Chaya R._____

Physician's Name: ___Dr Licciardi_____    Date: __4/29/2004____

| | Semen Analysis 1 | Semen Analysis 2 | IUI/ Sperm Prep |
|---|---|---|---|
| Time Specimen collected: | | | |
| Time Specimen received: | | | |
| Time Specimen analyzed: 5:00 PM | | | |
| Lab Accession ID# | 200410609 | | |
| Volume (cc) Normal ≥ 2.0 cc) | 5.8 | | |
| Appearance (greyish, white / opaque) | | | |
| Viscosity (1-Normal, 2-Moderate, 3-High) | | | |
| pH ≥ 7.2 | 8.0 | | |
| Count (10^6 / cc) (≥ 20 x 10^6 / cc) | | | |
| % Motility (≥50%) | 63% | | |
| Grade of Forward Progression (≥2+) | | | |
| PMN count (<1.0 x 10^6/cc) | 0.01×10^6 | | |
| Agglutination ( None ) | None | | |
| Fructose Test: Positive, Negative, or N/A | N/A | | |
| Indicate if present: (extracellular debris, other) | | | |
| % Normal oval forms(normal is defined as ≥ 14% Normal Oval heads) | | | |
| % Large Head(s) | 1 | | |
| % Small Head(s) | 2 | | |
| % Irregular Head(s) | | | |
| % Tapered Head(s) | | | |
| % Blunted Tail(s) | | | |
| % Coiled Tail(s) | | | |
| % Cytoplasmic Droplet(s) | 1 | | |
| % Duplicate Head(s) | 6 | | |
| % Duplicate Tail(s) | 3 | | |

**Interpretation:**
**Abstinence:** 2 day/1

SUITABLE FOR IVF (Note LOW % Normal Oval forms)

Lab Tech Init. _____  lab Supervisor Init. _____  Lab Director Init. _____      **CG039**

(Ref: W.H.O. Lab Manual for the Examination of Human Semen. Cambridge Press 1999, 4th ed.
564 NYU/MC 12/03

**genzyme**
Genetics

# Cystic Fibrosis Mutation Analysis

**Patient Name:** Grossbaum-Morgenstern, Chaya Rochel
**Referring Physician:** Frederick L. Licciardi, M.D.
**Specimen #:**                                    **Client #:**
**Patient ID:**                                    **Case #:**

DOB:                    Date Collected: 04/19/2004
Sex: F                  Date Received: 04/20/2004
SSN:                    Lab ID:
                        Hospital ID:
                        Specimen Type: **BLDPER**

Program for IVF (Non-Donor)
New York University Medical Center
660 1st Avenue
5th Floor
New York NY 10016

**Ethnicity:** Ashkenazi Jewish

**Indication:** Carrier test / No family history

**RESULTS: POSITIVE** for one copy of the G542X mutation

| INTERPRETATION |
|---|
| This individual is a carrier of CF. |

**COMMENTS:**

Genetic counseling is recommended to discuss the potential clinical and/or reproductive implications of this result, as well as recommendations for testing other family members and, when applicable, this individual's partner.

| Mutation Detection Rates among Ethnic Groups | Detection rates are based on mutation frequencies in patients affected with cystic fibrosis. Among individuals with an atypical or mild presentation (e.g. congenital absence of the vas deferens, pancreatitis) detection rates may vary from those provided here. | |
|---|---|---|
| **Ethnicity** | **Detection rate** | **References** |
| Caucasian | 92.6% | Genet in Med 3:168, 2001 in conjunction with Genet in Med 4:90, 2002 |
| African American | 81% | Genet in Med 3:168, 2001 |
| Hispanic | 72% | Genet in Med 3:168, 2001 |
| Ashkenazi Jewish | 97% | Am J Hum Genet 51:951, 1994 |
| Jewish, non-Ashkenazi | Varies by country of origin | Genet Testing 5:47, 2001, Genet Testing, 1:35, 1997 |
| Asian | Not Provided | Insufficient data |
| Other or Mixed Ethnicity | Not Provided | Detection rate not determined and varies with ethnicity |

This interpretation is based on the clinical information provided and the current understanding of the molecular genetics of this condition. Although DNA-based testing is highly accurate, rare diagnostic errors may occur. Examples include misinterpretation because of genetic variants, blood transfusion, bone marrow transplantation, or erroneous representation of family relationships or contamination of a fetal sample with maternal cells.

**METHOD**

DNA is isolated from the sample and tested for the 86 CF mutations listed. Regions of the CFTR gene are amplified enzymatically and hybridized to specific CF mutation oligonucleotide probes. Results are characterized as positive or negative, and specimens with positive results are tested for specific mutation identity. The assay discriminates between $\Delta$F508 and the following polymorphisms: F508C, I506V, I506M and I507V.

Under the direction of:        *Ruth A. Heim*

Ruth A. Heim, Ph. D.

**CG040**

Date: 04/30/2004

Page 1 of 1

Testing Performed At Genzyme Genetics 3400 Computer Drive Westborough, MA 01581  1-800-255-7357

**genzyme**
GENETICS

# Cystic Fibrosis Mutation Analysis

**Patient Name:** Grossbaum-Morgenstern, Chaya Rochel
**Referring Physician:** Frederick L. Licciardi, M.D.
**Specimen #:**                                    **Client #:**
**Patient ID:**                                      **Case #:**

DOB:                          Date Collected: 04/19/2004
Sex: F                        Date Received: 04/20/2004
SSN:                          Lab ID:
                              Hospital ID:
                              Specimen Type: **BLDPER**

Program for IVF (Non-Donor)
New York University Medical Center
660 1st Avenue
5th Floor
New York NY 10016

**Ethnicity:** Ashkenazi Jewish

**Indication:** Carrier test / No family history

**RESULTS: POSITIVE for one copy of the G542X mutation**

| INTERPRETATION |
|---|
| This individual is a carrier of CF. |

**COMMENTS:**

Genetic counseling is recommended to discuss the potential clinical and/or reproductive implications of this result, as well as recommendations for testing other family members and, when applicable, this individual's partner.

| Mutation Detection Rates among Ethnic Groups | Detection rates are based on mutation frequencies in patients affected with cystic fibrosis. Among individuals with an atypical or mild presentation (e.g. congenital absence of the vas deferens, pancreatitis) detection rates may vary from those provided here. | |
|---|---|---|
| **Ethnicity** | **Detection rate** | **References** |
| Caucasian | 92.6% | Genet in Med 3 168, 2001 in conjunction with Genet in Med 4:90, 2002 |
| African American | 81% | Genet in Med 3 168, 2001 |
| Hispanic | 72% | Genet in Med 3:168, 2001 |
| Ashkenazi Jewish | 97% | Am J Hum Genet 51:951, 1994 |
| Jewish, non-Ashkenazi | Varies by country of origin | Genet Testing 5:47, 2001, Genet Testing, 1:35, 1997 |
| Asian | Not Provided | Insufficient data |
| Other or Mixed Ethnicity | Not Provided | Detection rate not determined and varies with ethnicity |

This interpretation is based on the clinical information provided and the current understanding of the molecular genetics of this condition. Although DNA-based testing is highly accurate, rare diagnostic errors may occur. Examples include misinterpretation because of genetic variants, blood transfusion, bone marrow transplantation, or erroneous representation of family relationships or contamination of a fetal sample with maternal cells.

**METHOD**

DNA is isolated from the sample and tested for the 86 CF mutations listed. Regions of the CFTR gene are amplified enzymatically and hybridized to specific CF mutation oligonucleotide probes. Results are characterized as positive or negative, and specimens with positive results are tested for specific mutation identity. The assay discriminates between ΔF508 and the following polymorphisms: F508C, I506V, I506M and I507V.

Under the direction of:   *Ruth A. Heim*

Ruth A. Heim, Ph. D.

Testing Performed At Genzyme Genetics 3400 Computer Drive Westborough, MA 01581 1-800-255-7357

Date: 04/30/2004

Page 1 of 1

CG041

| MUTATIONS ANALYZED | | | |
|---|---|---|---|
| ΔF508 | R334W | 2183delAA>G | M1101K |
| ΔI507 | R347H | 2184delA | Q359K/T360K |
| A455E | R347P | 2789+5G>A | Q552X |
| A559T | R352Q | 2869insG | R1066C |
| C524X | R553X | 3120+1G>A | S1251N |
| E60X | R560T | 3120G>A | L206W |
| G178R | S1196X | 3659delC | 394delTT |
| G330X | S1255X | 3662delA | T338I |
| G542X | S364P | 3791delC | R117C |
| G551D | S549N | 3821delT | G480C |
| G85E | S549R | 3849+10kbC>T | ΔF311 |
| 2307insA | V520F | 3849+4A>G | D1152H |
| I148T | W1089X | 3905insT | 712-1G>T |
| K710X | W1282X | 405+1G>A | 1161delC |
| N1303K | Y1092X | 444delA | 405+3A>C |
| P574H | Y563D | 574delA | 2143delT |
| Q1238X | 1078delT | 621+1G>T | 1898+5G>T |
| Q493X | 1677delTA | 711+1G>T | 1949del84 |
| Q890X | 1717-1G>A | 1609delCA | 3876delA |
| R1158X | 1812-1G>A | R1283M | 711+5G>A |
| R1162X | 1898+1G>A | G91R | |
| R117H | 2043delG | S549I | |

This test was developed and its performance characteristics determined by Genzyme Genetics. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. The laboratory is regulated under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical testing.

CG042

**Quest Diagnostics** ®

PATIENT INFORMATION

**GROSSBAUM-MORGENSTEN,CHAYA RAC**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.631.1390

DOB:  AGE: 23
GENDER: F
SS:
ID:
PHONE:

ORDERING PHYSICIAN
**LICCIARDI, FRED**

CLIENT INFORMATION
T22494  10270350
NYUMC PIVF
660 FIRST AVENUE
NEW YORK, NY  10016-3295

SPECIMEN INFORMATION
SPECIMEN: 33032908
REQUISITION: A02615025743A

COLLECTED:  04/19/2004  08:50
RECEIVED:  04/20/2004  00:52
REPORTED:  04/20/2004  13:51

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HIV-1/HIV-2 AB SCR W/RFX | | | | TBR |
|   HIV-1 & HIV-2 AB | Nonreactive | | Nonreactive | |
|   See footnote  1 | | | | |

**FOOTNOTE(S):**
1
  Government regulations require the assurance of patient confidentiality.

**PERFORMING LABORATORY INFORMATION:**
TBR  Quest Diagnostics One Malcolm Avenue Teterboro NJ 07608 Laboratory Director: William E. Tarr, M.D.
  CLIA No: 31D0696246

GROSSBAUM-MORGENSTEN,CHAYA RAC - 33032908  Page 1 - End of Report

**CG043**

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. QD20300-NTL Revised 11/01, SC2K - 11550

Case 2:07-cv-01359-ES-CLW   Document 110-3   Filed 01/20/11   Page 46 of 47 PageID: 1434

## View/Reply to Note Thread 

### Family: Morgenstein-Grossbaum.M/C

Ongoing Info
**By:** Shannon Wiltse
**Description:** Follistem planned for 7/6/04                                   2004-05-23 21:58:16
**Activity Cycle:**
**Note Body:**

## Your Reply Here

| | |
|---|---|
| **Title:** | RE: Ongoing Info |
| **Description:** | |
| **Activity Cycle:** | |
| **Note Body:** | |
| **Attach File:** | [                    ]  Browse... |

☐  Keep this note visible as my current working note

[ Reply ]    [ Close ]

**CG044**

Case 2:07-cv-01359-ES-CLW   Document 110-3   Filed 01/20/11   Page 47 of 47 PageID: 1435

**Date:** Tue, 11 May 2004 08:44:29 -0400
**From:** Mark Hughes <pgd@GenesisGenetics.org>
**To:** griolf01@med.nyu.edu
**Reply-to:** pgd@GenesisGenetics.org
**Subject:** RE: Morgenstern-Grossbaum.CF10+11.NYU.2004#316

Yes-
Just remember that we are closed from June 27-July 11, so last day for
biopsy is June 25th.
Other than that, we're set.
Let us know when you think retrieval might be.
Thx


-----Original Message-----
From: griolf01@med.nyu.edu [mailto:griolf01@med.nyu.edu]
Sent: Monday, May 10, 2004 4:43 PM
To: pgd@genesisgenetics.org
Subject: Fwd: Morgenstern-Grossbaum.CF10+11.NYU.2004#316


good afternoon dr hughes
imelda would like to know if they are ready
to start
please advise
thanks


-------------------------------------------------
This mail sent through IMP: http://horde.org/imp/

CG045