# PART II

# PLAINTIFFS' EXHIBITS

EXHIBIT 6

Grossbaum v.
Genesis Genetics

Mark Hughes, M.D.
February 19, 2009

---

Page 1

[1]          UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
[2]
                       CASE NO. 07-CV-1359 (HAA)
[3]  CHAYA GROSSBAUM and
     MENACHEM GROSSBAUM, her
[4]  spouse, individually and as      DEPOSITION UPON ORAL
     guardians ad litem of the        EXAMINATION OF:
[5]  infant ROSIE GROSSBAUM,          MARK R. HUGHES, M.D.

[6]          Plaintiffs,
[7]  vs.
[8]  GENESIS GENETICS INSTITUTE, LLC,
     of the State of Michigan,
     MARK R. HUGHES, NEW YORK
[9]  UNIVERSITY SCHOOL OF MEDICINE
     and NEW YORK UNIVERSITY HOSPITAL
[10] CENTER, both corporations in the
     State of New York, ABC CORPS,
[11] 1-10, and JOHN DOES 1-10

[12]         Defendants.
[13] - - - - - - - - - - - - - - - - x
[14]
[15]      TRANSCRIPT of the deposition of the witness,
[16] called for Oral Examination in the above-captioned
     matter, said deposition being taken pursuant to Notice,
[17] taken by and before KATHLEEN HAGEN, a Notary Public and
     Certified Shorthand Reporter of the State of New
[18] Jersey, at the law offices of NUSBAUM, STEIN,
     GOLDSTEIN, BRONSTEIN & KRON, P.A., 20 Commerce
[19] Boulevard, Succasunna, New Jersey, on Thursday,
     February 19, 2009, commencing at 10:30 a.m.
[20]
                 PHILIP A. FISHMAN
[21]           COURT REPORTING AGENCY
                 89 Headquarters Plaza
[22]          4 Speedwell Avenue, Suite 440
               Morristown, New Jersey   07960
[23]                (973) 285-5331
                   Fax (732) 605-9391
[24]
[25]

---

Page 2

[1]  A P P E A R A N C E S :
[2]  NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON, P.A.
     By:  Lewis Stein, Esq. and Lynn Harris, Paralegal
[3]  20 Commerce Boulevard
     Succasunna, New Jersey   07676
[4]  (973) 584-1400
     Appearing on behalf of Plaintiffs
[5]
     STEPHEN N. LEUCHTMAN, P.C.
[6]  23855 Northwestern Highway
     Southfield, Michigan   48075
[7]  (248) 948-9696, Ext. 143
     Appearing on behalf of Defendant, Mark R. Hughes, M.D.
[8]
     MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, ESQS.
[9]  By:  Jay A. Hamad, Esq.
     425 Eagle Rock Ave., Suite 302
[10] Roseland, New Jersey   07068
     (973) 618-4158
[11] jahamad@mdwcg.com
     Appearing on behalf of Defendant, NYU
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

---

Page 3

[1]                         INDEX
[2]  WITNESS                    DIRECT    CROSS    REDIRECT
[3]  MARK R. HUGHES, M.D., PhD
     By Mr. Stein                  4                 63
[4]  By Mr. Hamad                          61
[5]
[6]
[7]
[8]
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

---

Direct - Mark R. Hughes, M.D., Ph.D.                    Page 4

[1]  M-A-R-K  R.  H-U-G-H-E-S, M.D., Ph.D., having offices
[2]  at Genesis Genetics Institute, LLC, 5555 Conner Avenue,
[3]  A22064, Detroit, Michigan, 48213, called as a witness,
[4]  having been duly sworn, was examined and testified as
[5]  follows:
[6]       DIRECT EXAMINATION BY MR. STEIN:
[7]  Q  Dr. Hughes, as you know, we're here to
[8]  take your deposition.  I take it that you have
[9]  previously submitted to a deposition?
[10] A  Yes.
[11] Q  About how many occasions?
[12] A  Twice.
[13] Q  Well, before I ask you about those,
[14] permit me to give you some guidelines and instructions,
[15] which we should operate under during this question and
[16] answer session.  First, I should tell you that my
[17] questions and your answers are being recorded by the
[18] lady who sits to my right and your left, who is a
[19] Certified Shorthand Reporter, and if this case goes to
[20] trial, what you say here may be used at trial, so you
[21] should treat this question and answer session with the
[22] same onus as if you were giving testimony in open
[23] court, even though we're here in the law office.  Do
[24] you understand that?
[25] A  Um-hum, I do.

---

Grossbaum v.
Genesis Genetics

Mark Hughes, M.D.
February 19, 2009

---

Direct - Mark R. Hughes, M.D., Ph.D.                    Page 17

[1] Texas at this time, is that right?
[2] A  It's in some limbo state of some type, I don't
[3] know what it's actually called.  I have to continue to
[4] do CME credits, which I wasn't doing, so they put me in
[5] some inactive state of some type.
[6] Q  And you have not sought licensure in any
[7] other state, is that correct?
[8] A  That's correct.
[9] Q  Well, has your laboratory been referred
[10] for analysis of genetic materials from NYU, prior to
[11] the time of the Grossbaum family?
[12] A  Many times.
[13] Q  Can you give me some indication of the
[14] number, approximately?
[15] A  Certainly 50.
[16] Q  Over what period of time?
[17] A  I don't remember when it started, but through
[18] now.
[19] Q  Okay.  And when you estimate 50, are you
[20] estimating it 50, including right up to the present
[21] time?
[22] A  Yes.
[23] Q  Other than the Grossbaums, are you aware
[24] of any other laboratory studies that you did, that
[25] resulted in a CF baby being born to a couple?

---

Direct - Mark R. Hughes, M.D., Ph.D.                    Page 18

[1] A  Yes.
[2] Q  On how many occasions?
[3] A  Four.
[4] Q  Can you tell me when the most recent
[5] occasion was?
[6] A  No, I don't remember the date.
[7] Q  Have any of those four occasions occurred
[8] since the Grossbaum baby was born?
[9] A  Yes.
[10] Q  Can you tell me how many of those four
[11] occurred since the Grossbaum baby was born?
[12] A  One, I think, I'm pretty sure.
[13] Q  Okay.  And the Grossbaum baby is one, and
[14] are you suggesting that there were two others, prior to
[15] the Grossbaum baby being born?
[16] A  I believe so, yes.
[17] Q  Okay.  Now, other than these four, I take
[18] it that -- withdraw the question.
[19]     I take it that the work of doing PGD testing has
[20] taken place, in your experience, since the date that
[21] you opened Genesis Genetics, when you left Georgetown,
[22] is that right?
[23] A  Oh, it's been going on since I invented the
[24] technology, 19 years ago.
[25] Q  Okay.  And how many babies have come to

---

Direct - Mark R. Hughes, M.D., Ph.D.                    Page 19

[1] your attention as being born with cystic fibrosis, that
[2] you did PGD testing on?
[3] A  Four, I believe.
[4] Q  And these four are the four you mentioned?
[5] A  Yes.
[6] Q  And how many babies would you say you
[7] tested for cystic fibrosis mutations, in doing PGD
[8] testing, in total, over the time that you've been doing
[9] this work?
[10] A  I do not know, but over 1000.
[11] Q  Is there a particular ethnic group of
[12] people who have a higher incidence of cystic fibrosis
[13] mutations than others?
[14] A  Caucasions.
[15] Q  Now, it's reported that the testing for
[16] the screening testing for the CSF gene is 97 percent
[17] effective within Ashkanazi Jews, is that correct?
[18] A  Well, it's variable, depending on who's doing
[19] the testing and how many different mutations they're
[20] testing for, unless you actually sequence the gene
[21] entirely, you can't have a perfect test, and even then,
[22] you don't have a perfect test, but you reduce that
[23] percentage closer and closer to zero risk of having a
[24] mutation, the more mutations you test for.  So some
[25] laboratories test for 20, some test for 40, some test

---

Direct - Mark R. Hughes, M.D., Ph.D.                    Page 20

[1] for 90, it depends on where the sample is sent.
[2] Q  Okay.
[3] A  Now, that's the risk of finding a mutation in
[4] the gene.  So I'll give you a little biology lesson.
[5] If you screen the woman, and you don't find a mutation
[6] with a test that has a 95 percent accuracy, and you
[7] screened the man, and you don't find a mutation that
[8] has that, has a 95 percent accuracy, then the chances
[9] that both of them have a mutation in the 5 percent
[10] become quite small, so their background risk goes from
[11] 1 in 25 that the general population of Caucasians have
[12] a cystic fibrosis mutation substantially less, so their
[13] risk of having a child with CF goes from 1 in 2500 to
[14] significantly less, but not zero.
[15] Q  Okay.  In connection with your work doing
[16] PGD testing, is the religious background of the subject
[17] parents ever taken into consideration?
[18] A  No, not at all.
[19] Q  And you don't solicit that information, is
[20] that correct?
[21] A  No, it's -- no, not at all.  In fact, I
[22] sometimes worry it would be illegal to start asking
[23] personal questions like that for a laboratory, so we
[24] don't.  The only time I find out if a patient, for
[25] example, is Jewish is that there's a large charity in

---

Direct - Mark R. Hughes, M.D., Ph.D.                    Page 33

[1] don't have their particular DNA?
[2] A   Yes, yes, we do.
[3] Q   You get the DNA weeks before?
[4] A   Oh, yes, sometimes months.
[5] Q   And that's based on the blood samples
[6] you're sent?
[7] A   Yes, or cheek swab samples now.
[8] Q   Good.  Were they blood samples back in
[9] 2004?
[10] A   Yes.
[11] Q   And then you -- from the blood samples,
[12] you ascertain the nature and character of their DNA,
[13] and then you use the formulas to the point that you
[14] can, and then you apply a trial and error method to
[15] design a test for this particular couple, is that what
[16] you're saying?
[17] A   That's correct.
[18] Q   Now, in your page 2 of your pre-case phone
[19] review, you mention that you have written, if you
[20] follow with me in the third sentence down on the page,
[21] and I quote, "You do not need PGD; remember, you can
[22] just get pregnant and have a prenatal test like CV or
[23] amnio, there are great OB's that do it in New York who
[24] could do this for you."
[25] A   The docs, d-o-c-s, doctors.

Direct - Mark R. Hughes, M.D., Ph.D.                    Page 34

[1] Q   Do you recall telling that to the
[2] Grossbaums?
[3] A   I don't personally recall saying it, but I'm
[4] sure I did.
[5] Q   Okay.  And did you inquire of them, at
[6] that time, whether they had any problem with amnio or
[7] CVS?
[8] A   There was no indication at any time that they
[9] had a problem with CVS or amniocentesis, because if
[10] they had said they wouldn't do that, I wouldn't have
[11] taken their case, and NYU knows that, and so do all the
[12] programs, we -- we must -- we must be monitoring the
[13] integrity of this complicated technology more
[14] frequently than every 9 months.  If a couple says to
[15] me, How reliable is what you're doing?  And I say,
[16] Well, pretty good, but we haven't looked for 9 months,
[17] that's not very reassuring, so from the beginning of
[18] this research project, we have always required that a
[19] follow-up prenatal test be performed, and if the
[20] patient doesn't want to do that, that's fine, because
[21] we can't take care of them.
[22] Q   Well, I'm sure, in the course of your
[23] experience, people have told you that -- well, withdraw
[24] that.
[25]     The purpose of doing a CVS or amnio is to

Direct - Mark R. Hughes, M.D., Ph.D.                    Page 35

[1] facilitate aborting a CF baby, is that true?
[2] A   No.
[3]     MR. HAMAD:  Objection to form.
[4] Q   Well, what would be the purpose of doing
[5] an amnio and CVS test?
[6] A   To find out the integrity of the single cell
[7] testing that we're doing on this project.  As a
[8] scientist, we have to be monitoring this.  If we
[9] didn't, we would be -- it would be not scientific, and
[10] it would certainly be unethical.
[11] Q   So from your point of view, doing the CVS
[12] testing or the amnio testing of the fetus is purely for
[13] the scientific confirmation of the validity of your PGD
[14] test?
[15]     MR. HAMAD:  Objection.  Mischaracterizing
[16]     the prior testimony.
[17] Q   Do you understand the question?
[18] A   There are many reasons to having a prenatal
[19] test.  It's state of the art medical care of
[20] obstetrics, and we want to monitor the quality of our
[21] data, knowing that it isn't perfect.  And we need to
[22] monitor it frequently, and the most frequent we can do
[23] it is at a CVS or an amniocentesis stage, so that's
[24] when we require the testing to be done.  What you do
[25] with the information from an amnio or CVS is completely

Direct - Mark R. Hughes, M.D., Ph.D.                    Page 36

[1] up to you, of course, but the test itself has to be
[2] performed, we have it in our informed consents, we talk
[3] about it -- we mention it, and I got no indication I
[4] would have written it down, and I would not have taken
[5] this case.
[6] Q   There are from -- aside from the
[7] scientific need for PGD testing validation, the people
[8] involved would see the rationale for that, to determine
[9] whether they want to continue to give birth to a CV --
[10] to a cystic fibrosis baby, wouldn't that be your
[11] expectation?
[12]     MR. LEUCHTMAN:  I object to the form of
[13]     the question.
[14]     MR. HAMAD:  I join in that objection.
[15]     MR. LEUCHTMAN:  Vague, ambiguous, and
[16]     speculative.
[17]     MR. HAMAD:  I join in that objection.
[18] Q   Do you understand the question?
[19] A   Please repeat it.
[20]     MR. LEUCHTMAN:  Better yet, rephrase it.
[21] Q   When you say you require this testing by
[22] the CV and amnio testing by the mother of the fetus, do
[23] you have a discussion that the purpose of your
[24] requirement is for -- solely for PGD testing
[25] validation?

Mark Hughes, M.D.
February 19, 2009

Grossbaum v.
Genesis Genetics

[1]        MR. LEUCHTMAN:  Wait, wait, wait.  Before
[2]    you answer it, I'm going to object to the form
[3]    of question, mischaracterizing previous
[4]    testimony.  I don't think he has said that
[5]    integrity of test results is the sole purpose of
[6]    amnio or CVS.  He has said, in fact, although he
[7]    hasn't been interrogated about what the other
[8]    factors are, that it's multi-factorial, that
[9]    there are a number of reasons why he does it or
[10]    has that requirement, so the sole aspect of that
[11]    question mischaracterizes the testimony.
[12]  Q   Well, let me ask you this.  What are the
[13]    other reasons that you require amnio and CV testing,
[14]    besides scientific validation of PGD testing?
[15]        MR. HAMAD:  Objection.  I think he also
[16]    gave another reason, besides scientific
[17]    validation of testing.
[18]  Q   I'm asking, what are they?
[19]  A   From my personal perspective of this project,
[20]    that's the only reason, but a clinician might have an
[21]    instruction with the patient about other reasons why
[22]    this might be a good idea, as a chromosome abnormality,
[23]    because of all kinds of other things that you can find
[24]    with those sorts of tests, you can have the right
[25]    doctors present at the time of delivery, if there's a

[1]    problem that you can head off at the pass, but from a
[2]    laboratory perspective, our requirement is in order to
[3]    monitor the data and it's a prerequisite of enrolling
[4]    in the program.
[5]  Q   Is there any form that you provide the
[6]    family, in which they sign to agree to do this as a
[7]    condition of your doing the testing?
[8]        MR. LEUCHTMAN:  Do what, undergo amnio or
[9]    CVS?
[10]  Q   Right.
[11]  A   Well, we talk about the fact that it's
[12]    necessary, and there's an informed written consent that
[13]    has it in there, and they sign the consent, and most
[14]    patients don't ever bring it up as an issue, so it's
[15]    just mentioned that you have to have it, and I'm
[16]    assuming they're being honest and not deceptive.  I
[17]    mean, I'm halfway across the country talking to a
[18]    patient that I wouldn't have to talk to, we go the
[19]    extra mile in our laboratory to try to make sure that
[20]    everything is on queue, and if a couple is going to be
[21]    deceptive and dishonest with me, or dishonest, I don't
[22]    know which, it's not my position to know, we just
[23]    simply are very polite, but we tell them, I'm sorry, we
[24]    can't take care of you.
[25]  Q   Overall, aside from the limitation of CF

[1]    mutations in your -- in the entire spectrum of your
[2]    testing, how many cases have you had where there was a
[3]    misdiagnosis through PGD testing?
[4]  A   There's -- we're not sure about one, so they're
[5]    either 12 or 13 over the course of 15 years.  We
[6]    thought there was 14, but it turns out we could prove a
[7]    couple got pregnant on their own, so it didn't count,
[8]    so it was an error or at least it looked like an error,
[9]    but in DNA technology, we can do a DNA fingerprint on
[10]    an embryo when we do the test so we know which embryo
[11]    made the baby, and we know that the right one was put
[12]    in, and we know that the baby that they've got wasn't
[13]    any of the embryos that they had in the incubator, but
[14]    that's happened in the last four or five years of
[15]    technology development.  Back in 2003-4, that wasn't
[16]    available yet.
[17]  Q   Turning to page 3, there is a line about
[18]    two-thirds of the way down the page that starts, "Need
[19]    to follow up with CV and amnio".  Do you see that line?
[20]  A   Um-hum.
[21]  Q   There is a circle on that line that has
[22]    some letters inside.  Can you tell us what those
[23]    letters are?
[24]  A   That says "Evans".
[25]  Q   What is that, a name?

[1]  A   Yes, that's a doctor in New York City who is
[2]    world renowned at CFS and amnios, who has the lowest
[3]    what -- well, he's as good as it gets, and I don't
[4]    remember why I put that in there, but probably, I was
[5]    going to recommend, once they're pregnant, that they go
[6]    see him, but I don't know why, he's the person I would
[7]    want them to see.  I send other families to them, as
[8]    well, but in a place like NYU, they have their own
[9]    internal groups, and so that's probably why I have the
[10]    question mark, because they'll take care of it for the
[11]    family separate from me, but if they live in, you know,
[12]    some little town in Montana, I need to get them to the
[13]    right place, so I try to assist their genetic counselor
[14]    in doing that.
[15]  Q   Now, there's a page in your chart which
[16]    lists what appears to be the sequencing category
[17]    listing down with numbers 1 to 20 on the left-hand
[18]    side.  I'll show you the page I have reference to.
[19]  A   Okay.
[20]  Q   That looks to me a little bit like a diary
[21]    of the various activities that your laboratory will
[22]    undertake, from the point of view of initial inquiry
[23]    until the baby is born, is that correct?
[24]  A   Yeah, well, yeah, this has been a table that
[25]    we've had for a long time, we have found it is

Grossbaum v.
Genesis Genetics

Mark Hughes, M.D.
February 19, 2009

Direct - Mark R. Hughes, M.D., Ph.D.                                    Page 57

[1]   of Polymorphic Markers Flagging the CFTR Gene, A
[2]   General Approach for Pre-implantation, Genetic
[3]   Diagnosis of Cystic Fibrosis."
[4]   A   Okay.
[5]   Q   And do you recall being aware of that, at
[6]   the time you did the study for the Grossbaums?
[7]   A   I don't recall, no.
[8]   Q   Okay. Were you aware that that type of
[9]   testing was done at other laboratories, in the United
[10]  States?
[11]  A   We were all trying to do it, which is why I
[12]  wanted to have those embryos, so that we could set
[13]  genetic phase for the family, and do that. I'm sure
[14]  that's what I meant by this. See, in order to look at
[15]  polymorphic markers, you need to have some way to link
[16]  the marker to the mutation.
[17]  Q   Do you need certain equipment to do it?
[18]  A   No, we had the equipment to do it, but we needed
[19]  to have another sample, so you need a member of the
[20]  family. If this couple had a healthy child or if this
[21]  couple had an affected child or a sister or a brother
[22]  that were carriers that we could get a sample from, the
[23]  idea would be then to look at those markers and set
[24]  what's called "genetic phase" to determine whether the
[25]  marker -- which markers are linked to the mutation.

Direct - Mark R. Hughes, M.D., Ph.D.                                    Page 58

[1]   Q   That can't be done just with the specimens
[2]   received from the mother and father?
[3]   A   No, you can look at the markers, but they won't
[4]   mean anything.
[5]   Q   Okay.
[6]   A   But, you see, the point was that, if we could
[7]   get the embryos that were affected, the cystic fibrosis
[8]   from this couple, we now would have a sample that would
[9]   have the mutation or not have the mutation, based on
[10]  these data, based on the sequencing data, and we could
[11]  then do that kind of thing for this family, which would
[12]  be if they had to go through this another time, we
[13]  would then try to develop a better test, using those
[14]  genomic markers.
[15]  Q   On the same subject, were you aware of a
[16]  published article titled, "Improving Clinical
[17]  Pre-Implantation Genetic Diagnosis for Cystic Fibrosis
[18]  by Duplex PCR Using Two Polymorphic Markers or One
[19]  Polymorphic Marker in Combination with the Detection of
[20]  Delta F508 Mutation"?
[21]  A   I read lots of papers, we're perfectly aware of
[22]  all of that technology.
[23]  Q   That was by Dr. Goosens, G-o-o-s-e-n-s, at
[24]  the Center for Medical Genetics at the University
[25]  Hospital & Medical School of Brussels University, are

Direct - Mark R. Hughes, M.D., Ph.D.                                    Page 59

[1]   you familiar with that group?
[2]   A   Yes.
[3]         MR. HAMAD:  Can we have the journals, if
[4]   any, that these articles appeared in?  I think
[5]   you're referencing these articles.
[6]         MR. LEUCHTMAN:  Could we get copies of
[7]   them before we leave?
[8]         MR. STEIN:  sure.
[9]         MR. LEUCHTMAN:  Thank you. And what are
[10]  the dates of these articles?
[11]        MR. STEIN:  Well, the article out of
[12]  Brussels, Belgium is in Molecular Human
[13]  Reproduction, Copyright, European Society of the
[14]  Human Reproduction in Embryology, 2003; the
[15]  article out of Maastricht is copyrighted by the
[16]  Human -- it's in the Molecular Human
[17]  Reproduction, Volume 6, number 5, pages 391 to
[18]  396, and the year is 2000.
[19]  Q   Would that type of testing have reduced
[20]  the risk of misdiagnosis for these patients?
[21]  A   If the cause of the misdiagnosis was allele --
[22]  allele drop out, if that was the cause of the problem,
[23]  and if we had a sample that they would give us that
[24]  would allow us to use the technology, absolutely, it
[25]  would have helped, and we do that routinely now.

Direct - Mark R. Hughes, M.D., Ph.D.                                    Page 60

[1]   Q   Okay.
[2]   A   If we have a sample, many times, the couple --
[3]   there's no other family members that are available or
[4]   willing to give samples or the couple's keeping it
[5]   quiet from other members of the family or whatever, but
[6]   there's reasons why you can't get other samples.
[7]   Q   Well, did you try to get it from these,
[8]   this couple, the Grossbaums?
[9]   A   These technologies were not in routine clinical
[10]  care, at that time. We were doing them in an attempt
[11]  to bring them into our laboratory, because we agreed
[12]  that it looked like this would improve the technology,
[13]  and with every year, the technology improves, and to
[14]  measure what we would do in early 2004 with what we
[15]  could do in 2008 is not reasonable. We -- we would do
[16]  genotyping, we've been doing that kind of genotyping
[17]  for years, when you have the proper samples.
[18]  Q   Did you ask for the samples of the
[19]  Grossbaums?
[20]  A   I believe we did.
[21]  Q   And you didn't get them?
[22]  A   I believe, I believe they didn't want to give
[23]  them to us, but I can't be sure.
[24]  Q   Is there anything in your records to
[25]  document that?

# EXHIBIT 7

1

```
 1
 2   IN THE UNITED STATES DISTRICT COURT          11:00:35
     FOR THE DISTRICT OF NEW JERSEY
 3   ------------------------------------------- X
 4   CHAYA GROSSBAUM and MENCHEN
     GROSSBAUM, Her Spouse, Individually, and
 5   as Guardian ad litem of the Infant, ROSIE
     GROSSBAUM,
 6
                        Plaintiffs,
 7
 8     -against-            Index No. 07-CV-359
 9
     GENESIS GENETICS INSTITUTE, LLC,
10   OF THE STATE OF MICHIGAN, MARK R.
     HUGHES, M.D., NEW YORK UNIVERSITY
11   SCHOOL OF MEDICINE, and NEW YORK
     UNIVERSITY HOSPITALS CENTER, both
12   Corporations of the State of New York,
     ABC CORPORATIONS:  1-10 and John Doe
13
                        Defendants.
14   ------------------------------------------- X
15
                        132-26 Conduit Avenue
16                      Jamaica, New York
17                      May 4, 2010
                        10:30 a.m.
18
19
     DEPOSITION of CHARLES STROM, M.D., PhD.,
20   an expert witness on behalf of the Plaintiff
     herein, taken by the Defendants pursuant
21   to Article 31 of the Civil Practice Law and Rules
     of Testimony, and Notice, held at the
22   above-mentioned time and place before
     Valerie Cannata, Shorthand Reporter and
23   Notary Public of the State of New York.
24
25
```

**2**

```
 1
 2·                A P P E A R A N C E S
 3   NUSBAUM, STEIN, GOLDSTEIN
     BRONSTEIN & KRON, P.A.
 4       Attorneys for Plaintiffs
 5       20 Commerce Boulevard
         Succasunna, New Jersey  07876
 6
     BY:  LEWIS STEIN, ESQ.
 7   BY:  LYNN HARRISON, PARALEGAL
 8
 9   TROWBRIDGE LAW FIRM
         Attorneys for Defendants
10       Genesis Genetics Institute , LLC
         And Mark R. Hughes, M.D.
11
         1380 East Jefferson Avenue
12       Detroit, Michigan  48207
13   BY:  STEPHEN LEUCHTMAN, ESQ.
14
15   MARSHALL, DENNEHEY, WARNER
     COLEMAN & GOGGIN
16       Attorneys for Defendants
         New York University School of
17       Medicine and New York University
         Hospitals Center
18
         425 Eagle Rock Avenue, Suite 302
19       Roseland, New Jersey  07068
20   BY:  JAY A. HAMAD, ESQ.
21
22            A L S O   P R E S E N T
23
     WAYNE SALINE, VIDEOGRAPHER
24   VERITEXT, LLC
25   STANLEY DICKSON, GENESIS GENETICS
```

**3**

```
 1            S T I P U L A T I O N S
 2       IT IS HEREBY STIPULATED by and between
 3   the attorneys for the respective parties hereto that:
 4       All rights provided by the C.P.L.R. and Part 221 of the
 5   Uniform Rules for the Conduct of Depositions, including the right
 6   to object to any question, except as to form, or to move to strike any
 7   testimony at this examination is reserved; and in addition, the
 8   failure to object to any question or to move to strike any testimony
 9   at this examination shall not be a bar or waiver to make such
10   motion at, and is reserved to, the trial of this action.
11       This deposition may be sworn to by the witness being
12   examined before a Notary Public other than the Notary Public before
13   whom this examination was begun, but the failure to do so or to
14   return the original of this deposition to counsel, shall not be deemed
15   a waiver of the rights provided by Rule 3116 of the C.P.L.R.,  and
16   shall be controlled thereby.
17       The filing of the original of this deposition is waived.
18       IT IS FURTHER STIPULATED that a copy of this
19   examination shall be furnished to the attorney for the witness
20   being examined without charge.
21
22
23
24
25
```

**4**

```
 1   C. STROM, M.D., PhD.
 2       THE VIDEOGRAPHER:  My name is       11:00:38
 3   Wayne Saline of Veritext.  The date today     11:00:39
 4   is May 4, 2010.  The time is approximately    11:00:43
 5   11:00.  This deposition is being held at the  11:00:45
 6   Sheraton JFK located at 132-26 South          11:00:49
 7   Conduit Avenue, Jamaica, New York.            11:00:54
 8       The caption of this case is Chaya         11:00:57
 9   Grossbaum and Menchen Grossbaum, her          11:01:01
10   spouse individually and as guardians          11:01:05
11   ad litem of the infant, Rosie Grossbaum,      11:01:09
12   in the United States District Court of        11:01:10
13   the District of New Jersey, docket            11:01:13
14   number 07 CV 359.  The name of the            11:01:15
15   Witness is Dr. Charles Strom.                 11:01:19
16       At this time, the Attorneys will          11:01:21
17   introduce themselves and the parties          11:01:21
18   they represent, after which our Court         11:01:24
19   Reporter, Valerie Cannata, of Veritext        11:01:28
20   will swear in the Witness and we can          11:01:31
21   proceed.                          11:01:32
22       MR. LEUCHTMAN:  Stephen Leuchtman,        11:01:34
23   taking the deposition today on behalf of      11:01:36
24   Genesis Genetics and Dr. Mark Hughes.         11:01:38
25   Also with me is Stanley Dickson, an officer   11:01:41
```

**5**

```
 1   C. STROM, M.D., PhD.
 2   in Genesis Genetics.                          11:01:44
 3       MR. HAMAD:  Jay Hamad of the Law          11:01:46
 4   Firm of Marshall, Dennehey, Warner,           11:01:46
 5   Coleman and Goggin.  I'm on behalf of         11:01:48
 6   N.Y.U. Defendants.                            11:01:49
 7       MR. STEIN:  Lewis Stein; Nusbaum,         11:01:50
 8   Stein, Goldstein, Bronstein and Kron on       11:01:53
 9   behalf of the Plaintiffs and before we swear  11:01:56
10   the Witness, I'd just like to confirm on the  11:01:59
11   record a conversation I had with Counsel for  11:02:03
12   N.Y.U. that Dr. Strom having offered his      11:02:05
13   opinion letter in the case did not mention    11:02:10
14   any standard of care issues as to N.Y.U. He   11:02:12
15   will not be offering any testimony regarding  11:02:15
16   standard of care of N.Y.U. or members         11:02:22
17   of the N.Y.U. community in connection         11:02:22
18   with this deposition.                11:02:23
19   C H A R L E S   S T R O M, M.D. PhD., the     11:02:36
20   Witness herein, having first been duly
21   sworn by a Notary Public of the State of
22   New York, was examined and testified as
23   follows:
24       THE REPORTER:  What is your full
25   name?
```

2  (Pages 2 to 5)

**22**

```
1          C. STROM, M.D., PhD.
2    center.                      11:21:41
3    Q.   Who was your boss?      11:21:41
4    A.   Dr. Beverly White.      11:21:42
5    Q.   During that period of time, did   11:21:44
6    Quest do P.G.D.?             11:21:47
7    A.   No.                     11:21:49
8    Q.   How did your responsibilities   11:21:50
9    change when in June of 2002 you became   11:22:00
10   the medical director of the genetic testing   11:22:04
11   center?                      11:22:10
12   A.   That was a promotion, so I got   11:22:10
13   my boss's job and she retired. Actually, she   11:22:12
14   reported to me for a period of time.   11:22:18
15   Q.   During that period of time, did   11:22:19
16   you do any P.G.D. or did the lab?   11:22:21
17   A.   No.                11:22:23
18   Q.   So you have not had hands-on   11:22:24
19   experience or directorial experience with   11:22:28
20   preimplantation genetics diagnosis since   11:22:33
21   October, 2002, or before?      11:22:38
22   A.   That's correct.        11:22:40
23   Q.   While you were at Quest, up to   11:22:50
24   today, have you had teaching responsibilities at   11:22:53
25   any university?               11:22:56
```

**24**

```
1          C. STROM, M.D., PhD.
2    A.   Because my teaching      11:24:10
3    responsibilities are different than my   11:24:11
4    lecturing.                   11:24:14
5    Q.   Okay.                   11:24:15
6    A.   I lecture around the country   11:24:16
7    and often give talks on preimplantation   11:24:19
8    genetics.                    11:24:23
9    Q.   In a university setting, your   11:24:23
10   teaching is less than five percent of P.G.D.?   11:24:26
11   A.   Yes.                    11:24:31
12   Q.   How much time do you spend   11:24:32
13   going around the country lecturing about P.G.D.,   11:24:34
14   per se?                      11:24:36
15   A.   About two or three percent of   11:24:36
16   my time.                     11:24:38
17   Q.   Was this true in 2004?     11:24:39
18   A.   Probably more so in 2004.    11:24:44
19   Q.   How much more so?         11:24:47
20   A.   I don't know.           11:24:49
21   Q.   Less than ten percent?     11:24:50
22   A.   I don't know.           11:24:51
23   Q.   Less than 25?            11:24:52
24   A.   I don't know. I just don't   11:24:54
25   remember.                    11:24:56
```

**23**

```
1          C. STROM, M.D., PhD.
2    A.   I teach -- I have a faculty   11:22:58
3    appointment at U.C.S.D. I teach intermittently   11:22:59
4    there and I also obviously give lectures across   11:23:06
5    the country.                 11:23:09
6    Q.   What do you teach at U.C.S.D.?   11:23:10
7    A.   Everything genetics.       11:23:12
8    Q.   Does this touch on P.G.D.?   11:23:15
9    A.   Sometimes.              11:23:18
10   Q.   What percentage of your      11:23:29
11   teaching responsibilities involve preimplantation   11:23:31
12   genetic diagnosis?            11:23:34
13   A.   Probably less than five     11:23:34
14   percent.                     11:23:36
15   Q.   So it's fair to say that during   11:23:41
16   the time that this case unfolded, which is in   11:23:43
17   early 2004, primarily, you were not   11:23:49
18   involved either as a director of a P.G.D.   11:23:54
19   lab, hands-on with P.G.D. or teaching   11:23:58
20   P.G.D. to any significant extent?   11:24:03
21        MR. STEIN: Objection to the   11:24:05
22   form of the question.          11:24:06
23   A.   No. That wouldn't be true   11:24:07
24   anyway.                      11:24:09
25   Q.   Why not?                 11:24:09
```

**25**

```
1          C. STROM, M.D., PhD.
2    Q.   Well, give me a ballpark     11:24:57
3    estimate, not a guess.         11:24:58
4    A.   I'm sorry, I just don't      11:24:59
5    remember.                    11:25:01
6    Q.   At all?                 11:25:01
7    A.   At all. It's a long time ago,   11:25:02
8    for me.                      11:25:06
9    Q.   So you probably don't remember   11:25:06
10   the standard of care for preimplantation   11:25:12
11   genetic diagnosis back in 2004 either?   11:25:15
12   A.   I remember it very well.     11:25:18
13   Q.   But you don't remember how much   11:25:20
14   of your lecture time was devoted to P.G.D.?   11:25:22
15   A.   No, I don't remember.       11:25:26
16   Q.   Was it less than half then?   11:25:27
17   A.   I don't remember.         11:25:31
18   Q.   When you went to Quest       11:25:34
19   initially, what were your responsibilities? I   11:25:35
20   think you started to tell me.   11:25:37
21   A.   I told you.             11:25:39
22   Q.   You did tell me. All right.   11:25:39
23   What are they now?            11:25:41
24   A.   Now I oversee all of the      11:25:42
25   genetic testing that goes on in San Juan   11:25:47
```

7  (Pages 22 to 25)

**38**

```
1        C. STROM, M.D., PhD.
2    Thornhill wrote that article, we had already    11:40:15
3    published several articles in the '90s on        11:40:18
4    multiplex P.C.R.                                 11:40:22
5        Q.   We being whom?                          11:40:22
6        A.   Reproductive Genetics                   11:40:22
7    Institute.                                       11:40:28
8        Q.   Do you believe that a scientist         11:40:28
9    such as yourself or Dr. Mark Hughes has a        11:40:28
10   responsibility to examine and test out ideas     11:40:35
11   and concepts that appear in the literature and   11:40:35
12   not just blindly accept that them?               11:40:41
13       A.   Of course.                              11:40:43
14       Q.   And do you agree that by                11:40:43
15   characterizing, again, P.G.D. with duplex        11:40:44
16   P.C.R. as improving, the authors of the article, 11:40:47
17   Goosens, et. al., acknowledge that duplex testing 11:40:52
18   with genome markers were still evolving?         11:40:55
19       A.   No.                                     11:41:00
20       Q.   You think it was settled                11:41:00
21   science at that time?                            11:41:02
22       A.   I think the concept of                  11:41:02
23   multiplex P.C.R. for the detection of            11:41:04
24   allele dropout was well established by           11:41:12
25   the year 2000 when I left R.G.I.  Other          11:41:18
```

**39**

```
1        C. STROM, M.D., PhD.
2    people began instituting them in their           11:41:23
3    own programs at that point and the               11:41:25
4    Thornhill report was what he had                 11:41:28
5    implemented.                                     11:41:31
6        Q.   Where is Thornhill based?               11:41:32
7        A.   I don't know.                           11:41:34
8        Q.   Is he in the United States?             11:41:35
9        A.   No. I think he's in Australia?          11:41:37
10   Australia or England.  He speaks with an         11:41:41
11   accent.                                          11:41:47
12       Q.   Over what course of time did            11:41:47
13   testing using genetic markers develop?           11:41:50
14       A.   It was over the period of about         11:41:52
15   1992 until 2000 in my laboratory when we         11:41:54
16   actively and intensively investigated the        11:42:00
17   role of link markers in predicting and           11:42:04
18   identifying allele dropout.                      11:42:08
19       Q.   That's an eight-year spread.            11:42:11
20   Let me ask you this:  During that eight          11:42:14
21   years, what factors slowed the development of    11:42:15
22   genetic marker testing?                          11:42:18
23       A.   Nothing.                                11:42:20
24       Q.   Nothing at all?                         11:42:21
25       A.   No.  We just continued to work.         11:42:22
```

**40**

```
1        C. STROM, M.D., PhD.
2        Q.   Well, it took eight years to            11:42:24
3    develop it from the time it was first            11:42:27
4    theoretically suggested?                         11:42:28
5        A.   It took eight years, I would say,       11:42:28
6    to perfect it.  Things don't happen overnight.   11:42:30
7        Q.   That's true, particularly in            11:42:38
8    the area of genetic marker testing?              11:42:41
9        A.   That's right.                           11:42:46
10       Q.   So what were the -- well,               11:42:47
11   describe, I guess, since you say there were no   11:42:47
12   obstacles that had to be overcome, describe the  11:42:50
13   eight-year development.  What bumps were         11:42:55
14   there in the road, what?                         11:42:57
15       A.   Initially we first discovered           11:42:57
16   that allele dropout could be a cause of          11:43:01
17   misdiagnosis in preimplantation genetic          11:43:01
18   diagnosis and that happened in the early         11:43:05
19   years between 1990, 1992.  Once -- first         11:43:07
20   we investigated and found out that was           11:43:10
21   the most likely cause of what was                11:43:13
22   happening.  Then we had to investigate it        11:43:15
23   in detail, which meant that we had to get        11:43:18
24   skin biopsies, which were removing skin          11:43:22
25   from carriers of patients with genetic           11:43:26
```

**41**

```
1        C. STROM, M.D., PhD.
2    diseases, grow that skin in tissue               11:43:30
3    culture.  Take single cells and subject          11:43:34
4    them to a variety of testing to determine        11:43:36
5    what was the rate of allele dropout seen         11:43:39
6    in those cells.                                  11:43:42
7        When we established that allele              11:43:44
8    dropout was a recurrent phenomenon, then we      11:43:46
9    had to figure out a way to overcome it and the   11:43:50
10   way that turned out to be -- there were two ways 11:43:54
11   that we eventually evolved to limit the          11:43:57
12   misdiagnosis due to allele dropout and the first 11:44:01
13   was the use of intragenic linked markers.        11:44:03
14       We developed the linked intragenic          11:44:03
15   markers and we then had to develop the assays.   11:44:09
16   We had to optimize them to work on single        11:44:16
17   cells.  Then we had to find patients who had     11:44:20
18   those particular high markers and then we        11:44:24
19   had to develop multiplex P.C.R. in order         11:44:27
20   to look at all of them at once and that was a    11:44:32
21   very tedious procedure that took several         11:44:34
22   years.                                           11:44:38
23       Then once we had the system                 11:44:38
24   optimized and we had shown that in vitro         11:44:41
25   on skin fibroblasts, we could virtually eliminate 11:44:44
```

11 (Pages 38 to 41)

VERITEXT REPORTING COMPANY

212-267-6868                    516-608-2400

126

```
1          C. STROM, M.D., PhD.
2    other than control samples CG and MG, the    13:25:36
3    only cells that were biopsied that had no    13:25:40
4    deletion on the paternal side were samples   13:25:44
5    two, which had a mutant maternal allele      13:25:47
6    and therefore possible paternal A.D.O.,      13:25:51
7    eight and ten?                               13:25:57
8          MR. HAMAD: I have an objection         13:25:58
9    to this line of question, in that you stopped 13:26:01
10   him from answering the question, the         13:26:04
11   prior question, and also in the fact that I  13:26:06
12   think you're asking the question --          13:26:08
13         MR. LEUCHTMAN: No, I didn't            13:26:09
14   stop him from answering the question.        13:26:10
15         MR. HAMAD: He wasn't finished.         13:26:11
16         MR. LEUCHTMAN: I encouraged him        13:26:13
17   to answer the question and not to ramble on. 13:26:14
18         MR. STEIN: I object to the             13:26:19
19   characterization of the Doctor rambling on.  13:26:23
20   He's responding to your questions.           13:26:25
21         MR. LEUCHTMAN: Once encouraged,        13:26:26
22   yes, I agree, and I'd like an answer to this 13:26:28
23   one.                                         13:26:29
24      A.   Okay. Column two, no deletion,       13:26:29
25   sample number two; no deletion, sample       13:26:33
```

127

```
1          C. STROM, M.D., PhD.
2    number eight; no deletion sample number      13:26:35
3    ten.                                         13:26:38
4       Q.   What does no deletion mean?          13:26:38
5       A.   It means, the Delta F 508            13:26:40
6    mutation was not observed in those samples.  13:26:46
7       Q.   What does no amp mean?               13:26:50
8       A.   No amp means no amplification.       13:26:53
9    Means no analysis.                           13:26:57
10      Q.   Doctor, I'm going to ask you         13:26:58
11   questions about two embryos, eight and       13:27:00
12   ten and I want to make it clear it that I'm  13:27:02
13   not asking whether one was more likely       13:27:06
14   than the other, but whether you can say      13:27:08
15   without engaging in guess, speculation,      13:27:10
16   or conjecture that either one in and of      13:27:12
17   itself was more likely than not the involved 13:27:14
18   embryo. Do you follow me?                    13:27:18
19      A.   No. That's a stupid question.        13:27:19
20        There are higher risks to one           13:27:22
21   of these embryos than the other embryo,      13:27:25
22   but that doesn't mean it's more likely than not 13:27:28
23   to have been the one that caused the         13:27:32
24   pregnancy.                                   13:27:34
25      Q.   That's what I'm trying to ask        13:27:34
```

128

```
1          C. STROM, M.D., PhD.
2    you now.                                     13:27:36
3       A.   There's no way to know which of      13:27:36
4    those embryos resulted in the pregnancy.     13:27:39
5       Q.   There's no way to know.              13:27:41
6       A.   No.                                  13:27:44
7       Q.   All right. Do you have an            13:27:49
8    opinion as to the percentage chances of --   13:28:44
9    strike that.                                 13:28:48
10        Now, this is an issue we                 13:28:51
11   touched on earlier. Was it reasonable for    13:28:58
12   Dr. Hughes to set as a condition to Genesis  13:29:01
13   doing P.G.D. the undergoing by a couple      13:29:05
14   of C.V.S. or amniocentesis?                  13:29:08
15      A.   A requirement? I don't think         13:29:14
16   that's reasonable.                           13:29:16
17      Q.   As a precondition of his             13:29:17
18   getting involved.                            13:29:18
19      A.   Well, that's up to him. It's         13:29:19
20   his decision.                               13:29:22
21      Q.   Do you agree or disagree that        13:29:23
22   it's important scientifically for a lab doing 13:29:25
23   single cell P.G.D. to learn that there's     13:29:29
24   been a failure or a misdiagnosis ten to      13:29:34
25   fifteen weeks into a pregnancy as opposed    13:29:37
```

129

```
1          C. STROM, M.D., PhD.
2    to after the baby has been born?             13:29:41
3       A.   No.                                  13:29:43
4       Q.   Do you agree that as of early        13:29:44
5    to mid 2004, Genesis consisted of scientists 13:29:49
6    trying to develop a complicated single cell test? 13:29:52
7          MR. STEIN: I object to the form        13:29:58
8    of the question. How is he supposed          13:29:59
9    to know what was going on at Genesis         13:30:02
10   Genetics?                                    13:30:04
11         MR. LEUCHTMAN: I guess especially      13:30:04
12   now that he's coached, he can say I don't    13:30:07
13   know.                                        13:30:10
14         MR. STEIN: You know, when you          13:30:10
15   ask a question that is loaded with           13:30:11
16   presumptions and assumptions that on         13:30:14
17   its face is beyond the canon of anything     13:30:16
18   who's not intimately involved in the         13:30:22
19   operation of Genesis Genetics, the           13:30:26
20   question speaks for itself as being          13:30:27
21   inappropriate and if you couch it in         13:30:30
22   those terms, you get an objection from       13:30:33
23   me.                                          13:30:37
24         MR. LEUCHTMAN: Noted.                  13:30:37
25         MR. STEIN: Thank you.                  13:30:38
```

33 (Pages 126 to 129)

# EXHIBIT 8



Grossbaum.M/C.CFTR10+11
July 18, 2004::07:22 PM
SB-assay - Exon 11 - G542X



**genesis**
genetics institute

Genomics Technology Center of Michigan
5555 Conner Avenue, Suite A2064
Detroit, MI 49213
313-544-4006
PGD@GenesisGenetics.org

# DNA Sequencing – Genotyping Assay

| | |
|---|---|
| Date: | 18 July 2004 |
| Case: | Morganstern-Grossbaum.M/C |
| Family: | 110000814-2004 |
| | |
| Assay: | CFTR – exon 11 Sequencing |
| | G542X, cNT1756 G>T |
| | |
| Sequencing: | Susan Brown, PhD |
| DNA Reads: | SB |
| | JK |
| | |
| Review/Approval: | MRH |

*[handwritten notes:]* Data concordant between runs. Exon 11 data look clear & unambiguous. Always concern for ADO (we should try to obtain untransferred embryos for next time assay)

EXHIBIT 9

**Genomics Center at Samaritan**
**5555 Conner Avenue, A2064**

**Detroit MI**
**48213**

**Phone:** 313-544-4006

**Fax:** 313-544-4006



PLAINTIFF'S
EXHIBIT
P8 ID
31/105

# *Message :*

Dear NYU IVF team

Attached are the final data for PGD results for your patients;
Chaya Morganstern & Menachem Grossbaum
PGD for a two mutations in the CFTR
July 2004 IVF cycle

This is a final report for this PGD cycle.  A lab result sheet was sent to you at 10:30. We are disappointed with the results given the large number of amplification failures for one fo the two CFTR alleles.   We note that many of the embryos are significantly behind in their development with only 3 and 4 cells today.  This may be the reason so many of these samples produced only partial data.  In fact, the dF508 allele did not amplify in most of this cohort of samples.   Have most of these embryos arrested in development?

If the couple chooses a transfer with this partial data-set, those samples displaying the G-allele at G542X would be predicted unaffected, assuming no allele drop out.  However, ADO is possible in compound heterozygote testing such as this, and even more likely given the embryo quality. Therefore, a follow-up amniocentesis or CVS would be essential in this setting.  The couple understands this.

We would like to study further any samples that are untransferred or not frozen.  While most are of poor quality and may not be helpful,  it might be possible to examine them and enhance this test in the future should this couple undergo IVF again.  In their informed consent they initialed both lines, so please check with them to see if donation is possible.

Call us if you have any questions whatsoever.  Best number today: 313-544-4006, extension 6 (not a voice prompted choice).

Please give this nice couple our best regards.

Sincerely,
Mark Hughes

| From: | To: NY Univ Reproductive Medicine |
|---|---|
| **Genesis Genetics Institute** | **2122630059 at 11:06 AM** |

| Date: 7/19/2004 | Page(s): 1 |
|---|---|

# EXHIBIT 10



**genesis**
genetics institute
The Trowbridge Historial House
1380 East Jefferson Avenue
Detroit, MI 40207

tel/fax: 313-544-4006
www.genesisgenetics.com



PLAINTIFF'S
EXHIBIT
Pg IV
31 1169
PENGAD 800-831-6989

# Genesis Genetics Institute
### Center for Preimplantation Genetics
### PGD Transfer Report
### Morganstern-Grossman.CFTR10+11.NYU.2004#316

July 19, 2004

NYU Reproductive Center
660 First Avenue, LC601
New York, NY 10016
Fax: 212-263-0059

*Single cell molecular testing for cystic fibrosis – compound heterozygosity*

| | | | |
|---|---|---|---|
| **Gene: CFTR** | **Locus ID: 1080** | **Chromosome: 7q31.2** | **OMIM: 219700; 602421** |
| **HGNC: 1884** | **SwissProt: P13569** | **RefSeq: NM 000492** | **Autosomal Recessive** |

| Name | Allele 1 (normal) | Allele 2 (mutant) |
|---|---|---|
| Chaya Morganstern-mat (1980-05-27) | Exon 11, G542X, Nt1756 G | Exon 11, G542X, Nt1756 T |
| Menachem Grossbaum-pat (1980-01-01) | Exon 10, ΔF508, cNT1652 CTT | Exon 10, ΔF508, cNT1652 delCTT |

### Sample Submission:

**Morganstern-GrossmanC/M.2004#316**
**Morganstern-Grossman.C/M.CFTR10+11.NYU.2004#316**

| | |
|---|---|
| Biopsy Date: | 2004.07.17::11:00 ET |
| Sample Receipt: | 2004.07.18::08:45 ET |
| Data Complete: | 2004.07.19::10:15 ET |
| *Lab* e-Report : | 2004.07.19::10:30 ET |
| Transfer Report: | 2004.07.19::11:05 ET |

Twenty (20) tubes were submitted for micro-genomic testing. Ten (10) were labeled as containing a single blastomere biopsied from ten (10) cleavage-stage IVF embryos produced by Chaya Morganstern and Menachem Grossbaum. Ten (10) additional tubes were labeled as containing media buffer only (B), obtained in parallel and included to monitor for potential exogenous DNA contamination.

*This report continues*
*Page 1 of 3*

Morganstern-Grossman.CFTR10+11.NYU.2004#316          July 19, 2004          Page 2 of 3

| Sample Number | Embryo Quality 1 – 4 (1) | CFTR Exon 10 ΔF508 c1652 CTT / del CTT Paternal Alleles | CFTR Exon 11 G542X c1756 G > T Maternal Alleles | Interpretation |
|---|---|---|---|---|
| 2 | 2 – 8 cell | CTT present | T-only | Unsafe; Possibly Affected – ADO Paternal |
| 3 | 2 – 3 cell | No DNA signal | No DNA signal | No Molecular data produced by this cell |
| 4 | 2 – 4 cell | No DNA signal | G | Partial Data Only; Normal Maternal Allele* |
| 7 | 2 – 7 cell | No DNA signal | G | Partial Data Only; Normal Maternal Allele* |
| 8 | 2 – 8 cell | CTT present | G / T | Predicted Heterozygote Carrier* |
| 9 | 2 – 4 cell | No DNA signal | No DNA signal | No Molecular data produced by this cell |
| 10 | 2 – 4 cell | CTT present | G / T | Predicted Heterozygote Carrier* |
| 13 | 2 – 4 cell | No DNA signal | G | Partial Data Only; Normal Maternal Allele* |
| 14 | 2 – 7 cell | No DNA signal | No DNA signal | No Molecular data produced by this cell |
| 15 | 2 – 4 cell | No DNA signal | G | Partial Data Only; Normal Maternal Allele* |
| | | *Controls* | | |
| CG maternal | Genomic DNA-5pg | CTT / [CTT] | G / T | Heterozygote Carrier of exon 11 mutation Parental DNA control; data as predicted |
| GR paternal | Genomic DNA-5pg | CTT / del CTT | G / [G] | Heterozygote Carrier of exon 11 mutation Parental DNA control; data as predicted |
| CFTR-10 Control | Genomic DNA-1 cell | CTT / del CTT | G / [G] | Heterozygote Carrier of exon 11 mutation Control DNA; data as predicted |
| CFTR-11 Control | Genomic DNA-1 cell | CTT / [CTT] | G / T | Heterozygote Carrier of exon 11 mutation Control DNA; data as predicted |
| Media | Blanks | No DNA signals | No DNA signals | No evidence of exogenous DNA |

**Interpretation and notes:**  A customized single-cell molecular assay was developed expressly for the CFTR alleles in this family.  Chaya Morganstern and Menachem Grossbaum were each found on routine screening to be heterozygous (a carrier) for a mutation in the CFTR.  They are at high genetic risk (25%) of transmitting both of these mutations, *in trans*, resulting in a child with cystic fibrosis.

This assay functioned well in the control samples displaying the normal and mutant alleles from the appropriate parental and control micro-DNA samples.  Control algorithms produced the expected molecular data.  No nucleotide signal was observed in the submitted media blanks.

It is noted that many of these embryos have only a very small number of cells at the time of biopsy.  Only two of these embryos developed to the 8-cell stage at the time of biopsy, and many of the embryos had only half this number.  This may explain the disappointing outcome in this analysis.  Most of the samples did not produce data at the ΔF508 allele.  Usually, when this occurs, it is not a DNA test issue, but pertains to the quality of the embryo or the biopsied cell from it.  This assay performs with very high sensitivity and specificity when examining single lymphocytes, fibroblasts, amniocytes and one genome-equivalent of DNA.  Analysis at this locus has been routinely performed since 1991 and it is a very robust assay.  It performed well in the control samples processed in parallel during this testing.  Often, when molecular data is not obtained, the embryo from which that blastomere was derived has developed poorly or arrested in development.  It is presumed that intracellular nucleases degrade the genomic material for analysis.  Other reasons for signal failure include: a) blastomere transfer issues; b) absence of an intact nucleus; c) partial degradation of the genome within the cell, and d) stochastic failure of the amplification reaction.

Allele Drop Out is a distinct concern in this sample set.  *ADO is a stochastic phenomenon which has been reported by all laboratories performing single cell molecular testing.  If one genomic allele is under represented in the amplification reaction, and not visualized, that allele "drops out" and could result in a misdiagnosis.

*This report continues*

This is an experimental research protocol. Chaya Morganstern and Menachem Grossbaum have acknowledged verbally and in writing that they understand that Preimplantation Genetic Diagnosis is not perfect technology, and that PGD is not considered routine medical care.  They recognize that microgenomic testing overnight of one  cell, with two different DNA mutations, will likely never be as reliable as testing hundreds or thousands of cells from an amniocentesis or blood sample over the course of many days.  They understand that there have been errors in the past in PGD by virtually all laboratory groups performing this technology, (including this laboratory) especially when testing for completely separate gene mutations (compound heterozygosity) in disorders like cystic fibrosis.

Chaya Morganstern and Menachem Grossbaum have been counseled extensively by multiple medical professionals.  They understand that the goal in PGD is to reduce their likelihood of having a fetus with cystic fibrosis from the *a priori* risk of 25% to a value significantly less, but that *this risk is not reduced to zero*.  Zero risk is not expected, is not promised, and is not possible in one-cell, one-gene, two-mutation testing overnight.  Should a pregnancy ensue Chaya Morganstern has agreed to undergo conventional prenatal testing to confirm these microgenomic experimental results.

*(electronically signed)*
Mark R. Hughes, MD, Ph.D.

EXHIBIT 11

Mark Hughes
5/14/2010

Page 1

1    IN THE UNITED STATES DISTRICT COURT

2    IN THE DISTRICT OF NEW JERSEY

3    -------------------------------------/

4    CHAYA GROSSBAUM and MENCHEN

5    GROSSBAUM, Her Spouse, Individually, and

6    as Guardian ad litem of the Infant, ROSIE

7    GROSSBAUM,

8              Plaintiffs,

9    -vs-                    Index No. 07-CV-359

10   GENESIS GENETICS INSTITUTE, LLC

11   OF THE STATE OF MICHIGAN, MARK R.

12   HUGHES, M.D., NEW YORK UNIVERSITY

13   SCHOOL OF MEDICINE, and NEW YORK

14   UNIVERSITY HOSPITALS CENTER, both

15   Corporations of the State of New York,

16   ABC CORPORATIONS:  1-10 and John Doe,

17         Defendants.

18   _____/

19

20   PAGE 1 - 82

21

22      The Deposition of DR. MARK HUGHES,

23      Taken at 1380 Trowbridge Place,

24      Detroit, Michigan,

25      Commencing at 12:55 p.m.,

Hanson Renaissance Court Reporting & Video
313.567.8100   www.hansonreporting.com

Mark Hughes
5/14/2010

2  (Pages 2 to 5)

Page 2

1   Friday, May 14, 2010
2   Before Laura J. Steenbergh, CSR-3707, RPR, CRR, RMR
3
4   APPEARANCES:
5
6   NUSBAUM, STEIN, GOLDSTEIN
7   BRONSTEIN & KRON, P.A.
8      Attorneys for Plaintiffs
9      20 Commerce Blvd.
10     Succasunna, NJ  070876
11     BY:  LEWIS STEIN, ESQ.
12     BY:  LYNN HARRISON, PARALEGAL
13
14   TROWBRIDGE LAW FIRM
15     Attorneys for Defendants
16     Genesis Genetics Institute, LLC
17     And Mark R. Hughes, M.D.
18     1380 East Jefferson Avenue
19     Detroit, Michigan  48207
20     BY:  STEPHEN LEUCHTMAN, ESQ.
21     BY:  ALI ZAIDI, ESQ.
22
23
24
25

Page 4

1              INDEX TO EXAMINATIONS
2
3      Witness                    Page
4      DR. MARK HUGHES
5
6      EXAMINATION BY MR. STEIN:        6
7      EXAMINATION BY MR. HAMAD:        79
8
9              INDEX TO EXHIBITS
10
11     Exhibit                    Page
12        (Exhibits retained)
13     DEPOSITION EXHIBITS P1 AND P2      5
14     DEPOSITION EXHIBITS P3 AND P4      35
15     DEPOSITION EXHIBITS P5 THROUGH P9     57
16
17
18
19
20
21
22
23
24
25

Page 3

1   APPEARANCES (Continued):
2
3   MARSHALL, DENNEHEY, WARNER
4   COLEMAN & GOGGIN
5      Attorneys for Defendants
6      New York University School of
7      Medicine and New York University
8      Hospitals Center
9      425 Eagle Rock Avenue, Suite 302
10     Roseland, New Jersey 07068
11     BY:  JAY A. HAMAD, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1   Detroit, Michigan
2   Friday, May 14, 2010
3   About 12:55 p.m.
4        DEPOSITION EXHIBITS P1 AND P2
5        WERE MARKED BY THE REPORTER
6        FOR IDENTIFICATION
7        MR. STEIN:  Dr. Hughes, we're here today to take
8   your deposition for the second time, since I have been in
9   receipt of a letter dated March 2nd, 2010, addressed to
10  Stephen F. Leuchtman, consisting of three pages, which
11  we've marked for purposes of this deposition P1, and it
12  would be Hughes 2, since we already had your deposition
13  one time, and also a two-page bibliography, which I've
14  marked P2 or had marked P2.
15       MR. LEUCHTMAN:  It's not a bibliography.
16       MR. STEIN:  That's my characterization.  No, a
17  biography.  Did I say bibliography?  I misspoke.
18       And which we've marked P2.  And as a result of
19  having received this letter and the advice that you plan
20  to offer yourself as an expert witness in the event this
21  matter goes to trial, we're here to take your deposition
22  today on the basis of this recent submission.
23       DR. MARK HUGHES,
24  having first been duly sworn, was examined and testified on
25  his oath as follows:

Mark Hughes
5/14/2010

8 (Pages 26 to 29)

Page 26

1      MR. STEIN: Okay.
2      MR. LEUCHTMAN: I'm not telling him not to
3   answer.
4      THE WITNESS: Oh. I'm now gun shy. Whenever you
5   talk I don't know what to say.
6      Yes, there was. I was -- can I extrapolate? I
7   was recruited to the NIH and Georgetown University
8   because of my research in embryo science, and did
9   significant amounts of work there, and gave major
10   lectures at the NIH and at Georgetown, taught on the
11   subject, and was quite publicly known. Then there was a
12   change in the administration of Washington. The
13   republicans took the house for the first time in decades,
14   and Newt Gingrich was the speaker of the house, and the
15   philosophy of doing anything whatsoever with an embryo
16   anywhere near the NIH became of a concern because we were
17   all very actively trying to double the NIH budget at the
18   time. So we were all busy lobbying to get more money for
19   biomedical research. And so suddenly I became a
20   liability in that quest.
21   BY MR. STEIN:
22   Q.  And so they asked you to leave?
23   A.  Yes. Well, they said I could stay, but I couldn't work
24      on this. And then the good Jesuits were now in the
25      public eye, and they became concerned because it was

Page 27

1      obvious what was going on, and so --
2   Q.  Did you continue to work with embryos after it became
3      government policy not to allow that type of research at
4      the NIH?
5   A.  I don't know anything about the policies of when it was
6      or when it wasn't. What I know is that when the decision
7      was made that we shouldn't do this at the NIH, or have a
8      faculty member -- or not, a faculty member -- a staff
9      member of the NIH doing it even across the street at the
10      Samaritan Hospital because of the political issues
11      involved, I was asked to resign.
12   Q.  Were you using NIH offices to conduct the research that
13      you were doing contrary to government policy?
14   A.  No. I was using the offices at Georgetown.
15   Q.  Okay. Now, turning to your deposition, Exhibit P1, which
16      is your report, three-page report, in the paragraph
17      before the bottom of the first page that begins, I spoke
18      with the Grossbaums and conducted the interview that you
19      have described in your report, I take it that that
20      conversation lasted for some time?
21   A.  They usually last an good hour, sometimes longer.
22   Q.  Okay. Now, that is, obviously, direct contact between
23      you and what would become your patient when they sent the
24      laboratory materials from NYU, is that correct?
25   A.  Not exactly.

Page 28

1   Q.  Okay. And I take it that you suggested that is not a
2      contact with a patient in the sense that a doctor has
3      contact with patients, is that correct?
4   A.  In general laboratories never talk to patients. They do
5      the test that was ordered, they write a report, they send
6      it to the person who ordered the test, and that's the
7      extent of it. In the field of PGD, the few of us that do
8      this feel that it's more important to communicate
9      beforehand with the patient about the risks and benefits
10      of the procedure. Because sometimes the doctors at the
11      clinics don't necessarily know the nuances of the latest.
12      They're IVF experts, not genetic experts. So from a
13      perspective of an informed consent, we take and go the
14      extra mile and spend time with them, a significant amount
15      of time with them, explaining to them the steps involved.
16   Q.  Now, have you ever encountered the issue with regard to
17      practicing medicine in the State of Michigan under its
18      rules and regulations for the medical profession?
19      MR. LEUCHTMAN: Encountered what issue? Object
20      to the form of the question as vague and ambiguous.
21      MR. STEIN: I'll rephrase it.
22   BY MR. STEIN:
23   Q.  Has the issue ever been raised with the regulatory
24      authorities in Michigan who regulate the practice of
25      medicine as to whether or not the contacts that you have

Page 29

1      with the patient constitutes practicing medicine?
2   A.  I don't have a license in Michigan to practice medicine.
3      I don't practice medicine. I happen to have an MD, but
4      what I do is science, it's my PhD. I don't practice
5      medicine.
6   Q.  And you don't consider the providing informed consent to
7      the patient who's going to be a prospective submitter of
8      materials for laboratory analysis to be practicing
9      medicine, is that right?
10   A.  Not even remotely. It's more like a genetic counselor.
11      That's why we don't talk to the patient during or after
12      the case.
13   Q.  Okay. Now, when you said -- and you have a copy of your
14      letter in front of you?
15   A.  Yeah.
16   Q.  And you say in that paragraph that -- you explained, to
17      quote you, I explained the technology involved isn't
18      perfect and pushes medical diagnostic technology to its
19      absolute limit.
20      Can you tell me what you mean by that?
21   A.  Yes. Unlike testing that's done in almost any other
22      field of medicine, we're studying the smallest unit of
23      life, one cell. And we're studying it for the smallest
24      unit of inheritance, one gene. And we're studying it for
25      the smallest possible part of a gene, changes of a single

**Mark Hughes**
**5/14/2010**

11 (Pages 38 to 41)

Page 38

1   Q.  -- to CVS or amnio in advance, is that right?
2   A.  No.  No.  So first of all, I don't do any referring,
3       because the patient isn't mine.  The patient belongs to
4       the clinic and the doctor who's taking care of them.  So
5       we would tell that doctor -- as far as I would go is I
6       would tell the patient that we wouldn't be able to help
7       them, that there may be other laboratories who would,
8       that we will communicate this back to their physician,
9       and then they can decide where to go, but we can't help
10      them.
11  Q.  So is it your testimony that you were not aware whether
12      or not the other laboratories that you mentioned, RGI or
13      the laboratory in Virginia, would do a PGD study on a
14      couple that did not agree to do amnio or CVS, is that
15      your testimony?
16  A.  I don't know what their policy would be in a given case,
17      depending on the rarity of the mutation, the type of
18      mutation, the number of samples that would be available.
19      I don't know what their policies would be.
20  Q.  We're talking strictly about a policy that you indicated
21      exists at Genesis Genetics at that time, and I take it to
22      the present.
23  A.  That's correct.
24  Q.  That you will not have taken a case if the couple do not
25      agree to undertake CVS or amnio following the IVF

Page 39

1       procedure, is that correct?
2   A.  That's correct.
3   Q.  That's your policy?
4   A.  That's our policy.
5   Q.  And you were not aware, either at the time that you saw
6       the Grossbaums or even today, as to whether or not the
7       other laboratories that do the kind of PGD studies that
8       you do would do those studies without a commitment for
9       the people to undertake amnio or CVS, is that correct?
10  A.  I do not -- I can't comment on the policies of the other
11      places, and I'm not aware of it.
12  Q.  Okay.  And is it your testimony that you yourself would
13      not have been referring anyone to these laboratories, it
14      would have to be the doctor that --
15  A.  Right.  Because the patient, if I was to tell NYU that
16      I've referred their patient to another laboratory, they'd
17      have a fit, and rightfully so.
18  Q.  Okay.  So then you've never referred then to
19      organizations who did not require conventional prenatal
20      follow-up, testing, amnio or CVS, is that right?
21  A.  I don't refer patients to anywhere.  I tell patients that
22      -- and there's about three or four a month -- I tell them
23      we're unable to help you, and I explain why.  And I say
24      we will talk with your doctors and there are other
25      laboratories that might be able to help you.

Page 40

1   Q.  Okay.  And this was the practice at the time that the
2       Grossbaums had their studies?
3   A.  Yes.
4   Q.  And this is a status that you've always known to be the
5       case, is that right?  I'll withdraw that question.
6       That's a vague question.
7           Well, can you tell me then, Doctor, why at the top
8       of page two of your report, P1, I read the following
9       statement, I have had people over the years voice
10      objection to amnio or CVS, and when this has happened I
11      have referred them to organizations who did not require
12      conventional prenatal follow-up testing with amnio or
13      CVS.
14          Can you tell me how you could write that in a
15      report and yet testify the way you have here today?
16  A.  I'm not specifically referring the patient to another
17      organization.  That's incorrectly stated.  I've never
18      referred a patient to another center.  I give them
19      options through their doctor.
20  Q.  Okay.  Now, you've also indicated in your report that you
21      discuss the risk of misdiagnosis, is that correct?
22  A.  Yes.
23  Q.  And -- give me a second.
24          All right.  Doctor, I believe you indicated in
25      your prior deposition that the risk of misdiagnosis was

Page 41

1       between three and five percent, is that correct?
2   A.  That's the risk that's quoted around the world in other
3       PGD programs, and in general the genetic counselors quote
4       that number.  In our group it isn't that high, but that's
5       the number that's been sort of announced by --
6   Q.  Okay.  Can you tell me, when you say that's announced by
7       other groups and around the world, where are these
8       announcements made?  What specifically are you referring
9       to?
10  A.  So at scientific meetings people stand up and talk about
11      the error rates that they see.
12  Q.  And you have a specific recollection of people standing
13      -- of particular people standing up?
14  A.  Sure.
15  Q.  Okay.  What group or what person in these meetings do you
16      recall standing up and they have an error rate of three
17      to five percent?
18  A.  They don't necessarily say that they have an error rate.
19      They quote that as the rate in the field.
20  Q.  Okay.
21  A.  And I've always thought that was high.
22  Q.  Okay.  In other words, individuals have stated at
23      meetings, who are attending the meetings and are working
24      in the field, that the error rate in the field in general
25      is three to five percent, is that correct?

Mark Hughes
5/14/2010

12 (Pages 42 to 45)

Page 42

1  A. I've heard that many times.
2  Q. Okay. And has that error rate changed over time?
3  A. Actually the quoted numbers from just last week at the
4     international meetings were still three to five percent.
5  Q. Okay. So someone got up and quoted three to five percent
6     at the meeting last week?
7  A. I heard it discussed, yes.
8  Q. Okay. And who did you hear it discussed from? Who said
9     it?
10 A. I'd have to go look.
11 Q. And where would you look?
12 A. I'd look at the minutes of the meeting that we just had.
13 Q. And those minutes are circulated?
14 A. No. They're notes that I would have taken. Or they
15    might be in the abstract. We can look.
16 Q. And is the abstract circulated for everybody who's in
17    attendance at the meeting?
18 A. Yes.
19 Q. And what was the nature of the meeting, what was the
20    group that met?
21 A. The PGD International Society.
22 Q. And where was the meeting?
23 A. France.
24 Q. And was Dr. Xu there?
25 A. No.

Page 43

1  Q. And your rate is less than one-half of one percent, is it
2     not?
3  A. No. Our rate runs between one and two, depending on the
4     year.
5  Q. So each year you have one to two percent misdiagnosis?
6  A. 1.2, 1.3, 1.4, 1.5.
7  Q. Now, is that specifically with respect to cystic
8     fibrosis, or is that with respect to all --
9  A. No. That's all diseases.
10 Q. And how many do you do a year?
11 A. I can tell you what we did in 2004.
12 Q. How many did you do in 2004?
13 A. I wrote the numbers down. We did 582 cycles.
14 Q. And you have that specifically available to you, you
15    wrote it down?
16 A. I wrote it down before I came over here. Because I
17    figured you'd ask.
18 Q. Okay. And what did you write it down on?
19 A. (No response).
20 Q. What did you write it down on?
21 A. I just wrote it in the corner here on this piece of
22    paper.
23 Q. Before you came over here?
24 A. No. I had it in my mind. But I knew the question was
25    coming, so I scribbled it over here so I wouldn't forget

Page 44

1  the numbers.
2  Q. And do you know how many you did in 2009, last year?
3  A. No. But almost twice that.
4  Q. And how many failures did you have in 2004?
5  A. Three.
6  Q. The Grossbaums was one of them?
7  A. Yes.
8  Q. And what was the analysis done on the other two that had
9     failed?
10 A. One of them was a healthy child that we predicted was a
11    carrier, and one of them was an affected that was picked
12    up on amniocentesis or CVS.
13 Q. And was it picked up?
14 A. Yeah.
15 Q. And did the parents abort in that case?
16 A. I don't remember. There's no link between those. An
17    amniocentesis is not a search and destroy mission.
18 Q. I think we explored that at the last deposition, didn't
19    we?
20 A. I don't remember.
21 Q. You haven't read your deposition --
22 A. Months ago.
23 Q. -- prior to coming here today?
24 A. No.
25 Q. The 582 cycles that you described, were they for all

Page 45

1  forms of genetic disorders, or just for cystic fibrosis?
2  A. No. For all forms.
3  Q. Now, the Grossbaums were described as having a mutation
4     that was -- can be said to be compound heterozygous, is
5     that right?
6  A. Yes.
7  Q. Do you know how many of the cystic fibrosis studies that
8     you did in 2004 were for couples who had compound
9     heterozygous mutations?
10 A. I don't know those numbers off my head, no.
11 Q. Do you know how frequently you see compound heterozygous
12    mutations to be analyzed?
13 A. Fairly frequently. Now.
14 Q. Now?
15 A. Um-hum (affirmatively).
16 Q. How about in 2004?
17 A. We would see them then, too, but it's gone up
18    substantially, the numbers. Because the ability to find
19    the mutations in these different diseases has gone up,
20    because the technology for looking for the mutations is
21    easier. So just a few years ago there weren't very many
22    places that would -- well, cystic fibrosis is different
23    -- but for many of these disorders there wasn't anyone
24    who was willing to screen by DNA sequencing the entire
25    gene looking for what the other mutation might be, so PGD

Mark Hughes
5/14/2010

18 (Pages 66 to 69)

Page 66

1    what you represent to be your formal report?
2         MR. HAMAD: Objection to form.
3         THE WITNESS: It's our formal report.
4    BY MR. STEIN:
5    Q. And that is your complete report on the Grossbaums'
6    matter?
7    A. Yes.
8    Q. Okay. Now, turning to the P8 -- do you have a copy in
9    front of you?
10   A. Yes.
11   Q. In the first paragraph of P8 you describe the results as
12   disappointing, is that correct?
13   A. Yes.
14   Q. And then you go on in your second paragraph to say, if
15   the couple chooses a transfer with this partial data set,
16   do you not?
17   A. Um-hum (affirmatively).
18   Q. Does that statement assume that the couple will be
19   advised that there is only a partial data set?
20        MR. HAMAD: Objection to form.
21        THE WITNESS: I'm not assuming anything.
22   BY MR. STEIN:
23   Q. Well, for the couple to choose to transfer this partial
24   data set there has to be some communication to them that
25   there is a partial data set that was disappointing,

Page 67

1    doesn't there?
2         MR. HAMAD: Objection, form. Misstates his prior
3    testimony. You can answer.
4    BY MR. STEIN:
5    Q. Go ahead.
6    A. I'm not sure I understand. We're dealing with an
7    outstanding group of people who understand PGD very well.
8    They're going look at this table and see that --
9    Q. Doctor, my question --
10        MR. STEIN: Can I have the last question read
11   back please?
12        (Record repeated as requested.)
13        THE WITNESS: When a doctor reads a diagnostic
14   report that they receive, they read it and understand
15   what it says. I mean, that's why they order the test.
16   So you send them the information, whichever one you want,
17   and it's pretty clear that there's a partial data set.
18   It doesn't take rocket science to see that.
19   BY MR. STEIN:
20   Q. Doctor, my question just called for a yes or no answer.
21   A. Then I don't understand the question.
22   Q. All right. If, as you say in your message, a document we
23   marked P8, if the couple chooses a transfer with this
24   partial data set, you are referring to a choice made by
25   the couple who you provided laboratory services to, are

Page 68

1    you not?
2    A. I'm referring to the choice that the couple would make
3    after hearing the information about the quality of their
4    embryos, and the molecular results and the options that
5    they have in front of them about what they would like to
6    do. And it isn't necessarily so, I mean, I don't know,
7    but it isn't necessarily so that the clinic would agree
8    to what that would be. They might and they might not.
9    Q. Might agree and might not agree to what?
10   A. Well, if the doctor said we're not going to transfer this
11   embryo, some clinics would say we're not going to
12   transfer the embryo. Other clinics would say, well, no,
13   the embryo belongs to you and you can take it if you
14   wish. I stay away from those things, but I point out the
15   limitations of the testing.
16   Q. Are you presuming by that comment that the couple will be
17   advised of the disappointing result of your test?
18        MR. HAMAD: Objection to form, asked and
19   answered.
20        THE WITNESS: I'm not assuming anything.
21   BY MR. STEIN:
22   Q. Okay. Now, you say that in that message that AVO is
23   possible in compound heterozygous testing such as this,
24   and even more likely given the embryo quality. That's
25   what you write, is that right?

Page 69

1    A. Yes.
2    Q. Now, in the preliminary report that you sent, as you
3    described it, we've marked P5, you discuss allele
4    dropout, don't you?
5    A. Yes. Well, I mentioned it in -- it's mentioned in sample
6    two.
7    Q. Now, just so I'm clear, is it not anticipated that the
8    clinic will proceed with IVF based on the form of report
9    that is present and marked P5?
10        MR. HAMAD: Asked and answered, three questions
11   ago.
12        THE WITNESS: This report is sent to them just
13   like any laboratory report. They review it, they make a
14   decision in the best interests of the patient, I hope,
15   and I don't have any assumptions about which ones they're
16   going to transfer. In fact, earlier this week a couple
17   elected to take two embryos that were affected, so --
18   BY MR. STEIN:
19   Q. Aside from what the couples intend to do as a result of
20   the decision, you are presuming when you send P5 that the
21   fertility clinic will act on the content of the
22   information contained in P5, are you not?
23   A. No. I'm sending them information. What they do with it
24   at that point is completely up to them. They can say we
25   don't like any of this, they can say we're going to

EXHIBIT 12

# CURRICULUM VITAE

## Charles M. Strom, M.D., Ph.D., F.A.A.P., F.A.C.M.G., H.C.L.D.

| | |
|---|---|
| COLLEGE: | Yale University, New Haven, Connecticut Department of Molecular Biophysics and Biochemistry, B.S., June 1973, Cum Laude |
| GRADUATE SCHOOL: | University of Chicago, Chicago, Illinois Department of Biology, Ph.D., December 1977 |
| PROFESSIONAL SCHOOL: | University of Chicago Pritzker School of Medicine, Chicago, Illinois.  M.D., June 1979 with Honors |
| RESIDENCY: | University of California Medical Center, San Diego, California.  Department of Pediatrics, July 1979 - June 1982 |
| FELLOWSHIP: | University of California Medical Center, San Diego, California. Pediatric Genetics and Metabolism, William L. Nyhan, M.D., Ph.D., Chairman, 1981-1982 |
| BOARD CERTIFICATION: | American Board Pediatrics, 1985 American Board of Medical Genetics - General, 1987 American Board of Medical Genetics - Clinical Genetics, 1987 American Board of Medical Genetics, - Clinical Biochemical Genetics, 1987 American Board of Medical Genetics, - Clinical Molecular Genetics, 1993 (Recertification, 2003) American Board of Bioanalysis - High Complexity Laboratory Director, 1995 |
| LICENSURE: | Licensed Physician and Surgeon: Illinois Licensed Physician and Surgeon: California Certificate of Qualification, Laboratory Director New York State: Molecular Testing, Biochemical Testing, Maternal Serum Screening Laboratory Director: State of California, Molecular Genetics |
| PREVIOUS APPOINTMENT: | Instructor, University of Chicago, Department of Pediatrics, Chicago, |

Illinois, July 1, 1982 - July 1, 1984
Assistant Professor, University of
Chicago, Department of Pediatrics, Committee of
Genetics, Committee of Developmental
Biology and in the College, Chicago,
Illinois, July 1, 1984 - May 1, 1988

APPOINTMENT:

Director, Medical Genetics and DNA
Laboratory, Departments of Pediatrics
and Obstetrics and Gynecology
Illinois Masonic Medical Center
836 W. Wellington, Chicago, Illinois
60657, (773) 296-7095
May, 1988 – October, 2000

Academic Appointment
Assistant Professor, Department of Obstetrics and
Gynecology,    Rush Medical College
September, 1994 – October, 2000

Medical Director, Molecular Genetics and
Biochemical Genetics Laboratories
Nichols Institute, Quest Diagnostics
33608 Ortega Highway
San Juan, Capistrano, CA 92675
949-728-4701
October 2000 – June 2002

CURRENT APPOINTMENT:

Medical Director, Genetic Testing Center
Nichols Institute, Quest Diagnostics
33608 Ortega Highway
San Juan, Capistrano, CA 92675
949-728-4701
June 2002 - present

CURRENT ACADEMIC
POSITION:
As of November, 2000

Assistant Clinical Professor
Department of Pediatrics
University of California, San Diego

| | |
|---|---|
| TEACHING EXPERIENCE: | Co-Instructor BioSci. 236, "Vertebrate Developmental Biology", University of Chicago, Chicago, Illinois, Spring 1979 Instructor, BioSci. 243 "Principles of Human Genetics", University of Chicago, Chicago, Illinois, Spring 1983, Autumn 1983 Autumn 1984 and currently Instructor, Medical Genetics, University of Chicago, Illinois, Spring 1984-1988 Co-instructor with Dr. Aron Moscona, Biology of Vertebrate Development, Winter 1984, 1985 |
| DOCTORAL RESEARCH: | "Molecular Biology of Chick Cartilage Differentiation", Department of Biology, University of Chicago, Chicago, Illinois |
| POSTDOCTORAL RESEARCH: | "Molecular Biology of Friend Erythroleukemia Erythroid Differentiation", Scripps Clinic and Research Institute, La Jolla, California, Dr. John Yu, Sponsor |
| AWARDS: | Alpha Omega Alpha National Medical Honor Society, June 1979 John Van Prohoska Award for "Outstanding Potential in Teaching, Research and Clinical Medicine", University of Chicago, June 1979 Mosby Book Award for "Outstanding Performance as a Senior Medical Student", University of Chicago, June 1979 Ross Award in Research for Pediatric House Officer presented by the Western Academy of Pediatric Research for "Contribution to Research in Pediatrics", Carmel, California February 1981 Sigma Xi, June 1984 Hartford Fellowship, 1984-1987 Schweppe Fellowship, 1984-1987 |

3

GRANT SUPPORT:

Summer Research Training Grant, University of Chicago,
June 1973 - October 1973.
Medical Scientist Training Grant, National Institutes of
Health, January 1974-1979
Sprague Memorial Institutional Grant,
October 1982 and 1983
American Cancer Society Institutional Grant, October 1982
Children's Research Institutional Grant,
1982 and 1983
March of Dimes Basil O'Conner Research Grant,
September 1983 - August 1985;
$72,000
John A. Hartford Fellowship,
July 1984 - July 1987; $105,000
Kennedy Mental Retardation Research Center.
Career Development Grant
July 1984 - June 1987; $96,000
Schweppe Fellowship
July 1984 - June 1987; $45,000
NIH - R23 Award
July 1984 - June 1987; $36,000/year
March of Dimes Research Grant
April 1, 1986 - April 1, 1988; $35,000/year
Genetics Screening Fund  (Private Donations); $46,000

MEMBERSHIP IN
STATE COMMITTEES:

President, Genetics Task Force of Illinois
October 1985 - October 1986
Genetics Task Force of Illinois
Governor's Advisory Committee on Inherited Metabolic
Diseases, 1990 – 1998

MEMBERSHIP IN
REGIONAL NETWORKS:

Steering Committee, Great Lakes Regional
Genetics Network 1985 - 1986
Chairman of Subcommittee of Quality
Assurance in Biochemical Genetics Testing of the Great
Lakes Regional Genetics Network October 1985 - October
1986
Co-Chairman of Subcommittee for Quality
Assurance in DNA Laboratories, 4/92-4/97

MEMBERSHIP IN
NATIONAL COMMITTEES:
American Society of Human Genetics
Committee on Social Policy, December, 1994
Subcommittee for Genetic Testing in Children,
December, 1994 – 1998
American College of Medical Genetics
Cystic Fibrosis Screening Committee
March 2002 - present

MEMBERSHIP IN
SCIENTIFIC SOCIETIES:
American Society of Human Genetics
Association of Molecular Pathology

MEMBERSHIP IN
CLINICAL SOCIETIES:
American Academy of Pediatrics
American College of Medical Genetics
(Founding fellow)

MEMBERSHIP IN
MEDICAL SOCIETIES:
The Chicago Gynecological Society, January, 1995

HOSPITAL APPOINTMENT:
University California, Irvine
Children's Hospital of San Diego

PATENT APPLICATIONS:
U.S. Patent Application No.:      11/554,293
Filing Date:      10/05/2006
Title:    NUCLEIC ACID SIZE DETECTION METHOD
Inventor(s):      Huang et al.
(Capillary Southern Analysis, An automated high throughput method
for population based carrier detection of Fragile X Syndrome)

U.S. Patent Application No.:      11/566,174
Filing Date:      12/1/2006
Title:    METHODS OF DETECTING TPMT MUTATIONS
Inventor(s):      Charles M. Strom et al.

INTERNAL AWARDS:
Aggressive Innovation, Quest Diagnostics, 2002
Medical Innovation, Quest Diagnostics, 2006
Patent Innovation Award, Quest Diagnostics, 2006
Patent Innovation Award, Quest Diagnostics, 2007

BIBLIOGRAPHY

Articles, Chapters and Reviewed Letters

1. **Strom CM** and Dorfman A. Distribution of 5-bromodeoxyuridine and thymidine in the DNA of developing chick cartilage. *Pro. Natl Acad Sci*. USA 73, 1019-1023 (1976).

2. **Strom CM** and Dorfman A. Amplification of moderately repetitive DNA sequences during chick cartilage differentiation. *Proc Natl Acad Sci*. USA 73, 3428-3432 (1976).

3. Dorfman A, Ho P.-L, **Strom CM,** Vertel BM, and Upholt WB. The differentiation of cartilage. *Adv Pathobiol*. pp. 104-123 (1977).

4. Dorfman A, **Strom CM**, Upholt WB, Ho P-L, and Vertel BM. Studies on the differentiation of cartilage, *Uppsala J Med Sci*. 82, 108-109 (1977).

5. **Strom CM**. Molecular mechanisms in cartilage differentiation, *Doctoral Dissertation*, Department of Biology, University of Chicago, Chicago, IL (1977).

6. **Strom CM**, Moscona M, and Dorfman A. Amplification of DNA sequences during chick cartilage and neural retina differentiation. *Proc Natl Acad Sci*. USA 75, 4451-4454 (1978).

7. **Strom CM** and Upholt WB. Isolation and characterization of genomic clones corresponding to the human type II procollagen gene. *Nucleic Acids Res*. 12, 1025-1038 (1984).

8. **Strom CM** and Eng CE-L. Restriction fragment length polymorphism in achondroplastic dwarfism and thanatophoric dwarfism. *ICSU Short Reports* 1, 250-251 (1984).

9. Kashani IA, **Strom CM**, Utley JE, and Higgins, CB. Hypoplastic pulmonary arteries and aorta with genitourinary anomalies in 2 siblings. *Angiology* 35, 252-256 (1984).

10. **Strom CM**, Eddy RL, and Shows TB. Localization of human type II procollagen gene Col2Al to chromosome 12. *Som Cell & Mol Genetics* 10, No. 6, 651-655, No. 6 (1984).

11. Wolff JA, **Strom CM**, Griswold W, Sweetman L, Kulovitch S, Prodonos C, and Nyhan WL. Proximal renal tubular acidosis in methylmalonic acidemia. *J Neurogenet* 2, 31-39 (1985).

12. Upholt WB, **Strom CM**, and Sandell L. Structure of the type II collagen gene. *Ann N.Y. Acad Sci*. 460, 130-141 1985.

13. Eng CEL. and **Strom CM**. Analysis of three restriction fragment length polymorphisms in the human type II procollagen gene. *Am J Hum Genet*. 37, 719-732 (1985).

14. Eng CEL and **Strom CM**. A new syndrome of familial proportionate short stature, intrauterine growth retardation and recurrent locking of the fingers. *Am J Med Genet*, 26, 217-220 (1987).

15. **Strom CM**. A three allele polymorphism in the human Co12A1 gene, *Nuc Acid Res*, 16(18): 9077 (1988).

16. **Strom CM**. Molecular studies in achondroplasia using human Col2A1 Probes, *Basic Life Sci* 48:59-60 (1988).

17. Verlinsky Y, Pergament E, and **Strom C**, The preimplantation genetic diagnosis of genetic diseases, *J In Vitro Fert and Embryo Transf*, 7:1-5 (1990).

18. **Strom CM**, Verlinsky Y, Milayeva S, Evisikov S, Cieslak J, Lifchez A, Valle J, Moise J, Ginsberg N, Applebaum M, Preconception genetic diagnosis of cystic fibrosis, *Lancet*, 336(8710):306-307 (1990).

19. Verlinsky Y, Ginsberg N, Lifchez A, Valle J, Moise J, **Strom CM**, Analysis of the first polar body: Preconceptual genetic diagnosis, *Human Reproduction*, 5(7): 826-829 (1990).

20. Pergament E, Verlinsky Y, Ginsberg G, Fine B, **Strom C**, Current and future perspectives of fetal genetic diagnosis, *Current Perinatology, V*. II, ed by Manohar Rathi, Springer Verlag (1990).

21. **Strom CM**, Milayeva S, Verlinksy Y., Reliability of gender determination using PCR for single cells, *J In Vitro Fertilization and Embryo Transfer*, 8(4):225-229 (1991).

22. **Strom CM**, Enriquez G, Rechitsky S, Preimplantation genetic analysis using PCR, *Preimplantation Genetics*, (eds) Verlinsky Y. and Kuliev AM. pp. 131-138. Plenum Press (1991).

23. Rechitsky S, Enriquez G, **Strom CM**, DNA analysis of gametes and embryos: Analysis of delta-F508 cystic fibrosis mutation in single cells, *Preimplantation Genetics*, (eds) Verlinsky Y and Kuliev AM, pp. 305-312. Plenum Press (1991).

24. Verlinsky Y, Rechitsky S, Evsikov S, White M, Cieslak J, Lifchez A, Valle J, Moise J, **Strom CM**, Preconception and preimplantation diagnosis for cystic fibrosis. *Prenatal Diagnosis*, 12:103-110 (1992).

25. **Strom CM**, Brusca RM, Pizzi WJ. A double blind, placebo controlled crossover study of Folinic Acid (Leucovorin) for the treatment of fragile X syndrome. *Am J Med Genet*. 44:676-682 (1992).

26.     **Strom CM**. Genetics Update: Infertility due to a point mutation. *J of Assisted Reproduction and Genetics*. 9(2):89 (1992).

27.     **Strom CM**. Sperm-Egg fusion proteins and male factor infertility. *J of Assisted Reproduction and Genetics*. 9(3):182-183 (1992).

28.     Ginsberg NA, Applebaum M, Rabin SA, Caffarelli MA, Kuuspalu M, Daskel JL, Verlinsky Y, **Strom CM**, Barton JJ. Term birth after midtrimester hysterotomy and selective delivery of an acardiac twin. *Am J Obstet Gynecol*. 167:33-7 (1992).

29.     Ginsberg NA, Applebaum M, Bozorgi N, Cadkin AV, Verlinsky Y, **Strom CM**: Decreasing risk of pregnancy loss following chorionic villi sampling: elimination of transabdominal CVS during the ninth week of pregnancy. *J Repro Med*. 37(10):853-856 (1992).

30.     **Strom CM**: Preimplantation genetics-Two first steps. *J Assisted Reproduction and Genetics*. 9(5):422-423 (1992).

31.     **Strom CM**, Ginsberg N, Applebaum M, Bozorgi N, White M, Caffarelli M, Verlinsky Y: Analyses of 95 first-trimester spontaneous abortions by chorionic villus sampling and karyotype. *J Assisted Reproduction and Genetics*. 9(5):458-461 (1992).

32.     **Strom CM**, Rechitsky S. DNA analysis of polar bodies and preembryos. In: Verlinsky, Y., Kuliev, A.M. (eds.) Preimplantation diagnosis of genetic diseases: A new technique in assisted reproduction. pp. 69-92. Wiley-Liss, N.Y. (1992).

33.     Verlinsky Y, **Strom CM**. Preconception diagnosis of polar bodies. In: Edwards, RG (ed.) *Preconception and Preimplantation Diagnosis of Human Genetic Disease*. pp. 233-238. Cambridge University Press, Cambridge (1993).

34.     **Strom CM**. Cloning versus induced twinning: *Ob Gyn News*. 11:May 15, (1994).

35.     **Strom CM**, Rechitsky S, Wolf G, Verlinsky Y. Reliability of polymerase chain reaction (PCR) analysis of single cells for preimplantation genetic diagnosis. *J Assist Reprod Genet*, 11(2):55-62 (1994).

36.     Verlinsky Y, Handyside A, Grifo J, Munné S, Cohen J, Liebers I, Levinson G, Arnheim N, Hughes M, Delhanty J, Harper J, Mathews C, Kuliev A, Simpson,JL, Monk M, **Strom C**, Findlay I, Gore-Langton R, Lansendorf S, Braude P, Muggleton-Harris A, Lissens W, Ginsberg N, Jackson L, Giltin S, Fisher J, Readhead C, Wilton L, De Sutter P, Selva J, Ray P, Thornhill A, Kontogianni E, Johnson M. Preimplantation diagnosis of genetic and chromosomal disorders. *J Assisted Reproduction and Genetics*. 11(5):236-243 (1994).

37.   Ginsberg NA, Zbaraz D, **Strom C**. Transabdominal embryoscopy for the detection of Carpenter Syndrome during the first trimester. *J Assisted Reproduction and Genetics*. 11(7):373-375 (1994).

38.   **Strom CM**. More on DNA typing dispute. Letter to the Editor. *Nature*. 373: January 12, (1995).

39.   **Strom CM**. Genetic testing in gynecologic practice. In: Bychkov V and Isaacs JH. (eds.) *Pathology in the Practice of Gynecology*. pp. 485-495. Mosby-Year Book, Inc., Missouri (1995).

40.   Verlinsky Y, Morozov G, Gindilis V, **Strom CM**, Freidin M, Rechitsky S, Verlinsky O, Ivakhnenko V, Zdanovsky V, Kuliev A. Homeobox gene expression in human oocytes and preembryos. *Molec Repro Dev,* 41:127-132 (1995).

41.   Verlinsky Y, Cieslak J, Ivakhenko V, Wolf G, Kovalinskaya L, White M, Lifcehz A, Kaplan B, Moise J, Valle J, Ginsberg N, **Strom C**, Kuliev A. Pregnancies following preconception diagnosis of common aneuploidies by fluorescent in-situ hybridization. *Human Reproduction*, 10:1923-1927 (1995).

42.   Verlinsky Y, Ginsberg N, Chmura M, Freidine M, White M, **Strom C**, Kuliev A. Cross-hybridization of the chromosome 13/21 alpha satellite DNA probe to chromosome 22 in the prenatal screening of common chromosomal aneuploidies by FISH. *Prenatal Diagnosis*, 15:831-834 (1995).

43.   Verlinsky Y, Rechitsky S, Freidine M, Cieslak J, **Strom C**, Lifchez A. Birth of a healthy girl after preimplantation gender determination using a combination of polymerase chain reaction and fluorescent in situ hybridization analysis. *Ferl Steril*. 65:358-360 (1996).

44.   Rechitsky S, Freidine M, Verlinsky Y, **Strom CM**. Allele dropout in sequential PCR and FISH analysis of single cells. *J Assisted Reproduction and Genetics*, 13:115-125 (1996).

45.   Verlinsky Y, Cieslak J, Freidine M, Ivakhenko V, Wolf G, Kovalinskaya L,White M,. Lifchez A, Kaplan B, Moise J,. Valle J, Ginsberg N, **Strom C**, Kuliev A. Polar body diagnosis of common aneuploidies by FISH. *J Assisted Reproduction and Genetics*, 13:157-162 (1996).

46    Kuliev A, Kukharenko V, Morozov G, Freidine M, Rechitsky S, Verlinsky O, Ivakhenko V, **Strom C**, Verlinsky Y. Expression of homeobox-containing-genes in human preimplantation development and in embryos with chromosomal aneuploidies. *J Assisted Reproduction and Genetics*, 13:177- 181 (1996).

47.   **Strom CM**, Rechitsky S, Ginsberg N, Verlinsky O, Verlinsky Y. Prenatal paternity testing with deoxyribonucleic acid techniques. *Am J Obstet Gynecol*, 174(6): 1849-53 discussion 1853-4, June (1996)

48.    **Strom CM**. Mosaicism and aneuploidy in human preembryos, *J Assisted Reproduction and Genetics*, 13: 592-593 (1996).

49.    Ginsberg N, Cadkin A, **Strom CM**. Abnormal triple-test result plus normal ultrasonographic results equals amniocentesis? *Am J Obstet Gyneco,l* 175(4 Pt 1):1081-2 Oct (1996).

50.    Verlinsky, Cieslak J, Ivakhnenko V, Lifchez A, **Strom C**, Kuliev A. Birth of healthy children after preimplantation diagnosis of common aneuploidies by polar body fluorescent in situ hybridization analysis. Preimplantation Genetics Group. *Fertil Steril* 66(1):126-9 July (1996).

51.    **Strom CM**. Life imitating art. *Nature* 386:432-433, (1997).

52.    Verlinsky Y, Munne S, Simpson JL, Kuliev A, Ao A, Ray P, Sermon K, Martin R, **Strom C**, Van Stairteghem A, Veiga A, Drury K, Wiliams S, Ginsberg N, Wilton L. Current status of preimplantation diagnosis. *J Assist Reprod Genet*, 14(2):72-75, Feb (1997).

53.    Ginsberg NA, **Strom C**; Verlinsky Y. Management of a triplet gestation complicated by uterus didelphys. *Fetal Diagn Ther;* 12(1):59-60, Jan-Feb (1997).

54.    Verlinsky Y, Rechitsky L, Cieslak J, Ivakhenko V, Wolf G, Lifchez A, Kaplan,B, Moise J, Valle J, White M, Ginsberg N, **Strom C**, Kuliev A., Preimplantation diagnosis of single gene disorders by two-step oocyte analysis using first and second polar body. *Biochemical and Molecular Medicine*, 62:182-187 (1997).

55.    Ginsberg NA, **Strom CM**, Cadkin A. Sex difference in crown-rump length in first trimester twins. *Reproductive Med*, 42:685-6 (1997).

56.    Ghai V, Levine E, **Strom C**, Barton J. Clearing the air. *Ob Gyn News*, 11 (02/15/98).

57.    Knoppers BM, **Strom C**, Clayton W, et al. ASHG statement: professional disclosure of familial genetic information. The American Society of Human Genetics Social Issues Subcommittee on Familial Disclosure, *Am. J. Hum. Genet*. 62:474-483 (1998).

58.    Ginsberg N, Cadkin CA, **Strom C**. Prenatal diagnosis of body stalk anomaly in the first trimester of pregnancy. *Ultrasound Obstet Gynecol*, 10(6):419-20 (1997).

59.    Verlinsky Y, Ginsberg N, Chmura M, White M, **Strom C**, Kuliev A. Detection of translocations involving the Y-chromosome in prospective prenatal screening of common aneuploidies by FISH. *Prenatal Diagnosis* 18:390-2 (1998).

60. Kuliev A, Rechitsky S, Verlinsky O, Ivakhenko S, Evsikov G, Wolf M, Angastiniotis D, Geroghiou D, Kukharenko V, **Strom C**, Verlinksy Y. Preimplantation diagnosis of thalassemias. *J Assist Reprod Gen*, 15:219-225 (1998).

61. Rechitsky S, **Strom C**, Verlinsnky O, Amet T, Ivakhenko V, Kukharenko V, Kuliev A, Verlinsky Y. Allele dropout in polar bodies and blastomeres. *J Assist Reprod Gen*, 15:253-257 (1998).

62. Verlinksy Y, Cieslak J, Ivakhenko V, Evsikov S, Wolf G, White M, Lifchez A, Kaplan B, Moise J, Valle J, Ginsberg N, **Strom C**, Kuliev A. Preimplantation diagnosis of common aneuploidies by first- and second-Polar body FISH analysis. *J Assist Reprod Gen*, 15:285-289 (1998).

63. Morozov G, Verlinsky O, Rechitsky S, Kukharenko V, Goltsman E, Ivakhenko V, Gindilis V, **Strom C**, Kuliev A, and Verlinsky Y, Sequence analysis of libraries from individual human blastocyts, *J Assist Reprod Gen*, 15:338-343 (1998).

64. **Strom CM**, and Rechitsky L, Use of nested PCR to identify charred remains and minute amounts of blood. *J Forensic Sci*, 43 (3): 696-700 (1998).

65. **Strom CM**, Rechitsky S, Wolf G, Cieslak J, Kuliev A, Verlinsky Y. Preimplantation diagnosis of autosomal dominant retinitis pigmentosum using two simultaneous single cell assays for a point mutation in the rhodopsin gene. *Molecular Human Reproduction*, 4:351-355 (1988).

66. Levine EM, **Strom CM**, Ghai, V; Barton JJ. Intrapartum management relating to the risk of perinatal transmission of group B streptococcus. *Infectious Diseases in Obstetrics & Gynecology*, 6:25-29 (1998).

67. Verlinsky Y, Cieslak J, Ivakhnenko V, Evsikov S, Wolf G, White M, Lifchez A, Kaplan B, Moise J, Valle J, Ginsberg N, **Strom C**, Kuliev A. Prepregnancy genetic testing for age-related aneuploidies by polar body analysis, *Genetic Testing*, 1(4):231-5 (1998).

68. **Strom CM**, Ginsberg N, Rechitsky S, Cieslak J, Ivakhenko V, Wolf G, Lifchez A, Moise J, Valle J, Kaplan B, White M, Barton J, Kuliev A, Verlinsky Y. Three births following preimplantation diagnosis for cystic fibrosis using sequential first and second polar body analysis. *Am J Obstet Gynecol*, 178(6):1298-1306 (1998).

69. **Strom CM**, and Levine E. Chronic vaginal candidiasis responsive to biotin therapy in a carrier of biotinidase deficiency. *Obstet Gynecol*, 92:645-646 (1998).

70. Verlinsky Y, Cieslak J, Ivakhenko S, Wolf G, White M, Lifchez B, Kaplan B, Moise J, Valle J, Ginsberg N, **Strom C**, Kuliev,A. Prepregnancy genetic testing for age-related aneuploidies by polar body analysis, *Genetic Testing*, 1:231-235 (1998).

71.    Verlinsky Y, Morozov G, Verlinsky O, Koukharenkho V, Rechitsky S, Goltsman E, Ivakhenko V, Gindilis V, **Strom CM**, Kuliev A, Isolation of cDNA libraries from individual human preimplantation embryos. *Mol Hum Reprod*, 4:571-5 (1998).

72.    Verlinsky O, Rechtitsky S, Cieslak J, Ivakhenko V, **Strom C**, Kuliev A, Verlinksy Y. Preimplantation diagnosis of single gene disorders: Tsitol. *Genet*, 32:14-22 (1998).

73.    **Strom CM**. Genetic justice: A lawyer's guide to the science of DNA testing. *Illinois Bar Journal*, 87: 18-26 (1999).

74.    Levine E, Ghai V, **Strom CM**. Is pediatrician attendance at cesarean delivery necessary? *Obstet Gynecol*, 93:338-40 (1999).

75.    Levine E, Ghai V, Barton JJ, **Strom CM**. Intrapartum antibiotic prophylaxis increases the incidence of gram-negative neonatal sepsis. *Infectious Diseases in Obstetrics and Gynecology*, 7:210-3 (1999)

76.    Verlinsky V, Kuliev A, Simpson J L, Gianaroli L, **Strom C**, Findlay I, Bahce M, Rechitsky S, Sermon K, Weier U, Harper J, Marquez P C, Manor D, Fung J, Nordenskjold M, Ogilivie C, Ginsberg N, Sherlock J, Cram D, Wells D, Lavery S, Levran D, Veyver P, White M, Kuo H-C, Tsukerman G.  Preimplantation diagnosis: an alternative to prenatal diagnosis and chromosomal disorders. *J Assist Reprod and Genetics* 16(4):161-163 (1999).

77.    Ginsberg NA, Cadkin A, **Strom C**, Bauer-Marsh E, Verlinsky Y. Prenatal diagnosis of 46,XX male fetuses. *Am J Ostet Gynecol*, 180(4):1006-7 (1999).

78.    Morozof G, Verlinsky O, Rechitsky S, Ivakhenko V, Goltsman E, Gindilis V, **Strom C**, Kuliev A, Verlinsky Y, Construction and sequence analysis of substraction complimentary DNA libraries from human preimplantation embryos. *J Assist Reprod Genet*, 16(4), 212-5 (1999).

79.    Kuliev A, Rechitsky S, Verlinsky O, Ivakhenko V, Cieslak J, Evsikov S, Wolf G, Angastiniotis M, Kalakoutis G, **Strom C**, Verlinsky Y, Birth of healthy children after preimplantation genetic  analysis of thalassemias. *J Assist Reprod Genet*, 16(4):207-11 (1999).

80.    Rechitsky S, **Strom C**, Verlinsky O, Amet T, Ivakhenko V, Kukharenko V, Kuliev A, Verlinsky Y. Accuracy of perimplantation genetic analysis of single gene disorders by polar body analysis of oocytes. *J Assist Reprod. Genet*, 16(4), 192-8 (1999).

81.    Verlinsky Y, Cieslak J, Ivakhenko V, Evsikov S, Wolf G, White M, Lifchez A, Kaplan B, Moise J, Valle J, Ginsberg N, **Strom C**, Kuliev A. Prevention of age-related aneuploidies by polar body testing of oocytes. *J Assist Reprod Genet*, 16(4),165-9 (1999).

82. Verlinsky Y, Rechtisky O, Verlinsky O, Ivachnenko V, Lifchez A, Kaplan B, Moise J, Valle J, Borkowski J, Nefedova J, Goltsman E, **Strom C**, Kuliev A  Prepregnancy testing for single-gene disorders by polar body analysis. *Genetic Testing*, 3(2): 185-190 (1999).

83. **Strom C**, Levin R, Strom S, Masciangelo C, Kuliev A , Verlinsky Y. Neonatal outcome of preimplantation genetic diagnosis by polar body removal: The girst 109 babies. *Pediatrics*, 106(4):650-653 (2000).

84. **Strom C**, Strom S., Levine, E.,  Ginsberg, N.,  Barton, J., Verlinsky, Y.,  Obstetrical Outcomes in 102 Pregnancies Following Preimplantation Genetic Diagnosis, *Am J Obstet Gynecol*, 182:1629-1632, (2000).

85. **Strom C**., Polymerase chain reaction in the forensic analysis of DNA.   *Encyclopedia of Analytical Chemistry*, Ed by RA Myers, Wiley Press,  2000, Volume 5, pp 4512-4517

86. Verlinsky Y, Rechitsky S, Verlinsky O, **Strom C**, Kuliev A., Preimplantation diagnosis for ornithine transcarbamylase deficiency. Reprod Biomed Online. 2000;1(2):45-47.

87. Verlinsky Y, Rechitsky S, Schoolcraft W, **Strom C,** Kuliev A. Designer babies - are they a reality yet? Case report: simultaneous preimplantation genetic diagnosis for Fanconi anaemia and HLA typing for cord blood transplantation. *Reprod Biomed Online* 2000;1(2):31.

88. Verlinsky Y, Rechitsky S, Verlinsky O, **Strom C**, Kuliev A.  Preimplantation testing for phenylketonuria. *Fertil Steril*. 2001, Aug;76(2):346_9.

89. Kuliev A, Rechitsky S, Verlinsky O, **Strom C**, Verlinsky Y., Preembryonic diagnosis for sickle cell disease. *Mol Cell Endocrinol*. 2001 Oct 22;183 Suppl 1:S19_22.

90. Verlinsky Y, Cieslak J, Ivakhnenko V, Evsikov S, Wolf G, White M, Lifchez A, Kaplan B, Moise J, Valle J, Ginsberg N, **Strom C**, Kuliev A. Chromosomal abnormalities in the first and second polar body. *Mol Cell Endocrinol*. 2001 Oct 22;183 Suppl 1:47-49.

91. Rechitsky S, Verlinsky O, Amet T, Rechitsky M, Kouliev T, **Strom C**, Verlinsky Y. Reliability of preimplantation diagnosis for single gene disorders. *Mol Cell Endocrinol*. 2001 Oct 22;183 Suppl 1:65-68.

92. Verlinsky, Y., Rechistsky, S., Schoolcroft, W., **Strom, C**., Kuliev, A., Preimplantation Diagnosis for Fanconi Anemia combined with HLA matching, *JAMA*, 285:3130-3133. 2001.

93.  Verlinsky Y, Rechitsky S, Verlinsky O, Xu K, Schattman G, Masciangelo C, Ginberg N, **Strom C**, Rosenwaks Z, Kuliev A., Preimplantation diagnosis for p53 tumour suppressor gene mutations. *Reprod Biomed Online*. 2001;2(2):102-105.

94.  Verlinsky Y, Rechitsky S, Verlinsky O, Kenigsberg D, Moshella J, Ivakhnenko V, Masciangelo C, **Strom C**, Kuliev A, Polar body based preimplantation diagnosis for X_linked disorders. *Reprod Biomed Online*. 2002 Jan-Feb;4(1):38-42.

95.  **Strom, C**., Preimplantation genetic diagnosis of Mendelian disorders. in *Gynecology and Obstetrics,* ED by Sciarra, J.,  Lippincott Williams & Wilkins Publishers; ISBN: 0781725364; (April 2002)

96.  **Strom, C**.,  Huang, D.,  Buller,  A., Redman, J,  Crossley, B., Anderson, B., Entwistle, T., Sun, W., Cystic Fibrosis Screening Using the College Panel: Platform Comparison and Lessons Learned from the First 20,000 Samples, *Genetics in Medicine*, 4:289-296 (2002).

97.  **Strom, C**., Huang, S., Chen, C., Buller, A., Peng, M., Quan, F., Redman, J., Sun, W., Extensive sequencing of the cystic fibrosis transmembrane regulator gene: Assay validation and unexpected benefits of developing a comprehensive test. *Genet Med*, 5:9-14 (2003).

98.  **Strom, C**., Molecular Diagnosis, The Outlook is Bullish, *Advance*, 12:26-28, 2003.

99.  Kaufman H, **Strom CM**, From Peapods to Laboratory Medicine: Molecular Diagnostics of Inheritable Diseases.  *Med Lab Obs* 2003;35(7):30-40

100.  Palomaki GE, Knight GJ, Roberson MM, Cunningham GC, Lee JE, **Strom CM**, Pandian R,  Second Trimester Maternal Urine Invasive Trophoblast Antigen (ITA, hyperglycosylated hCG) as a Marker for Down Syndrome: Preliminary Results of an Observational Study on Fresh Samples, *Clin Chem,*  2004 Jan;50(1): 182-9.

101.  French C, Li C, Strom C, Sun W, Detection of Factor V Leiden mutation by a modified photo cross-linking oligonucleotide hybridization assay, *Clin Chem*  2004 Feb;50(2):296-305.

102.  Buller A, Olson S, Redman J, **Strom CM**. Frequency of the Cystic Fibrosis 3199del6 Mutation in Individuals  heterozygous for I158T. *Genet Med* 2004,6:108-109.

103.  **Strom CM**, Current challenges in cystic fibrosis screening.  *Arch Pathol Lab Med* 2004,128(3):366.

104.  **Strom CM**, Clark DD, Hantash FM, Maul D, Anderson B, Traul D, Huang D, Rea L, Tubman CC, Garcia R, P. Hess P, Wang H, Crossley B, Woodruff E, Chen R, Killeen M, Sun W Beer J, Avens H, Polisky B, Jenison RD. Direct visualization of Cystic Fibrosis Transmembrane Regulator Mutations in the clinical laboratory setting, *Clin Chem* 2004,50:836-845.

105.  **Strom CM**, Crossley B, Redman JB, Quan F, Buller A, McGinniss, M, Sun W. Molecular Screening for Diseases Frequent in Ashkenazi Jews: Lessons Learned from More than 100,000 Tests Performed in a Commercial Laboratory. *Genet Med,* 2004;6:136-140.

106.  **Strom CM**, Crossley B, Redman, JB, Buller A, Quan F, Peng M, McGinniss M, Sun W. Cystic Fibrosis Screening: Lessons Learned from the first 320,000 Patients. *Genet Med,* 2004,6:145-152.

107.  **Strom CM,** Population based carrier screening and prenatal diagnosis, *Med Lab Observer,* 2004,36:12-17.

108.  Monaghan KG, Highsmith W, Amos J, Pratt VM, Roa B, Friez M, Pike-Buchanan LL, Buyse IM, J.B. Redman, **Strom CM**, Young AL,Sun W.  Genotype-phenotype correlation and frequency of the 3199del6 cystic fibrosis mutation among I148T carriers: results from a collaborative study.  *Genet Med***,** 2004,6:421-425.

109.  Watson MS, Cutting GR, Desnick RJ, Driscoll DA, Klinger K, Mennuti M, Palomaki G, Popovich BW, Pratt VM, Rohlfs EM, **Strom CM**, Richards S, Witt DR, Grody W. Cystic Fibrosis population carrier screening: 2004 Revision of the American College of Medical Genetics Mutation Panel. *Genet Med*, 2004,6:387-391.

110.  Huang D, Chen C, Sun W, **Strom CM**, Bender RA. High Throughput Gene Sequencing Assay Development for Hereditary Nonpolyposis Colon Cancer. *Clinical Colorectal Ca,* 2004,4:275-279.

111.  **Strom CM,** Mutation Detection, Interpretation and Application in the Clinical Laboratory Setting, *Mut Res,* 2005,573:160-167.

112.  Brown NM,  Pratt, V, Buller A, Pike-Buchanan L,  Redman JB, Sun W, Chen R, Crossley B, McGinniss MJ, Quan F, **Strom CM**. Detection of 677CT/1298AC "Double Variant" Chromosomes: Implications for interpretation of *MTHFR* genotyping results, *Genet Med*, 2005,7:278-281.

113.   Bernacki SH, Beck CJ, Stankovic AK,  Williams LO, Amos J, Snow-Bailey K, Farkas DH, Friez MJ, Hantash FM, Matteson KJ, Monaghan KG,  Muralidharan K, Pratt VM, Prior TM, Richie KL, Levin BC, Rohlfs EM, Schaefer FV, Shrimpton AE, Spector EB, Stolle CA, **Strom CM**, Thibodeau SN, Cole EC, Goodman BK, Stenzel T. Genetically Characterized Positive Control Cell Lines Derived From Residual Clinical Blood Samples, *Clin Chem*, 2005,51:2013-2024.

114.   **Strom CM**, In Defense of Commercial Laboratories, *Genet Med*, 2005,7:590.

115.   McGinniss MJ, Chen C, Redman JB, Buller A Quan F,  Peng M, Giusti R, Hantash FM, Huang D, Sun  W,  **Strom CM**,  Extensive Sequencing of the CFTR gene: Lessons learned from the first 157 patient samples. *Hum Genet*, 2005,28:1-8.

116.   Huang D, Sun W, **Strom CM**, Sequence Variations in AGTR2 are Unlikely to be Associated with X-Linked Mental Retardation, *Am J Med Genet*, 2005,139A:243-4.

117.   **Strom CM**, Janeczko RA, Anderson B, Redman J, Quan F, Buller A, McGinniss M, Sun, W.  Technical Validation of a Multiplex Platform to Detect 30 Mutations in 8 Genetic Diseases Prevalent in Individuals of Ashkenazi Jewish Descent. *Genet Med*, 2005,7:633-639.

118.   Hantash FM, Redman JB, McGinniss MJ, Sun W, **Strom CM**, Novel and recurrent rearrangements in the CFTR gene: Clinical and laboratory implications for Cystic Fibrosis Screening,  *Hum Genet*, 2006,119:126-36.

119.   Hantash FA, Milunsky A, Wang Z, Anderson B, Sun  W,  Anguiano  A, **Strom  CM**, A large deletion in the CFTR Gene in CBAVD, *Genet Med*, 2006, 8:93-95.

120.   Hantash FM, Olson SC, Anderson B, Buller A, Chen R, Crossly B, Sun W, **Strom CM**, Rapid One-Step Carrier Detection Assay of Mucolipidosis IV Mutations in the Ashkenazi Jewish Population, *J Mol Diag*, 2006, 8:282-287.

*121.*   Sun W,  Anderson BP, Redman, JB, Milunski A,  Buller AM,  McGinniss MJ, Quan F, Huang SD, Hantash F, Anguiano AL, **Strom CM**,  The CFTR 5T Variant has a Low Penetrance in Females That is Partially Attributable to its Haplotype. *Genet Med*, 2006, 8:339-345.

122.   **Strom CM**, Janeszco R, Quan F, Wang S-B, Buller A, McGinniss M,  Sun W, Technical Validation of a Luminex Based Multiplex Assay for 40 Mutations in the Cystic Fibrosis Transmembrane Regulator Protein. *J Mol Diag*, 2006, 8:371-375.

123.   **Strom CM,** Strom S, Redman J, Sun W, Prenatal Diagnosis for Primary Congenital Glaucoma (Bupthalmous). *Prenat Diag*, 2006, 26:877.

124.   **Strom CM**, Power Golf, *Sports Illustrated*, 2006, Sept 25: 12.

125.   Lee T-S, Potts SJ, McGinniss M, **Strom C**, Multiple property tolerance analysis for the evaluation of missense mutations. *Evolutionary Bioinformatics*, 2006, 2:345-356.

126.   **Strom CM**, Crossley B, Redman JB,  Buller A, Quan, F, Peng M, McGinnis M, Fenwick, RG Jr, Sun W, Ph.D. Molecular Testing for Fragile X Syndrome: Lessons learned from 119,232 Tests Performed in a Clinical Laboratory. *Genet Med* 2007, 9:46-51.

127.   **Strom, CM,** Huang, D, Li, Yuanyin, Hantash, F, Rooke, J, Potts, SJ, Sun, W. Development of a novel, accurate, high-throughput technique suitable for population based carrier screening for Fragile X Syndrome. *Genet Med* 2007, 9:199-207.

128.   Hantash FM, Redman JB, Goos, D, Kammeshcmidt A, McGinniss M, Sun W, **Strom CM**. Characterization of a Recurrent Novel Large Duplication in the Cystic Fibrosis Transmembrane Regulator Gene, *J Mol Diag*, 2007,9:556-560.

129.   McGinniss MJ, Chen R, Pratt VM, Buller A, Quan F, **Strom CM,** Sun W, Crossley B. Development of a web-based query tool for quality assurance of clinical molecular genetic test results,  *J Mol Diag*, 2007, 9:95-98.

130.   **Strom CM**, For the Good of the Patient: Academic and Commercial Genetic Testing Laboratories: Complementary if not Complimentary, *Personalized Medicine*, 2007,4:489-495.

131.   Chan P, Anguiano A, Hensley K, Keo N, Liu Y, Sarno R, Strom CM, Owen R, Clinical array comparative genomic hybridization, a new paradigm. *Expert Opinion in Medical Diagnostics*, 2008, 2:449-459.

132.   Mikula M, Buller A, Olson S, Sun, W, **Strom CM.** Prevalence of known mutations in the Familial Mediterranean Fever gene (MEFV) in various carrier screened populations. *Genetic Med*, 2008, 10:349-352.

133.   Sanders HR, Qu KZ, Sferruzza AD, **Strom CM**, Bender RA,  A Sensitive and Specific Method for Detection of Mutations in Exons 19 and 21 of the epidermal growth factor receptor (EGFR) gene in the plasma of non-small cell lung cancer (NSCLC) patients, *Cancer Therapy*,  2008,6:793-804.

134.   Hantash FM,  Rebuyon A, Peng M, Redman J, Sun W,  **Strom CM,**  Apparent homozygosity of a novel frame shift mutation in the CFTR gene due to a novel frame shift mutation, *J Molec Diag*, 2009, 11:253-256.

## BOOKS

1.   **Strom CM.** Have a Healthy Baby, Prentice Hall, N.Y. 1988.

2.   **Strom CM.** Heredity and Ability, How Genetics Affects Your Child and What You Can Do About It. Insight Books, N.Y., 1990.


### Cases that Dr. Strom has Testified In

In all cases qualified as expert in Genetics and DNA testing.

People v. Rudding, Cook County, IL. June, 1997

People v Buss, May, 1996 - Will County, IL

People v. Johnson, 1994 - Kane County, IL

Johnson v. Johnson, 1993 - Cook County, IL

People v. Birch, 1993 - DuPage County, IL

People v. Johnson, 1993 - McHenry County, IL

People v. Spivey, 1993 - Champaign County, IL

People v. Fleming, 1991 - Cook County, IL

People v. Jones, 1991 - Lake County, IL

People v. Tindall, 1990 - DuPage County, IL

*CMS*
*Revised 12/28/08*