Thomas E. Redburn, Jr.
Sarah Blaine
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: 973.597.2500
Fax: 973.597.2400

-and-

Stephen N. Leuchtman, P.C.
**OF COUNSEL TO TROWBRIDGE LAW FIRM, P.C.**
1380 East Jefferson Avenue
Detroit, Michigan  48207
Tel: 313.259.6900 x. 126
Fax: 313.259.3474

*Attorneys for Defendants Genesis Genetics Institute, LLC and Mark R. Hughes*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as *guardians ad litem* of the infant ROSIE GROSSBAUM,<br><br>                    Plaintiffs,<br><br>   -vs-<br><br>GENESIS GENETICS INSTITUTE, LLC, of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of New York, ABC CORPS. 1-10, JOHN DOES 1-10,<br><br>                    Defendants. | CIVIL ACTION NO.<br>07-CV-1359 (GEB)(ES)<br><br><br><br><u>**SUPPLEMENTAL DECLARATION OF SARAH BLAINE, ESQ.**</u> |

SARAH BLAINE, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am an associate with the firm Lowenstein Sandler PC, co-counsel for Defendants Genesis Genetics Institute, LLC and Mark R. Hughes, (collectively, "Genesis") in the above-captioned matter. I am a member in good standing of the bar of this Court. I respectfully submit this Declaration in support of Genesis's (1) Motion For Summary Judgment and (2) Motion To Strike Plaintiffs' Liability Experts, which are being filed simultaneously herewith.

2. I have been an attorney of record on this case since I filed my notice of appearance in October of 2007, and I have been actively involved in defending it except when I was on maternity leave starting in September of 2008. My colleague John F. Basiak was responsible for this case while I was on maternity leave, and he retained primary responsibility for it until he left the firm in June of 2009, at which time I returned to primary responsibility for the case.

3. Attached hereto as Exhibit 31 is a true and correct copy of page 176-179 of the deposition transcript of Charles Strom, M.D., PhD, dated June 24, 2010 (Vol. II).

4. Attached hereto as Exhibit 32 are true and correct copies of pages 223 through 242 of the deposition transcript of Chaya Grossbaum, dated March 12, 2009 (Vol. II).

5. Attached hereto as Exhibit 33 is a true and correct copy of a chart titled "Comparing effectiveness of birth control methods" obtained from the website for Planned Parenthood, http://www.plannedparenthood.org/health-topics/birth-control/birth-control-effectiveness-chart-22710.htm, on March 9, 2011.

6. Attached hereto as Exhibit 34 is a true and correct copy of a pamphlet titled "Thinking of Becoming an Egg Donor? Get the Facts Before You Decide!"

obtained from the website for the New York State Department of Health, http://www.health.state.ny.us/publications/1127/, on March 9, 2011. This pamphlet was created by The New York State Task Force on Life and the Law's Advisory Group on Assisted Reproductive Technologies in connection with a grant it received from the Ford Foundation.

7. Attached hereto as Exhibit 35 are printouts from the websites of the University of Colorado Denver's Egg Donor Applicant Information obtained from the website http://www.coloradoinfertilitydoctors.com/eggdonor.shtml, on March 9, 2011; information on The Medical Procedure of Egg Donation by Stanford University's Egg Donor Information Project, obtained from the website http://www.stanford.edu/class/siw198q/websites/eggdonor/procedures.html, on March 9, 2011; a Step by Step guide to egg donation on the website of IRMS Reproductive Medicine at Saint Barnabas, obtained from the website http://www.eggdonornewjersey.com/Step-by-Step.html, on March 9, 2011; and UCSF's FAQ: Common Questions for Egg Donors, obtained from the website http://www.ucsfhealth.org/education/common_questions_for_egg_donors/, on March 9, 2011.

8. Attached hereto as Exhibit 36 is a true and correct copy of page 71 of the deposition of Dr. Frederick Liccardi, dated March 11, 2009.

9. Attached hereto as Exhibit 37 is a true and correct copy of the online biography of NYU's James A. Grifo, MD, PhD, obtained from the website http://www.nyufertilitycenter.org/jamie_grifo, on March 8, 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2011                              By: /s/ _____
                                                        Sarah Blaine