# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

Lewis Stein, Esq.
NUSBAUM, STEIN,GOLDSTEIN,
BRONSTEIN & KRON, P.A.
20 Commerce Boulevard, Suite E
Succasunna, NJ 07876
(973) 584-1400; Fax (973) 584-8747
E-mail: nsgbk.office@verizon.net
Attorneys for Plaintiffs

---

| | |
|---|---|
| CHAYA GROSSBAUM and MENACHEM GROSSBAUM, her spouse, individually and as *guardians ad litem* of the infant ROSIE GROSSBAUM, | |
| Plaintiffs, | CIVIL ACTION |
| | LOWER COURT CASE |
| vs. | NO. 07-CV-1359 |
| GENESIS GENETICS INSTITUTE, LLC, of the State of Michigan, MARK R. HUGHES, NEW YORK UNIVERSITY SCHOOL OF MEDICINE and NEW YORK UNIVERSITY HOSPITALS CENTER, both corporations in the State of NEW YORK, ABC CORPS. 1-10, JOHN DOES 1-10, | **NOTICE OF APPEAL** |
| Defendants. | |

1

Please take notice that Plaintiffs' hereby notify the Court of their intent to appeal the orders of:

(1) Garrett E. Brown, Jr., U.S.D.J., signed on June 9, 2011 and filed on June 10, 2011 (Doc. No. 132); and

(2) Esther Salas, U.S.D.J., filed on August 17, 2011 (Doc. No. 136).

The within matter in controversy is not the subject of any other action pending in any other court or any pending arbitration proceeding.

NUSBAUM, STEIN, GOLDSTEIN
BRONSTEIN & KRON, P.A.
Attorneys for the Plaintiffs

By: /s/ Lewis Stein
Lewis Stein

Date: September 7, 2011